# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (GREENBELT DIVISION)

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| **CREATIVE HAIRDRESSERS, INC.,** *et al.*[1], | * | Case No. 20-14583, 20-14584 |
| | * | (Joint Administration Requested) |
| Debtors. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DISCLOSURE STATEMENT BY SHAPIRO SHER GUINOT & SANDLER UNDER RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Shapiro Sher Guinot & Sandler ("Shapiro Sher"), submits the following statement pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1(b) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland (the "Local Bankruptcy Rules") and section 329 of title 11 of the United States Code (the "Bankruptcy Code"), as co-counsel to the above-captioned debtors and debtors in possession (the "Debtors").

1. The compensation paid, or agreed to be paid, by the Debtors to Shapiro Sher for legal services to be rendered in contemplation of, or in connection with these cases consists of payment to Shapiro Sher of all fees for services rendered (at Shapiro Sher's customary hourly rates) plus reimbursement for all out-of-pocket disbursements and expenses.

2. Shapiro Sher has represented the Debtors since May 2019 generally and more recently in connection with its reorganization efforts and with regard to the filing of these bankruptcy cases. From May 2019 through the Petition Date Shapiro Sher has received payment

---

[1] The Debtors in these chapter 11 cases are: (i) Creative Hairdressers, Inc. and (ii) Ratner Companies, L.C.

for pre-petition services rendered and expenses in the amount of $637,300.03.. In addition, the Debtors have paid SSGS an advance retainer of $175,000 to be applied against post-petition fees and expenses in these cases. Shapiro Sher has not received any other payment from the Debtors or any other source in connection with these cases. Shapiro Sher is not owed anything for any pre-petition services.

3. Shapiro Sher will seek approval of payment of compensation upon the filing of appropriate applications for allowance of interim or final compensation pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and/or pursuant to such other orders of this Court as may be entered from time to time.

4. The services to be rendered include all those services set forth in the Application Pursuant to Section 327(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Shapiro Sher Guinot & Sandler as Co-Counsel for the Debtors and Debtors in Possession, filed simultaneously herewith.

5. Shapiro Sher further states that it has neither shared nor agreed to share (a) any compensation it has received or may receive in this matter with another party or person, other than with the partners, of counsel, and associates of Shapiro Sher, or (b) any compensation another person or party has received or may have received in this matter.

| | |
|---|---|
| Dated: April 23, 2020 | /s/ *Joel I. Sher* |
| | Joel I. Sher, Bar No. 00719 |
| | Richard M. Goldberg, Bar No. 07994 |
| | Daniel J. Zeller, Bar No. 28107 |
| | Anastasia L. McCusker, Bar No. 29533 |
| | SHAPIRO SHER GUINOT & SANDLER |
| | 250 W. Pratt Street, Suite 2000 |
| | Baltimore, Maryland 21201 |
| | Tel: 410-385-4277 |
| | Fax: 410-539-7611 |
| | Email: jis@shapirosher.com |
| | rmg@shapirosher.com |
| | djz@shapirosher.com |
| | alm@shapirosher.com |

*Proposed Counsel for Debtors and Debtors in Possession*