# 6IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (GREENBELT DIVISION)

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| **CREATIVE HAIRDRESSERS, INC.,** *et al.*[1], | * | Case Nos. 20-14583, 20-14584-TJC |
| | * | (Jointly Administered) |
| Debtors. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE FILING AMENDED AND RESTATED ASSET PURCHASE AGREEMENT

On April 23, 2020, the Debtors entered in an Asset Purchase Agreement (the "APA"), a copy of which was attached as *Exhibit A* to the Sale and Bidding Procedures Order entered on May 4, 2020 [Dkt No. 137]. The Debtors and HC Salon Holdings, Inc. have entered into the Amended and Restated APA (the "Amended APA") in the form attached hereto as Exhibit 1. Attached hereto as Exhibit 2 is a redline comparing the APA to the Amended APA.

Dated: May 27, 2020                         /s/ *Joel I. Sher*
                                            Joel I. Sher, Bar No. 00719
                                            Richard M. Goldberg, Bar No. 07994
                                            Daniel J. Zeller, Bar No. 28107
                                            Anastasia L. McCusker, Bar No. 29533
                                            SHAPIRO SHER GUINOT & SANDLER
                                            250 W. Pratt Street, Suite 2000
                                            Baltimore, Maryland 21201
                                            Tel: 410-385-4277
                                            Fax: 410-539-7611
                                            Email: jis@shapirosher.com
                                                    rmg@shapirosher.com
                                                    djz@shapirosher.com
                                                    alm@shapirosher.com

                                            *Counsel for Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases are: (i) Creative Hairdressers, Inc. and (ii) Ratner Companies, L.C.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of May, 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the *Line* will be served electronically by the Court's CM/ECF system on the following:

- **GWYNNE L BOOTH**    GLB@GDLLAW.COM
- **Alan Betten**    abetten@sagallaw.com
- **Peter D Blumberg**    peter.blumberg@fedex.com
- **Joshua D. Bradley**    jbradley@rosenbergmartin.com, rakbari@rosenbergmartin.com
- **Donald F. Campbell**    dcampbell@ghclaw.com
- **Katie Lane Chaverri**    kchaverri@tlclawfirm.com, dtayman@tlclawfirm.com
- **Maria Ellena Chavez-Ruark**    maria.ruark@saul.com
- **Kevin Davis**    kdavis@capdale.com
- **Alan D. Eisler**    aeisler@e-hlegal.com, mcghamilton@gmail.com
- **John T. Farnum**    jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com
- **William Henry Fisher**    hank@cccoateslaw.com
- **Jeremy S. Friedberg**    jeremy@friedberg.legal, ecf@friedberg.legal
- **Richard Marc Goldberg**    rmg@shapirosher.com, ejd@shapirosher.com;mas@shapirosher.com
- **Alan M. Grochal**    agrochal@tydingslaw.com, mfink@tydingslaw.com;jmurphy@tydingslaw.com
- **William L. Hallam**    WHallam@rosenbergmartin.com, canaanski@aol.com
- **Robert Hanley**    rhanley@rmmr.com
- **Catherine Harrington**    charrington@bregmanlaw.com
- **James M. Hoffman**    jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Patricia B. Jefferson**    pjefferson@milesstockbridge.com
- **Ira T Kasdan**    kdwbankruptcydepartment@kelleydrye.com; MVicinanza@ecf.inforuptcy.com
- **Lawrence A. Katz**    lkatz@hirschlerlaw.com, lrodriguez@hirschlerlaw.com
- **Ronald B. Katz**    rkatz@rbkpa.net, ronkatz@comcast.net
- **Patrick J. Kearney**    pkearney@sgrwlaw.com, jnam@sgrwlaw.com
- **Nicole C. Kenworthy**    bdept@mrrlaw.net
- **C. Kevin Kobbe**    kevin.kobbe@dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- **Lynn A. Kohen**    lynn.a.kohen@usdoj.gov
- **Leonidas Koutsouftikis**    lkouts@magruderpc.com, mcook@magruderpc.com
- **Joyce A. Kuhns**    jkuhns@offitkurman.com
- **Jeffrey Kurtzman**    kurtzman@kurtzmansteady.com
- **Robert L. LeHane**    KDWBankruptcyDepartment@kelleydrye.com
- **Stephen E. Leach**    sleach@hirschlerlaw.com, ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com;plaura@hf-law.com
- **Steven N. Leitess**    sleitess@mdattorney.com, efiling@silvermanthompson.com

- **Michael J. Lichtenstein**     mjl@shulmanrogers.com, tlockwood@shulmanrogers.com
- **Marissa K Lilja**     mlilja@tydingslaw.com, edondero@tydingslaw.com
- **Keith M. Lusby**     klusby@gebsmith.com
- **Kimberly A. Manuelides**     kmanuelides@sagallaw.com
- **Michelle McGeogh**     mcgeoghm@ballardspahr.com, stammerk@ballardspahr.com; cromartie@ballardspahr.com;bktdocketeast@ballardspahr.com
- **Stephen A. Metz**     smetz@offitkurman.com, mmargulies@offitkurman.com
- **Jeffrey M. Orenstein**     jorenstein@wolawgroup.com
- **Leo Wesley Ottey**     otteyjr@gmail.com
- **Jeffrey Rhodes**     rhodesj@dicksteinshapiro.com, canavanp@dicksteinshapiro.com
- **L. Jeanette Rice**     Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Bradshaw Rost**     brost@tspclaw.com
- **Michael Schlepp**     mschlepp@s-d.com
- **J. Breckenridge Smith**     jsmith@foxrothschild.com, sniederman@foxrothschild.com;nlevitsky@foxrothschild.com
- **David Sommer**     dsommer@gejlaw.com, ceyler@gejlaw.com;gomara@gejlaw.com
- **Matthew S. Sturtz**     matt.sturtz@nelsonmullins.com, gary.freedman@nelsonmullins.com
- **Matthew G. Summers**     summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;mcgeoghm@ballardspahr.com;ambroses@ballardspahr.com;buhrmank@ballardspahr.com;roglenl@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com
- **Lisa Bittle Tancredi**     ltancredi@gebsmith.com
- **Jonathan Harold Todt**     jonathan.todt@faegredrinker.com
- **US Trustee - Greenbelt**     USTPRegion04.GB.ECF@USDOJ.GOV
- **Irving Edward Walker**     iwalker@coleschotz.com, jdonaghy@coleschotz.com;pratkowiak@coleschotz.com
- **Mitchell Bruce Weitzman**     , statum@jackscamp.com;iluaces@jackscamp.com
- **Craig B. Young**     craig.young@kutakrock.com, jeremy.williams@kutakrock.com;lynda.wood@kutakrock.com;david.fox@kutakrock.com;pamela.germas@kutakrock.com
- **Daniel Joseph Zeller**     djz@shapirosher.com, ejd@shapirosher.com
- **Rick Chesley –** Richard.chesley@dlapiper.com
- **Paul Singerman –** Singerman@bergersingerman.com
- **Kevin Newman –** Knewman@barclaydamon.com
- **Dustin P. Branch –** BranchD@ballardspahr.com
- **Michael W. Reining –** Mreining@KelleyDrye.com
- **Ivan Gold** – rgold@fbtlaw.com
- **Robert L. LeHane** – RleHane@KelleyDrye.com

/s/ *Joel I. Sher*
Joel I. Sher

3