Entered: June 2nd, 2020
Signed: June 2nd, 2020

**SO ORDERED**



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## (GREENBELT DIVISION)

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| **CREATIVE HAIRDRESSERS INC.,** *et al.*[1], | * | Case Nos. 20-14583, 20-14584 |
| | * | (Jointly Administered) |
| Debtors. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER (A) APPROVING AND AUTHORIZING THE SALE OF SUBSTANTIALLY
ALL OF DEBTORS' ASSETS PURSUANT TO THE AMENDED AND RESTATED
ASSET PURCHASE AGREEMENT, FREE AND CLEAR OF ALL LIENS, CLAIMS,
ENCUMBRANCES AND OTHER INTERESTS, (B) APPROVING THE ASSUMPTION
AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
LEASES RELATED THERETO, AND (C) GRANTING RELATED RELIEF**

This matter coming before the United States Bankruptcy Court for the District of Maryland

(the "Court") on the motion (the "Sale Motion")[2] of the above-captioned debtors and debtors-in-

possession (the "Debtors") for the entry of an order pursuant to sections 105(a), 363 and 365 of

title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 6004, 6006, 9007 and

9014 of the Federal Rules of Bankruptcy Procedure (as amended from time to time, the

---

[1] The debtors in these chapter 11 cases are: Creative Hairdressers, Inc. ("CHI") and Ratner
Companies, L.C. ("Ratner Co").

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them
in the Sale Motion or in the Final APA (as defined herein).

"Bankruptcy Rules"), and Rule 6004-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland (the "Local Rules") (a) authorizing the sale of substantially all of the assets (the "Acquired Assets") as more fully set forth in the Final APA (as defined below) free and clear of liens, claims, encumbrances, and other interests, except as provided by the Final APA, to HC Salon Holdings, Inc. ("Salon Holdings"), and the direct and indirect subsidiaries and affiliates of Salon Holdings identified in the Final APA (together with Salon Holdings, each a "Buyer" and collectively, "Buyers"); (b) approving the assumption and assignment of certain of the Debtors' executory contracts and unexpired leases related thereto, subject to and conditioned upon the terms of this Order; and (c) granting related relief; and the Court having heard statements of counsel and the evidence presented in support of the relief requested by the Debtors in the Sale Motion at a hearing before the Court on May 28, 2020 (the "Sale Hearing"); and it appearing that the Court has jurisdiction over this matter; and it further appearing that the legal and factual bases set forth in the Sale Motion and at the Sale Hearing establish just cause for the relief granted herein; and after due deliberation thereon,

**THE COURT HEREBY FINDS AND DETERMINES THAT:**

**I.      Jurisdiction, Final Order and Statutory Predicates**

A.      The Court has jurisdiction to hear and determine the Sale Motion pursuant to 28 U.S.C. §§ 157(b)(1) and 1334(a).  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (N) and (O).  Venue is proper in this District and in the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

B.      This order (the "Sale Order") constitutes a final and appealable order within the meaning of 28 U.S.C. § 158(a).  Notwithstanding Bankruptcy Rules 6004(h) and 6006(d), and to any extent necessary under Bankruptcy Rule 9014 and Rule 54(b) of the Federal Rules of Civil Procedure, as made applicable by Bankruptcy Rule 7054, the Court expressly finds that there is no

just reason for delay in the implementation of this Sale Order, and expressly directs its entry as set forth herein.

        C.        The statutory predicates for the relief requested in the Sale Motion are sections 105(a), 363(b), (f), and (m), and 365 of the Bankruptcy Code and Bankruptcy Rules 2002(a)(2), 6004(a), (b), (c), (e), (f) and (h), 6006(a), (c) and (d), 9007 and 9014.

        D.        The Court entered the *Order (i) Scheduling a Hearing to Consider Approval of the Sale of Substantially all of the Debtors' Assets, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (ii) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, and (iii) Granting Related Relief* (the "Bidding Procedures Order") on May 4, 2020 [D.I. 137].

        E.        The findings of fact and conclusions of law set forth herein constitute the Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052, made applicable to this proceeding pursuant to Bankruptcy Rule 9014.

        F.        To the extent any of the following findings of fact constitute conclusions of law, they are hereby adopted as such. To the extent any of the following conclusions of law constitute findings of fact, they are hereby adopted as such. Any findings of fact or conclusions of law stated by the Court on the record at the Sale Hearing are hereby incorporated, to the extent they are not inconsistent herewith.

        G.        In the absence of a stay pending appeal, the Buyers, are found to be good faith purchasers under section 363(m) of the Bankruptcy Code, may close the transaction contemplated by this Sale Order and that certain *Amended and Restated Asset Purchase Agreement by and among Creative Hairdressers, Inc., the Other Seller Parties Hereto, HC Salon Holdings, Inc. and the Other Parties Identified on the Signature Pages Hereto dated as of May 27, 2020* (together with any schedules, exhibits and any other documents or instruments related thereto and as may

be modified, amended or supplemented from time to time, the "Final APA"), a copy of which is attached hereto as **Exhibit A**, at any time after entry of this Sale Order, and cause has been shown as to why this Sale Order should not be subject to the stay provided by Bankruptcy Rules 6004(h) and 6006(d).

## II.    Notice of the Sale, Auction and the Cure Amounts

A.    In compliance with the Bidding Procedures Order, actual written notice of the Sale Motion and the Sale Hearing and a reasonable opportunity to object or be heard with respect to the Sale Motion and the relief requested therein have been afforded via, among other things, the *Debtors' Notice of Auction and Sale of Assets* (D.I. 153) (the "Sale Notice"), to all known interested persons and entities, including, but not limited to the following parties (the "Notice Parties"): (a) the Office of the United States Trustee for the District of Maryland (the "U.S. Trustee"); (b) the Official Committee of Unsecured Creditors appointed in these cases and its counsel (the "Committee"); (c) all parties requesting notices in these chapter 11 cases (the "Chapter 11 Cases"); (d) all known creditors of the Debtors; (e) counsel to Salon Holdings; (f) counsel to all prepetition secured parties; and (g) all parties known to the Debtors to have expressed interest in purchasing all or a portion of the Acquired Assets.

B.    In accordance with the provisions of the Bidding Procedures Order, on May 5, 2020, the Debtors served the *Notice of Proposed Assumption, Assignment, and Cure Amounts with Respect to Executory Contracts and Unexpired Leases of the Debtors* (D.I. 147) and on May 22, 2020 served the *Supplemental Notice of Proposed Assumption, Assignment and Cure Amounts with Respect to Executory Contracts* (D.I. 411) (collectively, the "Contract Assumption Notice"), as applicable, upon the contract counterparties (the "Contract Counterparties") to the executory contracts and unexpired leases that the Debtors seek to assume and assign to the Buyers (the "Assumed Executory Contracts") as of May 29, 2020 (or such other date on which the transactions

contemplated by the Buyers' Final APA are consummated, the "Closing Date") and setting forth the proposed Cure Amounts, if any, for such Assumed Executory Contracts.  In accordance with the provisions of the Bidding Procedures Order, the Debtors further filed and served the *Notice of Assumption and Assignment with Respect to Unexpired Leases of the Debtors* (D.I. 415) on May 23, 2020, which sets forth the unexpired leases designated by Salon Holdings intended to be assumed by the Debtors and assigned to Buyers as of the Closing Date. Pursuant to Fed. R. Bankr. P. 6006(c), the Court finds that the service of such Contract Assumption Notice was good, sufficient and appropriate under the circumstances, in compliance with the Bidding Procedures Order, and no further notice need be given in respect of establishing the Cure Amount for the Assumed Executory Contracts. The Contract Counterparties have had an opportunity to object to the Cure Amounts set forth in the Contract Assumption Notice, as applicable.

C.    As evidenced by the certificates and notices of service previously filed with the Court, proper, timely, adequate, and sufficient notice of the Sale Motion, Auction, Sale Hearing, and Sale has been provided in accordance with sections 102(1), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006 and 9014.  The Debtors also have complied with all obligations to provide notice of the Auction, the Sale Hearing, and the Sale required by the Bidding Procedures Order.  Such notice was good, sufficient and appropriate under the circumstances, and no other or further notice of the Sale Motion, Auction, Sale Hearing, Sale, or assumption and assignment of the Assumed Executory Contracts is required.

D.    The Debtors have articulated good and sufficient reasons for the Bankruptcy Court to grant the relief requested in the Sale Motion.

E.    The disclosures made by the Debtors concerning the Sale Motion, the Final APA, the Auction, the Sale, and the Sale Hearing were good, complete and adequate.

### III.    Good Faith of the Buyers

A.    No Buyer is an "insider" of the Debtors, as that term is defined in section 101(31) of the Bankruptcy Code.

B.    The Buyers are purchasing the Acquired Assets in good faith and are good faith buyers within the meaning of section 363(m) of the Bankruptcy Code and is, therefore, entitled to the full protection of section 363(m) of the Bankruptcy Code, and otherwise have proceeded in good faith in all respects in connection with these Chapter 11 Cases in that, *inter alia*: (a) the Buyers recognized that the Debtors were free to deal with any other party interested in acquiring any or all of the Acquired Assets; (b) the Buyers complied with the provisions in the Bidding Procedures Order; (c) the Buyers agreed to subject their bid to the competitive Bidding Procedures set forth in the Bidding Procedures Order; (d) the Buyers in no way induced or caused the chapter 11 filing by any of the Debtors; (e) all payments to be made by the Buyers and other agreements or arrangements entered into by the Buyers in connection with the Sale have been disclosed; (f) the Buyers have not violated section 363(n) of the Bankruptcy Code by any action or inaction; (g) no common identity of directors or controlling stockholders exists between the Buyers and any of the Debtors; and (h) the negotiation and execution of Final APA and any other agreements or instruments related thereto were at arms' length and in good faith.

### IV.    Highest or Best Offer

A.    Prior to selecting the Buyers as the Successful Bidder, the Debtors solicited offers to acquire the Acquired Assets from a wide variety of parties.  In doing so, the Debtors afforded Potential Bidders confidential due diligence access to provide any such bidders an opportunity to submit a Qualified Bid.

B.    The Bidding Procedures were designed to obtain the highest and best value for the Acquired Assets for the Debtors and their estates, and the Final APA constitutes the highest and

best offer for the Acquired Assets. The Debtors' determination, in consultation with the Committee, that the Final APA constitutes the highest or best offer for the Acquired Assets was a reasonable, valid and sound exercise of the Debtors' business judgment.

C.      The Final APA represents a fair and reasonable offer to purchase the Acquired Assets under the circumstances of these Chapter 11 Cases.  No other person or entity or group of entities has offered to purchase the Acquired Assets for greater economic value or otherwise better terms to the Debtors' estates than the Buyers.

D.      Approval of the Sale Motion and the Final APA and each of its exhibits, and the consummation of the transactions contemplated thereby is in the best interests of the Debtors, their creditors, their estates and other parties in interest.

E.      The Debtors have demonstrated compelling circumstances and a good, sufficient, and sound business purpose and justification for the Sale prior to, and outside of, a plan of reorganization.

**V.      No Fraudulent Transfer**

A.      The consideration provided by the Buyers for the Acquired Assets, Assumed Executory Contracts and Assumed Liabilities pursuant to the Final APA is fair and adequate and constitutes reasonably equivalent value and fair consideration under the Bankruptcy Code and under the laws of the United States, any state, territory, possession, or the District of Columbia.

**VI.      Method of Effecting the Sale**

A.      The Final APA provides that the Buyers shall acquire the Acquired Assets in exchange for certain cash amounts as well as a credit bid of Salon Holdings' obligations (the "DIP Obligations") arising under and pursuant to that certain *Senior Debtor-in-Possession Credit Agreement* (the "DIP Credit Agreement") by and among Creative Hairdressers, Inc., as borrower, and Ratner Companies L.C. and Cielo #3119, L.L.C. as guarantors and HC Salon Holdings, Inc.,

as lender, as amended and approved by the *Final Order (i) Authorizing the Debtors to Obtain Postpetition Secured Financing, (ii) Authorizing the Use of Cash Collateral, (iii) Granting Adequate Protection to Prepetition Secured Parties, and (iv) Granting Related Relief* entered by the Court on May 28, 2020 (D.I. 442)(the "<u>Final DIP Order</u>").

## VII.    Validity of Transfer

A.    The Debtors have full corporate power and authority to execute and deliver the Final APA and all other documents contemplated thereby, and no further consents or approvals are required for the Debtors to consummate the transactions contemplated by the Final APA, except as otherwise set forth in the Final APA.

B.    The transfer of the Acquired Assets to the Buyers, as of the Closing Date, shall constitute a legal, valid, and effective transfer of the Debtors' interest in such asset, and vests or will vest the Buyers or their designees with all right, title, and interest of the Debtors to the Acquired Assets free and clear of all Encumbrances (as defined below) accruing, arising or relating to any time prior to the Closing Date, except for the Permitted Encumbrances and Assumed Liabilities under the Final APA, with all Encumbrances attaching to the net cash proceeds of the Sale, if any, attributable to the Acquired Assets in which such holder alleges an Encumbrance, in the same order of priority, with the same validity, force and effect that such Encumbrance had prior to the Sale, subject to any claims and defenses the Debtors and their estates may possess with respect thereto.  For all purposes in this Sale Order, when the phrase "Buyers or their designees" or "Buyers and their designees" is used, the the term "designee' shall be limited to a wholly owned subsidiary of Salon Holdings.

## VIII.   Section 363(f) is Satisfied

A.    The Buyers would not have entered into the Final APA and would not consummate the transactions contemplated thereby (by paying the Purchase Price and assuming the Assumed

Liabilities) if the sale of the Acquired Assets to the Buyers, and the assumption and assignment of the Assumed Executory Contracts to the Buyers, were not, except as otherwise provided in the Final APA with respect to the Assumed Liabilities, free and clear of all Encumbrances of any kind or nature whatsoever, or if the Buyers would, or in the future could (except and only to the extent expressly provided in the Final APA and with respect to the Assumed Liabilities), be liable for any of such Encumbrances, including, but not limited to the following: (1) all mortgages, deeds of trust and security interests; (2) any pension, welfare, compensation or other employee benefit plans, agreements, practices and programs, including, without limitation, any pension plan of any Debtor; (3) any other labor or employment, worker's compensation, occupational disease or unemployment or temporary disability related claim, including, without limitation, claims that might otherwise arise under or pursuant to any of the following, as they may be amended from time to time (a) the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), (b) the Fair Labor Standards Act, (c) Title VII of the Civil Rights Act of 1964, (d) the Federal Rehabilitation Act of 1973, (e) the National Labor Relations Act, (f) the Worker Adjustment and Retraining Notification Act of 1988, (g) the Age Discrimination In Employment Act of 1967 (including Older Workers Benefit Protection Act), (h) the Americans with Disabilities Act of 1990 (including the ADA Amendments Act of 2008), (i) the Consolidated Omnibus Budget Reconciliation Act of 1985, (j) state discrimination laws, (k) state unemployment compensation laws or any other similar state laws, or (1) any other state or federal labor or employment or benefit claims relating to any employment with any of the Debtors or any of their respective predecessors; (4) any bulk sales or similar law; (5) any tax statutes or ordinances, including, without limitation, the Internal Revenue Code of 1986, as amended, including, without limitation, any environmental liens or claims; and (6) any theories of transferee or successor liability, to the extent allowed by applicable law, except as otherwise set forth in this Sale Order.

B.      To the extent allowed by applicable law, except as otherwise set forth in this Sale Order, the Buyers (i) are not, and shall not be considered, successors to the Debtors, (ii) have not, *de facto* or otherwise, merged with or into the Debtors, (iii) are not a continuation or substantial continuation of any of the Debtors or their respective estates, businesses or operations, or any enterprise of the Debtors, and (iv) do not have a common identity of incorporators, directors or equity holders with the Debtors.

C.      The Debtors may sell the Acquired Assets free and clear of all Encumbrances (except for the Assumed Liabilities) because, in each case, one or more of the standards set forth in section 363(f)(1)-(5) of the Bankruptcy Code has been satisfied.  Those holders of Encumbrances, who did not object, or who withdrew their objections, to the Sale or the Sale Motion are deemed to have consented pursuant to section 363(f)(2) of the Bankruptcy Code.  Those holders of the Encumbrances, who did object fall within one or more of the other subsections of section 363(f) and are adequately protected by having their Encumbrances, if any, attach to the net cash proceeds of the Sale attributable to the Acquired Assets in which such holder alleges an Encumbrance, in the same order of priority, with the same validity, force and effect and subject to all of the Debtors' defenses and counterclaims, that such Encumbrance had prior to the Sale.

D.      The Buyers shall have no obligations with respect to any liabilities of the Debtors other than the Assumed Liabilities and such obligations specifically set forth in and solely to the extent provided pursuant to the Final APA.

IX.     **Assumption and Assignment of the Executory Contracts**

A.      The assumption and assignment of the Assumed Executory Contracts pursuant to the terms of this Sale Order is integral to the Final APA and represents the reasonable exercise of sound and prudent business judgment by the Debtors.

10

B.      Except as provided in this Sale Order and subject to resolution of pending objections to Cure Amounts, the amounts set forth on **Exhibit B** annexed hereto are the sole amounts necessary under sections 365(b)(1)(A) and (B) and 365(f)(2)(A) of the Bankruptcy Code to cure all defaults and pay all actual pecuniary losses under the Assumed Executory Contracts (the "Cure Amounts"); *provided, however*, that amounts that become due pursuant to the unexpired leases and executory contracts assumed by the Debtors and assigned to the Buyers or their designees after the Closing Date shall be paid by Buyers in the ordinary course of business, subject to the rights of all parties to dispute any amount as being due and owing.

C.      Notwithstanding anything to the contrary herein or in the Final APA, pursuant to the terms of the Final APA, the Buyers have agreed to: (i) cure and/or provide adequate assurance of cure of any monetary default existing on the Closing Date, or such other date as may be agreed upon by Buyers and the counterparty to such Assumed Executory Contract, under any of the Assumed Executory Contracts, within the meaning of section 365(b)(1)(A) of the Bankruptcy Code; (ii) provide compensation or adequate assurance of compensation to each Contract Counterparty for actual pecuniary loss to such party resulting from a default prior to the Closing Date under any of the Assumed Executory Contracts, within the meaning of section 365(b)(1)(B) of the Bankruptcy Code; (iii) provide adequate assurance of its future performance under the Assumed Executory Contracts within the meaning of sections 365(b)(1)(C), 365(b)(3) (to the extent applicable) and 365(f)(2)(B) of the Bankruptcy Code, and (iv) at Closing, pay to the Debtors the sum of $500,000 as a portion of the Assumed Liabilities, which amount shall be held in escrow by the Debtors, subject to further order of the Court, and used solely for the purpose of satisfying post-petition administrative claims of landlords of leases of non-residential real property, i.e., those claims under the CHI leases accruing from and including the petition date in the chapter 11 cases

through and including the effective date of the rejection of the respective lease, for CHI leases that have been rejected by the Debtors

## X.    Circumstances for an Immediate Sale

A.    To enhance the Debtors' level of liquidity, to reduce the amount of postpetition financing borne by the Debtors, and to maximize the amount of funding available to provide for a timely exit from these Chapter 11 Cases, it is essential that the Sale of the Acquired Assets occur within the time constraints set forth in the Final APA.  Time is of the essence in consummating the Sale.

B.    Given all of the circumstances of these Chapter 11 Cases and the adequacy and fair value of the Purchase Price under the Final APA, the proposed Sale of the Acquired Assets to the Buyers constitutes a reasonable and sound exercise of the Debtors' business judgment and should be approved.

C.    The Sale does not constitute a *de facto* or *sub rosa* plan of reorganization or liquidation because it does not propose to (i) impair or restructure existing debt of, or equity interests in, the Debtors, (ii) impair or circumvent voting rights with respect to any plan proposed by the Debtors, (iii) circumvent chapter 11 safeguards, including those set forth in sections 1125 and 1129 of the Bankruptcy Code, or (iv) classify claims or equity interests.

D.    The consummation of the Sale is legal, valid and properly authorized under all applicable provisions of the Bankruptcy Code, including, without limitation, sections 105(a), 363(b), 363(f), 363(m), 365(b) and 365(f), and all of the applicable requirements of such sections have been complied with in respect of the Sale.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

**General Provisions**

1.     The relief requested in the Sale Motion is granted and approved, and the Sale contemplated thereby and in the Final APA is approved as set forth in this Sale Order.

2.     The record of these Chapter 11 Cases, including the Court's findings of fact and conclusions of law, set forth in the Bidding Procedures Order, are incorporated herein by reference, and the Court takes judicial notice of the record.

3.     Any and all objections, if any, to the Sale Motion or the relief requested therein that have not been withdrawn, waived, or settled, and all reservations of rights included in such objections, except objections to the amount of any Cure or adequate assurance of future performance, are hereby overruled on the merits with prejudice, and in each case, the party asserting the objection or reservation of right is enjoined from taking any action against the Buyers, their affiliates, or any agents of the foregoing to recover any claim which such person or entity has solely against the Debtors, or their estates. Those parties who did not object or who withdrew their objections to the Sale Motion are deemed to have consented pursuant to section 363(f)(2) of the Bankruptcy Code.  Notwithstanding the forgoing, the objections of Publix Super Markets, Inc., PSM Colonial Crossings, LLC, Real Sub, LLC, PSM Island,  Crossing, LLC, PC Property Holdings LLC, PSM FishHawk, LLC, PSM Palm Coast, LLC, Ocala Retail Partners, LLC or PSM Dunlawton Square, LLC under Section 365(f)(2)(B) of the Bankruptcy Code with respect to the Buyers' ability to provide adequate assurance of future  performance are not overruled and shall remain pending subject to an agreement of the those objectors and the Buyers, or further Order of this Court. Accordingly, the Publix Landlords' twenty-three (23) leases identified by the Debtors for assumption and assignment shall be excluded from the Acquired Assets transferred to the

Buyers absent the consent of the Publix Landlords or as otherwise authorized by further order of the Court.

4.      Any pending objections to the amount of any Cure amount shall be heard by the Court at a hearing to be set by further order of the Court, unless otherwise resolved by the Buyers, Debtors and such objecting Contract Counterparties.

## Approval of the Final APA

5.      The Final APA (including, without limitation, the obligations respecting the Expense Reimbursement contained therein) and all ancillary documents are hereby authorized and approved in their entirety, as modified by this Sale Order.  The failure to specifically include any particular provision of the Final APA or the ancillary documents in connection therewith in this Sale Order shall not diminish or impair the effectiveness of such provision.

6.      The portion of the definition of the term "Acquired Assets"  found in Subsection 1.1 (s) (ii) of the Final APA is hereby deemed to be amended to provide that Acquired Assets shall include avoidance actions under chapter 5 of the Bankruptcy Code and applicable for CHI rejected Leases of non-residential real property and for which the lease counterparty ("a Rejection Landlord") agrees to look solely to the $500,000 paid by the Buyers to the Seller for satisfaction of rent accruing under their respective leases for the period from and including the petition date in the chapter 11 cases through and including the effective date of the rejection of the respective lease.   For the avoidance of doubt, the Buyers agree that they shall not (x) transfer those assigned claims/causes of action and (y) pursue any of those assigned claims/causes of action against any Rejection Landlord.

7.      The Definition of "Excluded Assets" in the Final APA is hereby deemed amended to include the $735,881.00 in net settlement proceeds that the Debtors received pursuant to a confidential settlement agreement entered into prior to the petition date.

8.      Pursuant to section 363(b) of the Bankruptcy Code, the Debtors are authorized, empowered and directed to take any and all actions necessary or appropriate to (i) consummate the Sale of the Acquired Assets to the Buyers pursuant to and in accordance with the terms and conditions of the Final APA and this Sale Order, (ii) transfer and assign all right, title, and interest to all property, licenses (including, to the extent transferable, all Intellectual Property Licenses listed on Exhibit A to the Final APA), and rights to be conveyed in accordance with the terms and conditions of this Sale Order and the APA, and (iii) execute and deliver, perform under, consummate, implement and close fully the Final APA, together with all additional instruments and documents that may be reasonably necessary or desirable to implement the Final APA and the Sale, or as may be reasonably necessary or appropriate to the performance of the obligations as contemplated by the Final APA and such ancillary documents; and further, if necessary, pay the Expense Reimbursement, pursuant to and in accordance with the terms and conditions of the Final APA and the Debtors shall at all times act in accordance with the terms thereof.

9.      This Sale Order shall be binding in all respects upon the Debtors, their estates, all creditors, all holders of equity interests in any Debtor, all holders of any Claim(s) (as defined in section 101(5) of the Bankruptcy Code) against any Debtor, whether known or unknown, any holders of Liens (as defined in section 101(37) of the Bankruptcy Code, including, without limitation, all holders of recorded and unrecorded Liens encumbering all or any portion of the Acquired Assets), all Contract Counterparties, the Buyers and all successors and assigns of the Buyers, any other bidders for the Acquired Assets, any trustees, if any, subsequently appointed in any of the Debtors' Chapter 11 Cases or upon a conversion to chapter 7 under the Bankruptcy Code of any of the Debtors' cases.  This Sale Order and the Final APA shall inure to the benefit of the Debtors, their estates, their creditors, the Buyers, and their respective successors and assigns.

**Transfer of the Acquired Assets**

10.　　Pursuant to sections 105(a), 363(b), 363(f), 365(b) and 365(f) of the Bankruptcy Code, the Debtors are authorized and directed to transfer the Acquired Assets on the Closing Date. The Acquired Assets (including the Assumed Executory Contracts) shall be transferred to the Buyers, and their designees, upon and as of the Closing Date and such transfer shall constitute a legal, valid, binding and effective transfer of the Debtors' interest in such Acquired Assets and, upon the Debtors' receipt of the Purchase Price, shall be free and clear of any lien (including a "lien" as defined in section 101(37) of the Bankruptcy Code), Encumbrance, Claim, right, demand, charge, mortgage, deed of trust, option, pledge, security interest or similar interest, title defect, hypothecation, encroachment, right of first refusal, preemptive right, proxy, voting trust or agreement, transfer restriction under any shareholder agreement or similar agreement, judgment, conditional sale or other title retention agreement or other imposition, imperfection or defect of title or restriction on transfer or use of any nature whatsoever (collectively, the "Encumbrances"), except for the Assumed Liabilities under the Final APA.  Upon the Closing, the Buyers and their designees, as applicable, shall take title to and possession of the Acquired Assets, subject only to the Assumed Liabilities, and the Acquired Assets shall thereafter be the sole and exclusive property of the Buyers or their designees, as applicable, and not be deemed property of the Debtors or their estates for any purpose after the Closing, irrespective of whether the Debtors have access to or custody of any Acquired Assets to provide services under any transition services arrangement. All Encumbrances shall attach solely to the net proceeds of the Sale with the same validity, priority, force and effect that they had as of the petition date as against the Acquired Assets, subject to any claims and defenses the Debtors and their estates may possess with respect thereto.

11.　　The sale of the Acquired Assets to the Buyers, and the assumption and assignment of the Assumed Executory Contracts to the Buyers, shall be, except as otherwise provided in the

Final APA with respect to the Assumed Liabilities or set forth in this Sale Order, free and clear of all Encumbrances of any kind or nature whatsoever, or if the Buyers would, or in the future could (except and only to the extent expressly provided in the Final APA and with respect to the Assumed Liabilities), be liable for any of such Encumbrances, including, but not limited to in respect of the following: (1) all mortgages, deeds of trust and security interests; (2) any pension, welfare, compensation or other employee benefit plans, agreements, practices and programs, including, without limitation, any pension plan of any Debtor; (3) any other labor or employment, worker's compensation, occupational disease or unemployment or temporary disability related claim, including, without limitation, claims that might otherwise arise under or pursuant to any of the following, as they may be amended from time to time (a) ERISA, as amended, (b) the Fair Labor Standards Act, (c) Title VII of the Civil Rights Act of 1964, (d) the Federal Rehabilitation Act of 1973, (e) the National Labor Relations Act, (f) the Worker Adjustment and Retraining Notification Act of 1988, (g) the Age Discrimination In Employment Act of 1967 (including Older Workers Benefit Protection Act), (h) the Americans with Disabilities Act of 1990 (including the ADA Amendments Act of 2008), (i) the Consolidated Omnibus Budget Reconciliation Act of 1985, (j) state discrimination laws, (k) state unemployment compensation laws or any other similar state laws, or (1) any other state or federal labor or employment or benefit claims relating to any employment with any of the Debtors or any of their respective predecessors; (4) any bulk sales or similar law; (5) any tax statutes or ordinances, including, without limitation, the Internal Revenue Code of 1986, as amended; and (6) any theories of transferee or successor liability, to the extent allowed by applicable law, except as otherwise set forth in this Sale Order.

12.    Except as expressly provided by the Final APA with respect to the Assumed Liabilities and Assumed Executory Contracts, all persons and entities holding Encumbrances on all or any portion of the Acquired Assets, hereby are forever barred, estopped and permanently

enjoined from asserting against the Buyers or its successors or assigns, their property or the Acquired Assets, such persons' or entities' rights relating to any such Encumbrances.  On the Closing Date, the Debtors and each holder of an Encumbrance is authorized and directed to execute such documents and take all other actions as may be deemed by the Buyers to be necessary or desirable to release its Encumbrances on the Acquired Assets, as provided for herein, as such Encumbrances may have been recorded or may otherwise exist.

13.    All persons and entities are hereby forever prohibited and enjoined from taking any action that would adversely affect or interfere with the ability of the Debtors to sell and transfer the Acquired Assets and assign the Assumed Executory Contracts to the Buyers in accordance with the terms of the Final APA and this Sale Order.

14.    All persons and entities that are in possession of some or all of the Acquired Assets on the Closing Date are directed to surrender possession of such Acquired Assets to the Buyers or its assignee at the Closing.

15.    A certified copy of this Sale Order may be filed with the appropriate clerk and/or recorded with the appropriate recorder to cancel any Encumbrances of record, and shall be deemed sufficient authority for such cancellation.

16.    Upon the Closing, the Debtors are hereby authorized and directed, and the Buyers is hereby authorized, to execute and file termination statements, instruments of satisfaction, releases of Liens, and any other documents necessary or desirable to the Buyers for the purpose of documenting the release of all Encumbrances, which any person or entity has or may assert with respect to all or any portion of the Acquired Assets.

17.    This Sale Order is and shall be binding upon and govern the acts of all persons and entities, including, without limitation, all filing agents, filing officers, title agents, title companies, recorders of mortgages, recorders of deeds, registrars of deeds, administrative agencies,

governmental departments, secretaries of state, federal and local officials, and all other persons and entities who may be required by operation of law, the duties of their office, or contract, to accept, file, register or otherwise record or release any documents or instruments, or who may be required to report or insure any title or state of title in or to any lease; and each of the foregoing persons and entities is hereby directed to accept for filing this Sale Order as sole and sufficient evidence of such transfer of title and shall rely upon this Sale Order to consummate the transactions contemplated by the Final APA.  The provisions of this Sale Order authorizing the Sale of the Acquired Assets by the Debtors free and clear of Encumbrances shall be self-executing, and none of the Debtors, the Buyers or any other party shall be required to execute or file releases, termination statements, assignments, cancellations, consents or other instruments to effectuate, consummate, and/or implement the provisions hereof with respect to the Sale; *provided, however,* that this paragraph shall not excuse such parties from performing any and all of their respective obligations under this Sale Order or the Final APA.

18.    Notwithstanding anything to the contrary in this Sale Order, in the Sale Motion or the Final APA, the Buyers shall receive the benefits and burdens of, and be responsible for payment in full of all accrued charges, payments, and the like arising under or pursuant to the Assumed Liabilities. If the Buyers dispute any alleged charge, credit or payment under any of the Assumed Liabilities and the parties are unable to come to an agreement regarding the amount actually owed, the dispute may be adjudicated by the Bankruptcy Court or any other court of competent jurisdiction.  The Buyers shall be entitled to file or record a certified copy of this Sale Order in the applicable public records in order to give notice of the termination and release of Encumbrances pursuant to this Sale Order.

19.    This Sale Order shall be effective as a determination that, as of the Closing Date, all Claims (as defined in section 101(5) of the Bankruptcy Code), other than Assumed Liabilities,

arising, at law, in equity, or otherwise, based in whole or in part on any act, omission, transaction, event or other occurrence, or circumstances taking place on or before the Closing Date, in any way relating to the Debtors or the Chapter 11 Cases or the negotiation, formulation, preparation, entry into, or dissemination of the Final APA have been unconditionally released, discharged and terminated as to Buyers and the Acquired Assets.

### Executory Contracts and Leases

20.    Upon the Closing of the Sale, the Debtors are authorized and directed to assume and assign the Assumed Executory Contracts to the Buyers or their designees, as applicable, free and clear of all Encumbrances, except for the obligation to pay the applicable Cure Amount, if any; *provided, however*, that such assumption by the Debtors and assignment to the Buyers, or their designees, will be subject to any agreement or modification entered into between the Buyers and the counterparties to such Assumed Executory Contract, and assumed and assigned as amended or modified.  With respect to each Assumed Executory Contract, the payment of the applicable agreed upon Cure Amount (if any) set forth on **Exhibit B** by the Buyers shall (a) effect a cure of all monetary defaults existing thereunder as of the Closing Date, (b) compensate the applicable Contract Counterparty for any actual pecuniary loss resulting from such default, and (c) together with the assumption of the Assumed Executory Contract by the Debtors and assignment to the Buyers or their designees, as applicable, constitute adequate assurance of future performance thereof, except as otherwise set forth in this Order.  The Debtors shall then have assumed the Assumed Executory Contracts and assigned to the Buyers or their designees, as applicable, such Assumed Executory Contracts, which assumption and assignment, pursuant to section 365(f) of the Bankruptcy Code, shall not be a default under such Assumed Executory Contract.  After the payment of the relevant Cure Amounts by the Buyers as agreed to by each counterparty to an Assumed Executory Contract or as ordered by the Court, the Debtors and the

Buyers shall not have any further liabilities to the Contract Counterparties other than the Buyers' obligations under the Assumed Executory Contracts that accrue and become due and payable on or after the Closing Date.

21.     Pursuant to the terms of the Final APA, the Buyers may, by written notice to the Debtors, choose to exclude certain of the Debtors' contracts or leases from the list of Assumed Executory Contracts until three (3) business days prior to the Closing Date, in which case each such contract or lease shall not be assumed by the Debtors.

22.     Any provisions in any Assumed Executory Contract that prohibits or conditions the assignment of such Assumed Executory Contract or allows the party to such Assumed Executory Contract to terminate, recapture, impose any penalty, condition on renewal or extension or modify any term or condition upon the assignment of such Assumed Executory Contract shall, only in connection with the assumption and assignment of  any Assumed Executory Contract or lease pursuant to the terms of this Order, constitute unenforceable anti-assignment provisions that are void and of no force and effect pursuant to section 365(f) of the Bankruptcy Code.  All other requirements and conditions under sections 363 and 365 of the Bankruptcy Code for the assumption by the Debtors and assignment to the Buyers of the Assumed Executory Contracts have been satisfied, and such assumption and assignment shall not constitute a default thereunder. Upon the Closing and the payment of the required Cure Amount by the Buyers, if any, in accordance with sections 363 and 365 of the Bankruptcy Code, the Buyers or their designee, as applicable, shall be fully and irrevocably vested with all right, title and interest of the Debtors under each Assumed Executory Contract, as may be amended or modified by the Debtors prior to assumption, and subject to any agreement or other modification to such Assumed Executory Contract between the Buyers, or their designees, and the applicable counterparty to such Assumed Executory Contract (the defined term "Assumed Executory Contract" as it is used throughout this

Order shall include all amendments and modifications to any executory contract or lease entered into between the Debtors and counterparties prior to assumption, and between Buyers, or their wholly-owned subsidiaries, and counterparties to such executory contract or lease before or after assignment to Buyers).

23.    Other than as provided under the Final APA, there shall be no rent accelerations, assignment fees, deposits, increases (including advertising rates) or any other fees charged to the Buyers or the Debtors as a result of the assumption and assignment of the Assumed Executory Contracts.

24.    Notwithstanding the foregoing, with respect to each unexpired lease that the Buyers, or their designees, seek to assume as an Assumed Executory Contract, the Buyers, or their designees, as applicable, shall also assume in connection with the assumption of such lease: (a) any and all rent, additional rent and other tenant obligations under such lease that have accrued but have not come due or have not been billed as of the date of assumption and assignment, including, but not limited to, adjustments and reconciliations and (b) any and all indemnity obligations under such leases notwithstanding anything to the contrary in this Sale Order or the Final APA.  In addition, the Buyers shall be entitled to the receipt of any credits for adjustments and reconciliation relating to such leases.

25.    Upon the Closing and the payment of the applicable Cure Amount by the Buyers, if any, with respect to any Assumed Executory Contract, the Buyers or their designee, as applicable, shall be deemed to be substituted for the relevant Debtor as a party to such Assumed Executory Contract, and the Debtors shall be relieved, pursuant to section 365(k) of the Bankruptcy Code, from any further liability under such Assumed Executory Contract.

26.    Upon the Closing and the payment of the applicable Cure Amounts, if any, the Assumed Executory Contracts shall remain in full force and effect, , and no default shall exist

thereunder and there shall not exist any event or condition which, with the passage of time or giving of notice, or both, would constitute such a default. The Buyers shall pay all undisputed portions of the Cure Amounts to the counterparties to the Assumed Executory Contracts within ten (10) days of assumption and assignment of the Assumed Executory Contracts (unless otherwise agreed by a counterparty). The Buyers shall establish a reserve for the disputed portions of Cure Amounts and pay such amounts to the counterparties to the Assumed Executory Contracts within ten (10) days of an agreement between the Buyers and applicable counterparty or Order of the Court establishing the Cure Amount.

27.     Pursuant to sections 105(a), 363 and 365 of the Bankruptcy Code, except for the right to assert a claim for a Cure Amount, all Contract Counterparties are forever barred and permanently enjoined from raising or asserting against the Debtors, their estates, the Buyers, or any of their respective successors and assigns any assignment fee, default, breach or claim or pecuniary loss, or condition to assignment, arising under or related to the Assumed Executory Contracts existing as of the Closing Date or arising by reason of the Closing.

## Sale of Avoidance Actions and Causes of Action

28.     As more fully set forth in the Final APA, this Sale Order approves and provides for the transfer to the Buyers of all avoidance claims or causes of action arising under Chapter 5 of the Bankruptcy Code or applicable Law relating to: (i) any vendors or contract counterparties with whom the Buyers will continue to do business; (ii) the Acquired Assets, Assumed Executory Contracts and/or Assumed Liabilities; (iii) all Claims or Causes of Action (the "Ratner Causes of Action") against the Ratner Group; (iv) the Assumed Leases; (v) CHI leases of non-residential real property that are rejected and for which the counterparty has agreed to look solely to the $500,000 paid by the Buyers to the Debtors for satisfaction of rent accruing under such respective leases for the period from and including the petition date in the chapter 11 cases through and including the

effective date of the rejection of the respective lease; and (vi) all actions against current or former officers and directors of the Debtors.

## **Other Provisions**

29.     Effective upon the Closing Date and except as otherwise provided by stipulations filed with or announced to the Court with respect to a specific matter, all persons and entities are forever prohibited and permanently enjoined from commencing or continuing in any manner any action or other proceeding, whether in law or equity, in any judicial, administrative, arbitral or other proceeding against the Buyers, their successors and assigns, or the Acquired Assets, with respect to (a) any Encumbrance arising prior to the Closing of the Sale or (b) successor liability, to the extent allowed by applicable law, except as otherwise set forth in this Sale Order, including, without limitation, the following actions: (i) commencing or continuing in any manner any action or other proceeding against the Buyers, their successors or assigns, assets or properties; (ii) enforcing, attaching, collecting or recovering in any manner any judgment, award, decree or order against the Buyers, its successors or assigns, assets or properties; (iii) creating, perfecting, or enforcing any Encumbrance against the Buyers, their successors or assigns, assets or properties; (iv) asserting any setoff, right or subrogation or recoupment of any kind against any obligation due the Buyers or their successors or assigns; (v) commencing or continuing any action, in any manner or place, that does not comply or is inconsistent with the provisions of this Sale Order or other orders of this Court, or the agreements or actions contemplated or taken in respect thereof; or (vi) revoking, terminating or failing or refusing to issue or renew and license, permits or authorizations to operate any of the Acquired Assets or conduct any of the businesses operated with the Acquired Assets.

30.     To the maximum extent available under applicable law and to the extent provided for under the Final APA, except as otherwise set forth in this Sale Order, the Buyers shall be

authorized, as of the Closing Date, to operate under any license, permit, registration and governmental authorization or approval of the Debtors with respect to the Acquired Assets and, to the maximum extent available under applicable law and to the extent provided for under the Final APA, all such licenses, permits, registrations and governmental authorizations and approvals are deemed to have been transferred to the Buyers as of the Closing Date, and all persons and entities are forever prohibited and permanently enjoined from commencing or continuing in any manner any action or other proceeding, whether in law or equity, in any judicial, administrative, arbitral or other proceeding seeking to revoke, terminate or refuse to renew, based upon conduct occurring prior to the Sale, any license, permit or authorization to operate any of the Acquired Assets or conduct any of the businesses operated with the Acquired Assets. All existing licenses or permits applicable to the Acquired Assets shall remain in place for the Buyers' benefit until either new licenses and permits are obtained or existing licenses and permits are transferred in accordance with applicable administrative procedures.

31.    Notwithstanding the foregoing, nothing in this Sale Order or the Final APA authorizes the transfer or assignment of any governmental (a) license, (b) permit, (c) registration, (d) authorization, or (e) approval, or the discontinuation of any obligation thereunder, without compliance with all applicable legal requirements and approvals under police or regulatory law. Nothing in this Sale Order divests any tribunal of any jurisdiction it may have under police or regulatory law to interpret this Sale Order or to adjudicate any defense asserted under this Sale Order.

32.    Except for the Assumed Liabilities, the Buyers shall not have any liability for any obligation of the Debtors arising under or related to any of the Acquired Assets. Without limiting the generality of the foregoing, and except for the Assumed Liabilities, the Buyers shall not be liable for any Claims against the Debtors or any of their predecessors or affiliates. By virtue of

the Sale, to the extent allowed by applicable law and except as otherwise set forth in this Sale Order, the Buyers and their affiliates, designees, successors and assigns shall not be deemed or considered to, (a) be a successor (or other such similarly situated party), or otherwise be deemed a successor, to the Debtors, including a "successor employer" for the purposes of the Internal Revenue Code of 1986, the Employee Retirement Income Security Act of 1974, or other applicable laws; (b) have any responsibility or liability for any obligations of Debtors, or any affiliate of Debtors, based on any theory of successor or similar theories of liability; (c) have, de- facto or otherwise, merged with or into any of the Debtors; (d) be an alter ego or a mere continuation or substantial continuation of any of the Debtors (and there is no continuity of enterprise between any Buyer and any Debtor), including within the meaning of any foreign, federal, state or local revenue, pension, ERISA, tax, labor, employment, environmental, or other law, rule or regulation (including filing requirements under any such laws, rules or regulations), or under any products liability law or doctrine with respect to Debtors' liability under such law, rule or regulation or doctrine; or (e) be holding itself out to the public as a continuation of any of Debtors or their respective estates.

33.     The transactions contemplated by the Final APA and this Sale Order are undertaken by the Buyers without collusion and in good faith, as that term is described in section 363(m) of the Bankruptcy Code, and accordingly, the reversal or modification on appeal of the authorization provided herein to consummate the Sale shall not affect the validity of the Sale (including the assumption and assignment of the Assumed Executory Contracts), unless such authorization and such Sale are duly stayed pending such appeal.  The Buyers are a good faith buyer within the meaning of section 363(m) of the Bankruptcy Code and, as such, the Buyers are entitled to the full protections of section 363(m) of the Bankruptcy Code.

34.     Pursuant to Bankruptcy Rules 7062, 9014, 6004(h) and 6006(d), this Sale Order shall be effective immediately upon entry and the Debtors and the Buyers are authorized to close the Sale immediately upon entry of this Sale Order.

35.     No bulk sales law or any similar law of any state or other jurisdiction applies in any way to the Sale.

36.     The Final APA and any related agreements, documents or other instruments may be modified, amended or supplemented by the parties thereto and in accordance with the terms thereof, without further order of the Court provided that any such modification, amendment or supplement does not have a material adverse effect on the Debtors' estates, the counterparties to Assumed Executory Contracts, or on the interests of the Buyers as determined by the Bankruptcy Court or a court of competent jurisdiction.

37.     The Court shall retain jurisdiction to, among other things, interpret, implement, and enforce the terms and provisions of this Sale Order and the Final APA, all amendments thereto and any releases, waivers and consents hereunder and thereunder, and each of the agreements executed in connection therewith to which any of the Debtors are a party or which has been assigned by the Debtors to the Buyers, and to adjudicate, if necessary, any and all disputes concerning or relating in any way to any of the foregoing.

38.     All time periods set forth in this Sale Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

39.     To the extent that this Sale Order is inconsistent with any prior order or pleading with respect to the Sale Motion filed in these Chapter 11 Cases, the terms of this Sale Order shall govern.  In the event of an inconsistency between the Final APA and this Sale Order, the Sale Order shall govern.

40.     Nothing in this Sale Order or the Final APA releases, nullifies, precludes or enjoins the enforcement of any police or regulatory liability to a governmental unit that any entity would be subject to as the post-sale owner or operator of property after the date of entry of this Sale Order.

cc:     Joel I. Sher, Esquire
        Richard M. Goldberg, Esquire
        SHAPIRO SHER GUINOT & SANDLER
        250 W. Pratt Street, Suite 2000
        Baltimore, Maryland 21201

        Jeanette Rice**,** Assistant United States Trustee
        OFFICE OF THE UNITED STATES TRUSTEE
        6305 Ivy Lane
        Suite 600
        Greenbelt, MD 20770

        Lynn A. Kohen, Esquire
        OFFICE OF THE UNITED STATES TRUSTEE
        6305 Ivy Lane
        Suite 600
        Greenbelt, MD 20770

        Richard A. Chesley, Esquire
        DLA PIPER LLP (US)
        444 West Lake Street
        Chicago, Il 60606-0089

        Keith N. Costa, Esquire
        FAEGRE DRINKER BIDDLE & REATH LLP
        1177 Avenue of the Americas, 41st Floor
        New York, New York 10036

        Master Service List

**END OF ORDER**

# EXHIBIT A

**AMENDED AND RESTATED**


**ASSET PURCHASE AGREEMENT**

**BY AND AMONG**

**CREATIVE HAIRDRESSERS, INC.,**

**THE OTHER SELLER PARTIES HERETO,**

**HC SALON HOLDINGS, INC.**

**AND**

**THE OTHER PARTIES IDENTIFIED ON THE SIGNATURE PAGES HERETO**

**MAY 27, 2020**

## TABLE OF CONTENTS

**Page**

ARTICLE I DEFINITIONS .................................................................................................... 1
    Section 1.1      Definitions............................................................................. 1
    Section 1.2      Interpretations ..................................................................... 16

ARTICLE II PURCHASE AND SALE ............................................................................. 17
    Section 2.1      Purchase and Sale of Assets ............................................... 17
    Section 2.2      Assumed Liabilities ............................................................ 17
    Section 2.3      Consideration; Deposit........................................................ 17
    Section 2.4      Closing ............................................................................... 17
    Section 2.5      Closing Payments and Deliveries ....................................... 18
    Section 2.6      RESERVED. ....................................................................... 18
    Section 2.7      Assumption/Rejection of Certain Contracts and Leases.................. 18
    Section 2.8      Allocation........................................................................... 19
    Section 2.9      Removal of Excluded Assets .............................................. 19

ARTICLE III SELLERS' REPRESENTATIONS AND WARRANTIES ...................... 19
    Section 3.1      Organization of Sellers; Good Standing ............................. 19
    Section 3.2      Authorization of Transaction .............................................. 20
    Section 3.3      Noncontravention; Government Filings ............................. 20
    Section 3.4      Title to Assets .................................................................... 20
    Section 3.5      Designated Contracts ......................................................... 20
    Section 3.6      Real Property ..................................................................... 21
    Section 3.7      Litigation; Decrees ............................................................ 21
    Section 3.8      Labor Relations .................................................................. 21
    Section 3.9      Brokers' Fees ..................................................................... 22
    Section 3.10     Taxes.................................................................................. 22
    Section 3.11     RESERVED. ....................................................................... 22
    Section 3.12     Employee Benefits ............................................................. 22
    Section 3.13     Intellectual Property........................................................... 23
    Section 3.14     Compliance with Laws; Permits ........................................ 24
    Section 3.15     Environmental Matters........................................................ 24
    Section 3.16     Related Party Transactions ................................................. 24
    Section 3.17     Financial Statements .......................................................... 25
    Section 3.18     Inventory ............................................................................ 25
    Section 3.19     Sufficiency of Assets ......................................................... 25

ARTICLE IV BUYERS' REPRESENTATIONS AND WARRANTIES ................... 25
    Section 4.1      Organization of Buyer; Good Standing .............................. 25
    Section 4.2      Authorization of Transaction .............................................. 26
    Section 4.3      Noncontravention................................................................ 26
    Section 4.4      Litigation; Decrees ............................................................ 26
    Section 4.5      Brokers' Fees ..................................................................... 26
    Section 4.6      Sufficient Funds; Adequate Assurances ............................. 27

ARTICLE V PRE-CLOSING COVENANTS.................................................................. 27

# TABLE OF CONTENTS

**Page**

Section 5.1    Efforts; Cooperation........................................................ 27
Section 5.2    Conduct of the Business Pending the Closing ................... 27
Section 5.3    Bankruptcy Court Matters............................................... 29
Section 5.4    Notices and Consents...................................................... 30
Section 5.5    Notice of Developments ................................................. 31
Section 5.6    Access ............................................................................ 31
Section 5.7    Bulk Transfer Laws........................................................ 31

ARTICLE VI OTHER COVENANTS ............................................................ 31

Section 6.1    Further Assurances......................................................... 31
Section 6.2    Access; Enforcement; Record Retention ......................... 32
Section 6.3    Covered Employees ........................................................ 33
Section 6.4    Transfer Taxes ............................................................... 34
Section 6.5    Press Releases and Public Announcements ..................... 34
Section 6.6    Non-Disclosure; Non-Solicit; Non-Disparagement.......... 35
Section 6.7    No Successor Liability .................................................... 37
Section 6.8    Acquired Avoidance Actions and Causes of Action......... 37

ARTICLE VII CONDITIONS TO OBLIGATION TO CLOSE.......................... 37

Section 7.1    Conditions to Buyers' Obligations.................................. 37
Section 7.2    Conditions to Sellers' Obligations .................................. 38
Section 7.3    No Frustration of Closing Conditions.............................. 38

ARTICLE VIII TERMINATION ................................................................... 39

Section 8.1    Termination of Agreement.............................................. 39
Section 8.2    Effect of Termination ..................................................... 40

ARTICLE IX MISCELLANEOUS ................................................................. 40

Section 9.1    Survival ......................................................................... 40
Section 9.2    Expenses ....................................................................... 40
Section 9.3    Entire Agreement ........................................................... 40
Section 9.4    Incorporation of Exhibits and Disclosure Schedule.......... 40
Section 9.5    Amendments and Waivers .............................................. 40
Section 9.6    Succession and Assignment............................................ 41
Section 9.7    Notices .......................................................................... 41
Section 9.8    Governing Law ............................................................. 42
Section 9.9    Submission to Jurisdiction; Service of Process ................ 42
Section 9.10   Waiver of Jury Trial ...................................................... 43
Section 9.11   Specific Performance ..................................................... 43
Section 9.12   Severability ................................................................... 43
Section 9.13   No Third Party Beneficiaries ......................................... 43
Section 9.14   Non-Recourse ............................................................... 43
Section 9.15   Mutual Drafting ............................................................ 43
Section 9.16   Disclosure Schedule....................................................... 43
Section 9.17   Headings; Table of Contents........................................... 44

## TABLE OF CONTENTS

**Page**

Section 9.18          Counterparts; Facsimile and Electronic Signatures ........................... 44


Exhibit A – Form of Bill of Sale for Acquired Assets
Exhibit B – Form of Assignment and Assumption Agreement
Exhibit C – Form Intellectual Property Assumption and Assignment Agreement


Schedule A – Intellectual Property Licenses
Schedule B – Other Excluded Assets
Schedule 2.7(a) – Execratory Contracts
Schedule 2.7(b) – Designated Contracts and Assumed Leases
Schedule 3.6 – Salons
Schedule 3.7 – Litigation
Schedule 3.8 – Labor Relations
Schedule 3.10 – Taxes
Schedule 3.11 – Tangible Personal Property
Schedule 3.12(a) – Employee Benefit Plans
Schedule 3.12(c) – Knowledge of Sellers
Schedule 3.13 – Owned Intellectual Property
Schedule 3.14(a) – Compliance with Laws
Schedule 3.16 – Related Party Transactions
Schedule 6.6(b) – Dennis Companies

## AMENDED AND RESTATED ASSET PURCHASE AGREEMENT

This Amended and Restated Asset Purchase Agreement (this "Agreement") is entered into as of May 27, 2020 by and among Creative Hairdressers, Inc., a Virginia corporation ("CHI" or the "Company"), and the direct and indirect Subsidiaries or affiliates of CHI identified on the signature pages hereto, including Ratner Companies, L.C., a Virginia limited liability company (together with CHI, each a "Seller" and, collectively, "Sellers"), and HC Salon Holdings, Inc. ("Salon Holdings"), and the direct and indirect Subsidiaries of Salon Holdings identified on the signature pages hereto (together with Salon Holdings, each a "Buyer" and collectively, "Buyers"). Sellers and Buyers are referred to collectively herein as the "Parties" and each, a "Party".

### WITNESSETH

WHEREAS, on April 23, 2020 (the "Petition Date"), CHI and certain of its affiliates filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Maryland (the "Bankruptcy Court");

WHEREAS, Sellers wish to sell their on-going hair salon business (the "Business");

WHEREAS, the Sellers and the Buyers entered into an Asset Purchase Agreement dated April 23, 2020; and

WHEREAS, Sellers and Buyers desire to enter into this Amended and Restated Agreement to provide for the applicable Buyer to purchase, acquire and assume from the applicable Seller all of the Acquired Assets (as defined below) and Assumed Liabilities (as defined below), all in the manner and subject to the terms and conditions set forth in this Agreement and in accordance with Sections 105, 363 and 365 and other applicable provisions of the Bankruptcy Code.

NOW, THEREFORE, in consideration of the mutual promises herein made, and in consideration of the representations, warranties and covenants herein contained, the Parties hereby agree as follows:

### ARTICLE I
### DEFINITIONS

Section 1.1    Definitions.  For purposes of this Agreement:

"Acquired Assets" means, all of Sellers' right, title and interest, free and clear of all Liens (other than Permitted Liens), in and to all of the properties, rights, interests and other tangible and intangible assets of Sellers for use in or relating to the Business (wherever located and whether or not required to be reflected on a balance sheet prepared in accordance with GAAP) including any assets acquired by Sellers after the date hereof but prior to the Closing; provided, however, that the Acquired Assets shall not include any Excluded Assets. Without limiting the generality of the foregoing, the Acquired Assets shall include the following (except to the extent listed or otherwise included as an Excluded Asset):

(a)    to the extent transferable, all Intellectual Property related to the Business, including, but not limited to, all intellectual property rights arising from or relating to: all algorithms, APIs, designs, net lists, data, databases, data collections, diagrams, inventions (whether or not patentable), know how, methods, processes, proprietary information, protocols, schematics, specifications, tools, systems, servers, hardware, computers, point of sale equipment, inventory management equipment, software, software code (in any form, including source code and executable or object code), subroutines, techniques, user interfaces, URLs, web sites, works of authorship and other similar materials, including all documentation related to any of the foregoing, including instruction manuals, laboratory notebooks, prototypes, samples, studies and summaries, whether or not embodied in any tangible form and whether or not specifically listed herein, and all related technology, that are used in, incorporated in, embodied in, displayed by or relate to, or are used in connection with the foregoing;

(b)    all tangible assets owned or leased by Sellers related to the Business or Salons, including all fixtures, trade fixtures, chairs, supplies, shelving, refrigeration equipment, computers and computer systems located at the Salons, any corporate offices or any other real property;

(c)    all rights under the Assumed Leases and Designated Contracts;

(d)    the Inventory, whether in the Salons, any warehouse(s) or in transit to the Salons;

(e)    all customer and end-user data and information, including information related to customer purchases or services provided to customers at the Salons, in each case, to the extent permitted to be assigned, used, or provided by Sellers under applicable Laws;

(f)    all in-process customer orders;

(g)    all trade receivables, whether current or non-current, and all other accounts receivable, including payment processor receivables, for sales made at the Salons prior to the Closing;

(h)    any Permit, to the extent transferable;

(i)    any and all books, records and other data relating to the Business and the Salons, including customer lists and customer and end-user information and data, supplier lists, mailing lists, accounting records, documentation or records, catalogs and printed materials relating thereto to the extent available;

(j)    all prepaid expenses, credits, advance payments, claims, security, refunds, rights of recovery, rights of set-off, rights of recoupment, deposits, charges, sums and fees (including any such item relating to the payment of Taxes) other than the Excluded Tax Assets;

2

(k)    any promotional materials, displays, media content and other property or equipment used in or related to the existing Business;

(l)    to the extent transferable, all Intellectual Property Licenses, including the licenses set forth on <u>Schedule A</u>;

(m)    financial, marketing and business data, pricing and cost information, business and marketing plans and other information, files, correspondence, records, data, plans, reports and recorded knowledge, historical trademark files, prosecution files of Sellers in whatever media retained or stored, including computer programs and disks, including files in the possession of Sellers;

(n)    all goodwill associated with the Business or the Acquired Assets;

(o)    all right of publicity and all similar rights, including all commercial merchandising rights;

(p)    product designs, product names, trade names, design rights, tech packs, artwork, archival materials and advertising materials, copy, commercials, images and artwork;

(q)    royalty payments and licensing receivables generated by the Business and attributable to the period from and/or after the Closing;

(r)    all Sellers' telephone, fax numbers and email addresses;

(s)    any avoidance actions under chapter 5 of the Bankruptcy Code relating to any (i) Designated Contract and Assumed Leases, (ii)  CHI leases that are rejected and for which the counterparty to the Lease waived its claim for administrative expense under sections 502, 503 or 365 of the Bankruptcy Code, or (iii) trade vendor that any Buyer will conduct business with, following the Closing (the "<u>Acquired Avoidance Actions</u>");

(t)    all Claims or Causes of Action of the Company against the Ratner Companies, L.C., Dennis Ratner, Ann Ratner, Gary Ratner, Kelley Ratner Mistretta or Lauren Ratner and their respective affiliates and trusts (collectively, the "<u>Ratner Group</u>") (such Claims or Causes of Actions of the Company, the "<u>Ratner Causes of Action</u>");

(u)    all of Seller's rights under warranties, indemnities and all similar rights against third parties to the extent related to any Acquired Assets;

(v)    all insurance benefits, including rights and proceeds, arising from or relating to the Business, the Purchased Assets or the Assumed Liabilities; and

(w)    any insurance claims, and related proceeds, related to an Acquired Asset; and

provided, however, notwithstanding anything to the contrary set forth in this definition, the Acquired Assets shall not include any Excluded Assets.

"Affiliate" means, with respect to any specified Person, any other Person that directly, or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with, such specified Person, where "control" means the power, directly or indirectly, to direct or cause the direction of the management and policies of another Person, whether through the ownership of voting securities, by contract, or otherwise.

"Affiliate Agreement" has the meaning set forth in Section 3.16.

"Agreement" has the meaning set forth in the preamble.

"Assignment and Assumption Agreement" has the meaning set forth in Section 2.5(a).

"Assumed Leases" has the meaning set forth in Section 2.7(b).

"Assumed Liabilities" means only the following Liabilities of each Seller incurred exclusively in the operation of the Business and existing as of the Closing (to the extent not paid prior to the Closing), or to the extent set forth in the following clauses:

(a)    all Liabilities under the Acquired Assets to the extent such Liabilities arise from and after the Closing Date;

(b)    all Liabilities arising under the Prepetition Senior Secured Debt;

(c)    all Liabilities to pay for goods or services ordered (and not paid by Sellers), prior to the Closing in the Ordinary Course of Business, but which are not delivered or performed until after the Closing;

(d)    all (i) shop or customer credits, sales promotions, rebates, coupons, gift cards and certificates or (ii) returns of goods or merchandise, customer prepayments and overpayments, customer refunds, credits, reimbursements and related adjustments with respect to goods or merchandise;

(e)    all accrued and unused vacation and sick time of the Transferred Employees;

(f)    all fees and expenses incurred by the Sellers to A&G Realty Partners, LLC ("A&G") pursuant to the Real Estate Services Agreement dated April 23, 2020, between Sellers and A&G, which are allowed by the Bankruptcy Court as administrative expense obligations;

(g)    all Cure Costs related solely to the Designed Contracts and Assumed Leases that will be assumed by the Sellers and assigned to the Buyers;

(h)    liabilities under sections 503(b)(9) and 507(a) of the Bankruptcy Code, subject to a cap of $50,000;

4

(i)      liabilities relating to "stub rent" administrative claims for CHI leases that are rejected in the amount of $500,000, subject to a protocol to be approved by the Bankruptcy Court;

provided, however, that notwithstanding anything to the contrary set forth in this definition, the Assumed Liabilities shall not include any Excluded Liabilities.

"Auction" has the meaning set forth in the Bidding Procedures Order.

"Back-up Bidder" has the meaning set forth in Section 5.3(e).

"Bankruptcy Cases" means the jointly administered cases under chapter 11 of the Bankruptcy Code commenced by Sellers and certain of their Affiliates on April 23 2020, and continuing immediately thereafter, in the Bankruptcy Court and styled *In re Creative Hairdresser's, Inc., et al.*, Case No. 20-14583 (TJC).

"Bankruptcy Code" has the meaning set forth in the recitals.

"Bankruptcy Court" has the meaning set forth in the recitals.

 "Bid Protections" has the meaning set forth in Section 5.3(b).

"Bidding Procedures Motion" has the meaning set forth in Section 5.3(a).

"Bidding Procedures Order" means an order entered by the Bankruptcy Court authorizing and approving the bidding, auction and sale procedures regarding the Acquired Assets, and other related relief, on terms further described in Section 5.3 (Bankruptcy Court Matters) herein and otherwise in form and substance reasonably satisfactory to Sellers and Buyer.

"Bill of Sale" has the meaning set forth in Section 2.5(a).

"Business" has the meaning set forth in the recitals.

"Business Day" means any day, other than a Saturday, Sunday and any day which is a legal holiday under the laws of the State of New York or is a day on which banking institutions located in the State of New York are authorized or required by Law or other governmental action to close.

"Buyer" has the meaning set forth in the preamble.

"Buyer Proration Amount" has the meaning set forth in Section 2.6.

"Causes of Action" means any claim, action, cause of action, demand, lawsuit, arbitration, inquiry, audit, notice of violation, proceeding, litigation, citation, summons, subpoena or investigation of any nature, civil, criminal, administrative, regulatory or otherwise, whether at law or in equity, including under common law, statute or the Bankruptcy Code.

"CHI" has the meaning set forth in the preamble.

"Claim" means any claim within the meaning of section 101(5) of the Bankruptcy Code.

"Closing" has the meaning set forth in Section 2.4.

"Closing Date" has the meaning set forth in Section 2.4.

"COBRA" means sections 601 through 608 of the Employee Retirement Income Security Act of 1974 and section 4980B of the IRC.

"Company" has the meaning set forth in the preamble.

"Company Benefit Plan" has the meaning set forth in Section 3.12(a).

"Company Intellectual Property" means all Intellectual Property that are owned or necessary to the Company or any other Seller in the conduct of the Business.

"Company PTO Payments" has the meaning set forth in clause (h) of the definition of Excluded Liabilities.

"Company Severance Payments" has the meaning set forth in clause (h) of the definition of Excluded Liabilities.

"Competing Bid" has the meaning set forth in Section 5.3(d).

"Contract" means any agreement, contract, license, arrangement, commitment, promise, obligation, right, instrument, document or other similar understanding, which in each case is in writing and signed by parties intending to be bound thereby (other than any Leases).

"Covered Employee" means an employee of CHI or any of its Subsidiaries as of the date hereof whose duties relate primarily to the operation of any of the Business, including such employees who have been furloughed or are on short-term disability, long-term disability or any other approved leave of absence as of the Closing.

"Credit Bid" has the meaning set forth in Section 2.3.

"Cure Costs" means all amounts payable, and obligations that must be satisfied, in order to cure any monetary defaults required to be cured under section 365(b)(1) of the Bankruptcy Code or otherwise to effectuate, pursuant to the Bankruptcy Code, the assumption of executory Contracts and Leases.

"Debtors' Counsel" means Shapiro Sher Guinot & Sandler, P.A..

"Decree" means any judgment, decree, ruling, injunction, assessment, attachment, undertaking, award, charge, writ, executive order, administrative order or any other order of any Governmental Authority.

"Designated Contracts" has the meaning set forth in Section 2.7(b).

6

"DIP Financing Agreement" means that certain Senior Secured Multi-Draw Term Promissory Note (as amended, amended and restated, supplemented or otherwise modified from time to time), among the DIP Lender, the Company, as borrower, and the guarantors party thereto.

"DIP Lender" means Salon Holdings (together with its respective successors and assigns).

"DIP Order" means that certain Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors And Debtors In Possession To Obtain Post-Petition Financing, (II) Authorizing Use Of Cash Collateral, (III) Granting Liens And Super-Priority Claims, (IV) Granting Adequate Protection To Prepetition Lenders, (V) Modifying The Automatic Stay, And (VI) Granting Related Relief [D.I. ___], as such order has been or may be amended or modified from time to time.

"Disclosure Schedule" has the meaning set forth in Article III.

"Display Merchandise" means those items of inventory used in the ordinary course of business as displays or floor models, including inventory that has been removed from its original packaging for the purpose of putting such item on display, which goods are not otherwise damaged or defective.  For the avoidance of doubt, Merchandise created for display and not saleable in the ordinary course of business shall not constitute Display Merchandise.

"Encumbrances" means any claim, community or other marital property interest, condition, equitable interest, right of way, encroachment, servitude, right of first refusal or similar restriction, including any restriction on use, voting (in the case of any security or equity interest), transfer, receipt of income or exercise of any other attribute of ownership.

"Environmental Law" means any federal, state, local or foreign law, statute, code, ordinance, rule or regulation relating to the protection of the environment or natural resources.

"ERISA" means the Employee Retirement Income Security Act of 1974, as amended.

"ERISA Affiliate" means any Person that, at any relevant time, is or was treated as a single employer with any Seller for purposes of IRC § 414.

"Excluded Assets" means the following assets of Sellers as of the Closing, and only the following assets:

(a)    all files, books, records and documents prepared in connection with this Agreement or the transactions contemplated hereby or primarily relating to the Bankruptcy Cases, all minute books, corporate records (such as stock registers) and organizational documents of Sellers, Tax Returns, other Tax work papers, and all other documents not related to the Business, the Salons, the Acquired Assets or the Covered Employees;

(b)    all files, books, records and documents constituting work product of Sellers' legal counsel;

(c)      all files, books, records and documents the disclosure or transfer of which is prohibited by third party agreement or applicable Laws;

(d)      any Contract that is not a Designated Contract;

(e)      any Lease that is not an Assumed Lease;

(f)      any Tax refunds, net operating losses, rebates or credits of Sellers and the owners of the Sellers (the "Excluded Tax Assets");

(g)      prepaid insurance;

(h)      all avoidance actions under chapter 5 of the Bankruptcy Code or any Causes of Action that are not an Acquired Asset;

(i)      any security deposits or pre-paid expenses paid prior to the Closing Date and not associated with the Acquired Assets;

(j)      all insurance policies and binders, all claims, refunds and credits from insurance claims, insurance policies or binders due or to become due with respect to such policies or binders and all rights to proceeds thereof;

(k)      all equipment, tools or assets belonging to employees or independent contractors of the Sellers;

(l)      all shares of capital stock or other equity interests of any Seller and all securities convertible into or exchangeable or exercisable for shares of capital stock or other equity interests of any Seller or any other Person;

(m)      any contractual obligations of Buyer to indemnify Sellers, Dennis Ratner, Phil Horvath, and Richard Gatti, and pay unpaid payroll and related payment obligations and contributions due from one or more of the Sellers relating to services rendered by employees of the Business from the periods ending March 17, 2020 and March 28, 2020; and

(n)      all assets, properties, rights, interests, and Claims of every kind and description of any Sellers which (A) are not Acquired Assets, (B) are not related to, used, or held for use in, the Business, or (C) are described on Schedule B.

"Excluded Liabilities" means any Liabilities of Sellers, whether existing on the Closing Date or arising thereafter as a result of any act, omission or circumstances taking place prior to the Closing, other than the Assumed Liabilities.  Without limiting the foregoing, Buyers shall not be obligated to assume, and do not assume, and hereby disclaims all the Excluded Liabilities, including the following Liabilities (which shall also be considered Excluded Liabilities) of any of Sellers or of any predecessor of any of Sellers, whether incurred or accrued before or after the Closing:

(a)    any Liability not relating to or arising out of the Business or the Acquired Assets, including any Liability exclusively relating to or primarily arising out of the Excluded Assets;

(b)    any Liability of Sellers for Taxes (except as provided for in <u>Section 2.9</u> and <u>Section 6.4</u>);

(c)    all Liabilities of Sellers under this Agreement or any Related Agreement and the transactions contemplated hereby or thereby;

(d)    any Liability associated with any and all indebtedness including any guarantees of third party obligations and reimbursement obligations to guarantors of Sellers' obligations or under letters of credit of any Seller;

(e)    any Liabilities in respect of any Contracts or Leases that are not Designated Contracts or Assumed Leases, respectively;

(f)    all Liabilities for fees, costs and expenses that have been incurred or that are incurred or owed by Sellers in connection with this Agreement or the administration of the Bankruptcy Cases (including all fees and expenses of professionals engaged by Sellers) and administrative expenses and priority claims accrued through the Closing Date and specified post-closing administrative wind-down expenses of the bankrupt estates pursuant to the Bankruptcy Code (which such amounts shall be paid by Sellers from the proceeds collected in connection with the Excluded Assets) and all costs and expenses incurred in connection with (i) the negotiation, execution and consummation of the transactions contemplated under this Agreement and each of the other documents delivered in connection herewith, (ii) the negotiation, execution and consummation of the DIP Financing Agreement, and (iii) the consummation of the transactions contemplated by this Agreement, including any retention bonuses, "success" fees, change of control payments and any other payment obligations of Sellers payable as a result of the consummation of the transactions contemplated by this Agreement and the documents delivered in connection herewith;

(g)    all Liabilities (i) related to WARN Act, to the extent applicable, with respect to the termination of Sellers' employees, (ii) for any action resulting from Sellers' employees' separation of employment (the "<u>Company Severance Payments</u>"), and (iii) for vacation, sick leave, parental leave, and other paid time accrued by Sellers' employees who are not Transferred Employees  (the "<u>Company PTO Payments</u>");

(h)    all Liabilities relating to claims for workers compensation for acts that occurred prior to the Petition Date, including any claims under letters of credit issued by Credit Suisse.

(i)    all Liabilities with respect to the termination of employment of the Company "insiders" (as such term is defined under the Bankruptcy Code);

(j)      all Company Benefit Plans (including all assets, trusts, insurance policies and administration service contracts related thereto);

(k)      all Liabilities with respect to any terminated employees with respect to COBRA;

(l)      all Liabilities of Sellers to its equity holders respecting dividends, distributions in liquidation, redemptions of interests, option payments or otherwise, and any liability of Sellers pursuant to any Affiliate Agreement;

(m)      all Liabilities arising out of or relating to any business or property formerly owned or operated by any of Sellers, any Affiliate or predecessor thereof, but not presently owned and operated by any of Sellers;

(n)      all Liabilities relating to Litigation, claims, actions, suits, arbitrations, litigation matters, proceedings or investigations (in each case whether involving private parties, Governmental Authorities, or otherwise) involving, against, or affecting any Acquired Asset, the Business, the Company or any assets or properties of Sellers, commenced, filed, initiated or threatened before the Closing and relating to facts, events or circumstances arising or occurring before the Closing;

(o)      all Liabilities arising under Environmental Laws relating to facts, events or circumstances arising or occurring before the Closing;

(p)      accounts payable;

(q)      Liabilities to any employees arising prior to the Closing, except for vacation, sick leave, parental leave and other paid time accrued by Sellers' employees who are Transferred Employees; and

(r)      all Liabilities of Sellers or its predecessors arising out of any contract, agreement, Permit, franchise or claim that is not transferred to a Buyer as part of the Acquired Assets or is not transferred to a Buyer because of any failure to obtain any third-party or governmental consent required for such transfer.

"Expense Reimbursement" has the meaning set forth in Section 5.3(b).

"GAAP" means United States generally accepted accounting principles consistently applied.

"Governmental Authority" means any federal, state, local or foreign government or governmental or regulatory authority, agency, board, bureau, commission, court, department or other governmental entity.

"Intellectual Property" means any and all intellectual property and other similar proprietary rights, in any jurisdiction in the world (whether arising under statutory or common law, contract, or otherwise), which includes rights pertaining to or arising from: (a) inventions, discoveries, processes, designs, techniques, developments and related improvements whether or

10

not patentable; (b) patents, patent applications, industrial design registrations and applications therefor, divisions, divisionals, continuations, continuations-in-part, reissues, substitutes, renewals, registrations, confirmations, re-examinations, extensions and any provisional applications, or any such patents or patent applications, and any foreign or international equivalent of any of the foregoing; (c) trademarks (whether registered, unregistered or pending), trade dress, service marks, service names, trade names, brand names, product names, logos, domain names, internet rights (including IP addresses and AS numbers), corporate names, fictitious names, other names, symbols (including business symbols), slogans, translations of any of the foregoing and any foreign or international equivalent of any of the foregoing and all goodwill associated therewith and (to the extent transferable by law but subject to Section 6.1(d)) any applications or registrations in connection with the foregoing and all advertising and marketing collateral including any of the foregoing; (d) work specifications, databases and artwork; (e) technical, scientific and other know-how and information (including promotional material and tech packs and blocks), trade secrets, confidential information, methods, processes, practices, formulas, designs, patterns, assembly procedures, specifications; (f) rights associated with works of authorship including copyrights, moral rights, design rights, rights in databases, copyright applications, copyright registrations, rights existing under any copyright laws and rights to prepare derivative works; (g) work for hire; (h) the name "Hair Cuttery, BUBBLES and Salon Cielo" or any derivations thereof, (i) customer lists and databases, websites, social media sites and accounts (including the content contained therein, user names and passwords), diagrams, drawings, domain names, and all advertising and marketing materials and collateral (including all physical, digital, or electronic imagery and design files), samples, product catalogs, product designs and specifications (including tech specifications) vendor and merchandise supplier data and information, (j) computer software and firmware, including data files, source code, object code and software-related specifications and documentation, (k) all books and records, files, data, reports, computer codes and sourcing data, advertiser and supplier lists, cost and pricing information, business plans, and manuals, blueprints, research and development files, and other records; (l) financial, marketing and business data, pricing and cost information, business and marketing plans and other information, files, correspondence, records, data, plans, reports and recorded knowledge, historical trademark files, prosecution files in whatever media retained or stored, including computer programs and disks, (m) the right to sue for infringement and other remedies against infringement of any of the foregoing, and (n) rights to protection of interests in the foregoing under the laws of all jurisdictions.

"Intellectual Property Licenses" means (i) any grant to a third Person of any right to use any Intellectual Property owned by Sellers and (ii) any grant to Sellers of a right to use a third Person's Intellectual Property rights (other than off-the-shelf software for which Company pays less than five thousand Dollars ($5,000) in licensing or other fees per software title per annum).

"Inventory" means all of Sellers' inventory and goods now owned or hereinafter acquired, wherever located, relating to the Business, including all inventory and goods that (a) are leased by Sellers as lessor, (b) are held by Sellers for sale or lease or to be furnished by Sellers under a Contract of service, or (c) consist of raw materials, work in process, finished goods, supplies, or material used or consumed in connection with the Business maintained or held by, stored by or on behalf of, or in transit to, any of Sellers.

"IRC" means the Internal Revenue Code of 1986, as amended.

11

"IRS" means the Internal Revenue Service.

"Knowledge" of Sellers or the Company (and other words of similar import) means the actual knowledge of Phil Horvath and/or Richard Gatti.

"Landlord" means the landlord of real property under any of the Sellers' Leases.

"Law" means any constitution applicable to, and any statute, treaty, code, rule, regulation, ordinance or requirement of any kind of, any Governmental Authority.

"Leases" means all leases, subleases, licenses, concessions, options, contracts, extension letters, easements, reciprocal easements, assignments, termination agreements, subordination agreements, nondisturbance agreements, estoppel certificates and other agreements (written or oral), and any amendments or supplements to the foregoing, and recorded memoranda of any of the foregoing, pursuant to which any Seller holds any leasehold or subleasehold estates and other rights in respect of any Salon.

"Liability" means any liability or obligation of whatever kind or nature (whether known or unknown, whether asserted or unasserted, whether absolute or contingent, whether accrued or unaccrued, whether liquidated or unliquidated and whether due or to become due) regardless of when arising.

"Lien" means any lien (statutory or otherwise), Claim, Encumbrance, deed of trust, right of first offer, easement, servitude, transfer restriction under any shareholder or similar agreement, mortgage, pledge, lien, charge, security interest, option, right of first refusal, easement, security agreement or other encumbrance or restriction on the use or transfer of any property, hypothecation, license, preference, priority, covenant, right of recovery, order of any Governmental Authority, of any kind or nature (including (i) any conditional sale or other title retention agreement and any lease having substantially the same effect as any of the foregoing, (ii) any assignment or deposit arrangement in the nature of a security device, and (iii) any leasehold interest, license or other right, in favor of a third party or a Seller, to use any portion of the Acquired Assets), whether secured or unsecured, choate or inchoate, filed or unfiled, scheduled or unscheduled, noticed or unnoticed, recorded or unrecorded, contingent or non-contingent, material or non-material, known or unknown; provided, however, that "Lien" shall not be deemed to include any license of Intellectual Property.

"Litigation" means any action, cause of action, suit, claim, investigation, audit, demand, hearing or proceeding, whether civil, criminal, administrative or arbitral, whether at law or in equity and whether before any Governmental Authority.

"Material Adverse Effect" means any effect, condition, fact, circumstance or change that has, or could reasonably be expected to have, individually or in the aggregate, a material adverse effect on the condition of the Acquired Assets, taken as a whole, other than any effects, circumstances or changes to the extent arising from or related to: (a) general business or economic conditions in any of the geographical areas in which the Salons operate; (b) any condition or occurrence affecting salons or the salon industry generally; (c) national or international political or social conditions, including the engagement by any country in

12

hostilities, whether commenced before or after the date hereof and whether or not pursuant to the declaration of a national emergency or war, or the occurrence of any military or terrorist attack; (d) financial, banking or securities markets (including any disruption thereof or any decline in the price of securities generally or any market or index); (e) the occurrence of any act of God or other calamity or force majeure events (whether or not declared as such), including any strike, labor dispute, civil disturbance, embargo, natural disaster, fire, flood, hurricane, tornado, or other weather event; (f) changes in Law or accounting rules (including GAAP); (g) the taking of any action required or permitted by this Agreement or any Related Agreement or taken (or omitted to be taken) with the consent of the other Party (other than any action taken pursuant to Section 5.2(a)); (h) any effects or changes as a result of the announcement, pendency or completion of the transactions contemplated by this Agreement, including losses or threatened losses of employees, customers, suppliers, distributors or others having relationships with Sellers; (i) any filing or motion made under sections 1113 or 1114 of the Bankruptcy Code; (j) the closing of any shops not acquired by Buyers or the sale of any other assets or shops to any third parties by any Seller or any of its Affiliates; (k) any effects or changes arising from or related to the breach of the Agreement by Buyers; (l) the failure of Sellers to obtain any consent, permit, authorization, waiver or approval required in connection with the transactions contemplated hereby; (m) any items set forth in the Disclosure Schedule; or (n) any effect resulting from the filing or pendency of the Bankruptcy Cases; *provided*, *however* that global coronavirus 2019-2020 pandemic, business restrictions related thereto, and Shelter-in-Place Laws shall not be considered a Material Adverse Effect, it being recognized that Sellers' salons will likely be closed for the entirety of the period through the Closing Date.

"Merchandise" shall mean (A) all finished goods inventory that is owned by the Company and located at the Salons as of the Closing Date; (B) any Merchandise located at a distribution center; and (C) the Display Merchandise.

"Obligations" shall mean all obligations under the DIP Financing Agreement and the Prepetition Senior Secured Debt.

"Ordinary Course of Business" means the ordinary and usual course of normal day-to-day operations of the Business through the date hereof consistent with past practice from the date of the filing of the Bankruptcy Cases, but subject, however, to (x) changes arising or resulting from the filing or pendency of the Bankruptcy Cases and (y) the "going out of business sales" contemplated as of the date hereof.

"Outside Back-up Date" has the meaning set forth in Section 5.3(e).

"Overbid Protection" has the meaning set forth in Section 5.3(b).

"Owned Intellectual Property" means all Intellectual Property owned or purported to be owned by Sellers.

"Parties" has the meaning set forth in the preamble.

"Permit" means any franchise, approval, permit, license, order, registration, certificate, variance or similar right obtained from any Governmental Authority.

13

"Permitted Lien" means (a) Liens for Taxes not yet delinquent or which are being contested in good faith by appropriate proceedings and arising or incurred in the Ordinary Course of Business; (b) mechanic's, workmen's, repairmen's, warehousemen's, carrier's or other similar Liens, including all statutory liens, arising or incurred in the Ordinary Course of Business for amounts which are not delinquent and which are not, individually or in the aggregate, material to the business of Sellers; (c) with respect to leased or licensed real or personal property, the terms and conditions of the lease, license, sublease or other occupancy agreement applicable thereto which are customary; (d) with respect to real property, usual and customary zoning, building codes and other land use laws regulating the use or occupancy of such real property or the activities conducted thereon which are imposed by any Governmental Authority having jurisdiction over such real property; (e) usual and customary easements, covenants, conditions, restrictions and other similar matters affecting title to real property and other encroachments and title and survey defects provided that they do not materially detract from the property.

"Person" means an individual, a partnership, a corporation, a limited liability company, an association, a joint stock company, a trust, a joint venture, an unincorporated organization or any other entity, including any Governmental Authority or any group of any of the foregoing.

"Petition Date" has the meaning set forth in the recitals.

"Prepetition Lenders" means Salon Holdings.

"Prepetition Senior Secured Debt" means Third Amended and Restated Credit Agreement, effective as of November 15, 2017, by and among Creative Hairdressers, Inc. ("Borrower"), each lender from time to time party thereto (collectively, the "Lenders") and the Prepetition Lender (as successor to Manufacturers and Traders Trust Company), as amended from time to time, along with all ancillary loan documents.

"Prevailing Bidder" has the meaning set forth in Section 5.3(e).

"Purchase Price" has the meaning set forth in Section 2.3.

"Related Agreements" means the Bill of Sale, the Assignment and Assumption Agreement.

"Representative" means, when used with respect to a Person, the Person's controlled and controlling Affiliates (including Subsidiaries) and such Person's and any of the foregoing Person's respective officers, directors, managers, members, shareholders, partners, employees, agents, representatives, advisors (including financial advisors, bankers, consultants, legal counsel and accountants) and financing sources.

"Requesting Party" has the meaning set forth in Section 6.2.

"Returned Merchandise" means goods sold by Sellers prior to the Closing Date and returned by a customer prior to the Closing Date in compliance with Sellers' return policy.

"Sale Hearing" means the hearing for approval of, among other things, this Agreement and the transactions contemplated herein.

14

"Sale Order" means the sale order or orders in form and substance reasonably agreed by Salon Holdings and Sellers.

"Salon Holdings" has the meaning set forth in the preamble.

"Salons" has the meaning set forth in Section 3.6.

"Seller Proration Amount" has the meaning set forth in Section 2.6.

"Sellers" has the meaning set forth in the preamble.

"Shelter-in-Place Law" means any federal, state, local or foreign law, statute, code, ordinance, rule, regulation, order, or guideline restricting business operations in connection with the global coronavirus 2019 pandemic.

"Subsidiary" means, with respect to any Person, means, on any date, any Person (a) the accounts of which would be consolidated with and into those of the applicable Person in such Person's consolidated financial statements if such financial statements were prepared in accordance with GAAP as of such date or (b) of which securities or other ownership interests representing more than fifty percent of the equity or more than fifty percent (50%) of the ordinary voting power or, in the case of a partnership, more than fifty percent (50%) of the general partnership interests or more than fifty percent of the profits or losses of which are, as of such date, owned, controlled or held by the applicable Person or one or more subsidiaries of such Person.

"Tax" or "Taxes" means any United States federal, state, local or foreign income, gross receipts, license, payroll, employment, excise, stamp, occupation, premium, windfall profits, environmental (including taxes under section 59A of the IRC), customs duties, capital stock, franchise, profits, withholding, social security (or similar), unemployment, disability, real property, personal property, sales, use, transfer, registration, value added, alternative or add-on minimum, estimated or other tax of any kind whatsoever, whether computed on a separate or consolidated, unitary or combined basis or in any other manner, including any interest, penalty or addition thereto, whether disputed or not.

"Tax Return" means any return, declaration, report, claim for refund or information return or statement relating to Taxes, including any schedule or attachment thereto, and including any amendment thereof.

"Termination Date" has the meaning set forth in Section 8.1(b)(ii).

"Total Consideration" has the meaning set forth in Section 2.3.

"Transfer Tax" has the meaning set forth in Section 6.4.

"Transition Services Agreement" means the Transition Services Agreement between Buyers and Sellers to provide certain transition services following the Closing Date.

"Transferred Employee" has the meaning set forth in Section 6.3(a).

15

"WARN Act" means, collectively, the Worker Adjustment and Retraining Notification Act of 1989 and any similar state or local law.

"Wind-Down" means any and all post-closing actions to be taken for the administrative wind-down of the bankruptcy estate pursuant to the Bankruptcy Code, including but not limited to the preparation, solicitation and confirmation of a plan of liquidation under chapter 11 of the Bankruptcy Code.

Section 1.2    Interpretations.  Unless otherwise indicated herein to the contrary:

(a)    When a reference is made in this Agreement to an Article, Section, Exhibit, Schedule, clause or subclause, such reference shall be to an Article, Section, Exhibit, Schedule, clause or subclause of this Agreement.

(b)    The words "include," "includes" or "including" and other words or phrases of similar import, when used in this Agreement, shall be deemed to be followed by the words "without limitation."

(c)    The words "hereof," "herein" and "hereunder" and words of similar import, when used in this Agreement, refer to this Agreement as a whole and not to any particular provision of this Agreement.

(d)    The word "if" and other words of similar import shall be deemed, in each case, to be followed by the phrase "and only if."

(e)    The use of "or" herein is not intended to be exclusive.

(f)    The definitions contained in this Agreement are applicable to the singular as well as the plural forms of such terms.  Whenever the context may require, any pronouns used herein shall include the corresponding masculine, feminine or neuter forms, and the singular form of names and pronouns shall include the plural and vice versa.

(g)    All terms defined in this Agreement have their defined meanings when used in any certificate or other document made or delivered pursuant hereto, unless otherwise defined therein.

(h)    References herein to a Person are also to its successors and permitted assigns.  Any reference herein to a Governmental Authority shall be deemed to include reference to any successor thereto.

(i)    Any reference herein to "Dollars" or "$" shall mean United States dollars.

(j)    Each Buyer acknowledges and agrees that the specification of any dollar amount in the representations, warranties or covenants contained in this Agreement is not intended to imply that such amounts or higher or lower amounts are or are not material, and each Buyer shall not use the fact of the setting of such amounts in any dispute or

16

controversy between the Parties as to whether any obligation, item, or matter is or is not material.

(k)    References in this Agreement to materials or information "furnished to Buyer" and other phrases of similar import include all materials or information made available to Salon Holdings or its Representatives in the data room prepared by Sellers or provided to Salon Holdings or its Representatives in response to requests for materials or information.

## ARTICLE II
## PURCHASE AND SALE

Section 2.1    <u>Purchase and Sale of Assets</u>.  On the terms and subject to the conditions set forth in this Agreement, Buyers will purchase and acquire from Sellers, and Sellers will sell, transfer, assign, convey and deliver to Buyers at the Closing all of the Acquired Assets.

Section 2.2    <u>Assumed Liabilities</u>.  On the terms and subject to the conditions set forth in this Agreement, Buyers will assume and become responsible for the Assumed Liabilities at the Closing.  The applicable Buyer agrees to pay, perform, honor and discharge, or cause to be paid, performed, honored and discharged, all Assumed Liabilities in a timely manner in accordance with the terms thereof, including paying all Cure Costs.  For the avoidance of doubt, Sellers shall not be liable for, and shall have no obligation to pay or cause to be paid, any Cure Costs.

Section 2.3    <u>Consideration; Deposit</u>. The consideration for the Acquired Assets (the "<u>Total Consideration</u>") shall be (i) the Assumed Liabilities, (ii) the credit bid in an amount equal to 90% of the Obligations (as defined in the DIP Financing Agreement)  (the "Credit Bid") (as an offset against, and reduction in the amount of Sellers' debt in respect of such Obligations under the DIP Financing Agreement, pursuant to Section 363(k) of the Bankruptcy Code), and (iii) $100,000, paid in cash, to fund the Wind Down  (such amounts, together with the amount of the Senior DIP NM Term Loan Obligations and the Credit Bid, the "***Purchase Price***"); <u>provided</u>, <u>however</u>, that Purchaser reserves the right to increase the Purchase Price, subject to the Bidding Procedures Order and applicable Law. Notwithstanding the foregoing, the Buyer further agrees to waive any unsecured claims in the Bankruptcy Cases.

Section 2.4    <u>Closing</u>.  The closing of the transactions contemplated by this Agreement (the "<u>Closing</u>") shall take place at the offices of DLA Piper LLP (US), 6225 Smith Avenue, Baltimore, MD. 21209 (or such other location as shall be mutually agreed upon by Sellers and Buyer) commencing at 10:00 AM local time on June 1, 2020, subject to the prior or simultaneous satisfaction or waiver all of the conditions to the obligations of Sellers and Buyer to consummate the transactions contemplated hereby set forth in <u>Article VII</u>, or on such other date as shall be mutually agreed upon by Sellers and Buyer prior thereto.  The date on which the Closing is to occur shall be referred to herein as the "<u>Closing Date</u>."

17

Section 2.5    <u>Closing Payments and Deliveries</u>.

(a)    At the Closing, the applicable Seller will deliver to the applicable Buyer: (i) a duly executed Bill of Sale, each substantially in the form of <u>Exhibit A</u> (the "<u>Bill of Sale</u>"); (ii) a duly executed Assignment and Assumption Agreement, each substantially in the form of <u>Exhibit B</u> (the "<u>Assignment and Assumption Agreement</u>"); (iii) a duly executed certificate from an officer of each Seller to the effect that each of the conditions specified in <u>Section 7.1(a)</u> and <u>Section 7.1(b)</u> is satisfied; and (iv) a non-foreign affidavit from each Seller that is organized in or under the Laws of the United States or any state thereof, dated as of the Closing Date, sworn under penalty of perjury and in form and substance required under Treasury Regulations issued pursuant to section 1445 of the IRC.

(b)    At the Closing, the applicable Buyer will deliver to the applicable Seller: (i) the Bill of Sale duly executed by such applicable Buyer; (ii) the Assignment and Assumption Agreement duly executed by such applicable Buyer; (iii) the Transition Services Agreement; and (iv) a duly executed certificate from an officer of such applicable Buyer to the effect that each of the conditions specified in <u>Section 7.2(a)</u> and <u>Section 7.2(b)</u> are satisfied.

Section 2.6    <u>RESERVED</u>.

Section 2.7    <u>Assumption/Rejection of Certain Contracts and Leases</u>.

(a)    <u>Schedule 2.7(a)</u> sets forth a list or reference, as of the date hereof, of all executory Contracts and unexpired Leases to which any Seller is a party and which have post-Closing obligations exceeding $5,000.

(b)    From and after the date hereof until the earlier of (x) one Business Day prior to the Sale Hearing or (y) three Business Days prior to the Closing, Salon Holdings may, in its sole discretion, (i) designate a Contract listed or referenced on <u>Schedule 2.7(a)</u> for assumption and assignment to the applicable Buyer in accordance with Section 2.1 and Section 2.2 or as otherwise determined by Salon Holdings, effective on and as of the Closing (such Contracts, the "<u>Designated Contracts</u>"), (ii) designate a Lease listed or referenced on <u>Schedule 2.7(a)</u> for assumption and assignment to the applicable Buyer in accordance with Section 2.1 and Section 2.2 or as otherwise determined by Salon Holdings, effective on and as of the Closing, including, but not limited to, any amendment or modification that may contain lease concessions (such Leases, the "<u>Assumed Leases</u>"), or (iii) designate any Contract or Lease listed or referenced on <u>Schedule 2.7(a)</u> for rejection.  The Designated Contracts and Assumed Leases as of the date hereof are set forth on <u>Schedule 2.7(b)</u> hereto, which will be supplemented as additional Leases and Contracts are designated for assumption and assignment or rejection prior to the conclusion of the Auction, if any, as set forth in this <u>Section 2.7(b)</u>; <u>provided</u> that that if no Auction is held, <u>Schedule 2.7(b)</u> may be supplemented as additional Leases and Contracts are designated for assumption and assignment or rejection until the earlier of (x) one Business Day prior to the Sale Hearing or (y) three Business Days prior to the Closing.

18

(c)     Sellers shall take all actions reasonably required to assume and assign the Designated Contracts and Assumed Leases to the applicable Buyer, including taking all actions reasonably necessary to facilitate any negotiations with the counterparties to such Contracts or Leases and, if necessary, to obtain an order of the Bankruptcy Court containing a finding that the proposed assumption and assignment of the Contracts or Leases to the applicable Buyer satisfies all applicable requirements of section 365 of the Bankruptcy Code.

(d)     Buyers shall take all actions reasonably required for Sellers to assume and assign the Designated Contracts and Assumed Leases to the applicable Buyer (including the payment of the Cure Costs), including taking all actions reasonably necessary to facilitate any negotiations with the counterparties to such Contracts or Leases and, if necessary, to obtain an order of the Bankruptcy Court containing a finding that the proposed assumption and assignment of the Contracts or Leases to Buyers satisfies all applicable requirements of section 365 of the Bankruptcy Code.

(e)     Buyers shall have the right to designate that any Acquired Asset be assigned to an affiliate of Buyers and any Designated Contract or Assumed Lease be assumed and assigned to an affiliate of Buyers.

Section 2.8    <u>Allocation</u>.  Buyers and Sellers agree to allocate the Purchase Price (as finally determined hereunder), the Assumed Liabilities, and all other relevant items among the Acquired Assets in accordance with section 1060 of the IRC and the Treasury Regulations thereunder.

Section 2.9    <u>Removal of Excluded Assets</u>.  Subject to applicable law, including applicable Shelter-in-Place Laws and as promptly as practicable following the Closing Date (and in any event within ten (10) Business Days of later of (x) the Closing or (y) repeal of applicable Shelter-in-Place Laws), Sellers shall remove at their expense all of the Excluded Assets that are located at the Salons and, if requested by Sellers, Buyer shall arrange transportation of such Excluded Assets to a location designated by Sellers at Sellers' expense.

**ARTICLE III**
**SELLERS' REPRESENTATIONS AND WARRANTIES**

Sellers represent and warrant to Buyers that the statements contained in this <u>Article III</u> are true and correct as of the date of this Agreement, except as set forth in the disclosure schedule accompanying this Agreement (the "<u>Disclosure Schedule</u>").  For the avoidance of doubt, any reference in this Article III to "Sellers" or "Seller" shall include any predecessors of any Seller.

Section 3.1    <u>Organization of Sellers; Good Standing</u>.  Each Seller is either a corporation duly organized or a limited liability company duly formed, validly existing, and in good standing under the laws of the state of its incorporation or formation and has, subject to the necessary authority from the Bankruptcy Court, all requisite corporate or company power and

19

authority to own, lease, and operate its assets and to carry on its business as now being conducted, except where the failure to be so organized or formed, existing, or in good standing or have such power and authority would not reasonably be expected to have a Material Adverse Effect.

Section 3.2    Authorization of Transaction.  Subject to the Bankruptcy Court's entry of the Sale Order, each Seller has full power and authority (including full corporate power and authority) to execute and deliver this Agreement and all other agreements contemplated hereby to which it is a party and to perform its obligations hereunder and thereunder.  The execution, delivery, and performance of this Agreement and all other agreements contemplated hereby to which each Seller is a party have been duly authorized by such Seller.  Upon due execution hereof by each Seller, this Agreement (assuming due authorization and delivery by Buyers) shall constitute, subject to the Bankruptcy Court's entry of the Sale Order, the valid and legally binding obligation of such Seller, enforceable against such Seller in accordance with its terms and conditions, subject to applicable bankruptcy, insolvency, moratorium, or other similar laws relating to creditors' rights and general principles of equity.

Section 3.3    Noncontravention; Government Filings.  Neither the execution and delivery of this Agreement, nor the consummation of the transactions contemplated hereby (including the assignments and assumptions referred to in Article II), will (a) conflict with or result in a breach of the organizational documents of any Seller, (b) subject to the entry of the Sale Order, violate any Law or Decree to which any Seller is subject in respect of the Acquired Assets, or (c) subject to the entry of the Sale Order, result in a breach of, constitute a default under, result in the acceleration of, create in any party the right to accelerate, terminate, modify or cancel, or require any notice under any material Contract or Lease to which any Seller is a party or to which any of the Acquired Assets is subject, except, in the case of either clause (b) or (c), for such conflicts, violations, breaches, defaults, accelerations, rights or failures to give notice as would not, individually or in the aggregate, reasonably be expected to have a Material Adverse Effect.  Other than as required by, or pursuant to, the Bankruptcy Code, the Bidding Procedures Order or the Sale Order, no Seller is required to give any notice to, make any filing with, or obtain any authorization, consent or approval of any Governmental Authority in order for the Parties to consummate the transactions contemplated by this Agreement or any Related Agreement, except where the failure to give notice, file or obtain such authorization, consent or approval would not, individually or in the aggregate, reasonably be expected to have a Material Adverse Effect or prevent or materially impair or delay any Seller's ability to consummate the transactions contemplated hereby or perform its obligations hereunder on a timely basis.

Section 3.4    Title to Assets.  At the Closing, subject to any Permitted Liens, Sellers will have good and valid title to, or the right to use, the Acquired Assets, except to the extent the failure to have such title or right to use would not reasonably be expected to have a Material Adverse Effect.  Pursuant to the Sale Order, Sellers will convey such title to or rights to use, all of the tangible Acquired Assets, free and clear of all Liens (other than Permitted Liens).

Section 3.5    Designated Contracts.  True and materially complete copies of all Contracts and Leases set forth on Schedule 2.7(a) have been made available to Salon Holdings in the data room prepared by Sellers.

Section 3.6 <u>Real Property</u>. Sellers do not have any title interest in real property which is related to, used, useful or held for use in the conduct of the Business. <u>Schedule 3.6</u> of the Disclosure Schedule sets forth the location of each of the operating hair salons identified by name (Hair Cuttery, BUBBLES or Salon Cielo (each, a "<u>Salon</u>", and collectively, the "<u>Salons</u>"), each of which is leased to a Seller by a third party, and a list of all Leases. The total number of operating salons related to the Business is approximately 797, all of which presently are closed due to Shelter-in-Place Laws. Sellers have made available to Salon Holdings a true and materially complete copy of each Lease. With respect to each Lease, (a) assuming due authorization and delivery by the other party thereto, such Lease constitutes the valid and legally binding obligation of the Seller party thereto and, to Sellers' Knowledge, the counterparty thereto, enforceable against such Seller and, to Sellers' Knowledge, the counterparty thereto in accordance with its terms and conditions, subject to applicable bankruptcy, insolvency, moratorium, or other similar laws relating to creditors' rights and general principles of equity, and (b) neither such Seller nor, to Sellers' Knowledge, the counterparty thereto is in breach or default under such Lease, except (i) for those defaults that will be cured in accordance with the Sale Order or waived in accordance with section 365 of the Bankruptcy Code (or that need not be cured under the Bankruptcy Code to permit the assumption and assignment of the Leases) or (ii) to the extent such breach or default would not reasonably be expected to have a Material Adverse Effect.

Section 3.7 <u>Litigation; Decrees</u>. Except as set forth in <u>Schedule 3.7</u> of the Disclosure Schedule and other than the Bankruptcy Cases, there is no material Litigation pending against the Sellers, jointly or individually. Other than the Bankruptcy Cases, no Seller is subject to any outstanding Decree that would (x) reasonably be expected to have a Material Adverse Effect or (y) prevent or materially delay such Seller's ability to consummate the transactions contemplated hereby or perform in any material respect its obligations hereunder.

Section 3.8 <u>Labor Relations</u>. Except as set forth in <u>Schedule 3.8</u> of the Disclosure Schedule:

(a) No Seller is a party to or bound by any collective bargaining agreement. To Sellers' Knowledge, no union or other labor organization; (i) is currently attempting to organize any employees of the Company for the purpose of representation; or (ii) has demanded recognition or filed any petition seeking certification.

(b) Sellers have made available to Buyers in the data room a true, correct and complete list, as of the date of this Agreement, of all employees of the Company and identifies the job title, work location, date of hire, exempt or non-exempt status, employment status (whether active or on leave of absence), part-time or full-time, annual base salary or regular hourly wage rate, and bonus or commission entitlement for each such employee, as well as whether such employee is on leave and the date of such leave.

(c) Except as set forth in Schedule 3.8(c) of the Disclosure Schedule, to Sellers' Knowledge, there is no charge or complaint of discrimination or retaliation, lawsuit, governmental investigation or audit or other similar proceeding pending or threatened against the Company by, on behalf of or relating to any employee(s) of the Company.

21

Section 3.9 <u>Brokers' Fees</u>. Except as set forth in Schedule 3.9 of the Disclosure Schedule, no Seller has entered into any Contract to pay any fees or commissions to any broker, finder, or agent with respect to the transactions contemplated hereby for which any Buyer could become liable or obligated to pay.

Section 3.10 <u>Taxes</u>.

(a) Except as set forth in <u>Schedule 3.10</u> of the Disclosure Schedule and for matters that would not be reasonably expected to have a Material Adverse Effect, and except those Taxes for which the Sellers will seek authority from the Bankruptcy Court to pay (i) Sellers have timely filed all Tax Returns required to be filed with the appropriate Governmental Authorities in all jurisdictions in which such Tax Returns are required to be filed (taking into account any extension of time to file granted or to be obtained on behalf of Sellers); (ii) all Taxes shown as due on such Tax Returns have been paid (other than any Taxes not due as of the date of the filing of the Bankruptcy Cases as to which subsequent payment was prohibited by reason of the Bankruptcy Cases); (iii) Sellers are not a party to any Litigation by any taxing authority; and (iv) there are no pending or, to Seller's Knowledge, threatened Litigation by any taxing authority.

(b) Sellers are not foreign persons within the meaning of section 1445 of the IRC.

Section 3.11 <u>RESERVED.</u>

Section 3.12 <u>Employee Benefits</u>.

(a) <u>Schedule 3.12(a)</u> of the Disclosure Schedule lists all "employee benefit plans," as defined in section 3(3) of ERISA, including any multiemployer plans as defined in section 3(37) of ERISA, and all other material employee benefit plans or arrangements (other than governmental plans and statutorily required benefit arrangements), including bonus or incentive plans, deferred compensation arrangements, severance pay, sick leave, vacation pay, disability, medical insurance and life insurance maintained or contributed to by Sellers with respect to Covered Employees (the "<u>Company Benefit Plans</u>").

(b) The Company has delivered or made available to Salon Holdings true, correct and materially complete copies of the following documents with respect to each Company Benefit Plan: (i) each Company Benefit Plan (and all amendments thereto), and in the case of an unwritten Company Benefit Plan, a written description thereof, and any trust agreement, investment management contract, custodial agreement or insurance contract relating to such plan, (ii) the most recent summary plan description and all summaries of material modifications thereto, and (iii) the most recently filed annual reports on Form 5500 and all Schedules thereto.

(c) Each of the Company Benefit Plans sponsored by Sellers that is intended to qualify under section 401 of the IRC has been determined by the IRS to be so qualified, and, except as disclosed on <u>Schedule 3.12(c)</u> of the Disclosure Schedule, to the

22

Knowledge of Sellers, nothing has occurred with respect to the operation of any such plan which could reasonably be expected to result in the revocation of such favorable determination.

(d)    To Sellers' Knowledge, each of the Company Benefit Plans has been maintained, in all material respects, in accordance with its terms and all provisions of applicable Law.

(e)    No Company Benefit Plan is a "multiemployer plan" (as defined in section 3(37) of ERISA) ("Multiemployer Plan") or other pension plan that is subject to Title IV or Section 302 of ERISA or Section 412 of the Code and neither the Company nor any of its ERISA Affiliates has sponsored or contributed to or been required to contribute to a Multiemployer Plan or other pension plan subject to Title IV or Section 302 of ERISA or Section 412 of the Code at any time within the previous six years.  Neither the Company nor any of its ERISA Affiliates has any liability (contingent or otherwise) relating to the withdrawal or partial withdrawal from a Multiemployer Plan.

(f)    No Company Benefit Plan provides benefits, including death or medical benefits, beyond termination of service or retirement other than (i) coverage mandated by Law, including but not limited to COBRA coverage, or (ii) death or retirement benefits under a Company Benefit Plan qualified under Section 401(a) of the Code, and neither the Company nor any of its ERISA Affiliates has made a written or oral representation promising the same.

(g)    With respect to each Company Benefit Plan providing termination or retirement benefits that is subject to the laws of a jurisdiction outside of the United States, or covering any Person residing or primarily working outside the United States, (i) to Sellers' Knowledge, each such Company Benefit Plan complies in all material respects with all applicable Laws; and (ii) each such Company Benefit Plan that is required to be registered with a Governmental Authority is so registered.

Section 3.13    Intellectual Property.

(a)    The Company or another Seller owns or possesses sufficient legal rights to all Company Intellectual Property without any known conflict with, or infringement of, the rights of others, including prior employees or consultants, with which any of them may be affiliated now or may have been affiliated in the past.

(b)    The Company or another Seller is the sole and unrestricted legal and beneficial owner of all Owned Intellectual Property, and no Owned Intellectual Property will at the Closing be subject to any Liens, adverse claims, any requirement of any past (if outstanding), present or future royalty payments or otherwise encumbered or restricted by any rights of any third party, other than Permitted Liens.  The execution, delivery and performance of this Agreement and the consummation of the transactions contemplated thereby will not result in the loss, forfeiture, termination, license or impairment of, or give rise to any obligation to transfer or to create, change or abolish, or limit, terminate or consent to the continued use of any material Company Intellectual Property.

23

(c)     Sellers, as a practice, have taken commercially reasonable and appropriate steps to protect, maintain and preserve the confidentiality of any trade secrets included in the Owned Intellectual Property.

Section 3.14  Compliance with Laws; Permits.

(a)     Sellers are in compliance with all Laws applicable to the Business, except as set forth in Section 3.14 of the Disclosure Schedule, as resulting from the filing and pendency of the Bankruptcy Cases or where the failure to be in compliance would not be reasonably expected to have a Material Adverse Effect.  Sellers have not received any written notice of or been charged with the violation of any Laws, except where such violation would not be reasonably expected to have a Material Adverse Effect.

(b)     Sellers have all Permits which are required for the operation of the Business as presently conducted, except where such failure to have Permit would not be reasonably be expected to have a Material Adverse Effect.  Sellers are not in default or violation (and no event has occurred which, with notice or the lapse of time or both, would constitute a default or violation) of any term, condition or provision of any Permit to which they are parties, except where such default or violation would not be reasonably expected to have a Material Adverse Effect.

Section 3.15  Environmental Matters.    The representations and warranties contained in this Section 3.15 are the sole and exclusive representations and warranties of Sellers with respect to environmental matters, including matters relating to Environmental Laws. Except as would not be reasonably likely to have a Material Adverse Effect:

(a)     the operations of Sellers are in compliance with all applicable Environmental Laws, which compliance includes obtaining, maintaining and complying with all Permits issued pursuant to Environmental Laws necessary to operate the Business;

(b)     no Seller is the subject of any outstanding Litigation with any Governmental Authority with respect to Environmental Laws;

(c)     no Seller is the subject of any pending, or to the Knowledge of Sellers, threatened Litigation alleging that Sellers may (i) be in violation of any Environmental Law, or any Permit issued pursuant to Environmental Law, or (ii) have any liability under any Environmental Law; and

(d)     to the Knowledge of Sellers, there are no pending or threatened investigations of Sellers, or currently or previously owned, operated or leased property of Sellers, which would reasonably be expected to result in Sellers or their Subsidiaries incurring liability pursuant to any Environmental Law.

Section 3.16  Related Party Transactions.  Except as set forth on Schedule 3.16 of the Disclosure Schedule and other than the Company Benefit Plans, no officer, director or executive committee member of any Seller or any member of their immediate family or any

24

Affiliate of the Company or such Seller (a) is a party to any Contract or Lease set forth on Schedule 2.7(b) of the Disclosure Schedule or has any material business arrangement with, or has any material financial obligations to or is owed any financial obligations from, the Company or any actual competitor, vendor or licensor of the Company (each such Contract, Lease or business arrangement, an "Affiliate Agreement"), (b) to the Knowledge of Sellers, none of the foregoing Persons have any cause of action or other claim whatsoever against or related to the Business or the Acquired Assets, and (c) to the Knowledge of Sellers, the Company does not have any direct or indirect business arrangement with or financial obligation to the foregoing Persons.

Section 3.17   Financial Statements.   True, correct and complete copies of (a) the consolidated balance sheets and statements of operations and comprehensive income, stockholders' equity and cash flow of the Company as of and for the years ended December 31, 2018 and December 31, 2019 (the "Yearly Financial Statements") and (b) an unaudited consolidated balance sheets and statements of operations and comprehensive loss, cash flow and stockholders' equity of the Company as of and for the three month period ended March 31, 2020 (such date being the "Interim Balance Sheet Date") (the "Interim Financial Statements" and, together with Yearly Financial Statements, the "Financial Statements") have been provided to Salon Holdings.  The Financial Statements present fairly, in all material respects, the financial position, results of operations and cash flows of the Company as of the dates and for the periods indicated in such Financial Statements, have been prepared in accordance with the books of account and other financial records of the Company and have been prepared in conformity with GAAP (except, in the case of the Interim Financial Statements, for the absence of footnotes and other presentation items and for normal year-end adjustments that are not material individually or in the aggregate).

Section 3.18   Inventory.   The Inventory as a whole is of a quantity and quality historically useable or saleable in the conduct of the Business since the filing of the Bankruptcy Cases, except in respect to Inventory that would have been discarded in normal course after the date upon which the salons ceased operations.  All Inventory is free from defects in materials and workmanship (normal wear and tear excepted), except as would not have a Material Adverse Effect.

Section 3.19   Sufficiency of Assets.   The Acquired Assets are sufficient for the continued conduct of the Business after the Closing in substantially the same manner as conducted since the filing of the Bankruptcy Cases and constitute all of the rights, property and assets necessary to conduct the Business as currently conducted immediately prior to the date hereof.

**ARTICLE IV**
**BUYERS' REPRESENTATIONS AND WARRANTIES**

Buyers represent and warrant to each Seller that the statements contained in this Article IV are true and correct as of the date of this Agreement.

Section 4.1   Organization of Buyer; Good Standing.   Salon Holdings is a corporation duly organized, validly existing and in good standing under the laws of the State of

Delaware and has all requisite corporate power and authority to own, lease and operate its assets and to carry on its business as now being conducted.  Each Buyer other than Salon Holdings is a limited liability company duly organized, validly existing and in good standing under the laws of the state of its formation and has all requisite company power and authority to own, lease and operate its assets and to carry on its business as now being conducted

Section 4.2    <u>Authorization of Transaction</u>.  Each Buyer has full power and authority (including full company power and authority) to execute and deliver this Agreement and all other agreements contemplated hereby to which it is a party and to perform its obligations hereunder and thereunder.  The execution, delivery and performance of this Agreement and all other agreements contemplated hereby to which a Buyer is a party have been duly authorized by such Buyer.  This Agreement (assuming due authorization and delivery by Sellers) constitutes the valid and legally binding obligation of each Buyer, enforceable against each Buyer in accordance with its terms and conditions, subject to applicable bankruptcy, insolvency, moratorium or other similar laws relating to creditors' rights and general principles of equity.

Section 4.3    <u>Noncontravention</u>.  Neither the execution and delivery of this Agreement, nor the consummation of the transactions contemplated hereby (including the assignments and assumptions referred to in <u>Article II</u>) will (a) conflict with or result in a breach of the certificate of incorporation or bylaws, certificate of formation or operating agreement, or other organizational documents, as applicable, of such Buyer, (b) violate any law or Decree to which Buyer is, or its assets or properties are, subject or (c) conflict with, result in a breach of, constitute a default under, result in the acceleration of, create in any party the right to accelerate, terminate, modify or cancel, or require any notice under any Contract or Lease to which a Buyer is a party or by which it is bound, except, in the case of either clause (b) or (c), for such conflicts, breaches, defaults, accelerations, rights or failures to give notice as would not, individually or in the aggregate, have a material adverse effect on Buyer.  No Buyer is required to give any notice to, make any filing with, or obtain any authorization, consent or approval of any Governmental Authority in order for the Parties to consummate the transactions contemplated by this Agreement or any Related Agreement, except where the failure to give notice, file or obtain such authorization, consent or approval would not, individually or in the aggregate, prevent or materially impair or delay any Buyer's ability to consummate the transactions contemplated hereby or perform its obligations hereunder on a timely basis.

Section 4.4    <u>Litigation; Decrees</u>.  There is no Litigation pending or, to Salon Holdings' knowledge, threatened in writing that challenges the validity or enforceability of this Agreement or seeks to enjoin or prohibit consummation of the transactions contemplated hereby.  Neither Salon Holdings nor any other Buyer is subject to any outstanding Decree that would prevent or materially impair or delay any Buyer's ability to consummate the transactions contemplated hereby or perform its obligations hereunder on a timely basis.

Section 4.5    <u>Brokers' Fees</u>.  No Buyer has entered into any Contract to pay any fees or commissions to any broker, finder or agent with respect to the transactions contemplated by this Agreement for which Sellers or any of their Affiliates could become liable or obligated to pay.

Section 4.6    <u>Sufficient Funds; Adequate Assurances</u>.  Salon Holdings has and will have at the Closing immediately available funds sufficient for the satisfaction of all of its obligations under this Agreement, including the payment of the Purchase Price, the Cure Costs and all fees, expenses of and other amounts required to be paid by Buyer in connection with the transactions contemplated hereby.  Each Buyer is capable of satisfying the conditions contained in sections 365(b)(1)(C) and 365(f) of the Bankruptcy Code with respect to the Designated Contracts and Assumed Leases and the related Assumed Liabilities.

**ARTICLE V
PRE-CLOSING COVENANTS**

The Parties agree as follows with respect to the period between the execution of this Agreement and the Closing (except as otherwise expressly stated to apply to a different period):

Section 5.1    <u>Efforts; Cooperation</u>.  Upon the terms and subject to the conditions set forth in this Agreement (including <u>Section 5.4(a)</u>), each of the Parties shall use its commercially reasonable efforts to take, or cause to be taken, all actions, and to do, or cause to be done, and to assist and cooperate with the other Parties in doing, all things reasonably necessary, proper or advisable to consummate and make effective, in the most expeditious manner practicable, the transactions contemplated hereby, except as otherwise specifically provided in <u>Section 5.4</u>.  Without limiting the generality of the foregoing, (i) each Seller shall use its commercially reasonable efforts to cause the conditions set forth in <u>Section 7.1</u> that are within its control or influence to be satisfied or fulfilled, and (ii) each Buyer shall use its commercially reasonable efforts to cause the conditions set forth in <u>Section 7.2</u> that are within its control or influence to be satisfied or fulfilled.

Section 5.2    <u>Conduct of the Business Pending the Closing</u>.

(a)    During the period prior to the Closing, Sellers shall use commercially reasonable efforts, except as otherwise required, authorized or restricted by applicable Law (including applicable Shelter-in-Place Laws), pursuant to the Bankruptcy Code or pursuant to a Decree of the Bankruptcy Court, to operate the Business in the Ordinary Course of Business.  Sellers shall use commercially reasonable efforts to, except as related to or the result of the filing or pendency of the Bankruptcy Cases, (A) preserve intact their business organizations, (B) maintain the Business and the Acquired Assets (normal wear and tear excepted and recognizing the impact of the Shelter-in-Place Laws), (C) keep available the services of its officers and Covered Employees, (D) maintain satisfactory relationships with licensors, licensees, suppliers, contractors, distributors, consultants, vendors, and others having business relationships with Sellers in connection with the operation of the Business (other than payment of pre-petition claims), and (E) subject to the requirements of the Shelter-in-Place Laws, continue to operate the Business and Acquired Assets in all material respects in compliance with all Laws applicable to the Business and Sellers consistent with past practice in place immediately prior to the Petition Date.

(b)    Except (i) any and all matters as may be approved by the Bankruptcy Court, (ii) as required by applicable Law (including applicable Shelter-in-Place Laws) or

27

by Decree of the Bankruptcy Court, (iii) as otherwise contemplated by this Agreement, or (iv) with the prior written consent of Salon Holdings (which consent shall not be unreasonably withheld, conditioned or delayed), no Seller shall, solely as it relates to the Business:

       (i)     other than in the Ordinary Course of Business, (A) materially increase the annual level of compensation of any Covered Employee or (B) materially increase or decrease the coverage or benefits available under any (or create any new) Employee Benefit Plan;

       (ii)    subject any of the Acquired Assets to any Lien, except for Permitted Liens and any Lien securing any debtor in possession loan facility or granted in an order authorizing use of cash collateral;

       (iii)   terminate, amend, or fail to renew, obtain, or preserve any material Permit;

       (iv)   make any material loans or material advances;

       (v)    enter into any Contract that limits or restricts the conduct or operations of the business of the Company;

       (vi)   incur, create, assume, guarantee, or become liable for any indebtedness, other than trade debt and other indebtedness incurred in the Ordinary Course of Business;

       (vii)  except as previously disclosed to or known by Salon Holdings, materially modify, amend, supplement, or terminate any Contract or Lease set forth on <u>Schedule 2.7(a)</u>;

       (viii)  fail to maintain in full force and effect any filings necessary to maintain the Owned Intellectual Property, other than in the Ordinary Course of Business;

       (ix)   write up, write down, or write off the book value of any assets other than in the Ordinary Course of Business;

       (x)    engage any new employee whose annual base salary would exceed ten thousand Dollars ($10,000);

       (xi)   reject any Contracts or Leases;

       (xii)  seek to accelerate the receipt of any royalty payments or licensing receivables generated by the Business, by way of discount or otherwise;

       (xiii)  terminate any Covered Employee unless such termination is for "cause"; or

(xiv)   agree to do anything prohibited by this <u>Section 5.2</u>.

Section 5.3   <u>Bankruptcy Court Matters</u>.

(a)     No later than April 23, 2020, Sellers shall file with the Bankruptcy Court an application or motion seeking approval of (i) the Bidding Procedures Order (ii) the form of this Agreement and Sellers' authority to enter into this Agreement and (iii) the Bid Protections (as defined below) (the "Bidding Procedures Motion").

(b)     If this Agreement is terminated pursuant to <u>Section 8.1(e)(i)</u>, Salon Holdings shall be entitled to the reimbursement of, and Sellers shall promptly reimburse Salon Holdings in immediately available funds for, its actual, reasonable and documented actual and necessary out-of-pocket fees and expenses in connection with the transaction contemplated hereby (the "Expense Reimbursement" or the "Bid Protections") in an amount, collectively of three hundred thousand Dollars ($300,000). The payment of the Expense Reimbursement shall be subordinate to the payment of the Company's professional fees, as approved by the Bankruptcy Court. In addition, the Bidding Procedures Order shall provide for an initial overbid protection in the amount of two hundred fifty thousand Dollars ($250,000) over and above the aggregate of the Purchase Price and the Bid Protections and minimum bid increments thereafter of one hundred thousand Dollars ($100,000) (the "Overbid Protection"). The obligations of Sellers to pay the Bid Protections (i) shall, subject to the provisions of the DIP Order, be entitled to administrative expense claim status under Sections 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code, (ii) shall not be subordinate to any other administrative expense claim against Sellers, other than as provided in the DIP Order or any adequate protection order in existence at the time the Expense Reimbursement is approved, and (iii) shall survive the termination of this Agreement in accordance with <u>Section 8.2</u>. The Bidding Procedures Order shall approve the Bid Protections as set forth in this paragraph.

(c)     Unless otherwise agreed by the Parties in writing, the Bidding Procedures Order shall also (i) be entered by the Bankruptcy Court on or before May 5, 2020, (ii) provide that qualified bids must be submitted by May 21, 2020, and an auction, if any, shall take place on May 22, 2020, and (iii) provide that the Closing shall occur on or before May 31, 2020. Notwithstanding the foregoing, the Closing shall occur as provided in <u>Section 2.4</u>.

(d)     This Agreement and the transactions contemplated hereby are subject to Sellers' right and ability to consider higher or better competing bids with respect to the Business and a material portion of the Acquired Assets pursuant to the Bidding Procedures Order (each a "Competing Bid").

(e)     If an Auction is conducted, and Buyers are not the prevailing party(ies) at the conclusion of such Auction (such prevailing party, the "Prevailing Bidder"), Buyers shall be required to serve as a back-up bidder (the "Back-up Bidder") and keep Buyers' bid to consummate the transactions contemplated by this Agreement on the terms and conditions set forth in this Agreement (as the same may be improved upon in the Auction) open and irrevocable until the earlier of (i) 5:00 p.m. (prevailing Eastern time) on May 31, 2020 (the "Outside Back-up Date"), or (ii) the date of closing of a Competing Bid with the Prevailing Bidder. Following the Sale Hearing and prior to the Outside Back-up Date, if the Prevailing Bidder fails to

29

consummate the applicable alternative transaction as a result of a breach or failure to perform on the part of such Prevailing Bidder, the Back-up Bidder (if the Back-up Bidder is the next highest bidder at the Auction) will be deemed to have the new prevailing bid, and Sellers will be authorized, without further order of the Bankruptcy Court, to consummate the transactions contemplated by this Agreement on the terms and conditions set forth in this Agreement (as the same may be improved upon in the Auction) with the Back-up Bidder.

(f)     Sellers shall promptly serve true and correct copies of the Sale Motion and all related pleadings in accordance with the Bidding Procedures Order, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Maryland, and any other applicable order of the Bankruptcy Court.

(g)     The Sale Order shall be entered by the Bankruptcy Court.  The Sale Order shall, among other things, (i) approve, pursuant to Sections 105, 363, and 365 of the Bankruptcy Code, (A) the execution, delivery and performance by Sellers of this Agreement, (B) the sale of the Acquired Assets to Buyers on the terms set forth herein and free and clear of all Liens (other than Liens included in the Assumed Liabilities and Permitted Liens), and (C) the performance by Sellers of their respective obligations under this Agreement; (ii) authorize and empower Sellers to assume and assign to Buyers the Designated Contracts; and (iii) find that each Buyer is a "good faith" buyer within the meaning of Section 363(m) of the Bankruptcy Code, not a successor to any Seller and grant each Buyer the protections of Section 363(m) of the Bankruptcy Code.  Buyers shall promptly take such actions as are reasonably requested by Sellers to assist in obtaining Bankruptcy Court approval of the Sale Order, including furnishing affidavits or other documents or information for filing with the Bankruptcy Court for purposes, among others, of (a) demonstrating that each Buyer is a "good faith" purchaser under Section 363(m) of the Bankruptcy Code and (b) establishing adequate assurance of future performance within the meaning of Section 365 of the Bankruptcy Code.  In the event that the Bankruptcy Court's approval of the Sale Order shall be appealed, Sellers shall use reasonable efforts to defend such appeal.

(h)     Unless otherwise provided in the Bidding Procedures Order, the Bidding Procedures Order shall apply to the sale of the Business hereunder.

Section 5.4    Notices and Consents.    Prior to the Closing and as necessary following the Closing:

(a)     Sellers will give, or will cause to be given, any notices to third parties, and each of the Parties will use its commercially reasonable efforts to obtain any third party consents or sublicenses, if applicable, as are otherwise necessary and appropriate to consummate the transactions contemplated hereby

(b)     Each of the Parties will give any notices to, make any filings with, and use its commercially reasonable efforts to obtain any authorizations, consents, and approvals of Governmental Authorities necessary and appropriate to consummate the transactions contemplated hereby.

Section 5.5    <u>Notice of Developments</u>.  Each Seller and each Buyer will give prompt written notice to the other Parties of (a) the existence of any fact or circumstance, or the occurrence of any event, of which it has Knowledge that would reasonably be likely to cause a condition to a Party's obligations to consummate the transactions contemplated hereby set forth in <u>Article VII</u> not to be satisfied as of a reasonably foreseeable Closing Date, or (b) the receipt of any notice or other communication from any Governmental Authority in connection with the transactions contemplated by this Agreement; <u>provided</u>, <u>however</u>, that the delivery of any such notice pursuant to this <u>Section 5.5</u> shall not be deemed to amend or supplement this Agreement and the failure to deliver any such notice shall not constitute a waiver of any right or condition to the consummation of the transactions contemplated hereby by any Party.

Section 5.6    <u>Access</u>.  Sellers will provide each Buyer and their respective Representatives access to all books and records, and Designated Contracts and Assumed Leases included in the Acquired Assets via an electronic data room; <u>provided</u>, <u>however</u>, that, for avoidance of doubt, the foregoing shall not require any Person to waive, or take any action with the effect of waiving, its attorney-client privilege with respect thereto.  Each Buyer shall upon reasonable notice to, and with the prior written consent of, Sellers, be permitted to contact Landlords, vendors, suppliers, licensors, and licensees. Sellers shall be entitled to be present at any such meetings.

Section 5.7    <u>Bulk Transfer Laws</u>.  Each Buyer acknowledges that Sellers will not comply with the provisions of any bulk transfer laws or similar laws of any jurisdiction in connection with the transactions contemplated by this Agreement, including the United Nations Convention on the Sale of Goods, and hereby waives all claims related to the non-compliance therewith.

# ARTICLE VI
# OTHER COVENANTS

The Parties agree as follows with respect to the period from and after the Closing:

Section 6.1    <u>Further Assurances</u>.

(a)    In case at any time after the Closing any further action is necessary to carry out a Party's obligations under this Agreement, such Party will, at the requesting Party's sole cost and expense, take such further action (including the execution and delivery of such other reasonable instruments of sale, transfer, conveyance, assignment, assumption and confirmation, providing materials and information) as the other Party may reasonably request which actions shall be reasonably necessary to transfer, convey, or assign to the applicable Buyer all of the Acquired Assets to be acquired by such Buyer in accordance with Section 2.1 or to confirm an applicable Buyer's assumption of the Assumed Liabilities to be assumed by such Buyer in accordance with Section 2.2.

(b)    If, following the Closing, any Buyer or any Seller becomes aware that any Buyer or any of its Affiliates owns any asset or rights which is an Excluded Asset, such Party shall promptly inform the other Party of that fact.  Thereafter, at the request of any Seller, such Buyer shall execute, or cause the relevant Affiliate(s) of such Buyer to

execute, such documents as may be reasonably necessary to cause the transfer of and such Buyer shall thereafter transfer any such asset or right to such Seller or such other entities nominated by such Seller for no consideration and such Seller shall do all such things as are reasonably necessary to facilitate such transfer. If, following the Closing, a Buyer receives any payments in respect of an Excluded Asset, such Buyer shall promptly remit such payments to the applicable Seller or other entity nominated by such Seller.

(c)      If, following the Closing, any Buyer or any Seller becomes aware that a Seller or any of its Affiliates owns any asset or rights which is an Acquired Asset, such Party shall promptly inform the other Party of that fact. Thereafter, at the request of any Buyer, the applicable Seller shall execute or cause the relevant Seller or Affiliate(s) of such Seller to execute such documents as may be reasonably necessary to cause the transfer of and such Seller shall thereafter transfer any such asset or right to such Buyer or any other entities nominated by such Buyer for no consideration and such Buyer shall do all such things as are reasonably necessary to facilitate such transfer. If, following the Closing, a Seller or its Affiliates receive any payments in respect of the Acquired Assets, such Seller shall promptly remit such payments to such applicable Buyer or other entity nominated by Buyer.

(d)      With respect to any Acquired Asset (and any asset which is not an Acquired Asset solely as a result of a restriction on transfer or assignment) for which consent or approval is required for transfer or assignment but is not obtained prior to the Closing, Sellers shall reasonably cooperate with Buyers in any reasonable arrangement that Buyers may request to provide Buyers with all of the benefits of, or under, the applicable Acquired Assets (or assets that are not Acquired Assets solely as a result of a restriction on transfer or assignment), including taking actions reasonably required to enforce, for the benefit of a Buyer, any and all rights of Sellers against any party to the applicable Acquired Asset.

        Section 6.2    Access; Enforcement; Record Retention.    From and after the Closing, upon request by any Party or Dennis Ratner (the "Requesting Party"), the other Parties will permit such Requesting Party and its Representatives to have reasonable access during normal business hours, at the sole expense of such Requesting Party and in a manner so as not to interfere unreasonably with the normal business operations of such Party, to all premises, properties, personnel, books and records, and Contracts or Leases of such Party for the purposes of (a) preparing Tax Returns, (b) monitoring or enforcing rights or obligations under this Agreement or any of the Related Agreements, or (c) defending third-party lawsuits or complying with the requirements of any Governmental Authority; provided, however, that, for avoidance of doubt, the foregoing shall not require a Party to take any such action if (i) such action may result in a waiver or breach of any attorney/client privilege, (ii) such action could reasonably be expected to result in violation of applicable law, or (iii) providing such access or information would be reasonably expected to be disruptive to its normal business operations. Buyers agree to maintain the files or records which are contemplated by the first sentence of this Section 6.2 in a manner consistent in all material respects with its document retention and destruction policies, as in effect from time to time, for six (6) years following the Closing.

Section 6.3    Covered Employees.

(a)    Salon Holdings, or one of the other Buyers, may offer employment to any or all of the Covered Employees (including, for the avoidance of doubt, Inactive Employees). At least two (2) Business Days prior to the Auction, Salon Holdings may provide Sellers a list of any Covered Employees that Salon Holdings, or one of the other Buyers, would like to make an offer of employment. Any such offer of employment will be effective as of the Closing Date and contingent upon the Closing. Each Covered Employee who accepts such offer of employment shall be deemed a "Transferred Employee"; provided that any Covered Employee who has been furloughed or is on an approved leave of absence as of the Closing (an "Inactive Employee") shall not be considered a Transferred Employee unless and until such Inactive Employee returns to active status pursuant to the following sentence, and notwithstanding anything herein to the contrary, no Buyer or their respective Affiliates shall be responsible for Liabilities relating to such Inactive Employee from and after the date such Inactive Employee becomes a Transferred Employee. Each Transferred Employee who becomes employed by a Buyer in connection with the transactions contemplated by this Agreement shall be eligible to receive the salary and benefits (excluding, severance and equity compensation) maintained for employees of Salon Holdings on substantially similar terms and conditions in the aggregate as are provided to similarly situated employees of Salon Holdings. The employment of any Inactive Employee with Salon Holdings or one of its Affiliates, as applicable, shall be effective upon his or her return to active work, provided that the Inactive Employee reports to work with Salon Holdings or one of its Affiliates, as applicable, within five (5) Business Days after the end of any such approved leave and, to the extent permitted by applicable Law, in no event later than six (6) months following the later of (i) the Closing Date or (ii) repeal of the applicable Shelter-in-Place Laws, and, as of such date, such Inactive Employee shall be a Transferred Employee. Salon Holdings, in its sole discretion shall also be permitted to offer employment to any Covered Employee that is not employed at a Salon and any such Covered Employee that accepts such offer of employment shall be a Transferred Employee. Sellers will reasonably cooperate with any reasonable requests by Buyer in order to facilitate the offers of employment and the delivery of such offers.

(b)    Service Credit. Each Transferred Employee shall be given credit for all service with Sellers and their Subsidiaries, and their respective predecessors under any employee benefit plans or arrangements of Salon Holdings and its respective Affiliates maintained by Salon Holdings or its respective Affiliates in which such Transferred Employees participate following the Closing Date, for purposes of eligibility, vesting and entitlement to benefits, including for severance benefits and vacation entitlement and for accrual of pension benefits *provided, however*, that (i) such credit shall be given pursuant to payroll or plan records, at the election of Salon Holdings, in its sole and absolute discretion; and (ii) such service crediting shall be permitted and consistent with Salon Holdings' defined contribution retirement plan. Notwithstanding the foregoing, nothing in this Section 6.3(b) shall be construed to require crediting of service that would result in a duplication of benefits.

33

(c)      No Third Party Beneficiary Rights.  Without limiting the generality of this Section 6.3, no provision of this Agreement shall create any third party beneficiary rights in any current or former employee or service provider of any Seller, any Covered Employee, or any Transferred Employee (including any beneficiary or dependent thereof) in respect of continued employment by Sellers or its Affiliates or Buyers or its Affiliates or otherwise. Nothing herein shall (i) guarantee employment for any period of time or preclude the ability of any Buyer or any of its Affiliates to terminate any Transferred Employee for any reason, (ii) require any Buyer or any of its Affiliates to continue any Company Benefit Plans, employee benefit plans, or arrangements or prevent the amendment, modification or termination thereof after the Closing, or (iii) constitute an amendment to any Company Benefit Plan, employee benefit plans, or arrangements.

(d)      Effective as soon as practicable following the Closing Date, Sellers, or any applicable Affiliate, shall effect a transfer of assets and liabilities from the defined contribution retirement plan that it maintains, to the defined contribution retirement plan maintained by Salon Holdings, with respect to those employees of the Business who become employed by Salon Holdings, or an Affiliate of Salon Holdings, in connection with the transactions contemplated by this Agreement. Any such transfer shall be in an amount sufficient to satisfy Section 414(l) of the Code.

(e)      Except for any Assumed Liabilities, Sellers will have the sole and absolute responsibility for any financial or other commitments to their employees for the period prior to the Closing, including any and all claims or obligations for severance pay and any and all claims and obligations arising under any collective bargaining agreement, employee benefit plan (including, any withdrawal liability) or any local, state or federal law, rule or regulation.  Other than as set forth in Section 6.3(a), no Buyer of any of its Affiliates shall have any contractual or other obligation with respect to hiring, offering to hire or employing any Covered Employee or any of Sellers' other employees.  Except as set forth in Section 6.3(a), in no event shall any Buyer be obligated to commit to any particular usage of employees or to any particular benefits or wage rates.  Nothing contained herein shall be deemed an admission that Sellers have any financial obligation to employees or that obligations, if any, are entitled to a particular treatment or priority under the Bankruptcy Code. Sellers' failure to pay an obligation, if any, under this Section 6.3 shall not be a default under this Agreement.

Section 6.4    Transfer Taxes.  Buyers shall pay any stamp, documentary, filing, recording, registration, sales, use, transfer, added-value or other non-income Tax, fee, or governmental charge (a "Transfer Tax") imposed under applicable Law in connection with the transactions contemplated hereby. The Party that is required by applicable Law to file any Tax Returns in connection with Transfer Taxes described in the immediately preceding sentence shall prepare and timely file such Tax Returns. The Parties hereto shall cooperate to permit the filing Party to prepare and timely file any such Tax Returns.

Section 6.5    Press Releases and Public Announcements.  No Party shall issue any press release or make any public announcement relating to the existence or subject matter of this Agreement without the prior written approval of Salon Holdings and CHI, unless a press release or public announcement is required by applicable law, or any rule or order of the

Bankruptcy Court. If any such announcement or other disclosure is required, the disclosing Party shall give the nondisclosing Parties prior notice of, and an opportunity to comment on, the proposed disclosure. The Parties acknowledge that Sellers shall file this Agreement with the Bankruptcy Court in connection with obtaining the Sale Order.

Section 6.6    Non-Disclosure; Non-Solicit; Non-Disparagement.

(a)    Non-Disclosure of Confidential Information. None of the Sellers nor Ratner Companies, L.C. or Dennis Ratner (the "Restricted Parties") shall, directly or indirectly, disclose or use at any time (and shall cause their respective Affiliates and Representatives not to use or disclose) any Confidential Information (whether or not such information is or was developed by any of the Restricted Parties), except to the extent that (i) such disclosure or use is (i) directly related to and required by the performance of such Restricted Party's duties to the Company or the Buyers, (ii) required by applicable law, any rule of the Bankruptcy Court, any Decree, or as otherwise provided hereunder. The Restricted Parties each further agrees to take commercially reasonable steps, to the extent within its control, to safeguard such Confidential Information and to protect it against disclosure, misuse, espionage, loss, and theft. In the event any of the Restricted Parties is required by Law or Decree to disclose any Confidential Information, such Restricted Party shall promptly notify the Buyers in writing, which notification shall include the nature of the legal requirement and the extent of the required disclosure, and shall cooperate with the Buyers' reasonable requests to preserve the confidentiality of such Confidential Information consistent with applicable Law. For purposes of this Agreement, "Confidential Information" means all information of a confidential or proprietary nature (whether or not specifically labeled or identified as "confidential"), in any form or medium, that relates to the Business, the Company, any other Seller, or their respective suppliers, distributors, customers, independent contractors or other business relations. Confidential Information includes the following as they relate to the Company, any other Seller or the Business and, in each case, to the extent the Company, any other Seller or the Business obtains a commercial benefit from the secret nature of such information: internal business information (including information relating to strategic and staffing plans and practices, business, training, marketing, promotional and sales plans and practices, cost, rate and pricing structures, accounting and business methods and potential acquisition candidates); identities of, individual requirements of, and specific contractual arrangements with, the Company's or any other Seller's suppliers, distributors, customers, independent contractors or other business relations and their confidential information; trade secrets, know-how, compilations of data and analyses, techniques, systems, formulae, research, records, reports, manuals, documentation, models, data and data bases relating thereto; and inventions, innovations, improvements, developments, methods, designs, analyses, drawings, and reports.

(b)    Non-Solicit; Non-Disparagement. During the period commencing on the date hereof and ending on the third (3rd) anniversary of the Closing Date (the "Restricted Period"), the Restricted Parties shall not, and shall not cause their respective affiliates and trusts of the foregoing, including Gary Ratner and each Dennis Company (as defined below), to, directly or indirectly, either individually or acting in concert with another Person or Persons:

35

(i)        request, induce or attempt to influence any distributor, supplier or customer of goods or services of the Business to curtail, cancel or refrain from maintaining or increasing the amount or type of business such distributor, supplier or customer of goods or services is currently transacting, or may be transacting during the Restricted Period, with the Business or modify its pricing or other terms of sale with the Business;

(ii)        solicit for employment or retention or hire, employ or retain any Person who is an employee of the Business during the Restricted Period or was an employee at any time during the twelve (12) month period preceding the Closing Date;

(iii)        influence or attempt to influence any Person who is an employee of the Business during the Restricted Period or at any time during the twelve (12) month period preceding the Closing Date to terminate his or her employment with the Company or the Business; or

(iv)        make any negative, derogatory or disparaging statements or communications regarding any Buyer, the Business, the Company or its Subsidiaries, or their respective Affiliates, stockholders, officers, directors, or employees.

The Parties acknowledge and agree that (i) Gary Ratner owns an interest in and operates Salon Plaza Enterprises, LLC ("Salon Plaza") and that Salon Plaza is in a business that is similar to the Business, and (ii) as of the date hereof, Dennis Ratner owns, directly or indirectly, in whole or in part, as a shareholder, member, manager, director, officer, employee, consultant, trustee, representative or agent,  an equity interest in the entities identified on Schedule 6.6(b) (each a "Dennis Company," and collectively the "Dennis Companies'). For the avoidance of doubt, nothing contained in this Section 6.6(b) shall prohibit Gary Ratner from continuing to own and operate Salon Plaza and Dennis Ratner from continuing to own and participate in the operations of any of the Dennis Companies, subject to Buyer's remedies under Section 6.6(d) in the event of breach or threatened breach of clauses (i) through (iv) of this Section 6.6(b).

(c)        Severability.  Notwithstanding anything to the contrary in this Agreement, if at any time, in any judicial or arbitration proceeding, any of the restrictions stated in this Section 6.6 are found by a final order of a court of competent jurisdiction or arbitrator to be unreasonable or otherwise unenforceable under circumstances then existing, the Parties each agree that the period, scope or geographical area, as the case may be, shall be reduced to the extent necessary to enable the court to enforce the restrictions to the extent such provisions are allowable under applicable Law, giving effect to the agreement and intent of the Parties that the restrictions contained herein shall be effective to the fullest extent permissible.  In the event of a breach or violation by any Restricted Party of any of the provisions of this Section 6.6, the Restricted Period, as the case may be, will be tolled for so long as such Restricted Party was in violation of such provision.  Each Restricted Party agrees that the restrictions contained in this Agreement

36

are reasonable in all respects and necessary to protect each Buyer's interest in, and the value of, the Business.

(d)    Specific Performance; Injunctive Relief.    Each Restricted Party acknowledges and agrees that in the event of a breach or violation by any Restricted Party of any of the provisions of this Section 6.6, the Buyers would suffer irreparable harm, no adequate remedy at law would exist for the Buyers, and damages would be difficult to determine.  Consequently, in the event of any such breach or violation, the Buyers or their successors or assigns may, in addition to other rights and remedies existing in their favor, apply to any court of law or equity of competent jurisdiction for specific performance or injunctive or other relief in order to enforce or prevent any violations of the provisions hereof, in each case without the requirement of posting a bond or proving actual damages; provided that any such specific performance or injunctive relief shall be limited to restraining or prohibiting such breach or threatened and not the cessation of operations or forced divestiture of the applicable business.

Section 6.7    No Successor Liability.  The Parties intend that upon the Closing, each Buyer and its Affiliates shall not and shall not be deemed to: (a) be a successor (or other such similarly situated party), or otherwise be deemed a successor, to Sellers, including a "successor employer" for the purposes of the Internal Revenue Code of 1986, the Employee Retirement Income Security Act of 1974, or other applicable laws; (b) have any responsibility or liability for any obligations of Sellers, or any affiliate of Sellers, based on any theory of successor or similar theories of liability; (c) have, de facto or otherwise, merged with or into any of Sellers; (d) be an alter ego or a mere continuation or substantial continuation of any of Sellers (and there is no continuity of enterprise between any Buyer and any Seller), including within the meaning of any foreign, federal, state or local revenue, pension, ERISA, tax, labor, employment, environmental, or other law, rule or regulation (including filing requirements under any such laws, rules or regulations), or under any products liability law or doctrine with respect to Sellers' liability under such law, rule or regulation or doctrine; or (e) be holding itself out to the public as a continuation of any of Sellers or their respective estates.

Section 6.8    Acquired Avoidance Actions and Causes of Action.  No Buyer shall at any time following the Closing pursue, prosecute, sell, or transfer any of the Acquired Avoidance Actions or Ratner Causes of Action.

## ARTICLE VII
## CONDITIONS TO OBLIGATION TO CLOSE

Section 7.1    Conditions to Buyers' Obligations.    Buyers' obligation to consummate the transactions contemplated hereby in connection with the Closing is subject to satisfaction or waiver of the following conditions:

(a)    the representations and warranties set forth in Article III shall have been true and correct on the date hereof and as of the Closing (except to the extent expressly made as of an earlier date, in which case as of such date as if made at and as of such date), except where the failure of such representations and warranties to be so true and correct has not resulted in a Material Adverse Effect;

37

(b)     Sellers shall have performed and complied with its covenants and agreements hereunder through the Closing in all material respects;

(c)     the Bankruptcy Court shall have entered the Bidding Procedures Order pursuant to the terms and conditions of Section 5.3 herein.

(d)     the Bankruptcy Court shall have entered the Sale Order, and no Decree staying, reversing, modifying or amending the Sale Order shall be in effect on the Closing Date;

(e)     no material Decree shall be in effect that prohibits consummation of the transactions contemplated by this Agreement; and

(f)     each delivery contemplated by Section 2.5(b) to be delivered to a Buyer shall have been delivered.

Section 7.2    Conditions to Sellers' Obligations.    Sellers' obligations to consummate the transactions contemplated hereby in connection with the Closing are subject to satisfaction or waiver of the following conditions:

(a)     the representations and warranties set forth in Article IV shall have been true and correct in all material respects on the date hereof and as of the Closing (except to the extent expressly made as of an earlier date, in which case as of such date as if made at and as of such date);

(b)     each Buyer shall have performed and complied with its covenants and agreements hereunder through the Closing in all material respects;

(c)     the Bankruptcy Court shall have entered the Sale Order, and no Decree staying, reversing, modifying or amending the Sale Order shall be in effect on the Closing Date;

(d)     no material Decree shall be in effect that prohibits consummation of any of the transactions contemplated by this Agreement; and

(e)     each payment contemplated by Section 2.5(a) to be made to Sellers shall have been made, and each delivery contemplated by Section 2.5(c) to be delivered to Sellers shall have been delivered.

Section 7.3    No Frustration of Closing Conditions.    Neither Buyers nor Sellers may rely on the failure of any condition to their respective obligations to consummate the transactions contemplated hereby set forth in Section 7.1 or Section 7.2, as the case may be, to be satisfied if such failure was caused by such Party's or its Affiliates' failure to use its reasonable best efforts (or such other applicable efforts standard expressly contemplated hereby) to satisfy the conditions to the consummation of the transactions contemplated hereby or by any other breach of a representation, warranty or covenant hereunder.

38

## ARTICLE VIII
## TERMINATION

Section 8.1    <u>Termination of Agreement</u>.    The Parties may terminate this Agreement at any time prior to the Closing as provided below:

(a)    by the mutual written consent of the Parties;

(b)    by any Party by giving written notice to the other Parties if:

(i)    any court of competent jurisdiction or other competent Governmental Authority shall have enacted or issued a Law or Decree or taken any other action permanently restraining, enjoining or otherwise prohibiting the consummation of the transactions contemplated by this Agreement and such Law or Decree or other action shall have become final and non-appealable; <u>provided</u>, <u>however</u>, that the right to terminate this Agreement under this <u>Section 8.1(b)(i)</u> shall not be available to any Party if the failure to consummate the Closing because of such action by a Governmental Authority shall be due to the failure of such Party to have fulfilled any of its obligations under this Agreement; or

(ii)    the Closing shall not have occurred prior to the Termination Date; <u>provided</u>, <u>however</u>, that if the Closing shall not have occurred on or before the Termination Date due to a material breach of any representations, warranties, covenants or agreements contained in this Agreement by Buyers or Sellers, then the breaching Party may not terminate this Agreement pursuant to this <u>Section 8.1(b)(ii)</u>.  The "<u>Termination Date</u>" shall be May 31, 2020, unless the Parties mutually agree to a later Closing Date pursuant to Section 2.4, upon which such later date shall be the Termination Date.

(c)    by Buyers by giving written notice to Sellers if there has been a breach by any Seller of any representation, warranty, covenant, or agreement contained in this Agreement that has prevented the satisfaction of the conditions to the obligations of Buyers at the Closing set forth in <u>Section 7.1(a)</u> and <u>Section 7.1(b)</u>, and such breach has not been waived by Buyers, or, if such breach is curable, cured by such Seller prior to the earlier to occur of (A) ten (10) days after receipt of Buyers' notice of intent to terminate and (B) the Termination Date; <u>provided</u>, that Buyers shall not have a right of termination pursuant to this <u>Section 8.1(c)</u> if Sellers could, at such time, terminate this Agreement pursuant to <u>Section 8.1(d)</u>;

(d)    by Sellers by giving written notice to Buyers if there has been a breach by Buyers of any representation, warranty, covenant, or agreement contained in this Agreement that has prevented the satisfaction of the conditions to the obligations of Sellers at the Closing set forth in <u>Section 7.2(a)</u> and <u>Section 7.2(b)</u>, and such breach has not been waived by such Seller, or, if such breach is curable, cured by Buyer prior to the earlier to occur of (A) ten (10) days after receipt of such Seller's notice of intent to terminate and (B) the Termination Date; <u>provided</u>, that Sellers shall not have a right of

termination pursuant to this <u>Section 8.1(d)</u> if Buyer could, at such time, terminate this Agreement pursuant to <u>Section 8.1(c)</u>; or

(e)    by Sellers or Salon Holdings, if (i) (x) Sellers enter into a definitive agreement with respect to a Competing Bid, (y) the Bankruptcy Court enters an order approving a Competing Bid and (z) the Person making the Competing Bid consummates the Competing Bid or (ii) the Bankruptcy Court enters an order that precludes the consummation of the transactions contemplated hereby on the terms and conditions set forth in this Agreement.

Section 8.2    <u>Effect of Termination</u>.    If any Party terminates this Agreement pursuant to <u>Section 8.1</u>, all rights and obligations of the Parties hereunder shall terminate upon such termination and shall become null and void (except that <u>Article I</u>, <u>Section 3.17</u>, <u>Article IX</u>, and this <u>Section 8.2</u> shall survive any such termination) and no Party shall have any Liability (except as set forth in <u>Section 5.3</u>) to the other Party hereunder; <u>provided</u>, <u>however</u>, that nothing in this <u>Section 8.2</u> shall relieve any Party from Liability for any breach occurring prior to any such termination (but solely to the extent such breach was willful, grossly negligent or fraudulent) set forth in this Agreement.

## ARTICLE IX
## MISCELLANEOUS

Section 9.1    <u>Survival</u>.    Except for any covenant that by its terms is to be performed (in whole or in part) by any Party following the Closing, none of the representations, warranties, or covenants of any Party set forth in this Agreement or in any certificate delivered pursuant to <u>Section 2.5(b)</u> or <u>Section 2.5(c)</u> shall survive, and each of the same shall terminate and be of no further force or effect as of, the Closing.    Any obligations to be performed post-Closing shall survive until completion.

Section 9.2    <u>Expenses</u>.    Except for as provided by orders of the Bankruptcy Court including the DIP Order and the Expense Reimbursement, each Party will bear its own costs and expenses incurred in connection with this Agreement and the transactions contemplated hereby, including all fees of law firms, commercial banks, investment banks, accountants, public relations firms, experts, and consultants.    For the avoidance of doubt, Buyers shall pay all recording fees arising from the transfer of the Acquired Assets.

Section 9.3    <u>Entire Agreement</u>.    This Agreement and the Related Agreements constitute the entire agreement between the Parties and supersede any prior understandings, agreements or representations (whether written or oral) by or between the Parties to the extent they relate in any way to the subject matter hereof.

Section 9.4    <u>Incorporation of Exhibits and Disclosure Schedule</u>.    The Exhibits to this Agreement and the Disclosure Schedule are incorporated herein by reference and made a part hereof.

Section 9.5    <u>Amendments and Waivers</u>.    No amendment of any provision of this Agreement shall be valid unless the same shall be in writing and signed by each Buyer and

each Seller.   No waiver of any breach of this Agreement shall be construed as an implied amendment or agreement to amend or modify any provision of this Agreement.   No waiver by any Party of any default, misrepresentation, or breach of warranty or covenant hereunder, whether intentional or not, shall be valid unless the same shall be in writing and signed by the Party making such waiver, nor shall such waiver be deemed to extend to any prior or subsequent default, misrepresentation, or breach of warranty or covenant hereunder or affect in any way any rights arising by virtue of any prior or subsequent default, misrepresentation or breach of warranty or covenant.   No conditions, course of dealing or performance, understanding, or agreement purporting to modify, vary, explain, or supplement the terms or conditions of this Agreement shall be binding unless this Agreement is amended or modified in writing pursuant to the first sentence of this Section 9.5 except as expressly provided herein.   Except where a specific period for action or inaction is provided herein, no delay on the part of any Party in exercising any right, power, or privilege hereunder shall operate as a waiver thereof.

Section 9.6    Succession and Assignment.   This Agreement shall be binding upon and inure to the benefit of the Parties and their respective successors and permitted assigns. No Party may assign either this Agreement or any of its rights, interests, or obligations hereunder with the prior written consent of the other Parties.   Notwithstanding the foregoing, each Buyer may assign (in whole or in part) either this Agreement or any of its rights, interests, or obligations hereunder to an Affiliate of such Buyer without the prior written consent of the other Parties; provided that such assignment shall not relieve such Buyer of its obligations hereunder.

Section 9.7    Notices.    All notices, requests, demands, claims, and other communications hereunder shall be in writing except as expressly provided herein.   Any notice, request, demand, claim, or other communication hereunder shall be deemed duly given (a) when delivered personally to the recipient; (b) one (1) Business Day after being sent to the recipient by reputable overnight courier service (charges prepaid); (c) upon receipt of confirmation of receipt if sent by facsimile transmission; (d) on the day such communication was sent by e-mail; or (e) three (3) Business Days after being mailed to the recipient by certified or registered mail, return receipt requested and postage prepaid, and addressed to the intended recipient as set forth below:

If to any Seller:         CREATIVE HAIRDRESSERS, INC.
                          1577 Spring Hill Road, Suite 500
                          Vienna, Virginia 22182
                          Attention: Lester D. Mardiks, Sr. Vice Pres and General Counsel
                          E-mail: LMadiks@ratnerco.com

                          With a mandatory copy (which shall not constitute notice to
                          Sellers) to:

                          SHAPIRO SHER
                          250 West Pratt Street
                          Suite 2000
                          Baltimore, MD 21201
                          Attention:  Joel Sher
                          E-mail:  jis@shapirosher.com

41

      If to Buyers:          HC SALON HOLDINGS, INC.
                                      c/o Tacit Capital LLC
                                      12333 Sowden Road, Suite B
                                      Houston, Texas 77080
                                      Attention:  Andrew Zins
                                      E-mail:  andrew@tacitcap.com

                                      With a mandatory copy (which shall not constitute notice to Buyers) to:

                                      DLA Piper LLP (US)
                                      51 John F. Kennedy Parkway, Suite 120
                                      Short Hills, New Jersey 07078-2704
                                      Attention:  Kevin Grant; Richard Chesley
                                      E-mail:  Kevin.Grant@us.dlapiper.com
                                                      Richard.Chesley@us.dlapiper.com;

Any Party may change the address to which notices, requests, demands, claims and other communications hereunder are to be delivered by giving the other Parties notice in the manner set forth in this <u>Section 9.7</u>.

           Section 9.8    <u>Governing Law</u>.  This Agreement shall be governed by and construed in accordance with the internal laws of the State of New York (without giving effect to the principles of conflict of Laws thereof), except to the extent that the Laws of such state are superseded by the Bankruptcy Code.

           Section 9.9    <u>Submission to Jurisdiction; Service of Process</u>.  Each of the Parties irrevocably and unconditionally submits to the exclusive jurisdiction of the Bankruptcy Court in any Litigation arising out of or relating to this Agreement or any Related Agreement or the transactions contemplated hereby or thereby and agrees that all claims in respect of such Litigation may be heard and determined in any such court.  Each Party also agrees not to (a) attempt to deny or defeat such exclusive jurisdiction by motion or other request for leave from the Bankruptcy Court or (b) bring any action or proceeding arising out of or relating to this Agreement or any Related Agreement or the transactions contemplated hereby or thereby in any other court.  Each of the Parties irrevocably and unconditionally waives any objection to the laying of venue in, and any defense of inconvenient forum to the maintenance of, any Litigation so brought and waives any bond, surety or other security that might be required of any other Party with respect thereto.  Any Party may make service on any other Party by sending or delivering a copy of the process to the Party to be served at the address and in the manner provided for the giving of notices in <u>Section 9.7</u>; <u>provided</u>, <u>however</u>, that nothing in this <u>Section 9.9</u> shall affect the right of any Party to serve legal process in any other manner permitted by law or in equity.  Each Party agrees that a final judgment in any Litigation so brought shall be conclusive and may be enforced by Litigation or in any other manner provided by law or in equity.  The Parties intend that all foreign jurisdictions will enforce any Decree of the Bankruptcy Court in any Litigation arising out of or relating to this Agreement or any Related Agreement or the transactions contemplated hereby or thereby.

Section 9.10  Waiver of Jury Trial.  EACH PARTY IRREVOCABLY AND UNCONDITIONALLY WAIVES ANY RIGHT IT MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION ARISING OUT OF OR RELATING TO THIS AGREEMENT OR ANY RELATED AGREEMENTS OR THE TRANSACTIONS CONTEMPLATED HEREBY OR THEREBY.

Section 9.11  Specific Performance.  From and after the Closing, the Parties shall be entitled to an injunction or injunctions to enforce specifically the Parties' respective covenants and agreements under this Agreement that survive the Closing, without the requirement of posting a bond or other security.

Section 9.12  Severability.  The invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of any other provisions of this Agreement.  In the event that any of the provisions of this Agreement shall be held by any Governmental Authority to be illegal, invalid, or unenforceable, such provisions shall be limited or eliminated only to the minimum extent necessary so that this Agreement shall otherwise remain in full force and effect.

Section 9.13  No Third Party Beneficiaries .  This Agreement shall not confer any rights or remedies upon any Person other than Buyers, each Seller, Dennis Ratner and their respective successors and permitted assigns.  Notwithstanding anything to the contrary in this Agreement, the DIP Lender shall be a third party beneficiary of all provisions of this Agreement that expressly relate to the DIP Lender, as applicable.

Section 9.14  Non-Recourse.  All claims, obligations, liabilities, or causes of action that may be based upon, in respect of, arise under, out or by reason of, be connected with, or relate in any manner to this Agreement, the negotiation, execution or performance of this Agreement (including any representation or warranty made in connection with or as an inducement to this Agreement) or the transactions contemplated hereby may be made only against (and are those solely of) the Persons that are expressly identified as Parties to this Agreement.  No other Person, including any of their Affiliates, directors, officers, employees, incorporators, members, partners, managers, stockholders, agents, attorneys, or representatives of, or any financial advisors or lenders to any of the foregoing shall have any liabilities for any claims, causes of action, obligations, or liabilities arising under, out of, in connection with, or related in any manner to this Agreement or based on, in respect of, or by reason of this Agreement or its negotiation, execution, performance, or breach.

Section 9.15  Mutual Drafting.  The Parties have participated jointly in the negotiation and drafting of this Agreement.  In the event an ambiguity or question of intent or interpretation arises, this Agreement shall be construed as if drafted jointly by the Parties and no presumption or burden of proof shall arise favoring or disfavoring any Party by virtue of the authorship of any of the provisions of this Agreement.

Section 9.16  Disclosure Schedule.  All capitalized terms not defined in the Disclosure Schedule shall have the meanings ascribed to them in this Agreement.  The representations and warranties of Sellers in this Agreement are made and given, and the covenants are agreed to, subject to the disclosures and exceptions set forth in the Disclosure

Schedule.  The listing of any matter shall expressly not be deemed to constitute an admission by Sellers.  No disclosure in the Disclosure Schedule relating to any possible breach or violation of any Contract or law shall be construed as an admission or indication that any such breach or violation exists or has actually occurred.  In no event shall the listing of any matter in the Disclosure Schedule be deemed or interpreted to expand the scope of Sellers' representations, warranties, or covenants set forth in this Agreement.  All attachments to the Disclosure Schedule are incorporated by reference into the applicable section of the Disclosure Schedule in which they are directly or indirectly referenced.

Section 9.17  <u>Headings; Table of Contents</u>.  The section headings and the table of contents contained in this Agreement and the Disclosure Schedule are inserted for convenience only and shall not affect in any way the meaning or interpretation of this Agreement.

Section 9.18  <u>Counterparts; Facsimile and Electronic Signatures</u>.  This Agreement may be executed in one or more counterparts, each of which shall be deemed an original but all of which together will constitute one and the same instrument.  This Agreement or any counterpart may be executed and delivered by facsimile copies or delivered by electronic communications by portable document format (.pdf), each of which shall be deemed an original.

[*Remainder of page intentionally left blank.*]

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the date first above written.

**SELLERS**:

CREATIVE HAIRDRESSERS, INC.

By: _____
    Name: _Phil Horvath_
    Title: _President & COO_

RATNER COMPANIES, L.C.

By: _____
    Name: _Phil & Horvath_
    Title: _President & COO_

_____
Dennis Ratner in his individual capacity for purposes of Section 6.6

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the date first above written.

**<u>BUYERS</u>**:

HC SALON HOLDINGS, INC.

By: _Benjamin Mahdavi_____
    Name:  Benjamin Mahdavi
    Title:  President

*Signature Page to Asset Purchase Agreement*

**SCHEDULE A**

1.      All "shrink wrap" licenses

## SCHEDULE B

1. Claims against Visa and Master Card in respect to overcharging of interchange fees in violation of U.S. Antitrust laws.

DISCLOSURE SCHEDULES

Schedule 2.7(a) – Executory Contracts
Schedule 2.7(b) – Designated Contracts and Assumed Leases
Schedule 3.6 – Salons
Schedule 3.7 – Litigation
Schedule 3.8 – Labor Relations
Schedule 3.10 – Taxes
Schedule 3.11 – Tangible Personal Property
Schedule 3.12(a) – Employee Benefit Plans
Schedule 3.12(c) – Knowledge of Sellers
Schedule 3.13 – Owned Intellectual Property
Schedule 3.14(a) – Compliance with Laws
Schedule 3.16 – Related Party Transactions
Schedule 6.6(b) – Dennis Companies

**Schedule 2.7(a)**
**Executory Contracts**

All executory Contracts and unexpired Leases (including all Leases associated with the Salons identified on Schedule 3.6 of the Disclosure Schedule) to which any Seller is a party and which have post-Closing obligations exceeding $5,000, in each case as supplemented by agreement of Buyer and Sellers prior to Closing.

**Schedule 6.6(b)**
**Dennis Companies**

A.  Salon Plaza;

B.  Louis Creative Hairdressers, Inc.;

C.  PMGW, L.L.C.;

D.  JPMS Holdings, Inc.;

E.   HCBS, L.L.C.;

F.  Dream Team Suites, LLC

G.  Sweet 100, L.L.C.;

H.  Q-R Springhill, L.L.C. (f/k/a 2815 Hartland Road, L.C.)

I.   Dagwak, L.L.C.; and

J.   Ratner Spring Hill, L.L.C.

**AMENDED AND RESTATED DISCLOSURE SCHEDULE**

**pursuant to the**

**AMENDED AND RESTATED ASSET PURCHASE AGREEMENT**

**BY AND AMONG**

**CREATIVE HAIRDRESSERS, INC.,**

**THE OTHER SELLER PARTIES HERETO,**

**HC SALON HOLDINGS, INC.**

**AND**

**THE OTHER PARTIES IDENTIFIED ON THE SIGNATURE PAGES THERETO**

**May __, 2020**

## **Disclosure Schedules**

Schedule 3.6          Salons

Schedule 3.7          Litigation

Schedule 3.8          Labor Relations

Schedule 3.9          Brokers

Schedule 3.10          Taxes

Schedule 3.12(a)          Employee Benefit Plans

Schedule 3.12(c)          Knowledge of Sellers

Schedule 3.13          Owned Intellectual Property

Schedule 3.14          Compliance with Laws

Schedule 3.16          Related Party Transactions

EAST\174443567.4

## Disclosure Schedule 3.6

## Salons

| SalonId | Brand | Region Code | District Code | Salon Name | Street Address | City | State | Zip Code | Phone | Salon Open Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 503 | Bubbles | 500 | 521 | Capitol Hill | 205 Pennsylvania Avenue SE | Washington | DC | 20003-1164 | (202) 543-1245 | 07/01/81 |
| 506 | Bubbles | 500 | 521 | Massachusetts Avenue NE | 201 Massachusetts Ave NE | Washington | DC | 20002-4957 | (202) 546-7342 | 02/07/87 |
| 1376 | Bubbles | 500 | 521 | Fashion Centre at Pentagon City Bubbles | 1100 S Hayes St | Arlington | VA | 22202-4907 | (703) 415-2040 | 11/24/89 |
| 2289 | Bubbles | 500 | 519 | Spectrum Bubbles | 182 F Fountain Drive | Reston | VA | 20190-3326 | (703) 925-9684 | 11/19/96 |
| 2378 | Bubbles | 500 | 521 | Potomac Mills Mall | 2700 Potomac Mills Circle Unit 7 | Woodbridge | VA | 22192-4625 | (703) 490-4567 | 12/13/96 |
| 2506 | Bubbles | 500 | 519 | Towson Town Center Bubbles | 825 Dulaney Valley Road Suite 4 | Towson | MD | 21204-1010 | (410) 821-7542 | 09/06/97 |
| 2614 | Bubbles | 500 | 519 | Tysons Corner Center | 8043 L Tyson Corner Center Suite J003L | McLean | VA | 22102 | (703) 448-3987 | 07/22/98 |
| 2735 | Bubbles | 500 | 521 | The Avenues at White Marsh Bubbles | 8129 Honeygo Boulevard Suite F | Nottingham | MD | 21236-8205 | (410) 931-4020 | 11/25/98 |
| 3131 | Bubbles | 500 | 521 | Fallsgrove Village Bubbles | 14629 Shady Gove Rd Unit F | Rockville | MD | 20850-7728 | (301) 251-1578 | 04/04/03 |
| 3132 | Bubbles | 500 | 521 | Barracks Road Shopping Center | 1143 Emmet St N | Charlottesville | VA | 22903-4837 | (434) 293-2667 | 01/24/02 |
| 3190 | Bubbles | 500 | 521 | Annapolis Harbour Center Bubbles | 2564 Solomons Island Rd | Annapolis | MD | 21401-3710 | (410) 571-0585 | 01/30/03 |
| 3254 | Bubbles | 500 | 519 | Fairfax Corner Bubbles | 11946 Grand Commons Ave | Fairfax | VA | 22030-8613 | (703) 266-9915 | 09/01/03 |
| 3366 | Bubbles | 500 | 521 | Atlas Walk Bubbles | 7328 Atlas Walk Way | Gainesville | VA | 20155-2991 | (703) 754-4863 | 05/12/05 |
| 3369 | Bubbles | 500 | 521 | Century Center Bubbles | 19847 Century Blvd Ste L | Germantown | MD | 20874-7203 | (240) 686-4575 | 01/18/05 |
| 3399 | Bubbles | 500 | 521 | Hollymead Town Center Bubbles | 205 Connor Dr | Charlottesville | VA | 22911-5604 | (434) 973-0450 | 03/23/06 |
| 3440 | Bubbles | 500 | 521 | Dulles 28 Centre Bubbles | 22000 Dulles Retail Plaza Ste 15C | Sterling | VA | 20166-2513 | (703) 421-3375 | 02/09/08 |
| 3513 | Bubbles | 500 | 521 | Bethesda Row Bubbles | 7118 Bethesda Lane | Bethesda | MD | 20814-5316 | (301) 656-5807 | 03/29/08 |
| 3515 | Bubbles | 500 | 520 | Ft. Evans Plaza II Bubbles | 520 Fort Evans Road | Leesburg | VA | 20176-4097 | (703) 771-3802 | 09/24/08 |
| 3608 | Bubbles | 500 | 521 | Central Park Bubbles | 1460 Central Park Blvd Suite 106 | Fredericksburg | VA | 22401-4961 | (540) 785-5640 | 05/18/07 |
| 3738 | Bubbles | 500 | 521 | Pender Village Center Bubbles | 3903F Fair Ridge Drive | Fairfax | VA | 22033-2941 | (703) 385-7158 | 01/20/10 |
| 3807 | Bubbles | 500 | 521 | Waugh Chapel Towne Centre Bubbles | 2389 Brandermill Blvd Suite 105 | Gambrills | MD | 21054-1870 | (410) 721-8577 | 03/20/13 |
| 3810 | Bubbles | 500 | 521 | Stonebridge at Potomac Town Center Bubbles | 14901 Potomac Town Place Suite 125 | Woodbridge | VA | 22191-4096 | (703) 580-6232 | 01/23/10 |
| 3838 | Bubbles | 500 | 520 | Clemson Corner Bubbles | 7820 Wormans Mill Rd Suite I | Frederick | MD | 21701-3037 | (301) 662-0615 | 06/05/11 |
| 3915 | Bubbles | 500 | 520 | The Shops at Seneca Meadows Bubbles | 20640 Seneca Meadows Parkway Suite D3 | Germantown | MD | 20876-7023 | (240) 686-4575 | 11/26/13 |
| 3975 | Bubbles | 500 | 520 | Shoppes Of Olney Bubbles | 3118 Olney Sandy Spring Road | Olney | MD | 20832-1408 | (301) 260-1320 | 11/01/11 |
| 4003 | Bubbles | 500 | 520 | Home Depot Square Bubbles | 10462 Auto Park Avenue | Bethesda | MD | 20817-1006 | (301) 767-0806 | 08/23/14 |
| 4203 | Bubbles | 500 | 521 | Annapolis Plaza Bubbles | 150 Jennifer Road Suite R | Annapolis | MD | 21401-3044 | (410) 224-4295 | 12/30/14 |
| 4322 | Bubbles | 500 | 520 | The Metropolitan Bubbles | 10100 Twin Rivers Road Suite 115 | Columbia | MD | 21044 | (410) 730-3840 | 04/21/18 |
| 3119 | Cielo | 500 | 521 | Connecticut Avenue Salon Cielo | 1741 Connecticut Avenue NW | Washington | DC | 20009-1108 | (202) 518-9620 | 07/29/01 |
| 3161 | Cielo | 500 | 521 | Fashion Centre at Pentagon City | 1100 S Hayes St | Arlington | VA | 22202-4907 | (703) 415-0406 | 03/22/02 |
| 3224 | Cielo | 500 | 521 | The Gardens Salon Cielo | 3301 PGA Blvd Ste M | Palm Beach Gardens | FL | 33410-2820 | (561) 626-7782 | 09/15/03 |
| 105 | Hair Cuttery | 100 | 144 | Catonsville Shopping Center | 742 Frederick Rd | Catonsville | MD | 21228-4501 | (410) 744-9633 | 04/01/84 |
| 109 | Hair Cuttery | 100 | 265 | Fairfax Station Square | 5622D Ox Rd | Fairfax Station | VA | 22039-1018 | (703) 764-8236 | 06/04/85 |
| 122 | Hair Cuttery | 200 | 232 | Great Fall Shopping Center | 9857 Georgetown Pike | Great Falls | VA | 22066-2647 | (703) 759-2468 | 08/01/84 |
| 120 | Hair Cuttery | 200 | 250 | Burke Town Center | 6050 Burke Commons Rd Ste G | Burke | VA | 22015-2878 | (703) 323-9857 | 12/20/84 |
| 123 | Hair Cuttery | 201 | 225 | Stony Point Shopping Center | 3084 Stony Point Rd Unit 42 | Richmond | VA | 23235-2349 | (804) 272-9857 | 09/05/85 |
| 134 | Hair Cuttery | 100 | 143 | Muddy Branch Shopping Center | 804 Muddy Branch Rc | Gaithersburg | MD | 20878-2780 | (301) 977-9731 | 03/24/86 |
| 135 | Hair Cuttery | 100 | 143 | Gaithersburg Square Shopping Center | 562 N Frederick Ave Spc 4A | Gaithersburg | MD | 20877-2504 | (301) 926-9714 | 05/01/81 |
| 136 | Hair Cuttery | 400 | 410 | Grant and the Blvd | 9475 Roosevelt Blvd Ste 14d | Philadelphia | PA | 19154-2212 | (215) 969-9202 | 02/08/85 |
| 137 | Hair Cuttery | 200 | 250 | Hunter Mill Plaza | 2946 Chain Bridge Rd Ste K | Oakton | VA | 22124-3023 | (703) 281-0811 | 07/01/85 |
| 144 | Hair Cuttery | 400 | 410 | Bond Shopping Center | 815 Lansdowne Ave Ste 5 | Upper Darby | PA | 19082-5424 | (610) 789-9801 | 01/01/85 |
| 146 | Hair Cuttery | 100 | 144 | North Plaza Mall | 8930 Waltham Woods Rd Space 24 | Baltimore | MD | 21234-2404 | (410) 661-9740 | 12/05/84 |
| 147 | Hair Cuttery | 201 | 225 | Staples Mill Plaza | 9193 Staples Mill Rd | Richmond | VA | 23228-2027 | (804) 672-9756 | 03/28/86 |
| 148 | Hair Cuttery | 400 | 425 | Abington Shopping Center | 1413 Old York Rd | Abington | PA | 19001-2730 | (215) 576-9510 | 03/11/85 |
| 150 | Hair Cuttery | 400 | 426 | Valley Forge Shopping Center | 230 West Dekalb Pike | King Of Prussia | PA | 19406-2327 | (610) 337-0830 | 04/18/85 |
| 152 | Hair Cuttery | 400 | 426 | Stoney Creek Shopping Center | 479 Baltimore Pike | Springfield | PA | 19064-3810 | (610) 543-9936 | 03/04/85 |
| 155 | Hair Cuttery | 400 | 426 | Tuckahoe Village Square | 11220 Patterson Ave | Richmond | VA | 23238-5011 | (804) 741-9750 | 06/30/85 |
| 157 | Hair Cuttery | 200 | 232 | Broaddale | 354 W Broad St | Falls Church | VA | 22046-3319 | (703) 241-9625 | 04/12/85 |
| 172 | Hair Cuttery | 400 | 455 | Flourtown Shopping Center | 1822 Bethlehem Pike | Flourtown | PA | 19031-1504 | (215) 233-9750 | 04/01/85 |
| 174 | Hair Cuttery | 400 | 410 | Roosevelt Mall | 2369 Cottman Ave | Philadelphia | PA | 19149-1012 | (215) 624-9484 | 04/29/85 |
| 180 | Hair Cuttery | 400 | 410 | Deon Square Shopping Center | 516 S Oxford Valley Rd | Fairless Hills | PA | 19030-2615 | (215) 547-1110 | 08/01/85 |
| 181 | Hair Cuttery | 400 | 426 | Lawrence Park Shopping Center | 1991 Sproul Rd Ste 35 | Broomall | PA | 19008-3515 | (610) 353-9912 | 08/16/85 |
| 187 | Hair Cuttery | 100 | 110 | Park Plaza Severna Park | 558 Ritchie Hwy Ste C | Severna Park | MD | 21146-2947 | (410) 647-9874 | 05/16/86 |
| 190 | Hair Cuttery | 400 | 410 | Frankford Plaza | 9206 Frankford Ave | Philadelphia | PA | 19114-2824 | (215) 624-9953 | 11/12/85 |
| 193 | Hair Cuttery | 201 | 275 | Oak Springs Plaza | 41 W Lee Hwy Ste 51 | Warrenton | VA | 20186-2200 | (540) 347-9755 | 02/13/86 |
| 334 | Hair Cuttery | 200 | 270 | Falls Plaza | 1220 W Broad St | Falls Church | VA | 22046-3126 | (703) 241-6424 | 07/18/85 |
| 408 | Hair Cuttery | 200 | 235 | Seven Corners Shopping Center | 6290 Seven Corners Center | Falls Church | VA | 22044-2407 | (703) 241-9250 | 05/01/83 |
| 412 | Hair Cuttery | 201 | 210 | Hampton Plaza | 4029 W Mercury Blvd | Hampton | VA | 23666-3731 | (757) 826-7826 | 05/01/83 |
| 419 | Hair Cuttery | 201 | 260 | Eagle Village | 1141 Jefferson Davis Hwy | Fredericksburg | VA | 22401-4415 | (540) 373-2144 | 07/01/83 |
| 438 | Hair Cuttery | 100 | 160 | Ellicott Plaza | 9235 Baltimore National Pike Ste 2 | Ellicott City | MD | 21042-3900 | (410) 465-9896 | 04/01/84 |
| 441 | Hair Cuttery | 100 | 161 | Martin Plaza | 1360 Martin Blvd | Baltimore | MD | 21220-4104 | (410) 391-9417 | 03/08/84 |
| 442 | Hair Cuttery | 200 | 250 | Old Keene Mill Shopping Center | 8422 Old Keene Mill Rc | Springfield | VA | 22152-2302 | (703) 451-9677 | 01/19/79 |
| 443 | Hair Cuttery | 200 | 235 | Downtown Connecticut Avenue | 1645 Connecticut Avenue NW | Washington | DC | 20009-1054 | (202) 232-9685 | 04/01/75 |
| 445 | Hair Cuttery | 200 | 244 | Van Dorn Plaza | 271 S Van Dorn St | Alexandria | VA | 22304-4308 | (703) 370-9706 | 03/01/80 |
| 452 | Hair Cuttery | 200 | 235 | Leesburg Pike Plaza | 3507 S Jefferson St | Falls Church | VA | 22041-3106 | (703) 698-9314 | 08/01/78 |
| 453 | Hair Cuttery | 200 | 212 | Cabin John Mall | 7961 Tuckerman Ln | Potomac | MD | 20854-3243 | (301) 299-9827 | 09/01/78 |
| 454 | Hair Cuttery | 100 | 143 | Owen Brown Village Center | 7180 Cradlerock Way Suite C | Columbia | MD | 21045-4858 | (410) 381-0927 | 10/01/78 |
| 459 | Hair Cuttery | 200 | 250 | Vienna Plaza | 316 Maple Ave W | Vienna | VA | 22180-5612 | (703) 938-9436 | 05/01/79 |
| 465 | Hair Cuttery | 100 | 161 | Merritt Manor Shopping Center | 1139 Merritt Blvd | Dundalk | MD | 21222-1438 | (410) 284-9875 | 02/01/80 |
| 467 | Hair Cuttery | 200 | 235 | Crystal City Underground | 1653 Crystal Square Arc | Arlington | VA | 22202-3322 | (703) 413-9285 | 05/01/80 |
| 468 | Hair Cuttery | 200 | 250 | Burke Village Center | 9532 Burke Rd | Burke | VA | 22015-3132 | (703) 978-9877 | 05/01/80 |
| 469 | Hair Cuttery | 200 | 232 | Congressional Plaza | 1609 Rockville Pike Unit A | Rockville | MD | 20852-7600 | (301) 881-9546 | 08/01/80 |
| 472 | Hair Cuttery | 200 | 212 | Bassian Office Building | 6707 Old Dominion Dr | McLean | VA | 22101-4504 | (703) 442-9770 | 02/01/80 |
| 475 | Hair Cuttery | 100 | 143 | Greenway Center | 7545 Greenbelt Rd | Greenbelt | MD | 20770-3403 | (301) 345-9707 | 10/01/81 |
| 476 | Hair Cuttery | 100 | 161 | Fullerton Plaza | 7927 Belair Rd Ste F | Nottingham | MD | 21236-3734 | (410) 661-9760 | 03/01/81 |
| 481 | Hair Cuttery | 200 | 232 | Home Depot Square | 10446 Auto Park Avenue | Bethesda | MD | 20817-1006 | (301) 365-9848 | 06/01/81 |
| 482 | Hair Cuttery | 100 | 144 | Beltway Plaza | 6022 Wilkens Avenue | Baltimore | MD | 21229-4842 | (410) 242-9790 | 10/01/81 |
| 494 | Hair Cuttery | 200 | 235 | Leesburg Plaza | 536 E Market St | Leesburg | VA | 20176-4112 | (703) 777-9602 | 05/01/82 |
| 495 | Hair Cuttery | 200 | 249 | Springfield Plaza Section II | 6310 Springfield Plaza | Springfield | VA | 22150-3431 | (703) 451-9605 | 10/01/82 |
| 499 | Hair Cuttery | 200 | 250 | Pickett Shopping Center | 9468 Main St | Fairfax | VA | 22031-4032 | (703) 978-9804 | 10/01/82 |
| 601 | Hair Cuttery | 303 | 350 | Commercial Blvd Shopping Center | 1517 E Commercial Blvd | Fort Lauderdale | FL | 33334-5717 | (954) 491-6566 | 06/01/82 |
| 605 | Hair Cuttery | 303 | 350 | Coconut Creek Plaza | 4857 Coconut Creek Pkwy | Coconut Creek | FL | 33063-3844 | (954) 972-6538 | 03/01/82 |
| 618 | Hair Cuttery | 303 | 363 | Country Club Plaza | 18472 NW 67th Ave | Hialeah | FL | 33015-3412 | (305) 824-3343 | 03/24/85 |
| 622 | Hair Cuttery | 303 | 362 | The Palms at Town and Country | 8260 Mills Dr  Space 185C | Miami | FL | 33183-4085 | (305) 596-3171 | 07/01/85 |
| 1013 | Hair Cuttery | 200 | 235 | Bradlee Shopping Center | 3622 King Street | Alexandria | VA | 22302-1908 | (703) 998-9387 | 04/04/86 |
| 1026 | Hair Cuttery | 200 | 265 | Lake Ridge Commons Shopping Center | 12421 Hedges Run Dr | Lake Ridge | VA | 22192-1575 | (703) 494-5352 | 10/01/86 |

| Salon Id | Brand | Region Cod | District Co | Salon Name | Street Address | City | State | Zip Code | Phone | Salon Open Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 1045 | Hair Cuttery | 100 | 144 | Townmall of Westminster | 400 N Center St Suite 1-C | Westminster | MD | 21157-5140 | (410) 848-9735 | 04/23/87 |
| 1087 | Hair Cuttery | 201 | 210 | Janaf Shopping Center | 5900 E Virginia Beach Blvc | Norfolk | VA | 23502-2473 | (757) 461-6566 | 01/02/88 |
| 1088 | Hair Cuttery | 201 | 216 | Kemps River Crossing Shopping Center | 1255 Fordham Dr Ste 116 | Virginia Beach | VA | 23464-5347 | (757) 420-0806 | 07/01/86 |
| 1097 | Hair Cuttery | 400 | 457 | Snyder Plaza | 47 Snyder Avenue | Philadelphia | PA | 19148-2709 | (215) 339-9934 | 11/03/86 |
| 1170 | Hair Cuttery | 201 | 210 | Washington Square Shopping Center | 5336 George Washington Mem Hwy | Yorktown | VA | 23692-2501 | (757) 898-8790 | 06/01/87 |
| 1171 | Hair Cuttery | 100 | 160 | Frederick Shopping Center | 1305 W 7th Street | Frederick | MD | 21702-4102 | (301) 662-9818 | 12/02/86 |
| 1183 | Hair Cuttery | 400 | 455 | Willow Grove Shopping Center | 142 Park Ave Space 18 | Willow Grove | PA | 19090-3219 | (215) 659-9848 | 09/10/87 |
| 1184 | Hair Cuttery | 400 | 450 | Centre Point Plaza | 880 W Street Rd | Warminster | PA | 18974-3125 | (215) 441-9426 | 04/01/88 |
| 1186 | Hair Cuttery | 100 | 148 | College Square Shopping Center | 300 College Square | Newark | DE | 19711-8601 | (302) 366-9032 | 03/26/87 |
| 1205 | Hair Cuttery | 400 | 450 | Cross Keys Plaza | 4345 W Swamp Rd | Doylestown | PA | 18902-1039 | (215) 348-894C | 05/27/89 |
| 1217 | Hair Cuttery | 201 | 216 | Woodford Square Shopping Center | 701 Battlefield Blvd N Ste K | Chesapeake | VA | 23320-4943 | (757) 547-9926 | 07/10/87 |
| 1223 | Hair Cuttery | 201 | 260 | Spotsylvania Crossing Shopping Center | 3575 Plank Rd  Space C | Fredericksburg | VA | 22407-6800 | (540) 786-7241 | 09/07/87 |
| 1228 | Hair Cuttery | 400 | 456 | The Center at Doubletree | 840 Delsea Drive N | Glassboro | NJ | 08028-1438 | (856) 863-972C | 08/07/88 |
| 1233 | Hair Cuttery | 200 | 232 | Westfield Wheaton | 11160 Veirs Mill Rd Space G10D | Silver Spring | MD | 20902-2538 | (301) 946-970C | 11/05/87 |
| 1236 | Hair Cuttery | 100 | 110 | Northway Shopping Center | 672 Old Mill Road Suite C | Millersville | MD | 21108-1363 | (410) 987-9743 | 10/13/87 |
| 1237 | Hair Cuttery | 100 | 161 | White Marsh Plaza | 7972 Honeygo Boulevard Space S | Baltimore | MD | 21236-4919 | (410) 931-7196 | 12/08/88 |
| 1238 | Hair Cuttery | 200 | 249 | Kingstowne Center | 5860 Kingstowne Ctr | Alexandria | VA | 22315-5734 | (703) 971-9553 | 09/23/96 |
| 1249 | Hair Cuttery | 400 | 457 | Fishtown Crossing | 2457 Aramingo Ave | Philadelphia | PA | 19125-3731 | (215) 634-7422 | 06/01/89 |
| 1250 | Hair Cuttery | 201 | 226 | Westpark Center | 9625 W Broad St | Glen Allen | VA | 23060-4116 | (804) 270-6711 | 11/05/88 |
| 1251 | Hair Cuttery | 201 | 231 | Barracks Road Shopping Center | 1106 Emmet St N | Charlottesville | VA | 22903-4835 | (434) 977-3506 | 12/20/87 |
| 1253 | Hair Cuttery | 201 | 275 | Spotswood Valley Square | 1790 E Market St   Space S128 | Harrisonburg | VA | 22801-5114 | (540) 433-6433 | 05/21/88 |
| 1283 | Hair Cuttery | 400 | 455 | Plymouth Square Shopping Center | 200 W Ridge Pike | Conshohocken | PA | 19428-3702 | (610) 825-3632 | 08/02/90 |
| 1284 | Hair Cuttery | 200 | 232 | Aspen Hill Shopping Center | 13609 Connecticut Avenue | Silver Spring | MD | 20906-2914 | (301) 598-0916 | 03/17/89 |
| 1285 | Hair Cuttery | 100 | 161 | Constant Friendship Shopping Center | 3476 Emmorton Road | Abingdon | MD | 21009-2016 | (410) 569-7535 | 04/12/89 |
| 1286 | Hair Cuttery | 303 | 381 | Blvd Ludlam Shopping Center | 6794 Bird Rd | Miami | FL | 33155-3753 | (305) 666-7546 | 04/22/88 |
| 1287 | Hair Cuttery | 303 | 362 | Colonial Palms Plaza | 13617 S Dixie Hwy  Ste 123 | Miami | FL | 33176-7259 | (305) 233-6474 | 01/20/89 |
| 1302 | Hair Cuttery | 201 | 210 | York River Crossing Shopping Center | 2359 York Crossing Dr | Hayes | VA | 23072-3643 | (804) 642-5593 | 10/16/90 |
| 1312 | Hair Cuttery | 302 | 369 | Oak Hill Shopping Center | 7628 103rd St Spc 1C | Jacksonville | FL | 32210-9735 | (904) 778-4571 | 08/18/88 |
| 1327 | Hair Cuttery | 302 | 384 | Whiteland Towne Center | 119 W Lincoln Hwy Space 152C | Exton | PA | 19341-2609 | (610) 363-8487 | 02/14/89 |
| 1328 | Hair Cuttery | 303 | 350 | Royal Eagle Plaza | 9162 Wiles Rd Space A08 | Coral Springs | FL | 33067-1999 | (954) 344-6555 | 09/21/89 |
| 1333 | Hair Cuttery | 400 | 420 | Ardmore West Shopping Center | 19 Woodside Rd Ste F | Ardmore | PA | 19003-1441 | (610) 642-1121 | 10/23/88 |
| 1337 | Hair Cuttery | 400 | 440 | Larchmont Commons Shopping Center | 3111 Route 38 Space 9 | Mount Laurel | NJ | 08054-9754 | (856) 234-2778 | 01/19/90 |
| 1340 | Hair Cuttery | 200 | 265 | Huntsman Square | 7505 Huntsman Blvd Space A1 | Springfield | VA | 22153-1649 | (703) 912-9435 | 05/29/90 |
| 1341 | Hair Cuttery | 302 | 384 | Casselberry Collection | 3385 S US Highway 17 92 | Casselberry | FL | 32707-2933 | (407) 331-7733 | 06/16/89 |
| 1345 | Hair Cuttery | 400 | 456 | Cross Keys Commons | 3501 Route 42 | Turnersville | NJ | 08012-1752 | (856) 875-7666 | 02/09/90 |
| 1352 | Hair Cuttery | 200 | 232 | The Village Center at Sully Station | 5637 Stone Rd Unit 14 | Centreville | VA | 20120-1618 | (703) 803-9712 | 11/09/90 |
| 1359 | Hair Cuttery | 100 | 148 | Governors Square | 1009 Governors Place Building 1C | Bear | DE | 19701-3048 | (302) 836-3746 | 05/02/91 |
| 1367 | Hair Cuttery | 302 | 385 | Galtway Plaza | 2701 SW College Rd | Ocala | FL | 34474-7450 | (352) 237-7915 | 06/15/90 |
| 1369 | Hair Cuttery | 302 | 384 | West Towne Corners | 200 S State Road 434 Ste 1068 | Altamonte Springs | FL | 32714-3817 | (407) 788-8115 | 05/15/90 |
| 1387 | Hair Cuttery | 200 | 265 | Mapledale Plaza | 5421 Mapledale Plaza Unit 10 | Woodbridge | VA | 22193-4526 | (703) 590-5676 | 08/15/90 |
| 1389 | Hair Cuttery | 100 | 144 | Harleysville Meadowbrook Plaza | 288 Main St | Harleysville | PA | 19438-2416 | (215) 256-1105 | 04/18/89 |
| 1394 | Hair Cuttery | 400 | 455 | Marketplace at Huntingdon Valley | 2144 County Line Rd | Huntingdon Valley | PA | 19006-1740 | (215) 355-253C | 10/23/92 |
| 1395 | Hair Cuttery | 400 | 440 | Souderton Square | 712 Route 113 | Souderton | PA | 18964-1004 | (215) 723-945C | 07/10/89 |
| 1405 | Hair Cuttery | 302 | 383 | Deland West Volusia | 2703 S Woodland Blvc | Deland | FL | 32720-7005 | (386) 738-5082 | 01/16/89 |
| 1406 | Hair Cuttery | 302 | 391 | New Smyrna Beach Shopping Center | 1980 State Road 44 | New Smyrna | FL | 32168-8349 | (386) 428-3220 | 01/16/89 |
| 1407 | Hair Cuttery | 303 | 377 | Titusville St Johns Plaza | 3229 Garden St | Titusville | FL | 32796-3004 | (321) 267-7075 | 01/16/89 |
| 1421 | Hair Cuttery | 200 | 265 | Market at Optiz Crossing | 2004 Daniel Stuart Square Space B | Woodbridge | VA | 22191-3315 | (703) 494-9575 | 02/19/91 |
| 1460 | Hair Cuttery | 200 | 265 | The Shops at the Glen | 4152 Merchant Plaza | Woodbridge | VA | 22192-5085 | (703) 590-4293 | 04/02/93 |
| 1467 | Hair Cuttery | 303 | 363 | Flagler Park Shopping Center | 8359 W Flagler St | Miami | FL | 33144-2072 | (305) 262-3635 | 08/28/91 |
| 1492 | Hair Cuttery | 100 | 110 | Governor Plaza | 6651 Ritchie Highway Suite 19 | Glen Burnie | MD | 21061-2361 | (410) 766-1255 | 05/23/90 |
| 1499 | Hair Cuttery | 200 | 232 | Ellsworth Plaza | 8661 Colesville Road Suite C136 | Silver Spring | MD | 20910-3945 | (301) 588-1016 | 04/02/90 |
| 1509 | Hair Cuttery | 100 | 148 | Prices Corner Shopping Center | 3218 Kirkwood Highway Suite B208 | Wilmington | DE | 19808-6130 | (302) 999-7274 | 09/05/90 |
| 1540 | Hair Cuttery | 400 | 456 | Bay Shore Mall Shopping Center | 3845 Bayshore Road Space 2 | North Cape May | NJ | 08204-3261 | (609) 884-5854 | 08/02/90 |
| 1542 | Hair Cuttery | 400 | 420 | Raymour & Flanigan Plaza | 515 Route 73 S Unit 114 | Marlton | NJ | 08053-9661 | (856) 596-9832 | 05/20/92 |
| 1590 | Hair Cuttery | 100 | 110 | Annapolis Harbour Center Hair Cuttery | 2576 Solomons Island Rd | Annapolis | MD | 21401-3710 | (410) 573-512E | 06/27/91 |
| 1593 | Hair Cuttery | 201 | 275 | Dominion Square | 709 Dominion Square Shopping Center | Culpeper | VA | 22701-2479 | (540) 825-4384 | 09/20/90 |
| 1615 | Hair Cuttery | 200 | 249 | Rose Hill Shopping Center | 6050 Rose Hill Dr Ste A | Alexandria | VA | 22310-1933 | (703) 313-8227 | 12/16/92 |
| 1634 | Hair Cuttery | 400 | 457 | Court at Deptford | 1500 Almonesson Road Building D15 | Deptford | NJ | 08096-5259 | (856) 232-9172 | 02/12/91 |
| 1636 | Hair Cuttery | 100 | 148 | Shoppes at Easton | 8223 Elliott Road Suite 105 | Easton | MD | 21601-2956 | (410) 822-9423 | 09/27/94 |
| 1651 | Hair Cuttery | 200 | 232 | Federal Plaza | 12274A  Rockville Pike Space 3 | Rockville | MD | 20852-1664 | (301) 231-706C | 07/05/91 |
| 1663 | Hair Cuttery | 200 | 270 | Colonnade at Union Mill | 5758 Union Mill Rc | Clifton | VA | 20124-1088 | (703) 830-5664 | 08/15/91 |
| 1706 | Hair Cuttery | 400 | 420 | Haddon Shops | 32 Haddon Avenue | Haddon Township | NJ | 08108-2731 | (856) 854-960C | 06/27/91 |
| 1716 | Hair Cuttery | 100 | 143 | Kentlands Square | 257 Kentlands Boulevard | Gaithersburg | MD | 20878-5446 | (301) 208-9656 | 01/12/94 |
| 1740 | Hair Cuttery | 303 | 350 | Maplewood Plaza | 1154 N University Dr Spc G3 | Coral Springs | FL | 33071-8318 | (954) 752-0446 | 03/07/92 |
| 1750 | Hair Cuttery | 303 | 363 | Garden Square Center | 8645 NW 186th St | Hialeah | FL | 33015-2553 | (305) 829-1962 | 12/14/91 |
| 1758 | Hair Cuttery | 400 | 455 | Andorra Shopping Center | 701 Cathedral Road Suite 8 | Philadelphia | PA | 19128-2128 | (215) 487-713C | 02/29/92 |
| 1762 | Hair Cuttery | 400 | 456 | Rio Grande Plaza | 1500 Route 47 Space E6 | Rio Grande | NJ | 08242-1400 | (609) 889-6866 | 01/09/92 |
| 1789 | Hair Cuttery | 100 | 110 | Enchanted Forest | 10030 Baltimore National Pike | Ellicott City | MD | 21042-3665 | (410) 750-9851 | 07/25/92 |
| 1803 | Hair Cuttery | 100 | 161 | Aberdeen Marketplace | 1020 Beards Hill Road Suite D | Aberdeen | MD | 21001-2257 | (410) 273-9871 | 09/27/93 |
| 1804 | Hair Cuttery | 400 | 455 | Audubon Square | 2644 Egypt Rd | Norristown | PA | 19403-2302 | (610) 666-9825 | 04/16/96 |
| 1805 | Hair Cuttery | 400 | 440 | Shops at Windsor Green | 3495 US Highway 1 Suite B114 | Princeton | NJ | 08540-5933 | (609) 452-9710 | 08/06/93 |
| 1827 | Hair Cuttery | 200 | 270 | Tysons Square | 8317 Leesburg Pike | Vienna | VA | 22182-2407 | (703) 506-9654 | 12/12/93 |
| 1828 | Hair Cuttery | 200 | 232 | 4818 Bethesda Avenue | 4818 Bethesda Avenue | Bethesda | MD | 20814-5202 | (301) 656-0576 | 07/09/92 |
| 1830 | Hair Cuttery | 302 | 383 | Northgate Shopping Center | 293 E International Speedway Blvc | Deland | FL | 32724-2339 | (386) 734-9341 | 09/09/93 |
| 1839 | Hair Cuttery | 200 | 270 | Little River Center | 7404 Little River Turnpike | Annandale | VA | 22003-3013 | (703) 813-9825 | 09/17/93 |
| 1842 | Hair Cuttery | 201 | 225 | Harbour Pointe Village | 13620 Hull Street Rd | Midlothian | VA | 23112-2108 | (804) 739-9784 | 01/06/94 |
| 1844 | Hair Cuttery | 100 | 441 | Westtown Marketplace | 1502 W Chester Pike | West Chester | PA | 19382-7705 | (610) 692-9017 | 11/17/95 |
| 1846 | Hair Cuttery | 200 | 249 | North Point Village | 1434 Northpoint Village Center | Reston | VA | 20194-1190 | (703) 904-8746 | 02/01/94 |
| 1850 | Hair Cuttery | 200 | 230 | Franklin Farm Village Center | 13300 Franklin Farm Rd Ste A | Herndon | VA | 20171-4096 | (703) 904-8734 | 05/27/93 |
| 1866 | Hair Cuttery | 400 | 420 | Berlin Circle Plaza | 116 Walker Avenue Space 4A | West Berlin | NJ | 08091-1424 | (856) 767-9686 | 10/16/93 |
| 1870 | Hair Cuttery | 200 | 250 | Fair Lakes Center | 12987 Fair Lakes Shopping center | Fairfax | VA | 22033-5177 | (703) 830-8344 | 03/03/94 |
| 1873 | Hair Cuttery | 200 | 232 | Cascades Marketplace | 21000 Southbank Street | Sterling | VA | 20165-7242 | (703) 450-9883 | 08/26/94 |
| 1875 | Hair Cuttery | 400 | 440 | North Penn Marketplace | 1551 S Valley Forge Rd  Store H | Lansdale | PA | 19446-5461 | (215) 362-9852 | 03/19/94 |
| 1876 | Hair Cuttery | 400 | 457 | Crossways Center | 1412 Greenbrier Parkway | Chesapeake | VA | 23320-2832 | (757) 420-8920 | 05/21/93 |
| 1879 | Hair Cuttery | 400 | 456 | Cumberland Crossing | 2267 N 2nd Street Space B5 | Millville | NJ | 08332-1305 | (856) 327-9874 | 01/20/95 |
| 1884 | Hair Cuttery | 303 | 350 | Coral Ridge Plaza | 2811 East Oakland Park Boulevard | Fort Lauderdale | FL | 33306-1813 | (954) 564-8561 | 01/29/94 |

EAST\174443567.4

| Salon Id | Brand | Region Code | District Code | Salon Name | Street Address | City | State | Zip Code | Phone | Salon Open Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 1900 | Hair Cuttery | 400 | 455 | Horsham Point Shopping Center | 314 Horsham Rd Ste H | Horsham | PA | 19044-2109 | (215) 441-9814 | 12/12/97 |
| 1902 | Hair Cuttery | 200 | 235 | Lee Centre | 3307 Lee Hwy | Arlington | VA | 22207-3713 | (703) 527-9666 | 11/17/93 |
| 1907 | Hair Cuttery | 303 | 381 | Rio Vista Plaza | 1565 S Federal Hwy Space B | Fort Lauderdale | FL | 33316-2686 | (954) 728-9051 | 09/15/93 |
| 1909 | Hair Cuttery | 302 | 384 | Tuscawilla Bend | 2200 Winter Springs Blvd | Oviedo | FL | 32765-9358 | (407) 365-6854 | 09/02/94 |
| 1910 | Hair Cuttery | 303 | 381 | Oakwood Plaza | 3850 Oakwood Blvd | Hollywood | FL | 33020-7114 | (954) 920-8565 | 12/08/94 |
| 1916 | Hair Cuttery | 302 | 389 | Wekiva Plaza | 1563 Rock Springs Rd  Space B5 | Apopka | FL | 32712-2231 | (407) 889-755C | 01/12/95 |
| 1919 | Hair Cuttery | 100 | 441 | Newtown Square | 3552 W Chester Pike | Newtown Square | PA | 19073-4128 | (610) 356-9745 | 06/08/94 |
| 1921 | Hair Cuttery | 100 | 441 | Chesterbrook Village | 500 Chesterbrook Blvd Ste 3 | Wayne | PA | 19087-5603 | (610) 296-6876 | 02/10/94 |
| 1924 | Hair Cuttery | 302 | 385 | Butler Plaza West | 3912 SW Archer Rd Unit 2C | Gainesville | FL | 32608-2342 | (352) 337-9093 | 03/08/95 |
| 1930 | Hair Cuttery | 303 | 362 | Homestead Towne Square | 817 N Homestead Blvd | Homestead | FL | 33030-5024 | (305) 245-8187 | 03/21/95 |
| 1941 | Hair Cuttery | 302 | 391 | Westport Square Shopping Center | 1644 Taylor Rd | Port Orange | FL | 32128-6753 | (386) 761-8486 | 12/17/94 |
| 1944 | Hair Cuttery | 302 | 388 | Winter Park Corners | 1959 Aloma Ave Spc 20 | Winter Park | FL | 32792-3212 | (407) 671-2008 | 04/08/94 |
| 1950 | Hair Cuttery | 302 | 371 | Baymeadows Commons | 9550 Baymeadows Rd Ste 12 | Jacksonville | FL | 32256-0748 | (904) 636-9388 | 07/22/94 |
| 1962 | Hair Cuttery | 400 | 420 | Ellisburg Circle Shopping Center | 1646 Kings Highway N  Space S4 | Cherry Hill | NJ | 08034-2302 | (856) 795-8337 | 11/21/94 |
| 1963 | Hair Cuttery | 100 | 155 | Jefferson Crossing Shopping Center | 71 Jefferson Crossing Way Suite A | Charles Town | WV | 25414-5687 | (304) 728-653C | 02/08/96 |
| 1964 | Hair Cuttery | 400 | 449 | Perkasie Square | 521 Constitution Ave | Perkasie | PA | 18944-1248 | (215) 453-9296 | 07/09/94 |
| 1969 | Hair Cuttery | 200 | 230 | Ashburn Village Shopping Center | 44110 Ashburn Shopping Plaza 19C | Ashburn | VA | 20147-3999 | (703) 729-9702 | 11/16/94 |
| 1977 | Hair Cuttery | 400 | 457 | Whitman Plaza | 330 W Oregon Ave Space 35 | Philadelphia | PA | 19148-4723 | (215) 339-9008 | 08/26/94 |
| 1979 | Hair Cuttery | 302 | 391 | Edgewater Commons | 2978 S Ridgewood Ave | Edgewater | FL | 32141-7527 | (386) 424-9688 | 03/11/94 |
| 1980 | Hair Cuttery | 400 | 410 | Langhorne Square Shopping Center | 1291 Lincoln Hwy Space 34 | Levittown | PA | 19056-1136 | (215) 945-9955 | 09/23/94 |
| 1985 | Hair Cuttery | 303 | 362 | Kendale Lakes Mall Shopping Center | 13817 SW 88th St | Miami | FL | 33186-1303 | (305) 382-9567 | 10/26/95 |
| 1986 | Hair Cuttery | 303 | 360 | Indian Trace | 16210 Indian Trace | Weston | FL | 33326-1922 | (954) 384-9096 | 03/07/95 |
| 1991 | Hair Cuttery | 400 | 426 | Larkins Corner Shopping Center | 639 Conchester Hwy | Boothwyn | PA | 19061-3147 | (610) 494-8376 | 12/10/94 |
| 1992 | Hair Cuttery | 400 | 410 | Boulevard Plaza Shopping Center | 11000 Roosevelt Blvd | Philadelphia | PA | 19116-3961 | (215) 969-9915 | 11/21/94 |
| 1998 | Hair Cuttery | 400 | 456 | Hammonton Square | 79 S White Horse Pike Suite B | Hammonton | NJ | 08037-1872 | (609) 567-9196 | 12/21/95 |
| 2002 | Hair Cuttery | 401 | 475 | Green Oak Shopping Center | 9555 S Cicero Ave Spc 16 | Oak Lawn | IL | 60453-3136 | (708) 229-0017 | 09/16/94 |
| 2003 | Hair Cuttery | 401 | 460 | Golf Center | 9 Golf Ctr | Hoffman Estates | IL | 60169-4910 | (847) 519-7743 | 01/14/95 |
| 2030 | Hair Cuttery | 401 | 460 | Schaumburg Plaza | 355 S Barrington Rd | Schaumburg | IL | 60193-4305 | (847) 301-8793 | 04/12/95 |
| 2039 | Hair Cuttery | 401 | 460 | Randall Plaza | 148 N Randall Rd | Lake In the Hills | IL | 60156-4471 | (847) 854-2517 | 03/13/96 |
| 2045 | Hair Cuttery | 200 | 250 | Fairfax Towne Center | 12208 Fairfax Towne Center | Fairfax | VA | 22033-2877 | (703) 273-8911 | 12/20/95 |
| 2051 | Hair Cuttery | 401 | 475 | 34th Street Plaza | 3357 Chicago Rd | Chicago His | IL | 60411-5422 | (708) 756-1882 | 03/08/95 |
| 2055 | Hair Cuttery | 401 | 465 | Holiday Plaza | 4747 N Harlem Ave Unit K | Harwood Heights | IL | 60706-4600 | (708) 867-3065 | 03/01/95 |
| 2057 | Hair Cuttery | 201 | 226 | Short Pump Crossing | 3424 Pump Rd Space 1 | Richmond | VA | 23233-1111 | (804) 360-9788 | 02/23/97 |
| 2058 | Hair Cuttery | 201 | 210 | Monticello Marketplace | 4680 Monticello Ave Ste 18E | Williamsburg | VA | 23188-8214 | (757) 564-989C | 01/10/99 |
| 2065 | Hair Cuttery | 400 | 440 | Hamilton Plaza | 1273 Highway 33 | Hamilton | NJ | 08690-2713 | (609) 588-9874 | 07/18/95 |
| 2069 | Hair Cuttery | 302 | 384 | Willa Springs Shopping Center | 5699 Red Bug Lake Rd | Winter Springs | FL | 32708-4969 | (407) 695-3577 | 01/20/95 |
| 2070 | Hair Cuttery | 201 | 220 | Great Neck Village | 1340 N Great Neck Rd | Virginia Beach | VA | 23454-2268 | (757) 481-980C | 03/16/95 |
| 2074 | Hair Cuttery | 401 | 495 | Broadway and Briar | 3143 N Broadway St | Chicago | IL | 60657-4508 | (773) 529-4741 | 04/12/97 |
| 2075 | Hair Cuttery | 401 | 495 | Broadview Village Square | 118 Broadview Sc | Broadview | IL | 60155-4874 | (708) 344-8853 | 03/17/95 |
| 2078 | Hair Cuttery | 401 | 480 | Golf Plaza II | 1008 S Elmhurst Rd | Mount Prospect | IL | 60056-4240 | (847) 758-8685 | 01/02/97 |
| 2079 | Hair Cuttery | 302 | 384 | Lockwood Village | 1009 Lockwood Blvd | Oviedo | FL | 32765-6001 | (407) 365-0616 | 08/29/95 |
| 2080 | Hair Cuttery | 302 | 385 | Gainesville Exchange | 3720 NW 13th St | Gainesville | FL | 32609-5606 | (352) 373-2145 | 09/08/95 |
| 2082 | Hair Cuttery | 400 | 429 | West Goshen Shopping Center | 913 Paoli Pike Space 2A | West Chester | PA | 19380-4527 | (610) 696-9907 | 04/21/95 |
| 2084 | Hair Cuttery | 302 | 389 | Woodland Shopping Center | 1940 N State Road 19 | Eustis | FL | 32726-6729 | (352) 589-7994 | 04/24/95 |
| 2085 | Hair Cuttery | 303 | 377 | Indiavista Shopping Center | 7327 N Highway 1 Ste C | Cocoa | FL | 32927-5208 | (321) 631-9478 | 04/14/95 |
| 2086 | Hair Cuttery | 302 | 389 | Plantation Grove | 2644 Maguire Rd | Ocoee | FL | 34761-4752 | (407) 656-7646 | 10/24/95 |
| 2087 | Hair Cuttery | 303 | 350 | Lakeview Shopping Center | 1370 Coral Ridge Dr | Coral Springs | FL | 33071-5419 | (954) 753-1554 | 05/03/96 |
| 2104 | Hair Cuttery | 303 | 350 | Welleby Center | 11120 W Oakland Park Blvc | Sunrise | FL | 33351-6808 | (954) 746-922€ | 02/28/97 |
| 2124 | Hair Cuttery | 100 | 155 | Hagerstown Commons | 1733 Dual Highway | Hagerstown | MD | 21740-6653 | (301) 745-9726 | 06/06/95 |
| 2133 | Hair Cuttery | 302 | 391 | West Granada Center | 1425 W Granada Blvd Unit 8 | Ormond Beach | FL | 32174-8113 | (386) 672-9327 | 11/21/95 |
| 2148 | Hair Cuttery | 100 | 441 | Maplelawn Village Center | 542 Kimberton Road | Phoenixville | PA | 19460-4737 | (610) 933-981C | 03/31/95 |
| 2152 | Hair Cuttery | 303 | 378 | Shadowwood Square | 9843 Glades Rd | Boca Raton | FL | 33434-3918 | (561) 487-5155 | 07/07/95 |
| 2178 | Hair Cuttery | 200 | 232 | Kensington Triangle | 3731 University Boulevard W Suite C | Kensington | MD | 20895-2150 | (301) 942-9748 | 11/24/95 |
| 2182 | Hair Cuttery | 201 | 260 | Wellington Station | 10072 Dumfries Rd | Manassas | VA | 20110-7949 | (703) 257-4604 | 02/23/96 |
| 2185 | Hair Cuttery | 401 | 495 | Clark and Diversey | 2734 N Clark St | Chicago | IL | 60614-1503 | (773) 244-3982 | 09/07/95 |
| 2186 | Hair Cuttery | 401 | 480 | Mchenry Grounds | 1721 N Richmond Rd | Mchenry | IL | 60051-5413 | (815) 759-0572 | 01/14/97 |
| 2189 | Hair Cuttery | 302 | 371 | Old St Augustine Road Plaza | 11250 Old Saint Augustine Rd Suite 13 | Jacksonville | FL | 32257-1088 | (904) 268-9728 | 04/12/95 |
| 2191 | Hair Cuttery | 303 | 360 | Vizcaya Square | 985 N Nob Hill Rc | Plantation | FL | 33324-1079 | (954) 476-9478 | 01/13/97 |
| 2193 | Hair Cuttery | 200 | 270 | Graham Park Plaza | 7263 Arlington Blvd Ste J | Falls Church | VA | 22042-3219 | (703) 849-9758 | 09/13/95 |
| 2199 | Hair Cuttery | 100 | 441 | Shoppes at Uonville Station | 459 Uwchlan Ave | Chester Springs | PA | 19425-2232 | (610) 363-9843 | 10/11/96 |
| 2202 | Hair Cuttery | 400 | 450 | Logan Square | 6542 Lower York Rd Ste B | New Hope | PA | 18938-1817 | (215) 862-9658 | 08/25/95 |
| 2204 | Hair Cuttery | 400 | 420 | Towne Square | 886 Union Mill Road | Mount Laurel | NJ | 08054-9561 | (856) 866-9473 | 05/30/97 |
| 2206 | Hair Cuttery | 400 | 488 | Hillcrest Shopping Center | 1701 N Larkin Ave Spc B1 | Crest Hill | IL | 60403-1970 | (815) 744-2395 | 10/27/95 |
| 2209 | Hair Cuttery | 400 | 456 | Wrangleboro Consumer Square | 320 Consumer Square | Mays Landing | NJ | 08330-3326 | (609) 625-982C | 01/21/98 |
| 2211 | Hair Cuttery | 100 | 148 | Market Square | 5607 Concord Pike | Wilmington | DE | 19803-1428 | (302) 478-9978 | 06/23/95 |
| 2217 | Hair Cuttery | 302 | 369 | Fleming Island Shopping Center | 5000 US Highway 17 Ste 20 | Orange Park | FL | 32003-8229 | (904) 264-9065 | 02/26/97 |
| 2221 | Hair Cuttery | 303 | 363 | Paraiso Plaza | 3345 W 80th St | Hialeah | FL | 33018-5065 | (305) 362-9726 | 06/18/97 |
| 2239 | Hair Cuttery | 401 | 465 | Four Flaggs Shopping Center | 8303 1/2 W Golf Rc | Niles | IL | 60714-1113 | (847) 583-0337 | 01/17/97 |
| 2245 | Hair Cuttery | 302 | 388 | Lake Fredrica Center | 3932 S Semoran Blvd | Orlando | FL | 32822-4008 | (407) 273-4524 | 10/06/95 |
| 2252 | Hair Cuttery | 400 | 420 | Brace Road Station | 1479 Brace Road | Cherry Hill | NJ | 08034-3524 | (856) 354-988C | 03/06/97 |
| 2253 | Hair Cuttery | 400 | 456 | Marketplace at Chews Landing | 305 S Main Road | Vineland | NJ | 08360-7897 | (856) 507-9880 | 04/23/98 |
| 2254 | Hair Cuttery | 400 | 420 | Shoppes at Chews Landing | 1214 Chews Landing Road | Laurel Springs | NJ | 08021-2803 | (856) 309-9286 | 11/06/96 |
| 2268 | Hair Cuttery | 201 | 220 | Loehmanns Plaza at Thalia | 4000 Virginia Beach Blvd | Virginia Beach | VA | 23452-1743 | (757) 340-9401 | 01/15/96 |
| 2277 | Hair Cuttery | 201 | 260 | Shoppes at Tappahannock | 1638 Tappahannock Blvd PO Box 1908 | Tappahannock | VA | 22560-0000 | (804) 443-9208 | 12/18/97 |
| 2322 | Hair Cuttery | 100 | 160 | Londontowne Square | 1311 Londontown Boulevarc | Sykesville | MD | 21784-6454 | (410) 549-9742 | 11/17/96 |
| 2329 | Hair Cuttery | 400 | 450 | Crossroads Plaza | 800 Bustleton Pike Ste B1 | Richboro | PA | 18954-1360 | (215) 357-9453 | 03/11/99 |
| 2331 | Hair Cuttery | 400 | 410 | Oxford Oaks Shopping Center | 1629 Big Oak Rd | Yardley | PA | 19067-6418 | (215) 493-0643 | 07/07/97 |
| 2333 | Hair Cuttery | 303 | 363 | Doral Centre | 9569 NW 41st St | Doral | FL | 33178-2371 | (305) 436-8053 | 08/01/97 |
| 2337 | Hair Cuttery | 302 | 388 | Colonial Marketcenter | 2772 E Colonial Dr | Orlando | FL | 32803-5025 | (407) 895-9738 | 04/18/98 |
| 2343 | Hair Cuttery | 200 | 265 | Lake Montclair Center | 5155 Waterway Dr | Montclair | VA | 22025-1261 | (703) 583-1775 | 03/18/98 |
| 2345 | Hair Cuttery | 400 | 415 | Water Tower Plaza | 1593 N State Route 50 | Bourbonnais | IL | 60914-4429 | (815) 936-9616 | 02/19/97 |
| 2353 | Hair Cuttery | 201 | 226 | Cary Court | 3154 W Cary St | Richmond | VA | 23221-3504 | (804) 354-9575 | 12/08/95 |
| 2367 | Hair Cuttery | 302 | 372 | Dames Pointe Plaza | 7001 Merrill Rd Ste 25 | Jacksonville | FL | 32277-2600 | (904) 744-820C | 07/15/96 |
| 2368 | Hair Cuttery | 302 | 372 | Cobblestone Crossing | 2771 Monument Rd Ste 22 | Jacksonville | FL | 32225-3514 | (904) 646-1555 | 07/15/96 |
| 2369 | Hair Cuttery | 302 | 371 | South Beach Regional Shopping Center | 3988 3rd St S | Jacksonville Beach | FL | 32250-5847 | (904) 241-2458 | 07/15/96 |
| 2376 | Hair Cuttery | 302 | 369 | Chimney Lakes Village | 8540 Argyle Forest Blvd | Jacksonville | FL | 32244-6702 | (904) 908-993C | 11/14/96 |

| Salon Id | Brand | Region Code | District Code | Salon Name | Street Address | City | State | Zip Code | Phone | Salon Open Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2385 | Hair Cuttery | 401 | 485 | Highland Grove Shopping Center | 10351 Indianapolis Blvd | Highland | IN | 46322-3509 | (219) 922-4920 | 05/06/97 |
| 2390 | Hair Cuttery | 302 | 388 | Eastwood Shopping Center | 1933 S Alafaya Trail | Orlando | FL | 32828-8732 | (407) 737-9978 | 02/02/98 |
| 2396 | Hair Cuttery | 302 | 385 | Churchill Square Shopping Center | 303 SE 17th St Ste 105 | Ocala | FL | 34471-4422 | (352) 368-3698 | 12/02/96 |
| 2397 | Hair Cuttery | 401 | 487 | Northpoint Shopping Center | 350 E Rand Rd | Arlington Heights | IL | 60004-3104 | (847) 392-4631 | 11/22/96 |
| 2404 | Hair Cuttery | 303 | 377 | Three Meadows Plaza | 622 Barnes Blvd | Rockledge | FL | 32955-5210 | (321) 632-9042 | 02/17/97 |
| 2405 | Hair Cuttery | 303 | 378 | Lakeside Square at Loggers Run | 11640 W Palmetto Park Rd | Boca Raton | FL | 33428-2501 | (561) 483-8895 | 10/04/97 |
| 2406 | Hair Cuttery | 401 | 475 | Tinley Park Commons | 17121 Harlem Ave | Tinley Park | IL | 60477-3369 | (708) 429-6377 | 11/16/96 |
| 2410 | Hair Cuttery | 100 | 441 | Edgmont Square | 4807 W Chester Pike Space 8 | Newtown Square | PA | 19073-2213 | (610) 356-9920 | 05/30/97 |
| 2416 | Hair Cuttery | 201 | 275 | Statler Square | 850 Statler Blvd Space S104 | Staunton | VA | 24401-4885 | (540) 886-0817 | 11/09/96 |
| 2417 | Hair Cuttery | 303 | 360 | Sawgrass Square | 12514 W Sunrise Blvc | Sunrise | FL | 33323-2987 | (954) 851-9578 | 09/18/97 |
| 2426 | Hair Cuttery | 401 | 488 | Dekalb Market Square | 2350 Sycamore Rd Ste H | Dekalb | IL | 60115-2000 | (815) 758-4697 | 12/05/97 |
| 2430 | Hair Cuttery | 303 | 363 | Coquina Plaza | 15781 Sheridan St | Fort Lauderdale | FL | 33331-3486 | (954) 434-8742 | 07/08/98 |
| 2437 | Hair Cuttery | 100 | 136 | Big Elk Mall Shopping Center | 117 Big Elk Mall | Elkton | MD | 21921-5612 | (410) 620-9837 | 08/21/97 |
| 2445 | Hair Cuttery | 400 | 456 | Mill Pond Village | 380 Egg Harbor Road Suite C4 | Sewell | NJ | 08080-3152 | (856) 582-9802 | 05/20/97 |
| 2447 | Hair Cuttery | 401 | 160 | Peacock Center | 518 E Ridgeville Blvc | Mount Airy | MD | 21771-5252 | (301) 829-9815 | 12/08/97 |
| 2455 | Hair Cuttery | 100 | 160 | Kingsbrook Crossing | 5318 New Design Road | Frederick | MD | 21703-7102 | (301) 663-9634 | 02/13/98 |
| 2460 | Hair Cuttery | 302 | 383 | Publix at Lake Forest | 5256 W State Road 46 | Sanford | FL | 32771-9230 | (407) 302-8470 | 03/18/99 |
| 2461 | Hair Cuttery | 302 | 384 | Suncrest Village | 1007 University Blvd | Orlando | FL | 32817-1902 | (407) 672-3084 | 10/22/01 |
| 2465 | Hair Cuttery | 100 | 160 | River Hill Village Center | 6040 Daybreak Circle Suite 20C | Clarksville | MD | 21029-1643 | (410) 531-8052 | 11/16/97 |
| 2478 | Hair Cuttery | 401 | 475 | Nelson Plaza | 410 Nelson Rd | New Lenox | IL | 60451-2946 | (815) 485-9705 | 04/09/98 |
| 2481 | Hair Cuttery | 303 | 378 | Winston Park Center | 5385 Lyons Rd Spc B4 | Coconut Creek | FL | 33073-2810 | (954) 480-8312 | 01/14/99 |
| 2482 | Hair Cuttery | 302 | 372 | Publix Plaza | 9100 Merrill Rd Ste 7 | Jacksonville | FL | 32225-4349 | (904) 744-6542 | 04/14/97 |
| 2488 | Hair Cuttery | 400 | 450 | Richland Crossing Shopping Center | 211 N West End Blvd | Quakertown | PA | 18951-2316 | (215) 536-9706 | 08/19/98 |
| 2491 | Hair Cuttery | 100 | 161 | Riverside Shopping Center | 1321 Riverside Parkway Suite D2 | Belcamp | MD | 21017-3402 | (410) 273-9905 | 07/17/97 |
| 2498 | Hair Cuttery | 200 | 235 | Lee Harrison Shopping Center | 2455 N Harrison St | Arlington | VA | 22207-1611 | (703) 237-9392 | 01/14/98 |
| 2500 | Hair Cuttery | 401 | 465 | Bohl Farm Market | 5300 Northwest Hwy Unit B | Crystal Lake | IL | 60014-8072 | (815) 444-7930 | 04/13/00 |
| 2501 | Hair Cuttery | 401 | 497 | Prairie Point Shopping Center | 3015 E New York St | Aurora | IL | 60504-5062 | (630) 236-7124 | 08/17/98 |
| 2507 | Hair Cuttery | 401 | 465 | North Riverside Shopping Center | 2304 Harlem Ave | North Riverside | IL | 60546-1414 | (708) 442-6673 | 12/15/97 |
| 2508 | Hair Cuttery | 401 | 497 | Two Rivers Shopping Center | 1196 W Boughton Rd Ste G | Bolingbrook | IL | 60440-6569 | (630) 378-0986 | 11/20/98 |
| 2509 | Hair Cuttery | 401 | 489 | Centennial Plaza | 1218 State St | Lemont | IL | 60439-4489 | (630) 243-9845 | 08/07/98 |
| 2517 | Hair Cuttery | 201 | 260 | Virginia Gateway Giant Center | 7543 Linton Hall Rd Ste D5 | Gainesville | VA | 20155-2972 | (703) 753-1306 | 09/17/99 |
| 2531 | Hair Cuttery | 100 | 147 | Village at Gap | 5360 Lincoln Hwy | Gap | PA | 17527-9451 | (717) 442-2356 | 01/18/99 |
| 2533 | Hair Cuttery | 201 | 220 | Kroger Plaza | 1800 Republic Roac | Virginia Beach | VA | 23454-4542 | (757) 428-9838 | 01/29/98 |
| 2535 | Hair Cuttery | 200 | 235 | Potomac Yard Center | 3925B Jefferson Davis Highway | Alexandria | VA | 22305-3139 | (703) 548-9393 | 12/02/98 |
| 2545 | Hair Cuttery | 401 | 497 | Shoppes at Windmill Place | 2008 W Wilson St | Batavia | IL | 60510-9482 | (630) 761-3382 | 01/11/00 |
| 2546 | Hair Cuttery | 401 | 465 | Northwest Shopping Center | 521 E. Dundee Road | Palatine | IL | 60074-2815 | (847) 963-8385 | 05/14/02 |
| 2548 | Hair Cuttery | 401 | 489 | Westwood Centre | 2301 63rd St | Woodridge | IL | 60517-1300 | (630) 434-8873 | 08/06/98 |
| 2553 | Hair Cuttery | 400 | 450 | Newtown Shopping Center | 40 West Rd Unit L | Newtown | PA | 18940-4301 | (215) 968-9815 | 11/02/01 |
| 2560 | Hair Cuttery | 303 | 381 | Dadeland Station | 8328 S Dixie Hwy | Miami | FL | 33143-7714 | (305) 665-8752 | 03/27/98 |
| 2564 | Hair Cuttery | 400 | 455 | Spring House Village | 1121 Bethlehem Pike Ste 9C | Spring House | PA | 19477-1102 | (215) 793-6556 | 07/29/99 |
| 2569 | Hair Cuttery | 401 | 465 | Evanston Galleria | 1704 Sherman Ave | Evanston | IL | 60201-3713 | (847) 866-0814 | 05/26/98 |
| 2606 | Hair Cuttery | 302 | 383 | Deltona Landing | 915 Doyle Road Suite A8 | Deltona | FL | 32725-8260 | (386) 574-8357 | 03/30/99 |
| 2607 | Hair Cuttery | 302 | 391 | Halifax Village Plaza | 3760 Roscommon Dr | Ormond Beach | FL | 32174-2849 | (386) 615-8745 | 09/30/99 |
| 2608 | Hair Cuttery | 400 | 420 | Hartford Plaza | 631 E Evesham Road | Runnemede | NJ | 08078-1866 | (856) 939-9856 | 05/18/98 |
| 2612 | Hair Cuttery | 302 | 385 | Lake Mary Village Shopping Center | 3801 W Lake Mary Blvd | Lake Mary | FL | 32746-6159 | (407) 321-2200 | 07/02/98 |
| 2679 | Hair Cuttery | 401 | 475 | Rose Plaza at Oak Forest | 5451 159th St | Oak Forest | IL | 60452-3221 | (708) 687-9294 | 03/19/99 |
| 2683 | Hair Cuttery | 401 | 460 | Woodstock Retail Center | 115 S Eastwood Dr | Woodstock | IL | 60098-3519 | (815) 337-5981 | 10/28/04 |
| 2684 | Hair Cuttery | 401 | 480 | Grayslake Crossing | 855 E Belvidere Rd | Grayslake | IL | 60030-2581 | (847) 223-0465 | 02/08/01 |
| 2687 | Hair Cuttery | 401 | 465 | Elmhurst Crossing | 185 S L Route 83 | Elmhurst | IL | 60126-3033 | (630) 758-0199 | 06/12/00 |
| 2688 | Hair Cuttery | 302 | 392 | Sandlake Corners Shopping Center | 8155 S John Young Pkwy | Orlando | FL | 32819-9021 | (407) 352-9273 | 08/16/99 |
| 2692 | Hair Cuttery | 400 | 410 | Home Depot Plaza | 1336 Bristol Pike Unit 16C | Bensalem | PA | 19020-5660 | (215) 633-8707 | 01/14/99 |
| 2695 | Hair Cuttery | 303 | 362 | The Shoppes of Paradise Lakes | 16792 SW 88th St | Miami | FL | 33196-5937 | (305) 388-8236 | 10/30/99 |
| 2696 | Hair Cuttery | 303 | 363 | Publix at Doral Isles | 10767 NW 58th St | Doral | FL | 33178-2801 | (305) 437-8228 | 12/08/99 |
| 2719 | Hair Cuttery | 401 | 465 | Charles Plaza | 1475 Palatine Rd | Hoffman Estates | IL | 60194-1196 | (847) 202-0256 | 01/16/01 |
| 2725 | Hair Cuttery | 401 | 497 | Naperville Centre | 2863 W 95th St Ste 127 | Naperville | IL | 60564-9006 | (630) 922-7852 | 11/01/00 |
| 2728 | Hair Cuttery | 100 | 148 | Lighthouse Plaza | 19323 Lighthouse Plaza Boulevard | Rehoboth Beach | DE | 19971-6162 | (302) 226-9822 | 07/26/99 |
| 2734 | Hair Cuttery | 200 | 249 | Beacon Center | 6758 Richmond Highway | Alexandria | VA | 22306-6701 | (703) 765-9662 | 12/01/98 |
| 2738 | Hair Cuttery | 303 | 380 | Wickham Corners Shopping Center | 1070 N Wickham Rd Suite 104 | Melbourne | FL | 32935-8956 | (321) 751-9012 | 06/01/99 |
| 2739 | Hair Cuttery | 303 | 381 | Sunset Shops | 18429 Miramar Pkwy | Miramar | FL | 33029-5802 | (954) 431-8687 | 01/28/00 |
| 2756 | Hair Cuttery | 303 | 489 | Brookside Plaza | 6682 Joliet Rd Ste 105 | Countryside | IL | 60525-4575 | (708) 246-1810 | 07/25/02 |
| 2758 | Hair Cuttery | 303 | 350 | Sawgrass Center | 5940 Coral Ridge Dr | Coral Springs | FL | 33076-3300 | (954) 757-8637 | 06/29/00 |
| 2764 | Hair Cuttery | 401 | 486 | 1037 Shooting Park Road | 1037 Shooting Park Rd | Peru | IL | 61354-1870 | (815) 224-8007 | 04/22/99 |
| 2766 | Hair Cuttery | 401 | 494 | Dunes Plaza | 352 Dunes Plaza | Michigan City | IN | 46360-7342 | (219) 879-9553 | 03/22/99 |
| 2767 | Hair Cuttery | 401 | 485 | Schererville Plaza | 1660 US Highway 41 | Schererville | IN | 46375-1318 | (219) 322-1438 | 03/23/99 |
| 2770 | Hair Cuttery | 401 | 486 | The Marketplace | 230 N Mulford Rd | Rockford | IL | 61107-7094 | (815) 397-9838 | 04/15/99 |
| 2772 | Hair Cuttery | 401 | 492 | 3217 East Lincolnway | 3217 E Lincoln Way | Sterling | IL | 61081-1772 | (815) 626-9703 | 04/20/99 |
| 2773 | Hair Cuttery | 401 | 492 | Rock River Plaza | 3915 41st Avenue Dr | Moline | IL | 61265-1000 | (309) 736-0515 | 04/21/99 |
| 2774 | Hair Cuttery | 401 | 492 | Kroger Center | 2507 E Oakland Ave | Bloomington | IL | 61701-5829 | (309) 664-4446 | 05/19/99 |
| 2784 | Hair Cuttery | 401 | 492 | Jacksonville Shoppes | 906 W Morton Ave | Jacksonville | IL | 62650-3151 | (217) 243-9957 | 05/11/99 |
| 2785 | Hair Cuttery | 401 | 492 | Sangamon Center North | 1935 E Sangamon Ave | Springfield | IL | 62702-1265 | (217) 753-9303 | 05/13/99 |
| 2790 | Hair Cuttery | 201 | 210 | Marketplace at Nickerson | 2078 Nickerson Blvd Ste 4 | Hampton | VA | 23663-1059 | (757) 850-9346 | 08/06/99 |
| 2792 | Hair Cuttery | 100 | 143 | Shops at Town Center | 19818 Century Blvd | Germantown | MD | 20874-1198 | (301) 916-9728 | 02/12/01 |
| 2810 | Hair Cuttery | 401 | 485 | Portage Crossings | 6097 US Highway 6 | Portage | IN | 46368-5215 | (219) 762-3540 | 03/13/00 |
| 2812 | Hair Cuttery | 302 | 388 | Waterford Lakes Town Center | 465 N Alafaya Trl | Orlando | FL | 32828-7017 | (407) 382-9432 | 03/15/00 |
| 2815 | Hair Cuttery | 401 | 474 | Stonebrook Plaza Shopping Center | 3273 W 115th St | Merrionette Park | IL | 60803-4555 | (708) 389-4812 | 04/20/00 |
| 2818 | Hair Cuttery | 303 | 380 | Post Commons | 4100 N Wickham Rd Unit 126 | Melbourne | FL | 32935-2485 | (321) 757-8446 | 09/27/00 |
| 2821 | Hair Cuttery | 303 | 360 | Jonathan's Landing | 117 E 37th Ave | Hialeah | FL | 46342-2581 | (219) 940-7833 | 08/17/01 |
| 2825 | Hair Cuttery | 401 | 492 | Riverside Plaza | 408 Riverside Dr | East Peoria | IL | 61611-2088 | (309) 694-6114 | 09/22/99 |
| 2831 | Hair Cuttery | 302 | 372 | Windsor Commons | 4765 Hodges Blvd Ste 10 | Jacksonville | FL | 32224-5279 | (904) 821-9467 | 09/07/00 |
| 2832 | Hair Cuttery | 302 | 372 | Reedy Branch Commons | 10920 Baymeadows Rd Unit 9 | Jacksonville | FL | 32256-4570 | (904) 519-9227 | 07/18/00 |
| 2833 | Hair Cuttery | 400 | 450 | Hilltown Crossing Shopping Center | 1571 Bethlehem Pike Unit B5 | Hatfield | PA | 19440-1301 | (215) 822-6825 | 05/11/00 |
| 2834 | Hair Cuttery | 303 | 350 | Northlake Village Shopping Center | 2247 W New Haven Ave | W Melbourne | FL | 32904-3805 | (321) 674-9710 | 06/29/00 |
| 2841 | Hair Cuttery | 201 | 216 | Dominion Plaza | 1620 Cedar Rd Space 108 | Chesapeake | VA | 23322-7197 | (757) 558-9512 | 05/03/00 |
| 2846 | Hair Cuttery | 303 | 378 | Deerfield Town Square | 3857 W Hillsboro Blvc | Deerfield Beach | FL | 33442-9481 | (954) 570-7555 | 05/31/00 |
| 2848 | Hair Cuttery | 100 | 155 | Apple Blossom Corners | 2106 S Pleasant Valley Rd | Winchester | VA | 22601-7003 | (540) 678-0312 | 08/03/00 |
| 2849 | Hair Cuttery | 401 | 465 | Village Crossing | 5451 Touhy Ave | Skokie | IL | 60077-3233 | (847) 679-8965 | 09/16/03 |

| Salon Id | Brand | Region Co | District Co | Salon Name | Street Address | City | State | Zip Code | Phone | Salon Open Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2853 | Hair Cuttery | 100 | 143 | King Farm Village Center | 402 King Farm Blvd Ste 120 | Rockville | MD | 20850-5844 | (301) 947-9795 | 04/30/01 |
| 2854 | Hair Cuttery | 100 | 145 | First Colony Center | 45119 First Colony Way | California | MD | 20619-2416 | (301) 862-9413 | 12/07/00 |
| 2855 | Hair Cuttery | 303 | 381 | Oakwood Plaza II | 3110 Oakwood Blvd | Hollywood | FL | 33020-7103 | (954) 921-8986 | 11/17/99 |
| 2856 | Hair Cuttery | 303 | 220 | Red Mill Commons | 1169 Nimmo Pkwy Ste 202 | Virginia Beach | VA | 23456-7760 | (757) 563-2317 | 05/17/02 |
| 2864 | Hair Cuttery | 303 | 378 | Boynton Lakes Plaza | 4752 N Congress Ave | Boynton Beach | FL | 33426-7951 | (561) 432-9182 | 05/12/00 |
| 2865 | Hair Cuttery | 401 | 489 | Wood Grove Festival | 1001 75th St Ste 181 | Woodridge | IL | 60517-2656 | (630) 910-8466 | 07/18/00 |
| 2870 | Hair Cuttery | 302 | 131 | Julington Village | 450 State Road 13 Ste 111 | Saint Johns | FL | 32259-3861 | (904) 230-9577 | 06/27/00 |
| 2871 | Hair Cuttery | 100 | 110 | Lake Shore Plaza | 4153 Mountain Rd | Pasadena | MD | 21122-4455 | (410) 439-9940 | 06/12/00 |
| 2873 | Hair Cuttery | 303 | 374 | Crestwood Square | 11991 Southern Blvd | Royal Palm Beach | FL | 33411-7619 | (561) 793-9272 | 03/07/00 |
| 2900 | Hair Cuttery | 303 | 381 | Blockbuster Plaza | 1527 Alton Rd | Miami Beach | FL | 33139-3301 | (305) 604-8841 | 02/02/00 |
| 2902 | Hair Cuttery | 400 | 457 | Ryders Crossing | 316 Ryders Lane | Milltown | NJ | 08850-1706 | (732) 613-9870 | 08/30/01 |
| 2903 | Hair Cuttery | 400 | 449 | Summerfield Shopping Center | 24 Summerfield Blvd Suite 203 | Dayton | NJ | 08810-2438 | (732) 438-9452 | 07/15/03 |
| 2913 | Hair Cuttery | 400 | 449 | North Brunswick Shopping Center | 516 Milltown Rd Space 4 | North Brunswick | NJ | 08902-3327 | (732) 828-9796 | 04/12/01 |
| 2917 | Hair Cuttery | 401 | 480 | Rollins Crossing Shopping Center | 254 E Rollins Rd Ste 3 | Round Lake Beach | IL | 60073-1317 | (847) 740-4878 | 03/22/01 |
| 2924 | Hair Cuttery | 400 | 410 | Giant Marketplace | 2743 Street Rd | Bensalem | PA | 19020-2810 | (215) 245-9693 | 02/16/01 |
| 2925 | Hair Cuttery | 302 | 389 | Publix at Kings Ridge | 4363 S Highway 27 | Clermont | FL | 34711-5349 | (352) 243-6134 | 07/28/01 |
| 2927 | Hair Cuttery | 100 | 144 | Ashland Marketplace | 11121 York Rd Spc D | Cockeysville | MD | 21030-2006 | (410) 584-9617 | 04/28/00 |
| 2931 | Hair Cuttery | 201 | 210 | Harbour View Station East | 6255 College Dr Ste C | Suffolk | VA | 23435-2768 | (757) 483-6826 | 08/09/01 |
| 2932 | Hair Cuttery | 201 | 225 | Commonwealth Centre | 4678 Commonwealth Centre Pkwy | Midlothian | VA | 23112-8686 | (804) 744-0800 | 04/01/02 |
| 2933 | Hair Cuttery | 201 | 225 | Bermuda Crossroads Shopping Center | 12208 Bermuda Crossroad Lr | Chester | VA | 23831-2353 | (804) 706-3807 | 02/18/03 |
| 2937 | Hair Cuttery | 201 | 220 | Holland Windsor Crossing | 3877 Holland Rd Ste 402 | Virginia Beach | VA | 23452-2858 | (757) 340-9591 | 01/04/01 |
| 2950 | Hair Cuttery | 303 | 360 | Plantation Town Square | 6699 W Broward Blvd | Plantation | FL | 33317-2917 | (954) 585-8566 | 02/19/02 |
| 2952 | Hair Cuttery | 303 | 360 | Flamingo Falls Town Center | 2106 N Flamingo Rd | Pembroke Pines | FL | 33028-3501 | (954) 538-8642 | 12/03/01 |
| 2962 | Hair Cuttery | 100 | 110 | Village at Waugh Chapel | 2650 Brandermill Blvd | Gambrills | MD | 21054-1651 | (410) 721-9816 | 02/28/02 |
| 2963 | Hair Cuttery | 200 | 265 | Cheshire Station | 4147 Cheshire Station Plaza | Dale City | VA | 22193-2200 | (703) 580-8391 | 07/18/02 |
| 2964 | Hair Cuttery | 303 | 300 | Universal Plaza | 5413 N University Dr | Lauderhill | FL | 33351-5028 | (954) 742-8720 | 01/17/02 |
| 2969 | Hair Cuttery | 100 | 147 | Hanover Crossing | 417 Eisenhower Dr | Hanover | PA | 17331-5213 | (717) 632-4240 | 09/02/00 |
| 2971 | Hair Cuttery | 200 | 250 | Main Street Marketplace | 10336 Main St | Fairfax | VA | 22030-2410 | (703) 352-8827 | 12/15/01 |
| 2972 | Hair Cuttery | 201 | 226 | Creeks at Virginia Center | 9976 Brook Rd | Glen Allen | VA | 23059-6501 | (804) 262-2766 | 09/20/01 |
| 2980 | Hair Cuttery | 401 | 486 | Shoppes at Stoney Creek | 345 Randall Rd | South Elgin | IL | 60177-2248 | (847) 531-8167 | 02/28/02 |
| 2981 | Hair Cuttery | 303 | 380 | Bayside Lakes Shopping Center | 3450 Bayside Lakes Blvd SE | Palm Bay | FL | 32909-6815 | (321) 676-9531 | 10/11/01 |
| 2983 | Hair Cuttery | 401 | 480 | Randhurst Crossing | 1 W Rand Rd Unit G | Mount Prospect | IL | 60056-1137 | (847) 392-7726 | 09/12/01 |
| 2988 | Hair Cuttery | 201 | 210 | Poquoson Commons | 423 Wythe Creek Rd Ste C | Poquoson | VA | 23662-1973 | (757) 868-9696 | 01/22/01 |
| 2990 | Hair Cuttery | 303 | 380 | Shoppes of Palm Bay | 1150 Malabar Rd SE | Palm Bay | FL | 32907-3239 | (321) 724-0034 | 11/08/99 |
| 2991 | Hair Cuttery | 400 | 453 | Suntree Square | 7777 N Wickham Rd Unit E | Melbourne | FL | 32940-7976 | (321) 255-2032 | 11/08/99 |
| 2993 | Hair Cuttery | 303 | 377 | Indian River Square | 5880 20th St | Vero Beach | FL | 32966-1017 | (772) 770-1531 | 11/08/99 |
| 2995 | Hair Cuttery | 303 | 375 | Shoppes at St Lucie West | 1331 NW Saint Lucie West Blvc | Port St Lucie | FL | 34986-2139 | (772) 879-0744 | 11/08/99 |
| 2996 | Hair Cuttery | 303 | 374 | Island Crossing | 11762 SE Federal Hwy | Hobe Sound | FL | 33455-5303 | (772) 546-3408 | 11/08/99 |
| 2997 | Hair Cuttery | 303 | 374 | Shoppes of Jonathans Landing | 17450 N Highway A1A Alt | Jupiter | FL | 33477-5899 | (561) 745-5640 | 11/08/99 |
| 3058 | Hair Cuttery | 401 | 440 | Valparaiso Market Place | 2620 Laporte Ave Ste 120 | Valparaiso | IN | 46383-6967 | (219) 531-0296 | 06/18/02 |
| 3059 | Hair Cuttery | 401 | 460 | Prairie Meadows Shopping Center | 2313 Randall Rd | Carpentersville | IL | 60110-3448 | (847) 428-0945 | 02/28/03 |
| 3059 | Hair Cuttery | 401 | 480 | Fox Lake Crossing | 1276 S US Highway 12 Space B1 | Fox Lake | IL | 60020-1950 | (847) 587-5716 | 04/18/02 |
| 3060 | Hair Cuttery | 401 | 497 | Shorewood Crossing | 952 Brook Forest Ave | Shorewood | IL | 60404-8807 | (815) 577-6913 | 07/17/01 |
| 3062 | Hair Cuttery | 303 | 374 | North Delray Commons | 455 NE 5th Ave Ste B | Delray Beach | FL | 33483-5658 | (561) 278-8231 | 06/04/01 |
| 3076 | Hair Cuttery | 303 | 388 | Fountains at Bay Hill | 7581 W Sand Lake Rd | Orlando | FL | 32819-5019 | (407) 226-9183 | 10/26/01 |
| 3081 | Hair Cuttery | 302 | 391 | Belle Terre Crossing | 1475 Palm Coast Pkwy NW Ste 104 | Palm Coast | FL | 32137-4736 | (386) 446-0107 | 07/16/01 |
| 3087 | Hair Cuttery | 401 | 492 | Parkway Plaza | 531 S Parkway Dr | Pekin | IL | 61554-5393 | (309) 353-9415 | 06/21/01 |
| 3088 | Hair Cuttery | 401 | 486 | Kroger Plaza Streator | 2369 N Bloomington St | Streator | IL | 61364-1307 | (815) 672-9940 | 09/11/02 |
| 3092 | Hair Cuttery | 303 | 362 | Plaza Del Paraiso | 12060 SW 127th Ave | Miami | FL | 33186-4454 | (305) 969-8197 | 07/03/03 |
| 3098 | Hair Cuttery | 303 | 375 | Prima Vista Crossing | 7546 S US Highway 1 | Port St Lucie | FL | 34952-3485 | (772) 878-9691 | 09/19/03 |
| 3101 | Hair Cuttery | 303 | 362 | Suniland Shopping Center | 11325 S Dixie Hwy Ste A | Miami | FL | 33156-4442 | (305) 971-8230 | 06/21/02 |
| 3104 | Hair Cuttery | 400 | 426 | Lebanon Valley Mall | 2267 Lebanon Valley Mall | Lebanon | PA | 17042-2568 | (717) 273-0822 | 04/03/01 |
| 3111 | Hair Cuttery | 100 | 110 | Bowie Town Center | 15427 Excelsior Dr | Bowie | MD | 20716-2208 | (301) 464-9831 | 04/05/02 |
| 3112 | Hair Cuttery | 401 | 475 | Shops of Orland Park | 11235 W 143rd St | Orland Park | IL | 60467-5923 | (708) 349-7914 | 05/16/02 |
| 3113 | Hair Cuttery | 400 | 440 | Hamilton Marketplace | 142 Marketplace Boulevard | Hamilton | NJ | 08691-2103 | (609) 585-9518 | 03/23/04 |
| 3120 | Hair Cuttery | 401 | 485 | Shops of St John | 9488 Wicker Ave | Saint John | IN | 46373-9400 | (219) 365-4166 | 09/05/00 |
| 3122 | Hair Cuttery | 401 | 464 | Laporte Plaza | 1408 E Lincoln Way | Laporte | IN | 46350-8047 | (219) 325-0655 | 10/09/01 |
| 3124 | Hair Cuttery | 100 | 147 | Carlisle Commerce Center | 2188 White St | York | PA | 17404-4651 | (717) 846-0250 | 08/08/01 |
| 3126 | Hair Cuttery | 100 | 147 | East Penn Shopping Center | 734 Wertzville Rd | Enola | PA | 17025-2037 | (717) 732-9901 | 06/30/00 |
| 3129 | Hair Cuttery | 100 | 147 | Shrewsbury Shopping Center | 14645 Mount Airy Rd Ste 204 | Shrewsbury | PA | 17361-1432 | (717) 235-4056 | 07/30/03 |
| 3137 | Hair Cuttery | 302 | 388 | Grand Oaks Village | 5054 Dr Phillips Blvc | Orlando | FL | 32819-3310 | (407) 299-8455 | 01/28/02 |
| 3144 | Hair Cuttery | 201 | 220 | Lynnhaven Square | 2077 Lynnhaven Pkwy Unit 1 | Virginia Beach | VA | 23456-4884 | (757) 471-8727 | 07/23/01 |
| 3148 | Hair Cuttery | 302 | 391 | Rolli Hill Shopping Center | 1768 Rio Hill Center | Charlottesville | VA | 22901-1100 | (434) 973-9274 | 09/24/01 |
| 3156 | Hair Cuttery | 400 | 440 | Pine Grove Plaza | 18 Broadway Suite G | Browns Mills | NJ | 08015-3248 | (609) 893-5023 | 07/28/03 |
| 3160 | Hair Cuttery | 302 | 389 | Champions Gate Shopping Center | 8303 Champions Gate Blvd | Champions Gate | FL | 33896-8389 | (863) 424-8302 | 02/15/02 |
| 3163 | Hair Cuttery | 303 | 377 | Publix at St Andrews | 5459 NW Saint James Dr | Port St Lucie | FL | 34983-3444 | (772) 336-9912 | 08/15/02 |
| 3166 | Hair Cuttery | 302 | 388 | College Park NBD | 2102 Edgewater Dr | Orlando | FL | 32804-5318 | (407) 481-8134 | 02/28/02 |
| 3167 | Hair Cuttery | 401 | 495 | Southport/Waveland | 3711 N Southport Ave | Chicago | IL | 60613-3886 | (773) 832-9602 | 10/23/02 |
| 3173 | Hair Cuttery | 200 | 230 | Fox Mill Center | 2565 John Milton Dr Unit 17 | Herndon | VA | 20171-2527 | (703) 860-0150 | 01/08/02 |
| 3176 | Hair Cuttery | 302 | 391 | Publix in Holly Hill | 1840 Ridgewood Ave | Holly Hill | FL | 32117-1738 | (386) 673-8075 | 07/05/02 |
| 3177 | Hair Cuttery | 200 | 232 | Fallsgrove Village | 14933 Shady Grove Rd Unit H | Rockville | MD | 20850-7725 | (301) 424-1052 | 04/23/03 |
| 3178 | Hair Cuttery | 303 | 363 | Hialeah Mercado Shopping Center | 1565 W 49th St | Hialeah | FL | 33012-2924 | (305) 557-9140 | 07/26/03 |
| 3188 | Hair Cuttery | 401 | 487 | Berkshire Place Shopping Center | 13400 S State Route 59 Ste H | Plainfield | IL | 60585-5832 | (815) 439-7622 | 06/28/03 |
| 3189 | Hair Cuttery | 401 | 485 | Dyer Towne Center | 815 Joliet St | Dyer | IN | 46311-1920 | (219) 322-4167 | 01/29/04 |
| 3197 | Hair Cuttery | 100 | 160 | Shops at Monocacy | 1700 Kingfisher Dr Ste 23 | Frederick | MD | 21701-4769 | (301) 668-9754 | 12/17/04 |
| 3216 | Hair Cuttery | 302 | 389 | West Point Commons Shopping Center | 13750 W Colonial Dr | Winter Garden | FL | 34787-4204 | (407) 656-9500 | 09/02/03 |
| 3217 | Hair Cuttery | 302 | 391 | Cobblestone Village | 135 Jenkins St Ste 102 | St. Augustine | FL | 32086-5176 | (904) 824-9040 | 08/22/03 |
| 3226 | Hair Cuttery | 201 | 260 | Stafford Marketplace | 1465 Stafford Marketplace | Stafford | VA | 22556-4530 | (540) 288-0155 | 04/24/04 |
| 3240 | Hair Cuttery | 401 | 486 | Sugar Grove Shopping Center | 495 N State Route 47 Ste E | Sugar Grove | IL | 60554-8015 | (630) 466-9701 | 10/08/03 |
| 3243 | Hair Cuttery | 401 | 464 | University Crossing | 215 E University Dr | Granger | IN | 46530-4000 | (574) 277-7946 | 04/02/03 |
| 3250 | Hair Cuttery | 230 | 230 | Marketplace at Potomac Station | 675 Potomac Station Dr NE | Leesburg | VA | 20176-1819 | (703) 443-0624 | 11/08/02 |
| 3256 | Hair Cuttery | 201 | 231 | Rivanna Ridge Shopping Center | 1974 Abbey Rd Space E12C | Charlottesville | VA | 22911-3543 | (434) 293-8014 | 12/02/02 |
| 3258 | Hair Cuttery | 303 | 362 | Plaza Alegre | 14640 SW 26th St | Miami | FL | 33175-8065 | (305) 480-9382 | 04/12/03 |
| 3259 | Hair Cuttery | 200 | 270 | Chantilly Crossing | 14411 Chantilly Crossing Ln | Chantilly | VA | 20151-2116 | (703) 378-7925 | 01/18/03 |
| 3260 | Hair Cuttery | 303 | 300 | Herndon Marketplace | 609 Post Drive | Herndon | VA | 20170-4534 | (703) 437-9705 | 03/13/06 |
| 3264 | Hair Cuttery | 303 | 362 | Miller West Plaza | 15735 SW 56th St | Miami | FL | 33185-3879 | (305) 485-9105 | 03/19/04 |

| Salon Id | Brand | Region Code | District Code | Salon Name | Street Address | City | State | Zip Code | Phone | Salon Open Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 3265 | Hair Cuttery | 303 | 381 | Aventura Town Plaza | 18237 Biscayne Blvd | Aventura | FL | 33160-2506 | (305) 936-8746 | 04/01/04 |
| 3270 | Hair Cuttery | 401 | 495 | Lincoln/ Belmont/Ashlanc | 3212 N Lincoln Ave | Chicago | IL | 60657-1106 | (773) 525-5306 | 04/29/04 |
| 3271 | Hair Cuttery | 401 | 475 | Prairie Crossing | 11063 W Lincoln Hwy | Frankfort | IL | 60423-7429 | (815) 464-1565 | 07/23/04 |
| 3274 | Hair Cuttery | 401 | 495 | Lincoln/Damen/Irving Park Road | 4033 N Lincoln Ave | Chicago | IL | 60618-3009 | (773) 665-4217 | 07/29/04 |
| 3281 | Hair Cuttery | 401 | 465 | The Brickyard | 2620 Narragansett Ave | Chicago | IL | 60639-1081 | (773) 385-8036 | 09/01/04 |
| 3291 | Hair Cuttery | 401 | 460 | Spring Hill Meadows Shopping Center | 1031 W Main St | Sleepy Hollow | IL | 60118-3800 | (847) 426-4213 | 03/16/06 |
| 3291 | Hair Cuttery | 401 | 482 | Plaza at Buffalo Grove | 800 S Buffalo Grove Rd | Buffalo Grove | IL | 60089-3755 | (847) 215-3903 | 02/04/05 |
| 3296 | Hair Cuttery | 400 | 420 | Centerton Square | 28 Centerton Road | Mount Laurel | NJ | 08054-6102 | (856) 778-1598 | 03/23/05 |
| 3316 | Hair Cuttery | 100 | 143 | Dunkirk Gateway Shopping Center | 10814 Town Center Blvd | Dunkirk | MD | 20754-2708 | (410) 286-5938 | 08/04/06 |
| 3323 | Hair Cuttery | 100 | 143 | Columbia Palace Plaza | 8801 Centre Park Dr | Columbia | MD | 21045-2134 | (410) 772-7868 | 01/30/04 |
| 3325 | Hair Cuttery | 100 | 148 | Dove Run Centre | 282 Dove Run Drive | Middletown | DE | 19709-7971 | (302) 376-3368 | 02/03/05 |
| 3329 | Hair Cuttery | 401 | 489 | Lockport Jewel Osco Shopping Center | 16551 W 159th St | Lockport | IL | 60441-7900 | (815) 838-0580 | 05/13/05 |
| 3340 | Hair Cuttery | 302 | 388 | Baldwin Park Village Center | 4824 New Broad Street | Orlando | FL | 32814-6628 | (407) 893-8150 | 03/14/05 |
| 3341 | Hair Cuttery | 303 | 372 | St Johns Town Center | 10261 River Marsh Dr | Jacksonville | FL | 32246-7417 | (904) 807-9545 | 04/06/05 |
| 3342 | Hair Cuttery | 303 | 374 | Kanner Crossing | 6534 S Kanner Hwy | Stuart | FL | 34997-6396 | (772) 221-1194 | 09/15/05 |
| 3343 | Hair Cuttery | 302 | 385 | Silver Spring Commons | 4920 E Silver Springs Blvc | Ocala | FL | 34470-3240 | (352) 236-5055 | 11/18/04 |
| 3346 | Hair Cuttery | 303 | 372 | Duval Station Centre | 731 Duval Station Rd | Jacksonville | FL | 32218-0800 | (904) 696-9190 | 03/25/04 |
| 3353 | Hair Cuttery | 400 | 450 | Valley Square at Bucks County | 1111 Main St | Warrington | PA | 18976-2489 | (215) 491-2068 | 03/02/06 |
| 3364 | Hair Cuttery | 302 | 392 | St Cloud Commons | 4554 13th St Unit E | Saint Cloud | FL | 34769-6766 | (407) 891-9272 | 05/18/05 |
| 3365 | Hair Cuttery | 303 | 374 | Cobblestone Village | 10287 Okeechobee Blvd | West Palm Beach | FL | 33411-1409 | (561) 798-1286 | 11/22/05 |
| 3370 | Hair Cuttery | 100 | 145 | Waldorf Marketplace | 3045 Waldorf Market Pl | Waldorf | MD | 20603-4870 | (301) 645-9723 | 02/01/05 |
| 3372 | Hair Cuttery | 201 | 210 | Jefferson Commons | 12551 Jefferson Ave | Newport News | VA | 23602-4399 | (757) 874-9814 | 11/09/05 |
| 3376 | Hair Cuttery | 201 | 216 | Mount Pleasant Marketplace | 1464 Mount Pleasant Rd | Chesapeake | VA | 23322-4043 | (757) 482-3482 | 09/28/06 |
| 3386 | Hair Cuttery | 201 | 260 | Town and Country Marketplace | 43 Town and Country Dr | Fredericksburg | VA | 22405-8729 | (540) 361-1878 | 05/09/05 |
| 3387 | Hair Cuttery | 201 | 260 | Dominion Valley Market Square | 5531 Merchants View Square | Haymarket | VA | 20169-5439 | (571) 248-6622 | 09/22/06 |
| 3388 | Hair Cuttery | 200 | 230 | South Riding Market Square | 25050 Riding Plaza Ste 135 | South Riding | VA | 20152-5928 | (703) 327-5406 | 07/07/05 |
| 3390 | Hair Cuttery | 200 | 235 | Village at Shirlington | 4150 Campbell Ave | Arlington | VA | 22206-4200 | (703) 379-483C | 05/16/07 |
| 3394 | Hair Cuttery | 200 | 265 | Fortuna Village Center | 4218 Fortuna Center Plaza | Dumfries | VA | 22025-1515 | (703) 580-6484 | 07/22/05 |
| 3394 | Hair Cuttery | 100 | 148 | Millville Town Center | 38069 Town Center Drive | Millville | DE | 19967-6968 | (302) 537-4624 | 12/15/06 |
| 3395 | Hair Cuttery | 201 | 275 | Hollymead Town Center | 153 Community St | Charlottesville | VA | 22911-5602 | (434) 296-7653 | 08/30/05 |
| 3396 | Hair Cuttery | 201 | 225 | Courthouse Commons West | 6941 Commons Plaza | Chesterfield | VA | 23832-6457 | (804) 748-8877 | 11/29/04 |
| 3397 | Hair Cuttery | 100 | 155 | Potomac Market Place | 217 Oak Lee Dr Ste 7 | Ranson | WV | 25438-4865 | (304) 724-2060 | 04/06/06 |
| 3398 | Hair Cuttery | 100 | 145 | Laurel Lakes Centre | 14190 Baltimore Ave Ste C | Laurel | MD | 20707-5098 | (301) 498-0837 | 01/26/05 |
| 3401 | Hair Cuttery | 401 | 495 | Clark and Gregory | 5539 N Clark St | Chicago | IL | 60640-1222 | (773) 561-1423 | 09/22/05 |
| 3402 | Hair Cuttery | 303 | 377 | Paradise Shoppes of Cocoa | 2711 Clearlake Rd Ste 2 | Cocoa | FL | 32922-5721 | (321) 636-9836 | 04/08/05 |
| 3403 | Hair Cuttery | 302 | 389 | Cornerstone at Summerport | 13500 Summerport Village Pkwy | Windermere | FL | 34786-7366 | (407) 877-6385 | 06/22/05 |
| 3407 | Hair Cuttery | 401 | 483 | Munster Plaza | 7944 Calumet Ave | Munster | IN | 46321-1216 | (219) 513-0787 | 01/06/05 |
| 3411 | Hair Cuttery | 401 | 410 | Levittown Town Center | 169 Levittown Parkway Suite C | Levittown | PA | 19055-2455 | (215) 547-2580 | 11/17/04 |
| 3416 | Hair Cuttery | 401 | 465 | Metropolitan Square | 1448 Market St | Des Plaines | IL | 60016-4626 | (847) 635-8826 | 02/28/06 |
| 3417 | Hair Cuttery | 401 | 440 | Whiting Commons | 400 Lacey Road Ste 7 | Whiting | NJ | 08759-1325 | (732) 350-0037 | 06/04/07 |
| 3420 | Hair Cuttery | 303 | 375 | Veranda Falls | 836 SE Becker Road | Port St Lucie | FL | 34984-6622 | (772) 873-5166 | 05/28/08 |
| 3421 | Hair Cuttery | 303 | 360 | Lakeside Town Shops | 5810 S University Dr | Davie | FL | 33328-6107 | (954) 680-835C | 04/21/06 |
| 3423 | Hair Cuttery | 303 | 362 | Waterstone Plaza | 3040 NE 41st Ter | Homestead | FL | 33033-6619 | (786) 243-7775 | 09/30/05 |
| 3429 | Hair Cuttery | 400 | 457 | Renaissance Square | 404 Renaissance Boulevard | North Brunswick | NJ | 08902-5100 | (732) 297-4932 | 08/03/05 |
| 3430 | Hair Cuttery | 100 | 144 | Lusby Center | 218 Village Center Dr | Lusby | MD | 20657-6531 | (410) 326-6037 | 08/14/06 |
| 3431 | Hair Cuttery | 400 | 449 | Sayrebrook Towne Center | 2909 Washington Road Suite 4 | Parlin | NJ | 08859-1532 | (732) 721-7858 | 10/15/05 |
| 3432 | Hair Cuttery | 400 | 448 | Carlls Corner Shopping Center | 27 Cornwell Drive | Bridgeton | NJ | 08302-3632 | (856) 459-4125 | 07/13/05 |
| 3433 | Hair Cuttery | 201 | 275 | Coyner Park | 115 Lucy Ln Ste 110 | Waynesboro | VA | 22980-3279 | (540) 949-4302 | 02/03/05 |
| 3437 | Hair Cuttery | 401 | 488 | Regency Square | 12050 Princeton Dr | Huntley | IL | 60142-7654 | (847) 515-8427 | 07/07/05 |
| 3438 | Hair Cuttery | 400 | 442 | Garden State Park | 2010 Marlton Pike W Suite G | Cherry Hill | NJ | 08002-2776 | (856) 665-2305 | 03/22/07 |
| 3441 | Hair Cuttery | 200 | 230 | Dulles 28 Centre | 22000 Dulles Retail Plaza Ste 184 | Sterling | VA | 20166-2513 | (703) 444-7025 | 12/07/07 |
| 3443 | Hair Cuttery | 100 | 160 | Villages at Urbana | 3520 Sugarloaf Pkwy Ste F02 | Urbana | MD | 21704-7911 | (301) 874-0630 | 05/24/07 |
| 3445 | Hair Cuttery | 302 | 390 | Lakeside Village | 1613 Town Center Dr | Lakeland | FL | 33803-7970 | (863) 682-6164 | 03/29/06 |
| 3449 | Hair Cuttery | 401 | 497 | Gerry Centennial Plaza | 1752 Douglas Road | Oswego | IL | 60543-5112 | (630) 554-8662 | 09/24/08 |
| 3453 | Hair Cuttery | 401 | 489 | Shops at Emerald | 120 South Halsted Street Suite C | Chicago | IL | 60661-3508 | (312) 733-2055 | 04/23/10 |
| 3457 | Hair Cuttery | 201 | 216 | Shoppes at Tanglewood | 103 Tanglewood Parkway Suite L | Elizabeth City | NC | 27909-9630 | (252) 331-1254 | 03/18/07 |
| 3458 | Hair Cuttery | 200 | 230 | Brambleton Town Center | 42395 Ryan Rd Ste 111A | Ashburn | VA | 20148-4864 | (703) 327-6125 | 06/21/06 |
| 3460 | Hair Cuttery | 400 | 440 | Aspen Pointe | 271 W Townline Rd Unit 1 | Vernon Hills | IL | 60061-4333 | (847) 367-487C | 08/02/06 |
| 3463 | Hair Cuttery | 100 | 144 | Arundel Village I | 7645 Arundel Mills Blvc | Hanover | MD | 21076-1474 | (410) 799-5113 | 08/05/05 |
| 3467 | Hair Cuttery | 401 | 441 | Roosevelt/Highland | 213 East Roosevelt Road Unit C | Lombard | IL | 60148-4555 | (630) 620-9946 | 04/19/08 |
| 3472 | Hair Cuttery | 303 | 372 | River City Marketplace | 13249 City Square Dr | Jacksonville | FL | 32218-7237 | (904) 696-895C | 09/20/06 |
| 3484 | Hair Cuttery | 303 | 361 | Coconut Point Town Center | 23106 Fashion Drive Suite 101 | Estero | FL | 33928-2528 | (239) 992-5222 | 01/31/07 |
| 3487 | Hair Cuttery | 303 | 362 | Corsica Square | 15751 SW 152nd St Ste B | Miami | FL | 33187-5417 | (305) 253-5360 | 06/06/07 |
| 3492 | Hair Cuttery | 303 | 497 | North Aurora Towne Centre | 1854 Towne Centre Drive | North Aurora | IL | 60542-6503 | (630) 907-2737 | 07/17/08 |
| 3494 | Hair Cuttery | 401 | 489 | Heartland Crossing | 2047 Ridge Rd | Minooka | IL | 60447-8805 | (815) 467-817C | 04/04/06 |
| 3495 | Hair Cuttery | 201 | 260 | Shoppes at Southpoint | 10207 Southpoint Pkwy | Fredericksburg | VA | 22407-2704 | (540) 710-6593 | 05/25/06 |
| 3498 | Hair Cuttery | 401 | 492 | Westchase Shopping Center | 1006 JC Pkwy Ste 1 | Bloomington | IL | 61704-5006 | (309) 829-609C | 12/15/05 |
| 3500 | Hair Cuttery | 303 | 369 | Publix at Normandy Crossing | 7749 Normandy Blvd | Jacksonville | FL | 32221-7657 | (904) 781-2335 | 02/03/06 |
| 3501 | Hair Cuttery | 401 | 494 | Erskine Village | 1260 E Ireland Rd Bldg V | South Bend | IN | 46614-3474 | (574) 291-1601 | 03/30/06 |
| 3502 | Hair Cuttery | 400 | 442 | Millside Plaza | 4004 Route 130 | Delran | NJ | 08075-2401 | (856) 461-405C | 07/06/07 |
| 3507 | Hair Cuttery | 303 | 360 | Paraiso Parc | 15719 Pines Blvd | Pembroke Pines | FL | 33027-1206 | (954) 431-1372 | 06/20/07 |
| 3508 | Hair Cuttery | 303 | 361 | Shoppes at North Cape | 2481 Del Prado Blvd N Ste 113 | Cape Coral | FL | 33909-4475 | (239) 458-3293 | 03/06/08 |
| 3514 | Hair Cuttery | 200 | 250 | Vantage at Merrifield Town Center | 8190 Strawberry Lane Suite 5 | Falls Church | VA | 22042-1030 | (703) 205-0025 | 05/18/08 |
| 3520 | Hair Cuttery | 302 | 372 | Amelia Concourse | 463711 State Road 200 Ste 1 | Yulee | FL | 32097-8609 | (904) 548-1445 | 10/19/06 |
| 3521 | Hair Cuttery | 401 | 441 | Pavilion at Lansdale | 435 S Broad St | Lansdale | PA | 19446-3703 | (215) 362-3377 | 01/01/06 |
| 3523 | Hair Cuttery | 100 | 144 | Hampstead Marketplace | 2319 D Hanover Pike | Hampstead | MD | 21074-1137 | (443) 507-5677 | 04/13/08 |
| 3525 | Hair Cuttery | 303 | 374 | Legacy Place | 11310 Legacy Ave Ste 130 | Palm Beach Gardens | FL | 33410-3658 | (561) 625-2491 | 09/14/07 |
| 3528 | Hair Cuttery | 401 | 483 | Grand Hunt Center | 6545 Grand Ave | Gurnee | IL | 60031-1643 | (847) 855-1534 | 04/27/07 |
| 3528 | Hair Cuttery | 303 | 389 | Fountains West | 275 West Road | Ocoee | FL | 34761-5300 | (407) 654-5018 | 07/31/08 |
| 3529 | Hair Cuttery | 302 | 392 | Hunters Creek Shoppes | 13651 Hunters Oak Dr | Orlando | FL | 32837-7679 | (407) 858-2013 | 01/05/07 |
| 3532 | Hair Cuttery | 303 | 378 | Boynton Plaza | 143 1/2 N Congress Ave | Boynton Beach | FL | 33426-4209 | (561) 736-1416 | 10/18/05 |
| 3534 | Hair Cuttery | 303 | 374 | Delray Crossing | 1100 Linton Blvd Ste C6 | Delray Beach | FL | 33444-1145 | (561) 274-8816 | 10/18/05 |
| 3536 | Hair Cuttery | 303 | 378 | Lantana Plaza | 5970 S Jog Road Suite B | Lake Worth | FL | 33467-2904 | (561) 439-3551 | 10/18/05 |
| 3537 | Hair Cuttery | 303 | 374 | Westward Plaza | 2505 Okeechobee Blvd Ste A | West Palm Beach | FL | 33409-4071 | (561) 697-2847 | 10/18/05 |
| 3539 | Hair Cuttery | 303 | 375 | Northlake Village | 3549 US Highway 441 S | Okeechobee | FL | 34974-6247 | (863) 763-9764 | 10/18/05 |
| 3540 | Hair Cuttery | 303 | 374 | Cove Center | 5869 SE Federal Hwy | Stuart | FL | 34997-7869 | (772) 220-4305 | 10/18/05 |

| Salon Id | Brand | Region Code | District Code | Salon Name | Street Address | City | State | Zip Code | Phone | Salon Open Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 3541 | Hair Cuttery | 303 | 375 | Wedgewood Commons | 3322 SE Federal Hwy | Stuart | FL | 34997-4914 | (772) 286-7022 | 10/18/05 |
| 3543 | Hair Cuttery | 303 | 375 | Martin Downs Town Center | 2760 SW Martin Downs Blvd | Palm City | FL | 34990-6019 | (772) 283-6356 | 10/18/05 |
| 3546 | Hair Cuttery | 303 | 380 | Rivergate Plaza | 1137 SE Port St Lucie Blvd | Port St Lucie | FL | 34952-5332 | (772) 337-9065 | 10/18/05 |
| 3548 | Hair Cuttery | 303 | 377 | 12th Street Plaza | 1275 US Highway 1 Unit 1 | Vero Beach | FL | 32960-4706 | (772) 770-1048 | 10/18/05 |
| 3550 | Hair Cuttery | 303 | 377 | Publix at Indian River | 9619 N US Highway 1 | Sebastian | FL | 32958-6363 | (772) 581-780C | 10/18/05 |
| 3554 | Hair Cuttery | 302 | 383 | West Volusia Towne Centre | 1039 Harley Strickland Blvc | Orange City | FL | 32763-7979 | (386) 774-507C | 07/26/07 |
| 3555 | Hair Cuttery | 303 | 361 | Gulf Coast Town Center | 10029 Gulf Center Dr | Fort Myers | FL | 33913-8963 | (239) 267-8938 | 06/20/07 |
| 3556 | Hair Cuttery | 302 | 389 | Eustis Shoppes | 15441 US Highway 441 | Eustis | FL | 32726-8321 | (352) 357-850C | 05/03/07 |
| 3560 | Hair Cuttery | 100 | 147 | York Town Center | 2811 Concord Rc | York | PA | 17402-7007 | (717) 840-1765 | 11/23/07 |
| 3561 | Hair Cuttery | 100 | 147 | High Pointe Commons | 4635 High Pointe Blvc | Harrisburg | PA | 17111-2460 | (717) 561-4685 | 06/01/07 |
| 3571 | Hair Cuttery | 100 | 147 | Silver Spring Square | 6416 Carlisle Pike Ste 1300 | Mechanicsburg | PA | 17050-2886 | (717) 697-2177 | 08/06/07 |
| 3575 | Hair Cuttery | 400 | 449 | Airport Square | 801 Bethlehem Pike Ste 7 | North Wales | PA | 19454-1417 | (215) 368-4592 | 08/15/06 |
| 3578 | Hair Cuttery | 302 | 383 | Deltona Commons | 605 Courtland Blvd | Deltona | FL | 32738-8913 | (407) 302-2202 | 04/26/07 |
| 3580 | Hair Cuttery | 400 | 426 | Limerick Crossing Shopping Center | 33 W. Ridge Pike Ste 365 | Limerick | PA | 19468-1711 | (610) 454-0233 | 01/16/08 |
| 3583 | Hair Cuttery | 401 | 466 | Regency Plaza | 756 W Euclid Ave | Palatine | IL | 60067-7396 | (847) 202-2456 | 10/31/06 |
| 3585 | Hair Cuttery | 400 | 405 | Brittany West Plaza | 585 Hartford Road | New Britain | CT | 06053-1524 | (860) 229-0128 | 02/05/06 |
| 3587 | Hair Cuttery | 400 | 405 | Vernon | 200 Hartford Turnpike | Vernon | CT | 06066-4756 | (860) 896-1092 | 02/05/06 |
| 3590 | Hair Cuttery | 400 | 405 | Chicopee | 1410 Memorial Drive | Chicopee | MA | 01020-3940 | (413) 539-967C | 02/05/06 |
| 3591 | Hair Cuttery | 400 | 404 | Endicott Plaza | 139 Endicott Street | Danvers | MA | 01923-4803 | (978) 777-6444 | 02/05/06 |
| 3592 | Hair Cuttery | 400 | 404 | Framingham | 50 Worcester Road | Framingham | MA | 01702-5361 | (508) 875-9665 | 02/05/06 |
| 3593 | Hair Cuttery | 400 | 404 | Medford | 463 Salem Street | Medford | MA | 02155-3336 | (781) 391-0773 | 02/05/06 |
| 3595 | Hair Cuttery | 400 | 404 | Wonderland Marketplace | 151 VFW Parkway | Revere | MA | 02151-2509 | (781) 284-6353 | 02/05/06 |
| 3597 | Hair Cuttery | 400 | 405 | Haymarket Square | 1712 Boston Road | Springfield | MA | 01129-1142 | (413) 543-6722 | 02/05/06 |
| 3599 | Hair Cuttery | 400 | 404 | Watertown | 137 Mount Auburn Street | Watertown | MA | 02472-4004 | (617) 923-620C | 02/05/06 |
| 3600 | Hair Cuttery | 400 | 404 | West Springfield | 343 Memorial Avenue | West Springfield | MA | 01089-4007 | (413) 733-5653 | 02/05/06 |
| 3602 | Hair Cuttery | 400 | 405 | Westfield | 459 E Main Street | Westfield | MA | 01085-3312 | (413) 564-080C | 02/05/06 |
| 3604 | Hair Cuttery | 400 | 404 | Horn Pond Plaza | 352 Cambridge Road | Woburn | MA | 01801-6037 | (781) 932-0777 | 02/05/06 |
| 3606 | Hair Cuttery | 400 | 405 | Grafton Street | 1135 Grafton Street | Worcester | MA | 01604-2029 | (508) 754-967C | 02/05/06 |
| 3607 | Hair Cuttery | 400 | 405 | West Boylston Street | 1078 W Boylston Street | Worcester | MA | 01606-1167 | (508) 853-8653 | 02/05/06 |
| 3617 | Hair Cuttery | 400 | 405 | Silver Commons | 496 South Broad Street | Meriden | CT | 06450-6662 | (203) 686-077C | 06/22/07 |
| 3619 | Hair Cuttery | 400 | 404 | Metro North Retail Center | 99 Commerce Way Suite D | Woburn | MA | 01801-1007 | (781) 376-280C | 06/30/06 |
| 3621 | Hair Cuttery | 200 | 230 | Lansdowne Town Center | 19389 Promenade Dr | Leesburg | VA | 20176-6501 | (571) 333-458C | 01/08/07 |
| 3627 | Hair Cuttery | 302 | 391 | Town Center at Palm Coast | 800 Belle Terre Pkwy | Palm Coast | FL | 32164-2314 | (386) 437-2406 | 03/22/07 |
| 3631 | Hair Cuttery | 400 | 404 | Amherst Street Village Center | 2 Cellu Drive Suite 115 | Nashua | NH | 03063-1000 | (603) 883-080C | 10/07/06 |
| 3632 | Hair Cuttery | 400 | 403 | Kennedy Road Marketplace | 1065 Kennedy Road Suite B | Wheeling | IL | 60090-5152 | (860) 683-1502 | 10/06/07 |
| 3635 | Hair Cuttery | 401 | 480 | Schwind Crossing | 1536 W Lake Cook Rd | Wheeling | IL | 60090-2249 | (847) 229-1025 | 07/26/07 |
| 3637 | Hair Cuttery | 401 | 486 | Glidden Crossing | 927 S Annie Glidden Road | Dekalb | IL | 60115-5838 | (815) 787-680C | 06/27/08 |
| 3643 | Hair Cuttery | 400 | 409 | Crossing at Lisbon | 193 River Road  Suite 270 | Lisbon | CT | 06351-3259 | (860) 376-2606 | 10/15/09 |
| 3648 | Hair Cuttery | 401 | 486 | Elburn Crossing | 850 N Main St | Elburn | IL | 60119-9163 | (630) 365-9233 | 03/19/08 |
| 3650 | Hair Cuttery | 401 | 466 | Summit Mall | 108 Euclid Ave | Park Ridge | IL | 60068-4217 | (847) 685-0685 | 11/02/06 |
| 3653 | Hair Cuttery | 303 | 361 | Tarpon Springs Plaza | 2405 Tarpon Bay Blvc | Naples | FL | 34119-8739 | (239) 594-1644 | 11/15/07 |
| 3671 | Hair Cuttery | 400 | 409 | Montville Commons | 2020 Norwich New London Turnpike | Uncasville | CT | 06382-1374 | (860) 848-3774 | 07/27/07 |
| 3672 | Hair Cuttery | 400 | 404 | Wareham Crossing | 2421 Cranberry Highway   Suite 3300 | Wareham | MA | 02571-5031 | (508) 291-4332 | 05/30/08 |
| 3673 | Hair Cuttery | 400 | 405 | Gibbs Crossing | 350 Palmer Road   Suite 11C | Ware | MA | 01082-9740 | (413) 967-025C | 12/19/09 |
| 3676 | Hair Cuttery | 302 | 372 | Pablo Creek East | 13740 Beach Blvd Ste 1 | Jacksonville | FL | 32224-6033 | (904) 223-1455 | 04/20/07 |
| 3679 | Hair Cuttery | 100 | 110 | Village at Lee Airpark | 11 Lee Airpark Drive Suite 50C | Edgewater | MD | 21037-1237 | (410) 956-3196 | 03/15/11 |
| 3683 | Hair Cuttery | 303 | 362 | Oasis Plaza | 2866 NE 8th St | Homestead | FL | 33033-5695 | (305) 245-3652 | 09/12/07 |
| 3689 | Hair Cuttery | 303 | 377 | Crossroads Marketplace | 3055 Columbia Boulevard Suite B10S | Titusville | FL | 32780-7865 | (321) 264-3302 | 06/26/08 |
| 3694 | Hair Cuttery | 400 | 450 | Promenade Shops at Saucon Valley | 3060 Center Valley Pkwy | Center Valley | PA | 18034-9036 | (610) 797-026C | 02/11/08 |
| 3696 | Hair Cuttery | 303 | 361 | Shops at Surfside | 2378 Surfside Blvd Sp 121 Bldg A | Cape Coral | FL | 33991-3182 | (239) 283-0368 | 08/21/08 |
| 3702 | Hair Cuttery | 302 | 389 | Winter Garden Village Shopping Center | 3317 Daniels Rd Ste 108 | Oakland | FL | 34787-7003 | (407) 905-0086 | 11/08/07 |
| 3704 | Hair Cuttery | 100 | 155 | Spring Mills Towne Center | 5724 Hammonds Mill Road Unit H | Martinsburg | WV | 25404-6444 | (304) 274-3868 | 04/24/08 |
| 3708 | Hair Cuttery | 401 | 486 | Rose Plaza | 230 West Peace Road Suite 107 | Sycamore | IL | 60178-8913 | (815) 899-7972 | 08/14/09 |
| 3709 | Hair Cuttery | 201 | 220 | Landstown Commons | 3380 Princess Anne Rd Suite 107 | Virginia Beach | VA | 23456-2522 | (757) 368-3133 | 06/13/08 |
| 3715 | Hair Cuttery | 100 | 441 | Phoenixville Shopping Center | 785 Starr St Ste 108 | Phoenixville | PA | 19460-3674 | (610) 935-4854 | 01/29/08 |
| 3716 | Hair Cuttery | 400 | 426 | Concordville Town Centre | 301 Byers Drive Building K | Glen Mills | PA | 19342-3343 | (610) 358-4468 | 08/14/08 |
| 3721 | Hair Cuttery | 302 | 392 | St Charles Plaza | 39879 US Highway 27 | Davenport | FL | 33837-7802 | (863) 422-9496 | 05/07/08 |
| 3723 | Hair Cuttery | 100 | 155 | Crooked Run Shopping Center | 135 Crooked Run Plaza | Front Royal | VA | 22630-7013 | (540) 635-4607 | 11/29/07 |
| 3727 | Hair Cuttery | 302 | 369 | Oakleaf Town Center | 9501 Crosshill Boulevard Suite 104 | Jacksonville | FL | 32222-5833 | (904) 503-1344 | 04/02/08 |
| 3728 | Hair Cuttery | 201 | 225 | Westchester Commons | 15609 WC Commons Way | Midlothian | VA | 23113-7317 | (804) 379-1338 | 04/13/09 |
| 3729 | Hair Cuttery | 302 | 392 | Ovation | 7790 Lake Wilson Road Space 1 | Davenport | FL | 33896-9601 | (863) 424-8288 | 11/05/08 |
| 3731 | Hair Cuttery | 201 | 275 | Culpeper Colonnade | 15319 Creativity Dr | Culpeper | VA | 22701-2502 | (540) 727-0557 | 05/31/07 |
| 3735 | Hair Cuttery | 400 | 440 | Shoppes at Cinnaminson | 127 Route 130 South  Suite 1 | Cinnaminson | NJ | 08077-3377 | (856) 829-125C | 05/19/09 |
| 3736 | Hair Cuttery | 100 | 155 | Shoppes at Hagerstown | 18035 Garland Groh Blvd Spc S | Hagerstown | MD | 21740-2064 | (301) 714-0003 | 03/29/08 |
| 3740 | Hair Cuttery | 303 | 378 | Canyon Town Center | 8788 Boynton Beach Blvd Ste 103 | Boynton Beach | FL | 33472-4467 | (561) 734-3966 | 06/09/09 |
| 3743 | Hair Cuttery | 400 | 497 | Shops of Romeoville | 285 S Weber Road | Romeoville | IL | 60446-3979 | (815) 838-5236 | 09/13/08 |
| 3746 | Hair Cuttery | 401 | 485 | Beacon Hill Shopping Center | 10765 Broadway | Crown Point | IN | 46307-7310 | (219) 662-0888 | 02/08/08 |
| 3750 | Hair Cuttery | 401 | 485 | 110 East Lake Street | 101 Lake Street | Oak Park | IL | 60301-1147 | (708) 386-463C | 05/13/09 |
| 3752 | Hair Cuttery | 100 | 145 | Brandywine Crossing | 15904 Crain Highway Unit C | Brandywine | MD | 20613-8025 | (301) 782-3076 | 06/26/09 |
| 3753 | Hair Cuttery | 100 | 145 | Rosewick Crossing | 218 Rosewick Road | La Plata | MD | 20646-4217 | (301) 392-6113 | 01/15/09 |
| 3754 | Hair Cuttery | 303 | 361 | Brooks Village | 12975 Collier Boulevard Suite 11 | Naples | FL | 34116-4004 | (239) 348-0266 | 07/22/09 |
| 3756 | Hair Cuttery | 303 | 361 | Plaza at Island Pass | 15880 San Carlos Blvd Suite 16C | Fort Myers | FL | 33908-3378 | (239) 267-3202 | 11/05/08 |
| 3764 | Hair Cuttery | 400 | 409 | Westerly Crossing | 43 Franklin Street   Unit 2 | Westerly | RI | 02891-3132 | (401) 348-020C | 08/12/10 |
| 3769 | Hair Cuttery | 400 | 475 | Shoppes at Heather Glen | 2061 E Laraway Road | New Lenox | IL | 60451-0507 | (815) 463-0255 | 02/04/09 |
| 3770 | Hair Cuttery | 100 | 155 | Rutherford Crossing | 163 Market Street | Winchester | VA | 22603-4750 | (540) 542-0455 | 11/22/08 |
| 3772 | Hair Cuttery | 100 | 144 | Annapolis Town Centre at Parole | 214 Harker Place Suite 140 | Annapolis | MD | 21401-3291 | (410) 224-9635 | 01/15/08 |
| 3773 | Hair Cuttery | 201 | 260 | King George Gateway | 16432 Consumer Row | King George | VA | 22485-9657 | (540) 663-348C | 05/07/12 |
| 3775 | Hair Cuttery | 300 | 361 | Forum Center | 3268 Forum Boulevard Suite 20E | Fort Myers | FL | 33905-5585 | (239) 437-2721 | 04/16/10 |
| 3779 | Hair Cuttery | 303 | 378 | West Beach Village Shopping Center | 410 Beach Village Drive | Flagler Beach | FL | 32136-3063 | (386) 439-5726 | 03/27/09 |
| 3781 | Hair Cuttery | 401 | 497 | Kendall Marketplace | 775 Erica Lane | Yorkville | IL | 60560-4733 | (630) 553-2267 | 04/29/09 |
| 3783 | Hair Cuttery | 400 | 449 | Uptown Worthington | 50 National Avenue  Suite 40C | Malvern | PA | 19355 | (484) 568-4867 | 07/10/18 |
| 3787 | Hair Cuttery | 100 | 155 | Fredericktowne Crossing | 230 Elizabeth Drive | Stephens City | VA | 22655-2764 | (568) 868-013C | 10/10/08 |
| 3793 | Hair Cuttery | 401 | 485 | Shoppes at Prairie Ridge | 9901 77th Street Suite 85C | Pleasant Prairie | WI | 53158-1143 | (262) 697-4136 | 05/13/10 |
| 3794 | Hair Cuttery | 302 | 388 | Sodo | 25 W. Crystal Lake Street Suite 168 | Orlando | FL | 32806-4475 | (407) 425-8153 | 06/04/09 |
| 3797 | Hair Cuttery | 302 | 392 | Village Shops of Bellalago | 3831 Pleasant Hill Road Space 111 | Kissimmee | FL | 34746-2952 | (407) 847-773c | 04/30/09 |
| 3799 | Hair Cuttery | 201 | 220 | Brenneman Farm | 4540 Princess Anne Road Unit 1E | Virginia Beach | VA | 23462-7962 | (757) 467-6445 | 07/28/09 |

| Salon Id | Brand | Region Code | District Co | Salon Name | Street Address | City | State | Zip Code | Phone | Salon Open Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 3800 | Hair Cuttery | 100 | 159 | The Commons | 245 Retail Commons Parkway Ste 10 | Martinsburg | WV | 25403-6178 | (304) 263-6791 | 10/16/09 |
| 3805 | Hair Cuttery | 100 | 441 | Douglas Town Center | 173 Holly Road Suite 7C | Gilbertsville | PA | 19525-9367 | (610) 473-6224 | 06/15/10 |
| 3811 | Hair Cuttery | 100 | 144 | Mchenry Row | 1607 Whetstone Way | Baltimore | MD | 21230-5154 | (410) 685-0516 | 01/19/12 |
| 3813 | Hair Cuttery | 201 | 275 | Gateway Market Center | 98 Stonerldge Drive  Suite 5 | Ruckersville | VA | 22968-3382 | (434) 990-0992 | 09/12/12 |
| 3814 | Hair Cuttery | 302 | 384 | Renaissance Centre | 355 E. Altamonte Drive Suite 150C | Altamonte Springs | FL | 32701-4407 | (407) 331-9720 | 09/21/09 |
| 3821 | Hair Cuttery | 302 | 385 | Canopy Oak Center | 8075 SW Highway 200 Suite 116 | Ocala | FL | 34481-7823 | (352) 237-1115 | 03/26/10 |
| 3822 | Hair Cuttery | 200 | 265 | Bull Run Plaza | 11660 Sudley Manor Drive Suite 50A | Manassas | VA | 20109-2842 | (703) 369-2015 | 02/23/10 |
| 3824 | Hair Cuttery | 302 | 371 | Shoppes at Murabella | 52 Tuscan Way Suite 201 | St Augustine | FL | 32092-1850 | (904) 940-4433 | 04/29/10 |
| 3827 | Hair Cuttery | 302 | 384 | University Plaza | 4016 N Goldenrod Road Suite 104 | Winter Park | FL | 32792-8910 | (407) 681-0395 | 07/14/11 |
| 3829 | Hair Cuttery | 100 | 161 | Parkville Shopping Center | 7637 Harford Road | Baltimore | MD | 21234-6401 | (410) 444-4223 | 04/20/12 |
| 3831 | Hair Cuttery | 400 | 409 | Groton Shoppers Mart | 985 Poquonnock Road Suite C | Groton | CT | 06340-4271 | (860) 405-8353 | 06/10/10 |
| 3832 | Hair Cuttery | 201 | 275 | Blue Ridge Shopping Center | 540 Radford Lane Suite 40C | Charlottesville | VA | 22903-7466 | (434) 823-2035c | 12/14/10 |
| 3834 | Hair Cuttery | 100 | 145 | Burtonsville Town Square | 15606 Old Columbia Pike | Burtonsville | MD | 20866-1633 | (301) 421-0356 | 03/24/11 |
| 3835 | Hair Cuttery | 400 | 409 | Killingly Commons | 1109 Killingly Commor | Dayville | CT | 06241-2186 | (860) 779-3000 | 05/27/10 |
| 3836 | Hair Cuttery | 302 | 371 | Nocatee Town Center | 110 Marketside Avenue Suite 202 | Ponte Vedra | FL | 32081-0574 | (904) 819-8997 | 04/12/10 |
| 3842 | Hair Cuttery | 201 | 231 | Shoppes at Stony Creek | 49 Market Street | Zion Crossroads | VA | 22942-7008 | (540) 832-2385 | 07/14/11 |
| 3848 | Hair Cuttery | 303 | 378 | Wellington Green Commons | 2655 State Road 7 Bay B0C | Wellington | FL | 33414-6377 | (561) 798-4791 | 07/15/10 |
| 3850 | Hair Cuttery | 401 | 485 | Griffith Court Plaza | 100 West Ridge Road Unit 30C | Griffith | IN | 46319-1012 | (219) 838-7970 | 06/23/10 |
| 3852 | Hair Cuttery | 401 | 494 | Indian Boundary Roac | 524 Indian Boundary Roac | Chesterton | IN | 46304-5507 | (219) 926-9600 | 11/01/10 |
| 3857 | Hair Cuttery | 100 | 145 | Free State Shopping Center | 15480 Annapolis Road Suite 21C | Bowie | MD | 20715-1803 | (301) 805-7967 | 05/17/10 |
| 3858 | Hair Cuttery | 100 | 160 | Maple Lawn | 8194 Westside Boulevard Suite C | Fulton | MD | 20759-2587 | (301) 490-5842 | 05/24/11 |
| 3859 | Hair Cuttery | 400 | 426 | Ridley Shopping Center | 146 Morton Avenue | Folsom | PA | 19033-2510 | (610) 237-0300 | 11/26/12 |
| 3860 | Hair Cuttery | 100 | 145 | Charlotte Hall Square | 30320 Triangle Drive Unit 10C | Charlotte Hall | MD | 20622-4110 | (301) 884-5220 | 07/14/10 |
| 3861 | Hair Cuttery | 400 | 404 | Arlington Village Shops | 1408 Massachusetts Avenue | Arlington | MA | 02476-4134 | (781) 488-3400 | 07/01/10 |
| 3864 | Hair Cuttery | 100 | 155 | Purcellville Gateway | 150 Purcellville Gateway Dr Ste C | Purcellville | VA | 20132-3492 | (540) 338-2256 | 09/20/12 |
| 3866 | Hair Cuttery | 302 | 384 | Hunt Club Corners | 554 S. Hunt Club Boulevard | Apopka | FL | 32703-4960 | (407) 774-6313 | 08/12/10 |
| 3871 | Hair Cuttery | 100 | 144 | Timonium Square | 2159 York Road Suite C | Timonium | MD | 21093-3110 | (410) 308-3434 | 11/16/12 |
| 3872 | Hair Cuttery | 401 | 495 | Elston Logan | 2715 N Elston Avenue | Chicago | IL | 60647-2020 | (773) 486-4913 | 05/04/11 |
| 3873 | Hair Cuttery | 400 | 440 | Willingboro Town Center | 4364 Route 130 | Willingboro | NJ | 08046-1461 | (609) 877-0551 | 07/30/10 |
| 3883 | Hair Cuttery | 400 | 440 | Greenleaf at Howell | 5321 Route 9 N | Howell | NJ | 07731-3753 | (732) 901-0475 | 10/06/16 |
| 3882 | Hair Cuttery | 401 | 495 | Wilson Yards | 4434 N Broadway Street | Chicago | IL | 60640-5660 | (773) 293-4633 | 03/02/11 |
| 3886 | Hair Cuttery | 302 | 371 | Shoppes at Bartram Park | 13820 Old Saint Augustine Rd 146 | Jacksonville | FL | 32258-5424 | (904) 268-5471 | 08/09/10 |
| 3887 | Hair Cuttery | 302 | 372 | Seminole Shoppes | 630 Atlantic Boulevard Suite 4 | Neptune Beach | FL | 32266-4026 | (904) 246-2712 | 09/20/10 |
| 3894 | Hair Cuttery | 100 | 162 | Blair Hill Center | 18113 Town Center Drive | Olney | MD | 20832-1479 | (301) 570-0492 | 02/22/11 |
| 3895 | Hair Cuttery | 100 | 147 | Mill Creek Square | 2350 Lincoln Highway East Suite 81C | Lancaster | PA | 17602-1667 | (717) 393-3056 | 01/20/11 |
| 3896 | Hair Cuttery | 100 | 147 | Gateway Hanover | 141 Wilson Avenue Suite B | Hanover | PA | 17331-1469 | (717) 630-3123 | 11/15/11 |
| 3897 | Hair Cuttery | 302 | 388 | Hollennia Shopping Center | 751 S Orlando Avenue | Winter Park | FL | 32789-4844 | (407) 622-0054 | 12/01/11 |
| 3899 | Hair Cuttery | 303 | 361 | Colonial Crossing | 4600 Summerlin Road Space A 7 | Fort Myers | FL | 33919-3005 | (239) 939-193C | 04/15/11 |
| 3900 | Hair Cuttery | 303 | 362 | Market Square Shopping Center | 11732 SW 104th Street | Miaml | FL | 33186-3601 | (305) 279-7942 | 02/02/12 |
| 3902 | Hair Cuttery | 401 | 480 | Libertyville Crossing | 125 N Milwaukee Ave | Libertyville | IL | 60048-2233 | (847) 549-7225 | 12/16/10 |
| 3904 | Hair Cuttery | 400 | 455 | Baederwood Shoppes | 1623 The Fairway Suite B 103 | Jenkintown | PA | 19046-1425 | (215) 885-1616 | 07/13/11 |
| 3906 | Hair Cuttery | 400 | 405 | Elmwood Plaza | 176 Newington Road Suite 2 | West Hartford | CT | 06110-2358 | (860) 523-3221 | 07/14/10 |
| 3910 | Hair Cuttery | 400 | 410 | Marketplace at Neshaminy | 450 Rock Hill Drive | Bensalem | PA | 19020-1624 | (215) 364-1020 | 02/01/11 |
| 3911 | Hair Cuttery | 100 | 144 | Hunt Valley Towne Centre | 118 Shawan Road Suite 118U | Hunt Valley | MD | 21031-1323 | (410) 229-0150 | 01/20/11 |
| 3912 | Hair Cuttery | 400 | 449 | Festival at Hyanni's Shopping Center | 1070 Iyannough Road | Hyannis | MA | 02601-1875 | (508) 771-7787 | 06/01/12 |
| 3914 | Hair Cuttery | 100 | 143 | The Shops at Seneca Meadows | 20680 Seneca Meadows Pky Suite A12 | Germantown | MD | 20876-7022 | (301) 540-0496 | 11/15/13 |
| 3917 | Hair Cuttery | 201 | 210 | Peninsula Town Center | 1260 Merchant Lane Suite C102 | Hampton | VA | 23666-2167 | (757) 262-0963 | 03/10/11 |
| 3918 | Hair Cuttery | 100 | 147 | Queensgate Towne Center | 2083 Springwood Road | York | PA | 17403-4827 | (717) 852-9001 | 03/15/11 |
| 3928 | Hair Cuttery | 302 | 390 | Cocoplum Village Shops | 17213 Tamiaml Trall | North Port | FL | 34287-7293 | (941) 429-0777 | 08/17/11 |
| 3931 | Hair Cuttery | 400 | 404 | Bunker Hill Mall | 5 Austin Street | Charlestown | MA | 02129-3502 | (617) 886-6006 | 03/03/11 |
| 3938 | Hair Cuttery | 400 | 420 | Court at Collingswood | 668 Haddon Avenue  Suite 2 | Collingswood | NJ | 08108-3704 | (856) 833-9100 | 06/02/11 |
| 3941 | Hair Cuttery | 303 | 378 | Hillsboro Square | 210 S Federal Highway | Deerfield Beach | FL | 33441-4130 | (954) 360-7876 | 09/22/11 |
| 3942 | Hair Cuttery | 302 | 385 | Mulberry Grove Plaza | 8784 SE 165th Mulberry Lane | The Villages | FL | 32162-5861 | (352) 205-7441 | 07/15/11 |
| 3943 | Hair Cuttery | 302 | 385 | Parkview Commons | 3535 SE Maricamp Rd Space 113 | Ocala | FL | 34471-6201 | (352) 694-1222 | 11/14/11 |
| 3951 | Hair Cuttery | 200 | 235 | Penrose Square | 2501 9th Road S  Suite 7C | Arlington | VA | 22204-2390 | (703) 271-0023 | 01/19/12 |
| 3652 | Hair Cuttery | 400 | 409 | North Haven Pavilion | 102 Universal Drive N | North Haven | CT | 06473-3117 | (203) 234-2300 | 09/15/11 |
| 3955 | Hair Cuttery | 400 | 449 | Chapel Hill SC | 455 Highway 35 | Red Bank | NJ | 7701 | (732) 224-0020 | 01/25/12 |
| 3961 | Hair Cuttery | 302 | 390 | University Town Center | 93 North Cattlemen Road | Sarasota | FL | 34243-4704 | (941) 358-1295 | 09/15/11 |
| 3962 | Hair Cuttery | 303 | 381 | Publix at Biscayne | 1788 Biscayne Boulevard Space C | Miaml | FL | 33132-1129 | (305) 371-4870 | 07/25/12 |
| 3963 | Hair Cuttery | 302 | 386 | Westchase Shopping Center | 12109 West Linebaugh Ave Ste 206 | Tampa | FL | 33626-1732 | (813) 854-5746 | 07/10/11 |
| 3968 | Hair Cuttery | 302 | 390 | Lockwood Commons | 4262 53rd Avenue East Unit 7 | Bradenton | FL | 34203-8097 | (941) 756-1122 | 12/06/13 |
| 3969 | Hair Cuttery | 400 | 450 | Valley Gate Shopping Center | 271 Easton Road Suite 10C | Warrington | PA | 18976-2517 | (215) 343-8534 | 01/28/16 |
| 3970 | Hair Cuttery | 303 | 361 | MacDade Mall | 2600 MacDade Blvd Suite 553 | Holmes | PA | 19043-1300 | (610) 237-9500 | 08/15/13 |
| 3972 | Hair Cuttery | 401 | 473 | Berta Crossing | 1009 E Division Street | Coal City | IL | 60416-9446 | (815) 634-8840 | 11/27/11 |
| 3974 | Hair Cuttery | 200 | 250 | Danor Plaza | 144 Branch Road SE | Vienna | VA | 22180-4714 | (703) 242-2175 | 11/15/12 |
| 3980 | Hair Cuttery | 303 | 381 | Airpark Plaza Shopping Center | 5719 NW 7th Street | Miami | FL | 33126-3105 | (305) 266-8777 | 05/09/12 |
| 3981 | Hair Cuttery | 302 | 392 | Lake Nona Plaza | 13832 Narcoossee Road Space B102 | Orlando | FL | 32832-6962 | (407) 313-4664 | 12/13/13 |
| 3982 | Hair Cuttery | 201 | 220 | Haygood Shopping Center | 4509 Haygood Road | Virginia Beach | VA | 23455-5523 | (757) 460-3982 | 05/25/12 |
| 3983 | Hair Cuttery | 303 | 378 | Polo Club Shoppes | 5030 Champion Boulevard Space F4 | Boca Raton | FL | 33496-2476 | (561) 989-8222 | 04/26/12 |
| 3991 | Hair Cuttery | 303 | 381 | Holliday Park Plaza | 1609 E Sunrise Boulevard | Fort Lauderdale | FL | 33304-2326 | (954) 779-1113 | 01/20/12 |
| 3993 | Hair Cuttery | 302 | 390 | River Club Plaza | 5770 Ranch Lake Blvd Unit 108 | Bradenton | FL | 34202-3718 | (941) 755-2888 | 07/23/13 |
| 3996 | Hair Cuttery | 303 | 380 | Indian Harbour Place | 272 E Eau Gallie Boulevarc | Indian Harbour Beach | FL | 32937-4874 | (321) 773-2076 | 03/27/20 |
| 4003 | Hair Cuttery | 302 | 388 | Bayside Bridge Plaza | 1500 North McMullen Booth Rd  Ste A15 | Clearwater | FL | 33759-2529 | (727) 726-4003 | 04/13/12 |
| 4004 | Hair Cuttery | 100 | 143 | Damascus Centre | 9809 Main Street Suite 105 | Damascus | MD | 20872-2015 | (301) 253-7110 | 12/10/12 |
| 4014 | Hair Cuttery | 303 | 360 | Weston Lakes Plaza | 314 Indian Trace | Weston | FL | 33326-2996 | (954) 306-0123 | 03/06/13 |
| 4033 | Hair Cuttery | 400 | 409 | Norwichtown Commons | 42 Town Street  Suite 80C | Norwich | CT | 06360-2316 | (860) 859-5946 | 03/23/13 |
| 4056 | Hair Cuttery | 302 | 392 | Indian River Village | 5240 US Highway 1 Unit 101 | Vero Beach | FL | 32967-7604 | (772) 794-1780 | 08/28/13 |
| 4057 | Hair Cuttery | 303 | 378 | Fifth Avenue Shops | 1956 NE 5th Avenue  Suite 5 | Boca Raton | FL | 33431-7772 | (561) 417-3377 | 08/27/13 |
| 4063 | Hair Cuttery | 302 | 386 | North Pointe Plaza | 15207 N Dale Mabry Hwy Unit 28 | Tampa | FL | 33618-1810 | (813) 960-3871 | 03/08/13 |
| 4079 | Hair Cuttery | 303 | 381 | Shops at Skylake | 1668 NE Miaml Gardens Drive | North Miaml Beach | FL | 33179-4900 | (305) 957-0008 | 05/23/18 |
| 4080 | Hair Cuttery | 302 | 369 | Argyle Village | 6001 Argyle Forest Drive Suite 2C | Jacksonville | FL | 32244-6127 | (904) 777-0800 | 11/15/12 |
| 4081 | Hair Cuttery | 303 | 363 | Fountain Square | 9971 W Flagler Street Suite 11 | Miaml | FL | 33172-1813 | (305) 228-4090 | 05/14/15 |
| 4089 | Hair Cuttery | 100 | 147 | Lancaster Shopping Center | 1659-B  Lititz Pike | Lancaster | PA | 17601-6507 | (717) 399-910C | 03/21/13 |
| 4090 | Hair Cuttery | 100 | 144 | Green Spring Tower Square | 1030 West 41st Street Space F2 | Baltimore | MD | 21211-1663 | (410) 366-1007 | 08/23/13 |
| 4092 | Hair Cuttery | 302 | 386 | Largo Mall Shopping Center | 10500 Ulmerton Road Suite 264 | Largo | FL | 33771-3537 | (727) 581-5625 | 05/25/13 |
| 4095 | Hair Cuttery | 302 | 386 | Bay Point Plaza | 5075 34th Street South | St. Petersburg | FL | 33711-4513 | (727) 867-1371 | 09/18/14 |

| Salon Id | Brand | Region Co | District Co | Salon Name | Street Address | City | State | Zip Code | Phone | Salon Open Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 4096 | Hair Cuttery | 400 | 404 | Ballardvale Marketplace | 206 Ballardvale Street  Unit 3 | Wilmington | MA | 01887-1097 | (978) 203-0386 | 04/10/15 |
| 4100 | Hair Cuttery | 302 | 389 | Stoneybrook Hills Village | 6551 North Orange Blossom Trail | Mount Dora | FL | 32757-7013 | (352) 735-3070 | 01/20/14 |
| 4102 | Hair Cuttery | 201 | 260 | Cosner's Corner | 10037 Jefferson Davis Highway | Fredericksburg | VA | 22407-9418 | (540) 834-0749 | 07/15/15 |
| 4105 | Hair Cuttery | 401 | 475 | Evergreen Marketplace | 9204 S Western Avenue Unit B | Evergreen Park | IL | 60805-2500 | (708) 346-0660 | 08/27/15 |
| 4107 | Hair Cuttery | 401 | 492 | Allen and Walton Road Shopping Center | 8811 N Allen Road | Peoria | IL | 61615-1532 | (309) 692-4606 | 02/14/14 |
| 4109 | Hair Cuttery | 302 | 390 | Publix at Fishhawk Ranch | 5624 Fishhawk Crossing Blvd | Lithia | FL | 33547-5900 | (813) 689-1133 | 05/27/13 |
| 4112 | Hair Cuttery | 302 | 385 | Publix at Steeplechase | 14128 W Newberry Road Suite 6C | Newberry | FL | 32669-3447 | (352) 332-0055 | 08/25/16 |
| 4113 | Hair Cuttery | 302 | 388 | Town Park Shopping Center | 12231 East Colonial Drive Suite 13C | Orlando | FL | 32828-4750 | (407) 281-4846 | 01/30/14 |
| 4116 | Hair Cuttery | 200 | 265 | Hastings Marketplace | 10091 Market Circle | Manassas | VA | 20110-2120 | (703) 330-5500 | 09/12/13 |
| 4119 | Hair Cuttery | 400 | 409 | Storrs Center | 1206 Storrs Road | Storrs | CT | 6268 | (860) 429-0501 | 07/14/15 |
| 4120 | Hair Cuttery | 400 | 404 | Daniel Webster Plaza | 8 Split Brook Road Unit 4 | Nashua | NH | 03060-6924 | (603) 888-0311 | 05/29/13 |
| 4123 | Hair Cuttery | 200 | 256 | With Oak Village | 4501 S Laburnum Ave Suite 210 | Richmond | VA | 23231-2491 | (804) 222-1705 | 08/17/13 |
| 4124 | Hair Cuttery | 400 | 456 | Cross Keys Landing | 500 Berlin Cross Keys Road Space C | Sicklerville | NJ | 08081-4355 | (856) 728-0015 | 05/22/14 |
| 4133 | Hair Cuttery | 400 | 420 | Ritz Center | 910 Haddonfield Berlin Road  Suite 4 | Voorhees | NJ | 08043-3503 | (856) 566-6590 | 08/04/13 |
| 4136 | Hair Cuttery | 201 | 216 | Chesapeake Square Place | 2400 Chesapeake Square Ring Rd 103 | Chesapeake | VA | 23321-2150 | (757) 488-0200 | 07/08/14 |
| 4141 | Hair Cuttery | 302 | 376 | Deerwood Lake Commons | 4320 Deerwood Lake Pkwy Suite 104 | Jacksonville | FL | 32216-1180 | (904) 997-2040 | 12/13/13 |
| 4147 | Hair Cuttery | 201 | 260 | Bristow Center | 10294 Bristow Center Drive | Bristow | VA | 20136-2202 | (703) 257-5600 | 12/03/13 |
| 4149 | Hair Cuttery | 100 | 145 | Market Square Retail Center | 912 Costley Way | Prince Frederick | MD | 20678-3183 | (410) 414-2100 | 10/15/13 |
| 4155 | Hair Cuttery | 100 | 144 | Foundry Row | 10010 Reisterstown Road Suite 2C | Owings Mills | MD | 21117-3815 | (410) 581-4906 | 01/23/17 |
| 4160 | Hair Cuttery | 200 | 249 | Fordson Place | 7709 Fordson Road  Suite 103 | Alexandria | VA | 22306-2835 | (703) 360-3146 | 02/28/14 |
| 4161 | Hair Cuttery | 303 | 374 | Shoppes of Oakbrook | 11602 US Highway 1  Space Out2 | Palm Beach Gardens | FL | 33408-3021 | (561) 694-0001 | 03/03/14 |
| 4162 | Hair Cuttery | 303 | 377 | Viera Shops | 2304 N Reml Drive Suite 102 | Melbourne | FL | 32940-6786 | (321) 636-0022 | 06/30/14 |
| 4163 | Hair Cuttery | 400 | 426 | Shoppes at Brookhaven | 4920 Edgmont Avenue | Brookhaven | PA | 19015-1201 | (610) 847-3475 | 01/23/17 |
| 4164 | Hair Cuttery | 400 | 440 | Wishing Well Plaza | 1817 Mount Holly Road  Store BE | Burlington | NJ | 08016-4700 | (609) 747-7803 | 09/28/15 |
| 4166 | Hair Cuttery | 302 | 390 | Fresh Market Promenade | 6773 Manatee Avenue West  Unit 14 | Bradenton | FL | 34209-2250 | (941) 792-8906 | 04/07/14 |
| 4167 | Hair Cuttery | 201 | 210 | Suffolk Main Street Shoppes | 1202 North Main Street  Suite 16C | Suffolk | VA | 23434-4363 | (757) 934-0630 | 01/07/14 |
| 4169 | Hair Cuttery | 401 | 465 | Glen Gate Shopping Center | 77 Waukegan Road | Glenview | IL | 60025-5154 | (847) 486-8255 | 04/16/15 |
| 4170 | Hair Cuttery | 201 | 231 | 5th Street Station | 435 Merchant Walk Square Bldg 900 Ste 100 | Charlottesville | VA | 22902-6510 | (434) 872-0096 | 11/29/16 |
| 4172 | Hair Cuttery | 201 | 231 | Southside Square | 56 Southgate Square | Colonial Heights | VA | 23834-3611 | (804) 479-3682 | 02/21/14 |
| 4177 | Hair Cuttery | 400 | 404 | Point Development | 505 Constitution Avenue | Littleton | MA | 01460-1140 | (978) 339-5096 | 06/10/15 |
| 4181 | Hair Cuttery | 302 | 372 | Harbour Village | 13457 Atlantic Boulevard Space 3 | Jacksonville | FL | 32225-3294 | (904) 516-7814 | 05/16/14 |
| 4182 | Hair Cuttery | 100 | 110 | Annapolis Plaza Hair Cuttery | 150 Jennifer Road Suite G | Annapolis | MD | 21401-3044 | (410) 224-4467 | 09/08/14 |
| 4183 | Hair Cuttery | 400 | 441 | Downtown Crown | 130 Crown Park Avenue | Gaithersburg | MD | 20878-4546 | (301) 208-1497 | 08/03/15 |
| 4184 | Hair Cuttery | 302 | 390 | South Town Center | 3810 W Neptune Street Space B5 | Tampa | FL | 33629-5838 | (813) 258-0100 | 08/15/14 |
| 4187 | Hair Cuttery | 201 | 260 | Heritage Marketplace | 13877 Heathcote Blvd | Gainesville | VA | 20155-3342 | (703) 753-2151 | 09/09/15 |
| 4188 | Hair Cuttery | 200 | 249 | Springfield Town Center | 6607 Springfield Mall Roac | Springfield | VA | 22150-1715 | (703) 971-3637 | 11/24/14 |
| 4189 | Hair Cuttery | 200 | 230 | Dulles Landing Shopping Center | 24630 Dulles Landing Drive Unit 115 | Dulles | VA | 20166-2625 | (571) 349-3866 | 10/20/15 |
| 4195 | Hair Cuttery | 200 | 235 | Courthouse | 2020 Wilson Boulevard Retail A2 | Arlington | VA | 22201-3076 | (703) 528-2200 | 04/15/15 |
| 4196 | Hair Cuttery | 302 | 372 | Brooklyn Station on Riverside | 150 Riverside Avenue Suite 103 | Jacksonville | FL | 32202-4906 | (904) 685-6105 | 01/26/15 |
| 4197 | Hair Cuttery | 250 | 250 | Avenir Place | 2672 Avenir Place Space I | Vienna | VA | 22180-7193 | (703) 876-6790 | 05/23/16 |
| 4200 | Hair Cuttery | 201 | 210 | Marketplace at Tech Center | 12080 Jefferson Avenue Suite 925 | Newport News | VA | 23606-4323 | (757) 881-9800 | 09/23/15 |
| 4204 | Hair Cuttery | 200 | 265 | Shoppers at Reynolds Crossing | 7000 Forest Avenue Suite 200 | Richmond | VA | 23230-1736 | (804) 288-0706 | 05/11/15 |
| 4205 | Hair Cuttery | 302 | 385 | Pinellas Plaza | 2526 Burnsed Boulevard | The Villages | FL | 32163-2704 | (352) 689-2005 | 06/17/16 |
| 4207 | Hair Cuttery | 400 | 426 | Brandywine Mills | 1751 Wilmington Pike Suite C2 | Glen Mills | PA | 19342-4301 | (484) 840-8373 | 03/03/16 |
| 4208 | Hair Cuttery | 302 | 390 | Causeway Shoppes | 10963 Causeway Boulevard Suite B | Brandon | FL | 33511-1997 | (813) 571-8045 | 10/31/14 |
| 4219 | Hair Cuttery | 400 | 441 | Myles Standish Plaza | 123 Samoset Street Suite A-137 | Plymouth | MA | 02360-4801 | (508) 746-3537 | 05/13/17 |
| 4228 | Hair Cuttery | 100 | 145 | Laurel Towne Centre | 14720 Baltimore Avenue Suite 106 | Laurel | MD | 20707-4871 | (301) 490-1110 | 01/30/15 |
| 4231 | Hair Cuttery | 400 | 449 | Middle Brook Shopping Center | 611 West Union Avenue Suite 12 | Bound Brook | NJ | 08805-1165 | (732) 627-9020 | 09/23/14 |
| 4233 | Hair Cuttery | 100 | 160 | Eldersburg Commons | 6400 Ridge Road | Sykesville | MD | 21784-6248 | (410) 795-2002 | 12/06/16 |
| 4234 | Hair Cuttery | 401 | 465 | Northshore 77C | 778 N Skokie Boulevarc | Northbrook | IL | 60062-2805 | (847) 559-8150 | 02/12/16 |
| 4237 | Hair Cuttery | 400 | 450 | Hamilton Crossing | 707 N Krocks Rd Suite 103 | Allentown | PA | 18106-9076 | (610) 366-1640 | 05/13/17 |
| 4243 | Hair Cuttery | 302 | 385 | Grand Traverse Plaza | 2911 Traverse Trail | The Villages | FL | 32163-2017 | (352) 391-9004 | 05/29/15 |
| 4246 | Hair Cuttery | 302 | 385 | Publix Shops at Inverness | 1070 West Main Street | Inverness | FL | 34450-4636 | (352) 560-0017 | 03/10/15 |
| 4248 | Hair Cuttery | 400 | 409 | Gulford Commons | 1919 Boston Post Road  Unit 20C | Gulford | CT | 06437-4369 | (203) 453-1382 | 10/20/16 |
| 4256 | Hair Cuttery | 303 | 367 | Tower Shops | 2278 S University Drive | Davie | FL | 33324-5852 | (954) 472-1113 | 04/14/16 |
| 4258 | Hair Cuttery | 400 | 457 | Shoppes at Wissinoming | 5597 Tulip Street Space B2 | Philadelphia | PA | 19124-1562 | (215) 744-3653 | 05/08/18 |
| 4261 | Hair Cuttery | 302 | 386 | Shoppes at Trinity Lakes | 12478 State Road 54 | Odessa | FL | 33556 | (727) 375-2887 | 05/13/16 |
| 4262 | Hair Cuttery | 201 | 226 | West Broad Marketplace | 12232 West Broad Street | Henrico | VA | 23233-1062 | (804) 360-3292 | 08/15/17 |
| 4264 | Hair Cuttery | 201 | 216 | Ghent Station Shopping Center | 924 W 21 ST Street Suite 101 | Norfolk | VA | 23517-1516 | (757) 533-0222 | 07/15/15 |
| 4265 | Hair Cuttery | 303 | 381 | 1600 Commons | 1520 North Federal Highway | Fort Lauderdale | FL | 33305 | (954) 563-8176 | 11/29/16 |
| 4269 | Hair Cuttery | 302 | 390 | The Shoppes of South Dale | 4031 S Dale Mabry Highway Suite A 20C | Tampa | FL | 33611 | (813) 348-4200 | 01/19/17 |
| 4272 | Hair Cuttery | 401 | 491 | Bloomingdale Court | 318 W Army Trail Rd Ste 10C | Bloomingdale | IL | 60108-5615 | (630) 295-8630 | 05/01/18 |
| 4274 | Hair Cuttery | 200 | 233 | Barcroft Plaza | 6345 Columbia Pike | Falls Church | VA | 22041-1224 | (703) 333-5900 | 10/13/15 |
| 4276 | Hair Cuttery | 400 | 422 | Riverdale Park Station | 6741 45th Street | Riverdale Park | MD | 20737-1077 | (301) 395-0841 | 02/08/20 |
| 4277 | Hair Cuttery | 400 | 456 | Brooklawn Shopping Center | 700 Crescent Boulevard | Brooklawn | NJ | 08030-2797 | (856) 456-7516 | 03/10/16 |
| 4280 | Hair Cuttery | 100 | 144 | Festival at Woodholme | 1809 Reisterstown Road Suite 137 | Pikesville | MD | 21208 | (410) 653-4161 | 10/15/15 |
| 4283 | Hair Cuttery | 400 | 426 | King of Prussia Town Center | 230 Village Drive Suite 10C | King of Prussia | PA | 19406 | (484) 322-2406 | 10/13/16 |
| 4284 | Hair Cuttery | 302 | 386 | River Walk Shopping Center | 11344 Ridge Road | New Port Richey | FL | 34654-5309 | (727) 232-2530 | 06/21/17 |
| 4285 | Hair Cuttery | 303 | 360 | Pembroke Crossing | 11964 Pines Blvd | Pembroke Pines | FL | 33026-4127 | (954) 392-3934 | 11/19/15 |
| 4288 | Hair Cuttery | 100 | 148 | Shoppes at Westown | 659 Middletown-Warwick Road | Middletown | DE | 19709 | (302) 378-8565 | 01/10/17 |
| 4289 | Hair Cuttery | 200 | 265 | Saratoga Shopping Center | 8082 Rolling Road | Springfield | VA | 22153-2928 | (703) 455-0397 | 07/11/16 |
| 4292 | Hair Cuttery | 302 | 377 | First Merritt Center | 125 E Merritt Island Causeway Ste 209 | Merritt Island | FL | 32952-3680 | (321) 452-7993 | 01/13/17 |
| 4293 | Hair Cuttery | 302 | 388 | Lee Vista Promenade | 6817 Eagle Watch Drive Suite 26C | Orlando | FL | 32822-2321 | (407) 857-8111 | 09/16/16 |
| 4301 | Hair Cuttery | 302 | 390 | Rivercrest Commons | 11442 South US Highway 301 | Riverview | FL | 33569 | (813) 672-3400 | 02/23/17 |
| 4302 | Hair Cuttery | 201 | 216 | Edinburgh North Shopping Center | 200 Carmichael Way Suite 61C | Chesapeake | VA | 23322 | (757) 421-2540 | 03/17/16 |
| 4305 | Hair Cuttery | 303 | 380 | Pineapple Commons | 2509 NW Federal Highway | Stuart | FL | 34994 | (772) 692-9425 | 12/01/16 |
| 4306 | Hair Cuttery | 100 | 117 | Maizeville Road Center | 147 Ritchie Hwy Suite B | Severna Park | MD | 21146 | (410) 647-6222 | 05/01/18 |
| 4308 | Hair Cuttery | 302 | 161 | Nottingham Commons | 5207B Campbell Boulevard | Nottingham | MD | 21236-5047 | (410) 933-6701 | 11/09/16 |
| 4312 | Hair Cuttery | 302 | 383 | Dunlawton Square | 3841 South Nova Road | Port Orange | FL | 32127 | (386) 760-3585 | 05/10/16 |
| 4315 | Hair Cuttery | 302 | 386 | Seminole City Center | 7756 113th Street North Suite C | Seminole | FL | 33772 | (727) 319-2041 | 04/05/17 |
| 4319 | Hair Cuttery | 400 | 449 | Center Square Commons | 920 Dekalb Pike Suite 12C | Blue Bell | PA | 19422-1810 | (610) 272-9194 | 05/01/18 |
| 4323 | Hair Cuttery | 100 | 115 | Crosspoint Shopping Center | 17251 Cole Road | Hagerstown | MD | 21740 | (301) 582-0800 | 02/01/18 |
| 4327 | Hair Cuttery | 201 | 275 | Waynesboro Town Center | 760 Town Center Drive Suite A | Waynesboro | VA | 22980-9266 | (540) 943-4814 | 09/01/16 |
| 4331 | Hair Cuttery | 201 | 231 | Shops at Stonefield | 3018 Lenox Avenue Suite 103 | Charlottesville | VA | 22901-2660 | (434) 964-0035 | 12/06/16 |
| 4340 | Hair Cuttery | 100 | 161 | Towson Commons | 417 York Road | Towson | MD | 21204-5124 | (410) 847-9070 | 12/29/17 |
| 4349 | Hair Cuttery | 302 | 386 | The Village at Mitchell Ranch | 8876 Strength Avenue | New Port Richey | FL | 34655-4257 | (727) 597-3610 | 10/30/19 |

| Salon Id | Brand | Region Code | District Code | Salon Name | Street Address | City | State | Zip Code | Phone | Salon Open Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 4350 | Hair Cuttery | 201 | 216 | Shore Drive | 7813 Shore Drive Suite B | Norfolk | VA | 23518-3500 | (757) 531-0194 | 02/16/17 |
| 4353 | Hair Cuttery | 201 | 220 | Little Creek Marketplace | 725 E Little Creek Road Ste 508 | Norfolk | VA | 23518-3757 | (757) 583-2352 | 05/19/17 |
| 4357 | Hair Cuttery | 100 | 148 | Christiana Fashion Center | 3164 Fashion Center Boulevard | Newark | DE | 19702-3246 | (302) 368-5201 | 01/17/18 |
| 4370 | Hair Cuttery | 303 | 380 | West Melbourne Interchange Center | 705 Palm Bay Road NE Suite 107 | West Melbourne | FL | 32904-9200 | (321) 473-8806 | 04/24/17 |
| 4374 | Hair Cuttery | 100 | 161 | Tollgate Marketplace | 615 Belair Road Suite Q | Belair | MD | 21014-4308 | (410) 836-7974 | 06/29/17 |
| 4377 | Hair Cuttery | 201 | 226 | Nuckols Place Shopping Center | 5328 Wyndham Forest Drive | Glen Allen | VA | 23059-5941 | (804) 935-3097 | 07/12/17 |
| 4378 | Hair Cuttery | 303 | 374 | Alton Town Center | 5420 Donald Ross Road Unit 115 | Palm Beach Gardens | FL | 33418-7284 | (561) 252-1456 | 07/10/19 |
| 4384 | Hair Cuttery | 100 | 160 | Brunswick Crossing | 1201 Dutchmans Creek Drive Suite E | Brunswick | MD | 21716-9766 | (301) 834-9022 | 05/25/18 |
| 4390 | Hair Cuttery | 401 | 492 | Shops at Seminary | 506 Knox Square Drive Suite 2 | Galesburg | IL | 61401-8648 | (309) 343-2702 | 11/09/17 |
| 4391 | Hair Cuttery | 401 | 491 | Market Plaza | 569 W Roosevelt Road Suite B15C | Glen Ellyn | IL | 60137 | (630) 790-3320 | 10/05/17 |
| 4392 | Hair Cuttery | 401 | 494 | Warsaw Commons | 562 W 300 N | Warsaw | IN | 46582-6940 | (312) 937-1587 | 09/25/19 |
| 4393 | Hair Cuttery | 401 | 489 | Downers Grove Town Center | 1018 West Ogden Avenue | Downers Grove | IL | 60515 | (630) 515-0668 | 08/29/18 |
| 4397 | Hair Cuttery | 400 | 410 | Giant Feasterville Square | 184 West Street Road Space OP 2C | Feasterville | PA | 19053 | (215) 201-8200 | 12/19/18 |
| 4399 | Hair Cuttery | 302 | 392 | Sunrise Plaza | 3225 Vineland Road | Kissimmee | FL | 34746 | (407) 479-6114 | 01/16/18 |
| 4401 | Hair Cuttery | 303 | 361 | Sky Walk | 13101 Paul J Doherty Parkway Suite 23C | Fort Myers | FL | 33913-9268 | (239) 313-5524 | 10/17/17 |
| 4411 | Hair Cuttery | 100 | 160 | Chambersburg Square | 962 Norland Avenue | Chambersburg | PA | 17201-4203 | (717) 261-2111 | 05/31/18 |
| 4412 | Hair Cuttery | 401 | 489 | Naperville Plaza | 215 East Ogden Avenue Suite 105 | Naperville | IL | 60563-3156 | (630) 305-3226 | 06/21/18 |
| 4415 | Hair Cuttery | 201 | 225 | Brandy Creek Commons | 6585 Mechanicsville Turnpike | Mechanicsville | VA | 23111 | (540) 471-5628 | 04/24/19 |
| 4423 | Hair Cuttery | 201 | 275 | Shops at Stonewall | 8053 Stonewall Shops Square Ste E3 | Gainesville | VA | 20155-3890 | (703) 753-9508 | 07/10/17 |
| 4424 | Hair Cuttery | 302 | 371 | The Shoppes at Palencia Commons | 745B US Highway 1 North Suite B102 | St. Augustine | FL | 32095 | (904) 562-6591 | 08/28/19 |
| 4429 | Hair Cuttery | 400 | 409 | Milford Crossing | 128 Medway Road Unit 7 | Milford | MA | 01757-2915 | (508) 686-0764 | 11/15/18 |
| 4454 | Hair Cuttery | 302 | 391 | The Pavilion at Durbin Park | 935 Durbin Pavilion Drive  Suite 103 | Saint Johns | FL | 32259-4139 | (386) 222-8907 | 02/10/20 |
| 4461 | Hair Cuttery | 100 | 148 | The Commons Shopping Center | 2717B N Salisbury Blvd | Salisbury | MD | 21801 | (410) 202-6876 | 01/02/20 |

EAST\174443567.4

### Disclosure Schedule 3.7

Litigation

**CREATIVE HAIRDRESSERS, INC. LIST OF PENDING LITIGATION**

| | |
|---|---|
| *McCaffery, Kathleen v. Creative Hairdressers, Inc.* USDC Eastern District of Pennsylvania (Philadelphia) Civil Case No.: 2:18-CV-05050-MMB Represented by: Gordon & Rees Amount: TBD Completion Date: TBD Subject Matter: Age Discrimination | *Benoit, Vicki v. Creative Hairdressers, Inc., et al.* USDC Middle District of Florida (Oscala) Civil Case No.: 5:19-CV-00660-JSM-PRL Represented by: Jackson Lewis, P.C. Amount: TBD Completion Date: TBD Subject Matter: Disability Discrimination |
| *OpenSpend, Inc. v. Ratner Companies, L.C.* Court Filed: District Court of Travis County, Texas Case No.: D-1-GN-19-004663 Represented by: Gordon & Rees Amount: TBD Completion Date: TBD Subject Matter: Breach of Verbal Contract | *Creative Hairdressers, Inc., et al. v. Visa, Inc., et al.* Court Filed: USDC Southern District of New York Case No.: 1:20-cv-20778 Represented by: Criden & Love, P.A. Amount: $1,000,000.00 Completion Date: TBD Subject Matter: Interchange Fee Antitrust Suit |
| *Tavella-Zirilli v. Creative Hairdressers, Inc.* Court of Common Pleas, Philadelphia County Civil Case No.: 18-0501567 Represented by: Gordon & Rees Amount: TBD Completion Date: TBD Subject Matter: Personal Injury/Insurance | *Raichle, Erik v. Creative Hairdressers, Inc.* Court Filed: Circuit Court, Pinellas County, Florida Case No.: 19-004606-CI Represented by: Wicker Smith Amount: TBD Completion Date: TBD Subject Matter: Personal Injury/Insurance |
| *Arbaiza, Michelle v. Creative Hairdressers, Inc.* Court Filed: Circuit Court, Henrico Co., Virginia Case No.: CL-19003909-00 Represented by: Franklin & Prokopik Amount: TBD Completion Date: TBD Subject Matter: Personal Injury/Insurance | *Kelbaugh, Debra v. Creative Hairdressers, Inc.* Court Filed: District Court of Md., Baltimore Co. Case No.: D-08-CV-19-022360 Represented by: Franklin & Prokopik Amount: $10,000 Completion Date: On Appeal Subject Matter: Personal Injury/Insurance |
| *Wold, Lisa v. Creative Hairdressers, Inc.* Court Filed: Circuit Court, Arlington Co., Virginia Case No.: 19-2675-00 Represented by: Franklin & Prokopik Amount: TBD Completion Date: TBD Subject Matter: Personal Injury/Insurance | *Saidi, Sima v. Creative Hairdressers, Inc.* Court Filed: Circuit Court, Fairfax Co., Virginia Case No.: CL-2019-0014904 Represented by: Franklin & Prokopik Amount: TBD Completion Date: TBD Subject Matter: Personal Injury/Insurance |
| *Smith, Ana-Lisa v. Creative Hairdressers, Inc.* Court Filed: Boston Municipal, Comm. Of Mass. Case No.: 1901 CV 002729 Represented by: Morrison & Mahoney Amount: TBD Completion Date: TBD Subject Matter: Personal Injury/Insurance | *Ballenger Creek Partners, LLC v. Creative Hairdressers, Inc.* Court Filed: District Court of Maryland, Frederick County Case No.: D-111-LT-20-001944 Represented by: N/A Amount: $14,190.26 Completion Date: TBD Subject Matter: Breach of Lease Agreement |

| | |
|---|---|
| *Brixmor Middletown Plaza Owner, LLC v. Creative Hairdressers, Inc.*<br>Court Filed: Superior Court of New Jersey, Monmouth County<br>Case No.: L-896-20<br>Represented by: N/A<br>Amount: $28,093.50<br>Completion Date: TBD<br>Subject Matter: Breach of Lease Agreement | *BC Exchange Suniland Master Tenant, LLC v. Creative Hairdressers, Inc.*<br>Court Filed: Circuit Court 11th District, Miami Dade, Florida<br>Case No.: 2020-004587-CA-01<br>Represented by: N/A<br>Amount: $Lease Balance<br>Completion Date: TBD<br>Subject Matter: Breach of Lease Agreement |
| *The Town Center at Boca Raton Trust v. Creative Hairdressers, Inc.*<br>Court Filed: County Court, Palm Beach County, Florida<br>Case No.: 50-2020-CC-002569-XXXX-SB<br>Represented by: N/A<br>Amount: $79,202.82<br>Completion Date: TBD<br>Subject Matter: Breach of Lease Agreement | *Olsen, Nicole v. Ranter Companies, L.C., et al.*<br>Court Filed: USDC, District of New Jersey,<br>Case No.: 1:20-cv-03760<br>Represented by: Litter Mendelson, P.C.<br>Amount: TBD<br>Completion Date: TBD<br>Subject Matter: FLSA Collective Action |
| *Lucius, Windy v. Ratner Companies, L.C.*<br>Court Filed: USDC, Southern District of Florida, Miami Division<br>Case No.: 1.20-cv-20822<br>Represented by: Wicker Smith<br>Amount: N/A – Injunctive Relief<br>Completion Date: TBD<br>Subject Matter: ADA App Accessibility | *McGuinness, Jessica v. Ratner Companies, L.C., et al.*<br>Court Filed: Superior Court of New Jersey, Law Division, Middlesex<br>Case No.: MID-L-1317-20<br>Represented by: Franklin & Prokopik & Connell Foley, LLP<br>Amount: TBD<br>Completion Date: TBD<br>Subject Matter: Personal Injury/Insurance |
| | |
| **EEOC/Administrative Claims** | |
| *Todd, Karen v. Creative Hairdressers, Inc.*<br>DC Office of Human Rights Commission<br>Case No.: OHR 20-35-PA | *De Leon, Blanca v. Creative Hairdressers, Inc., et al.*<br>DC Office of Human Rights<br>Case No.: OHR 16-313 P(CN)<br>EEOC 10C-2016-00284 |
| *Beverly, Sarah v. Creative Hairdressers, Inc.*<br>Virginia Division of Human Rights<br>Case No.: EEOC 438-2019-01638 | |

In addition, there is a Department of Labor investigation and two putative class action suits (one in New Jersey and one in Florida).

## Disclosure Schedule 3.8

Labor Relations

None (other than as disclosed on Disclosure Scehdule 3.7 regarding litigation).

| EEOC/Administrative Claims | |
|---|---|
| *Todd, Karen v. Creative Hairdressers, Inc.*<br>DC Office of Human Rights Commission<br>Case No.: OHR 20-35-PA | *De Leon, Blanca v. Creative Hairdressers, Inc., et al.*<br>DC Office of Human Rights<br>Case No.: OHR 16-313 P(CN)<br>EEOC 10C-2016-00284 |
| *Beverly, Sarah v. Creative Hairdressers, Inc.*<br>Virginia Division of Human Rights<br>Case No.: EEOC 438-2019-01638 | |

In addition, there is a Department of Labor investigation and two putative class action suits (one in New Jersey and one in Florida).

## Disclosure Schedule 3.9

Brokers

None.

## <u>Disclosure Schedule 3.10</u>

Taxes
(due June 15 or July 15)

**Creative Hairdressers, Inc.:**
- Form 1120S - U.S. Income Tax Return for an S Corporation
- Form CT-1120SI - Connecticut Composite Income Tax Return
- Form D-20 - District of Columbia SUB Corporation Franchise Tax Return (COMBINED)
- Form 1100S - Delaware S Corporation Reconciliation and Shareholders Information Return
- Form 200-C - Delaware Composite Income Tax Return
- Form IL-1120-ST - Illinois Small Business Corporation Replacement Tax Return
- Form IT-20S - Indiana S Corporation Income Tax Return
- Form 355S - Massachusetts S Corporation Excise Return
- Form NRCR - Massachusetts Nonresident Composite Return
- Form 510 - Maryland Pass-Through Entity Income Tax Return
- Form CD-401S - North Carolina S Corporation Tax Return
- Form BET & NH-1120 - New Hampshire Business Enterprise/Profits Tax Return
- Form CBT-100S - New Jersey Corporation Business Tax Return
- Form PA-20S - Pennsylvania S Corporation Information Return
- Form PA-40NRC - Pennsylvania Nonresident Consolidated Income Tax Return
- Form RI-1120S - Rhode Island Subchapter S Business Corporation Tax Return
- Form RI-1040C - Rhode Island Composite Income Tax Return
- Form 05-158-A/B & 05-102 - Texas Franchise Tax Report and Public Information Report
- Form 502 - Virginia Pass-Through Entity Return of Income and Nonresident Withholding Tax
- Form 5S - Wisconsin Tax-Option (S) Corporation Income Tax Return
- Form PW-1 - Wisconsin Nonresident Income Tax Withholding on Pass-Through Entity Income
- Form 1CNS - Wisconsin Composite Individual Income Tax Return for Nonresident Tax-Option (S) Corporation Shareholders
- Form SPF-100 - West Virginia S Corporation Income Tax Return

**Ratner Companies, LC:**
- Form 1065 - U.S. Return of Partnership Income
- Form 502 - Virginia Pass-Through Entity Return of Income and Nonresident Withholding Tax

## Disclosure Schedule 3.12(a)

Employee Benefit Plans

As described in the Benefits Guides provided by Buyer to Seller.

Resource Center:
- Medical / Prescription Drugs
- Dental
- Vision
- Health Advocate
- Income Protection        Basic Life Insurance
- Income Protection        Supplemental Life Insurance and AD&D
- Income Protection        Short Term Disability
- Income Protection        Long Term Disability
- Flexible Spending Account
- 401(k) Savings Plan
- ID Watchdog
- Unum Programs
- Purchasing Power Programs
- Hyatt Legal Plan
- MetLife Group Auto and Home Insurance
- Cell Phone Discount Program
- Credit Union
- Paid Time Off
- Tuition Reimbursement

Ratner Salon Professionals:
- Medical / Prescription Drugs
- Dental
- Vision
- Health Advocate
- Income Protection        Basic Life Insurance
- Income Protection        Supplemental Life Insurance and AD&D
- Income Protection        Short Term Disability
- Income Protection        Long Term Disability
- Flexible Spending Account
- 401(k) Savings Plan
- ID Watchdog
- Unum Programs
- Purchasing Power Programs
- Hyatt Legal Plan
- MetLife Group Auto and Home Insurance
- Cell Phone Discount Program
- Credit Union
- Paid Time Off
- Tuition Reimbursement

## **<u>Disclosure Schedule 3.12(c)</u>**

Knowledge of Sellers


None.

## Disclosure Schedule 3.13

### Owned Intellectual Property

## Registered Trademarks

As of 10/8/2019

| CREATIVE HAIRDRESSERS, INC. | | | APPICATION | REGISTRATION | | |
|---|---|---|---|---|---|---|
| TM/SM NAME | APP No. | STATUS | FILING DATE | DATE | REG No. | RENEWAL DATE |
| 8 DAYS A WEEK | 87195311 | REGISTERED | 10/6/2016 | 10/3/2017 | 5303204 | 10/3/2023 |
| A GOOD HAIRCUT IS A GOOD HAIRCUT | 74/235004 | REGISTERED | 12/31/1991 | 4/27/1993 | 1768280 | 5/22/2023 |
| ANCIENT SECRETS FOR MODERN HAIR | 76/548695 | REGISTERED | 9/16/2003 | 7/10/2007 | 3261469 | 7/10/2027 |
| ANCIENT SERUM | 77/814835 | REGISTERED | 8/28/2009 | 5/17/2011 | 3962548 | 5/17/2021 |
| ANCIENT VEIL | 85/553874 | REGISTERED | 2/27/2012 | 4/7/2015 | 4716752 | 4/7/2021 |
| BUBBLES (STYLIZED) | 86/413075 | REGISTERED | 10/2/2014 | 6/16/2015 | 4754928 | 6/16/2021 |
| BUBBLES | 76/401833 | REGISTERED | 4/30/2002 | 7/26/2005 | 2975066 | 7/28/2025 |
| BUBBLES (STYLIZED) | 88/517215 | PENDING | 7/16/2019 | | | |
| BUBBLES KERATIN MAX | 85/838369 | REGISTERED | 2/1/2013 | 12/23/2014 | 4660182 | 12/23/2020 |
| DESIGN: MAN AND WOMAN  "BUBBLES SALON" | 76/096748 | REGISTERED | 7/26/2000 | 4/13/2004 | 2831134 | 4/13/2024 |
| C-VIP | 85/407147 | REGISTERED | 8/25/2011 | 5/14/2013 | 4335617 | 5/14/2023 |
| CHANGE IT UP | 87/942526 | PUBLISHED | 5/31/2018 | | | |
| CHANGE YOUR HAIR AND CHANGE IN YOUR POCKET | 77/364461 | REGISTERED | 1/4/2008 | 4/28/2009 | 3613384 | 10/28/2020 |
| CIBU | 85/111316 | REGISTERED | 8/19/2010 | 9/16/2014 | 4605711 | 9/16/2020 |
| CIBU (STYLIZED) | 86413080 | REGISTERED | 10/2/2014 | 6/9/2015 | 4751413 | 6/9/2021 |
| CIBU | 76/454491 | REGISTERED | 9/24/2002 | 6/8/2004 | 2851650 | 6/8/2024 |
| CIBU ANCIENT SHIMMER SMOOTHING CREAM | 86/137075 | REGISTERED | 12/6/2013 | 12/2/2014 | 4647994 | 12/2/2020 |
| CIBU ANCIENT SMOOTHING ARGAN OIL | 86/137081 | REGISTERED | 12/6/2013 | 12/2/2014 | 4647995 | 12/2/2020 |
| CIBU ANCIENT SMOOTHING ARGAN OIL CONDITIONER | 86/137072 | REGISTERED | 12/6/2013 | 12/2/2014 | 4647993 | 12/2/2020 |
| CIBU ANCIENT SMOOTHING ARGAN OIL SHAMPOO | 86/137066 | REGISTERED | 12/6/2013 | 12/2/2014 | 4647992 | 12/2/2020 |
| CIBU ANCIENT VEIL | 85/553865 | REGISTERED | 2/27/2012 | 4/7/2015 | 4716751 | 4/7/2021 |
| CIBU DRYNAMIC BLOW DRY ACCELERATOR | 86/076826 | REGISTERED | 9/27/2013 | 6/2/2015 | 4745989 | 6/2/2021 |
| CIBU HI-YAI EXPRESS SMOOTHING SYSTEM | 85/553837 | REGISTERED | 2/27/2012 | 7/29/2014 | 4,576,309 | 7/29/2020 |
| CIBU PHO FREEZE | 85/553849 | REGISTERED | 2/27/2012 | 9/2/2014 | 4597608 | 9/2/2020 |
| CIELOBRATE | 77/489830 | REGISTERED | 6/3/2008 | 7/26/2011 | 4002767 | 7/26/2021 |
| CIELOBRATE | 77/489815 | REGISTERED | 6/3/2008 | 12/14/2010 | 3890553 | 12/14/2020 |
| COLORWORKS | 75/959802 | REGISTERED | 11/25/1999 | 2/26/2002 | 2543257 | 2/26/2022 |
| CURL MAGNET | 87/808546 | REGISTERED | 2/23/2018 | 4/16/2019 | 5729398 | 4/16/2025 |
| CUT-COLOR-CONNECT | 88/517200 | PUBLISHED | 7/16/2019 | | | |
| CUTTERY (AND DESIGN) | 75/814054 | REGISTERED | 10/4/1999 | 2/6/2001 | 2426553 | 2/6/2021 |
| EVERYTHING STARTS WITH STYLISTS | 75/553224 | REGISTERED | 9/15/1998 | 11/7/2000 | 2402601 | 11/7/2020 |
| FINISTA | 86/768516 | REGISTERED | 9/25/2015 | 6/14/2016 | 4979982 | 6/14/2022 |
| FRIZZFIX | 86/511363 | REGISTERED | 1/22/2015 | 11/22/2016 | 5087215 | 11/22/2022 |
| GEISHALICIOUS | 76/564812 | REGISTERED | 11/28/2003 | 7/26/2005 | 2977906 | 7/28/2025 |
| GEL FRIDAY | 87195303 | REGISTERED | 10/6/2016 | 1/16/2018 | 5381763 | 1/16/2024 |
| GET THE LOOK | 85/775622 | REGISTERED | 11/9/2012 | 6/10/2014 | 4546061 | 6/10/2020 |
| GREAT AMERICAN HAIRSHOW | 85/676184 | REGISTERED | 7/13/2012 | 2/24/2015 | 4692792 | 2/24/2021 |
| HAIR CUTTERY (AND DESIGN) | 74/357726 | REGISTERED | 2/10/1993 | 6/28/1994 | 1842140 | 6/28/2024 |
| HAIR CUTTERY (AND DESIGN) | 75/576872 | REGISTERED | 10/23/1998 | 9/26/2000 | 2389203 | 9/26/2020 |
| HAIR CUTTERY (standard characters) | 77/506256 | REGISTERED | 6/24/2008 | 2/24/2009 | 3579465 | 2/24/2029 |
| HAIR CUTTERY SHAMPOO BOWL | 85/584653 | REGISTERED | 3/31/2012 | 5/20/2014 | 4534068 | 5/20/2021 |
| HAIR PINS | 85/676168 | REGISTERED | 7/13/2012 | 2/17/2015 | 4689070 | 2/17/2021 |
| HAIR WARS | 85/063253 | REGISTERED | 6/15/2010 | 12/17/2013 | 4451639 | 12/17/2020 |
| HARE CUT TERRY | 74/451365 | REGISTERED | 10/21/1993 | 7/25/1995 | 1,907,706 | 7/25/2025 |
| HC Design | 77/861216 | REGISTERED | 10/30/2009 | 10/5/2010 | 3855872 | 10/5/2020 |
| HC (STYLIZED) | 88477624 | PENDING | 6/18/2019 | | | |
| HI-YA | 76/564817 | REGISTERED | 11/28/2003 | 8/9/2005 | 2983717 | 8/9/2025 |
| HI-YA! EXPRESS SMOOTHING SYSTEM | 85/553846 | REGISTERED | 2/27/2012 | 1/28/2014 (class 3) 7.15.14 class 44 | 4475645 (class 3) 4569731 (class 44) | 1/28/2020 |
| HUMANTOLOGY | 88517186 | PENDING | 7/16/2019 | | | |
| KA POW! | 86/477676 | REGISTERED | 12/11/2014 | 8/23/2016 | 5027800 | 8/23/2022 |
| KERATIN MAX | 85/838366 | REGISTERED | 2/1/2013 | 12/23/2014 | 4660181 | 12/23/2020 |
| KNOT SO KNOTTY | 86/477671 | REGISTERED | 12/11/2014 | 6/14/2016 | 4978945 | 6/14/2022 |
| LICENSED TO STYLE | 85/775644 | REGISTERED | 11/9/2012 | 2/10/2015 | 4685176 | 2/10/2021 |
| MOUSSE LEE | 76/564816 | REGISTERED | 11/28/2003 | 2/21/2006 | 3060716 | 2/21/2026 |
| ORIGUMI | 86/173179 | REGISTERED | 1/23/2014 | 9/9/2014 | 4600665 | 9/9/2020 |
| ORIGUMI CREATIVE PASTE | 76/664358 | REGISTERED | 8/9/2006 | 5/20/2008 | 3431756 | |
| ORIGUMI FIBER PASTE | 86/173172 | REGISTERED | 1/23/2014 | 9/9/2014 | 4600664 | 9/9/2020 |
| PHO FREEZE | 85/553862 | REGISTERED | 2/27/2012 | 12/24/2013 | 4455688 | 9/9/2020 |
| SALON CIBU | 88517223 | PENDING | 7/16/2019 | | | |
| SALON CIELO | 76/256531 | REGISTERED | 5/11/2001 | 6/10/2003 | 2725342 | 6/10/2023 |

E

|9

| | | | | | | |
|---|---|---|---|---|---|---|
| SALON CIELO KERATIN MAX | 85/838375 | REGISTERED | 2/1/2013 | 12/23/2014 | 4660183 | 12/23/2020 |
| SASHINI | 86/173165 | REGISTERED | 1/23/2014 | 9/9/2014 | 4600663 | 9/9/2020 |
| SASHINI THERMAL SHINE SPRAY | 86/173158 | REGISTERED | 1/23/2014 | 9/9/2014 | 4600662 | 9/9/2020 |
| SHAMPOO BOWL | 85/584648 | REGISTERED | 3/30/2012 | 5/13/2014 | 4530123 | 5/13/2021 |
| SHANG HIGH | 77/221783 | REGISTERED | 7/5/2007 | 7/28/2009 | 3661406 | 7/28/2029 |
| SHARE-A-HAIRCUT | 75/940750 | REGISTERED | 3/7/2000 | 7/9/2002 | 2592440 | 7/9/2022 |
| SLICKSTER | 87077135 | REGISTERED | 6/20/2016 | 9/12/2017 | 5287452 | 9/12/2023 |
| SMART. BOLD. BEAUTIFUL. | 87356321 | REGISTERED | 3/2/2017 | 6/25/2019 | 5788266 | 6/25/2025 |
| SMILE BACK GUARANTEE | 85/734880 | REGISTERED | 9/21/2012 | 8/5/2014 | 4580771 | 8/5/2020 |
| SO TACKY | 87456830 | REGISTERED | 5/19/2017 | 2/13/2018 | 5403448 | 2/13/2024 |
| SPRAYCATION WAVE SPRAY | 87/882356 | REGISTERED | 4/18/2018 | 4/16/2019 | 5729645 | 4/16/2025 |
| SPRING ROLL | 77/349303 | REGISTERED | 12/11/2007 | 9/8/2009 | 3680624 | 9/8/2029 |
| STICKY RICE | 76/564807 | REGISTERED | 11/28/2003 | 7/26/2005 | 2977904 | 7/6/2025 |
| STILL ON THE MONEY | 77/672517 | REGISTERED | 2/18/2009 | 11/23/2010 | 3880637 | 11/23/2020 |
| STILL PRICED TO TURN HEADS | 77/672525 | REGISTERED | 2/18/2009 | 11/23/2010 | 3880638 | 11/23/2020 |
| STILL STYLIN FOR LESS | 77/672530 | REGISTERED | 2/18/2009 | 6/8/2010 | 3800558 | 6/8/2021 |
| STILL SMART | 77/672534 | REGISTERED | 2/18/2009 | 6/8/2010 | 3800559 | 6/8/2021 |
| STILL WORTH IT | 77/672536 | REGISTERED | 2/18/2009 | 11/23/2010 | 3880639 | 11/23/2020 |
| STYLE A BEAUTIFUL LIFE | 87356307 | REGISTERED | 3/2/2017 | 6/18/2019 | 5782170 | 6/18/2025 |
| STYLE YOUR SUCCESS | 87357732 | REGISTERED | 3/3/2017 | 6/18/2019 | 5782172 | 6/18/2025 |
| STYLEPOINTS | 85/148314 | REGISTERED | 10/8/2010 | 2/7/2012 | 4096885 | 2/7/2021 |
| STYLEPOINTS | 86/008911 | REGISTERED | 7/12/2013 | 7/8/2014 | 4562674 | 7/8/2021 |
| STYLEPOINTS | 85/148322 | REGISTERED | 10/8/2010 | 9/17/2013 | 4403669 | 9/17/2020 |
| TAKE OUT | 76/564810 | REGISTERED | 11/28/2003 | 7/26/2005 | 2977905 | 7/26/2025 |
| TEXTURE ADDICT | 88207003 | PENDING | 11/27/2018 | | | |
| THE BEAUTY OF GIVING | 76/090455 | REGISTERED | 7/17/2000 | 6/11/2002 | 2579989 | 6/11/2022 |
| THE HAIR CUTTERY | 73/058377 | REGISTERED | 7/22/1975 | 7/4/1978 | 1095509 | 7/4/2028 |
| THE PEOPLE COMPANY | 85/515879 | REGISTERED | 1/13/2012 | 11/5/2013 | 4429348 | 11/5/2020 |
| THE PEOPLE COMPANY OF THE BEAUTY INDUSTRY | 85/515875 | REGISTERED | 1/13/2012 | 11/5/2013 | 4429347 | 11/5/2020 |
| THREAD CASE | 87077145 | REGISTERED | 6/20/2016 | 9/12/2017 | 5287453 | 9/12/2023 |
| UNLIMITED COMMISSIONS. UNLIMITED YOU. | 87427535 | REGISTERED | 4/27/2017 | 6/25/2019 | 5788351 | 6/25/2025 |
| WEAR NOTHING BUT BUBBLES | 76/672564 | REGISTERED | 2/18/2009 | 3/30/2010 | 3769000 | 3/31/2021 |
| WE'RE ALL ABOUT COLOR. YOURS. | 76/289050 | REGISTERED | 7/23/2001 | 1/22/2002 | 2532195 | 1/22/2021 |

| RATNER COMPANIES, L.C. | | | APPICATION | REGISTRATION | | |
|---|---|---|---|---|---|---|
| TM/SM NAME | APP No. | STATUS | FILING DATE | DATE | REG No. | RENEWAL DATE |
| PATH TO PROSPERITY | 88/155480 | PUBLISHED | 10/15/2018 | | | |
| RATNER COMPANIES STYLIZED | 76/643565 | REGISTERED | 7/25/2005 | 9/12/2006 | 3141002 | 9/12/2026 |

Creative Hairdressers, Inc.

| Country | Mark | Classes | App. Number | App. Date | Reg. Number | Reg. Date |
|---|---|---|---|---|---|---|
| United States | BUBBLES SALON and Design  | 42 | 76096748 | July 26, 2000 | 2831134 | April 13, 2004 |
| United States | CIBU WATER LILY | 3 | 85111297 | August 19, 2010 | 4272658 | January 8, 2013 |

| Maryland | THE HAIR CUTTERY | 42 | | | MD S1826 | February 20, 1987 |
| Mexico | BUBBLES | 44 | M1169912 | April 8, 2011 | 1234383 | August 22, 2011 |
| Mexico | HAIR CUTTERY | 35 | M1175482 | May 4, 2011 | 1264305 | February 1, 2012 |
| Mexico | HAIR CUTTERY | 44 | M1175480 | May 4, 2011 | 1338190 | December 13, 2012 |
| Mexico | HAIR CUTTERY | 44 | M1169919 | April 8, 2011 | 1236839 | September 6, 2011 |
| Mexico | SALON CIELO | 44 | M1169917 | April 8, 2011 | 1234384 | August 22, 2011 |

Copyright

Registered US Copyright:

| Title | Reg. No. | Reg. Date | Copyright Claimant |
|---|---|---|---|
| Colorwork Salon 2001 design | VAu000594275 | 2003-09-30 | Creative Hairdressers, Inc. |

Domain Names

| Domain Name | Registered | Expires | Registrant |
|---|---|---|---|
| www.haircuttery.com | 1997-08-11 | 2020-08-10 | Ratner Companies, LC |
| www.ratnerco.com | 1999-08-12 | 2021-08-12 | Ratner Companies, LC |
| ratnerwebstore.com | | 11/1/2019 | |

| | | | |
|---|---|---|---|
| ratnercompanies.com | | 5/27/2020 | |
| hcsalons.com | | 5/29/2020 | |
| rcproofs.com | | 6/4/2020 | |
| foryourhair.com | | 6/14/2020 | |
| wearehaircuttery.com | | 6/16/2020 | |
| colorworksalon.com | | 6/28/2020 | |
| colorworksalons.com | | 6/28/2020 | |
| bubblessalons.com | | 7/28/2020 | |
| haircuttery.org | | 7/31/2020 | |
| wearehaircuttery.net | | 8/8/2020 | |
| haircuttery.com | | 8/10/2020 | |
| cibuinternational.com | | 8/19/2020 | |
| rcinfor.com | | 9/2/2020 | |
| cibuforhair.com | | 9/14/2020 | |
| ratnerco.net | | 9/29/2020 | |
| myratner.com | | 11/5/2020 | |
| creativehairdressers.com | | 11/30/2020 | |
| ratnerhome.com | | 2/6/2021 | |
| haircutterycareers.com | | 3/7/2021 | |
| careersbyhaircuttery.com | | 3/12/2021 | |
| bubbleshairsalons.com | | 3/23/2021 | |
| bubblessalon.com | | 3/23/2021 | |
| besthairadvice.com | | 3/26/2021 | |
| haircuttery.net | | 3/28/2021 | |
| myhcaccess.com | | 3/28/2021 | |
| besthairadviceever.com | | 3/29/2021 | |
| bubblesacolorsalon.com | | 4/3/2021 | |
| bubblesthecolorsalon.com | | 4/3/2021 | |
| hcsaloncutcolorconnect.com | | 4/3/2021 | |
| agreathairday.com | | 4/3/2021 | |
| colorworkssalons.com | | 4/4/2021 | |
| saloncielo.com | | 7/20/2021 | |
| ratnerco.com | | 8/12/2021 | |
| hcsalon.com | | 11/8/2021 | |
| bubblesforhair.com | | 11/16/2021 | |
| hair-cuttery.net | | 6/3/2024 | |

Additional Owned Intellectual Property

Sellers also utilize various software subject to "shrink wrap" licenses.

Sellers own the following product formulations:

| 1 | Clarifying Shampoo | Formula # 0527224000/01 |
|---|---|---|
| 2 | Sculpting Sauce | Formula # 052724100/01 |
| 3 | Smoothing Solution | Formula # 052724210/01 |
| 4 | Shine Polish Gloss | Formula # 052724304/01 |
| 5 | Everyday Gentle Conditioner | Formula # 052724400/01 |
| 6 | Leave-In Daily Detangler | Formula # 052724500/01 |
| 7 | Sticky Rice Pomade | Formula # 052724700/01 |
| 8 | Reconstruct Conditioner | Formula # 052724800/01 |
| 9 | Foaming Volumizer | Formula # 052724900/01 |
| 10 | Everyday Gentle Shampoo | Formula # 052725000/01 |
| 11 | Volumizing Shampoo | Formula # 052725100/01 |
| 12 | Confucius Spray | Formula # 052725305 |
| 13 | Geishalicious-Color Protection Shampoo | Formula # 052725210 |

## **<u>Disclosure Schedule 3.14</u>**

Compliance with Laws

To be Supplemented.

## **Disclosure Schedule 3.16**

Related Party Transactions

**Due from Affiliates**

Ratner, a majority-owned and consolidated subsidiary, provides certain management services to affiliates owned primarily by shareholders of the Company. Under these management agreements, the Company is paid an amount, normally determined as a percentage of the affiliates' total revenues, for providing certain administrative and operational support services.

The Company and its consolidated subsidiaries may also advance amounts to affiliates for a variety of purposes. Amounts due from affiliates are generally due on demand and bear interest at 5 percent simple interest per annum.

Amounts due from these affiliates and amounts charged for these management services are as follows as of and for the fiscal years ended March 28, 2020 and September 28, 2019::

|  | As of 3/28/20 | 2018 |
|---|---|---|
| Due from (to) affiliates: | | |
| Louis Creative Hairdressers, Inc. | $ (5,025,642) | $ (4,978,568) |
| Salon Plaza, LLC | | - |
| Salon Plaza Enterprises, LLC | (204,401) | (77,866) |
| PMGW, LLC | 17,765 | 105,354 |
| Total | $ (5,212,278) | $ (4,951,080) |

|  | As of 3/28/20 | 2019 |
|---|---|---|
| Management fees charged: | | |
| Salon Plaza Enterprises, LLC | 419,711 | 847,869 |

The Company's receivables due from affiliates represent variable interests. The Company has determined that Salon Plaza Enterprises, LLC is a variable interest entity (the "Entity") because the creditors of the Entity have required personal guarantees by shareholders as collateral for the Entity's long-term borrowings. The Company has determined that it is not the primary beneficiary, as it does not have the power to direct the matters that significantly impact the economic activities of the Entity. The Company's maximum exposure to loss is the carrying value of the amounts due at any point in time as presented in the table above. Certain common shareholders historically represented their intent to repay the amounts due the Company in the event that the related party entity is unable to do so.

**Notes Receivable from Shareholders**

As of the fiscal years ended September 28, 2019 and September 29, 2018, notes due from shareholders totaled approximately $1,770,000 and $1,791,000, respectively. Amounts borrowed are proportionate to each shareholder's relative ownership interest. Interest accrues on the amounts outstanding at a rate of 0.21 percent compounded on a semi-annual basis. The outstanding balance of all notes receivable from shareholders plus all accrued but unpaid interest is due on their extended maturity date of February 28, 2022.

**Notes Payable to Shareholder**

As of March 28, 2020, Creative Hairdressers, Inc. has borrowed $3,500,000 from a controlling common shareholder of the Company. $1,000,000 was borrowed from a controlling shareholder (DRF Trust) and the remaining $2,500,000 was borrowed from ADKLDR, LLC which is owned by shareholders. The note accrues interest at 6 percent per annum and requires interest-only payments annually commencing on September 28, 2019 through the maturity date of the note on September 25, 2021. This note is subordinated to the Company's obligations under the credit facility. During the fiscal year ended September 28, 2019, $2,000,000 of the note payable to shareholder was paid. As of September 28, 2019, the outstanding balance of the note payable to shareholder is $1,000,000.  There is an additional subordinated note in favor of ADKLDR, LLC dated April 15, 2020, in the amount of $210,000 made by Creative Hairdressers, Inc.

**HQ Lease**

Ratner Companies Lease with Q-R Springhill, L.L.C. (formerly 2815 Hartland Road, L.C.)

EAST\174443567.4

# EXHIBIT B

| NO. | SALON NO. | SALON NAME | STATE | CURE AMOUNT[12] |
|---|---|---|---|---|
| 1 | 120 | HC BURKE TOWN CENTER | VA | $11,710.86* |
| 2 | 123 | HC STONEY POINT | VA | $8,640.17* |
| 3 | 136 | HC GRANT AND THE BLVD | PA | $0 |
| 4 | 137 | HC HUNTER MILL PLAZA | VA | $6,653.49 |
| 5 | 144 | HC BOND SC | PA | $18,704.61* |
| 6 | 146 | HC NORTH PLAZA MALL | MD | $0 |
| 7 | 147 | HC STAPLES MILL PLAZA | VA | $0 |
| 8 | 148 | HC ABINGTON | PA | $12,475.02* |
| 9 | 150 | HC VALLEY FORGE | PA | $10,493.08* |
| 10 | 152 | HC STONEY CREEK | PA | $12,017.49* |
| 11 | 157 | HC BROADDALE | VA | $0 |
| 12 | 172 | HC FLOURTOWN | PA | $5,980.46 |
| 13 | 174 | HC ROOSEVELT MALL | PA | $26,553.96* |
| 14 | 180 | HC DEON SQUARE | PA | $0 |
| 15 | 181 | HC LAWRENCE PARK | PA | $7,610.13 |
| 16 | 187 | HC PARK PLAZA SEVERNA | MD | $0 |
| 17 | 190 | HC FRANKFORD PLACE | PA | $7,727.73* |
| 18 | 193 | HC OAK SPRINGS | VA | $10,153.24* |
| 19 | 408 | HC SEVEN CORNERS | VA | $0 |
| 20 | 412 | HC HAMPTON PLAZA | VA | $0 |
| 21 | 419 | HC PARK 'N SHOP | VA | $0 |
| 22 | 438 | HC ELLICOTT PLAZA | MD | $0 |
| 23 | 441 | HC MARTIN PLAZA | MD | $14,327.18 |
| 24 | 442 | HC OLD KEENE MILL | VA | $6,967.10 |
| 25 | 445 | HC VAN DORN | VA | $0 |
| 26 | 452 | HC LEESBURG PIKE | VA | $0 |

[1]  In accordance with the terms of the Sale Order, the Cure Amounts set forth herein shall be paid (i) on or as soon as practicable after the Closing or (ii) on the date agreed upon by the Buyers and the counterparty to the relevant executory contract or unexpired lease, as applicable.

[2]  An asterisk (*) next to a Cure Amount indicates that such amounts are disputed or there are ongoing discussion between the Buyers and the counterparty to the relevant executory contract or unexpired lease, as applicable. To the extent that the Cure Amounts set forth herein are disputed or the subject of ongoing discussions, and a resolution is not reached between the Buyers and the counterparty to the relevant unexpired lease before June 8, 2020, the dispute will be scheduled for hearing by the Court.

| NO. | SALON NO. | SALON NAME | STATE | CURE AMOUNT[12] |
|---|---|---|---|---|
| 27 | 454 | HC OWEN BROWN VILLAGE CENTER | MD | $0 |
| 28 | 459 | HC VIENNA | VA | $0 |
| 29 | 465 | HC MERRITT MANOR SC | MD | $0 |
| 30 | 468 | HC BURKE VILLAGE | VA | $0 |
| 31 | 469 | HC CONGRESSIONAL PLAZA | MD | $18,592.99 |
| 32 | 472 | HC BASSING OFFICE | VA | $0 |
| 33 | 475 | HC GREENWAY CENTER | MD | $10,847.82 |
| 34 | 476 | HC FULLTERTON PLAZA | MD | $16,123.24 |
| 35 | 481 | HC EXPO SQUARE | MD | $0 |
| 36 | 482 | HC BELTWAY PLAZA | MD | $18,432.11 |
| 37 | 494 | HC LEESBURG PLAZA | VA | $5,793.76 |
| 38 | 499 | HC PICKETT | VA | $13,652.54 |
| 39 | 601 | HC COMMERCIAL BOULEVARD SC | FL | $0 |
| 40 | 605 | HC COCONUT CREEK | FL | $9,099.76* |
| 41 | 1013 | HC BRADLEE | VA | $25,168.94* |
| 42 | 1045 | HC TOWNMALL OF WESTMINSTER | MD | $0 |
| 43 | 1087 | HC JANAF | VA | $0 |
| 44 | 1088 | HC KEMPS RIVER CROSSING | VA | $0 |
| 45 | 1097 | HC SNYDER PLAZA | PA | $15,742.75* |
| 46 | 1171 | HC FREDERICK SC | MD | $24,355.76* |
| 47 | 1184 | HC CENTRE POINT | PA | $0 |
| 48 | 1186 | HC COLLEGE SQUARE | DE | $16,714.17* |
| 49 | 1205 | HC CROSS KEYS PLACE | PA | $0 |
| 50 | 1217 | HC WOODFORD SQUARE | VA | $0 |
| 51 | 1223 | HC SPOTSYLVANIA CROSSING SC | VA | $0 |
| 52 | 1228 | HC DOUBLE TREE | NJ | $0 |
| 53 | 1238 | HC KINGSTOWNE CENTER | VA | $0 |
| 54 | 1249 | HC PORT RICHMOND | PA | $14,833.86* |
| 55 | 1250 | HC WESTPARK CENTER | VA | $8,896.74* |
| 56 | 1251 | HC BARRACKS ROAD | VA | $10,838.99 |
| 57 | 1253 | HC SPOTTSWOOD VALLEY SQUARE | VA | $0 |
| 58 | 1284 | HC ASPEN HILL SC | MD | $0 |

| NO. | SALON NO. | SALON NAME | STATE | CURE AMOUNT[12] |
|---|---|---|---|---|
| 59 | 1285 | HC CONSTANT FRIENDSHIP SC | MD | $0 |
| 60 | 1287 | HC COLONIAL PALMS | FL | $14,951.50* |
| 61 | 1302 | HC YORK RIVER CROSSING | VA | $2,254.33 |
| 62 | 1312 | HC OAK HILL | FL | $6,747.63* |
| 63 | 1313 | HC WHITELAND | PA | $0 |
| 64 | 1333 | HC ARDMORE WEST SC | PA | $21,092.24* |
| 65 | 1337 | HC LARCHMONT | NJ | $10,968.95* |
| 66 | 1341 | HC CASSELBERRY COLLECTION | FL | $0 |
| 67 | 1345 | HC CROSS KEYS CENTER | NJ | $15,535.96* |
| 68 | 1352 | HC VILLAGE CENTER SULLY STA | VA | $0 |
| 69 | 1359 | HC GOVERNOR'S SQUARE | DE | $9,825.00* |
| 70 | 1367 | HC GAITWAY PLAZA | FL | $8,760.68* |
| 71 | 1369 | HC WEST TOWNE CORNERS | FL | $16,067.22* |
| 72 | 1387 | HC MAPLEDALE PLAZA | VA | $0 |
| 73 | 1389 | HC HARLEYSVILLE | PA | $8,336.48* |
| 74 | 1394 | HC MARKETPLACE HUNTINGDON | PA | $0 |
| 75 | 1395 | HC SOUDERTON SQUARE | PA | $0 |
| 76 | 1405 | HC WEST VOLUSIA | FL | $7,390.90* |
| 77 | 1406 | HC NEW SMYRNA BEACH | FL | $6,885.24* |
| 78 | 1407 | HC ST JOHNS PLAZA | FL | $4,331.17* |
| 79 | 1421 | HC OPITZ CROSSING | VA | $0 |
| 80 | 1460 | HC SHOPS AT THE GLEN | VA | $12,534.21 |
| 81 | 1492 | HC GOVERNOR PLAZA | MD | $4,245.78 |
| 82 | 1509 | HC PRICE'S CORNER | DE | $0 |
| 83 | 1540 | HC BAY SHORE MALL | NJ | $7,244.31* |
| 84 | 1542 | HC RAYMOUR & FLANIGAN PLAZA | NJ | $16,313.63* |
| 85 | 1593 | HC DOMINION SQUARE | VA | $0 |
| 86 | 1634 | HC COURT AT DEPTFORD | NJ | $8,189.02* |
| 87 | 1636 | HC SHOPPES AT EASTON | MD | $11,922.63 |
| 88 | 1663 | HC COLONNADE AT UNION MILL | VA | $0 |
| 89 | 1706 | HC HADDON SHOPS | NJ | $0 |
| 90 | 1716 | HC KENTLANDS SQUARE | MD | $0 |
| 91 | 1740 | HC MAPLEWOOD PLAZA | FL | $13,540.37 |

| NO. | SALON NO. | SALON NAME | STATE | CURE AMOUNT[12] |
|---|---|---|---|---|
| 92 | 1750 | HC GARDEN SQ CENTER | FL | $10,259.82 |
| 93 | 1758 | HC ANDORRA SC | PA | $13,802.51 |
| 94 | 1762 | HC RIO GRANDE PLAZA | NJ | $11,491.95* |
| 95 | 1789 | HC ENCHANTED FOREST | MD | $17,387.88 |
| 96 | 1803 | HC ABERDEEN MARKETPLACE | MD | $10,233.00* |
| 97 | 1805 | HC SHOPS AT WINDSOR GREEN | NJ | $25,181.79* |
| 98 | 1827 | HC TYSONS SQUARE | VA | $9,135.95* |
| 99 | 1828 | HC BETHESDA AVENUE | MD | $12,060.32 |
| 100 | 1830 | HC NORTHGATE SC | FL | $9,258.69* |
| 101 | 1842 | HC HARBOUR POINTE VILLAGE | VA | $0 |
| 102 | 1850 | HC FRANKLIN FARM VILLAGE | VA | $0 |
| 103 | 1866 | HC BERLIN CIRCLE PLAZA | NJ | $0 |
| 104 | 1870 | HC FAIR LAKES CENTER | VA | $0 |
| 105 | 1873 | HC CASCADES MARKETPLACE | VA | $0 |
| 106 | 1875 | HC NORTH PENN MARKETPLACE | PA | $9,570.33* |
| 107 | 1876 | HC CROSSWAY CENTER | VA | $0 |
| 108 | 1879 | HC CUMBERLAND CROSSING | NJ | $0 |
| 109 | 1884 | HC CORAL RIDGE PLAZA | FL | $8,234.15* |
| 110 | 1900 | HC HORSHAM POINT SC | PA | $11,071.62 |
| 111 | 1902 | HC LEE CENTER | VA | $0 |
| 112 | 1909 | HC TUSCAWILLA BEND | FL | $0 |
| 113 | 1910 | HC OAKWOOD PLAZA | FL | $12,644.31 |
| 114 | 1916 | HC WEKIVA PLAZA | FL | $4,675.18* |
| 115 | 1919 | HC NEWTOWN SQUARE | PA | $10,075.34 |
| 116 | 1924 | HC BUTLER PLAZA | FL | $13,151.74* |
| 117 | 1930 | HC HOMESTEAD TOWNE SQUARE | FL | $8,697.44 |
| 118 | 1941 | HC WESTPORT SQUARE | FL | $9,616.86* |
| 119 | 1962 | HC ELLISBURG CIRCLE | NJ | $5,194.13 |
| 120 | 1963 | HC JEFFERSON CROSSING | WV | $14,431.70* |
| 121 | 1964 | HC PERKASIE SQUARE | PA | $9,675.75* |
| 122 | 1969 | HC ASHBURN VILLAGE | VA | $0 |
| 123 | 1977 | HC WHITMAN PLAZA | PA | $13,870.89* |

| NO. | SALON NO. | SALON NAME | STATE | CURE AMOUNT[12] |
|---|---|---|---|---|
| 124 | 1979 | HC EDGEWATER COMMONS | FL | $6,559.52* |
| 125 | 1980 | HC LANGHORNE SQUARE | PA | $4,764.69 |
| 126 | 1985 | HC KENDALL LAKES MALL | FL | $11,226.54 |
| 127 | 1991 | HC LARKINS CORNER SC | PA | $10,928.94* |
| 128 | 1992 | HC BOULEVARD CENTER | PA | $0 |
| 129 | 1998 | HC HAMMONTON SQUARE | NJ | $0 |
| 130 | 2002 | HC GREEN OAK SC | IL | $6,476.78* |
| 131 | 2003 | HC GOLF CENTER | IL | $7,519.06* |
| 132 | 2030 | HC SCHAUMBURG PLAZA | IL | $11,474.64* |
| 133 | 2039 | HC RANDALL PLAZA | IL | $0 |
| 134 | 2045 | HC FAIRFAX TOWN CENTER | VA | $18,772.97* |
| 135 | 2055 | HC HOLIDAY PLAZA | IL | $0 |
| 136 | 2057 | HC SHORT PUMP CROSSING SC | VA | $0 |
| 137 | 2058 | HC MONTICELLO MARKETPLACE | VA | $0 |
| 138 | 2065 | HC HAMILTON PLAZA | NJ | $17,760.28* |
| 139 | 2069 | HC WILLA SPRINGS | FL | $7,521.57* |
| 140 | 2070 | HC GREAT NECK VILLAGE | VA | $0 |
| 141 | 2075 | HC BROADVIEW VILLAGE SQUARE | IL | $11,616.99* |
| 142 | 2082 | HC WEST GOSHEN SC | PA | $0 |
| 143 | 2084 | HC WOODLAND SC | FL | $8,596.68* |
| 144 | 2085 | HC INDIAVISTA SC | FL | $8,520.00* |
| 145 | 2086 | HC PLANTATION GROVE | FL | $14,109.68* |
| 146 | 2104 | HC WELLEBY CENTER | FL | $0 |
| 147 | 2124 | HC HAGERSTOWN COMMONS | MD | $0 |
| 148 | 2133 | HC WEST GRANADA CENTER | FL | $8,713.47* |
| 149 | 2148 | HC MAPLELAWN VILLAGE CENTER | PA | $0 |
| 150 | 2152 | HC SHADOWOOD SQUARE | FL | $15,676.86* |
| 151 | 2178 | HC KENSINGTON TRIANGLE | MD | $11,754.42* |
| 152 | 2186 | HC MCHENRY GROUNDS | IL | $0 |

| NO. | SALON NO. | SALON NAME | STATE | CURE AMOUNT[12] |
|---|---|---|---|---|
| 153 | 2189 | HC OLD ST AUGUSTINE | FL | $11,866.89 |
| 154 | 2191 | HC VIZCAYA SQUARE | FL | $0 |
| 155 | 2199 | HC SHOPPES AT LIONVILLE STA | PA | $0 |
| 156 | 2202 | HC LOGAN SQUARE | PA | $0 |
| 157 | 2204 | HC TOWN SQUARE | NJ | $0 |
| 158 | 2206 | HC HILLCREST SC | IL | $6,466.00* |
| 159 | 2209 | HC WRANGLEBORO CONSUMER SQ | NJ | $11,195.49* |
| 160 | 2211 | HC MARKET SQUARE | DE | $0 |
| 161 | 2217 | HC FLEMING ISLAND SC | FL | $7,746.00* |
| 162 | 2252 | HC FASHION SQUARE SC | NJ | $10,410.78 |
| 163 | 2254 | HC MARKETPLACE CHEWS LANDING | NJ | $0 |
| 164 | 2268 | HC LOEHMANN'S PLAZA AT THALIA | VA | $0 |
| 165 | 2289 | BUBBLES SPECTRUM RESTON | VA | $0 |
| 166 | 2329 | HC CROSSROADS PLAZA | PA | $0 |
| 167 | 2330 | HC OXFORD OAKS SC | PA | $22,312.01* |
| 168 | 2337 | HC COLONIAL MARKET CENTER | FL | $0 |
| 169 | 2343 | HC LAKE MONTCLAIR CENTER | VA | $0 |
| 170 | 2350 | HC WATER TOWER PLAZA | IL | $5,866.45* |
| 171 | 2353 | HC CARY COURT | VA | $0 |
| 172 | 2368 | HC COBBLESTONE CROSSING | FL | $10,387.59* |
| 173 | 2376 | HC CHIMNEY LAKES VILLAGE | FL | $0 |
| 174 | 2385 | HC HIGHLAND GROVE CENTER | IN | $15,568.11* |
| 175 | 2396 | HC CHURCHILL SQUARE | FL | $10,457.25* |
| So | 2404 | HC THREE MEADOWS PLAZA | FL | $0 |
| 177 | 2406 | HC TINLEY PARK COMMONS | IL | $5,434.54* |
| 178 | 2410 | HC EDGMONT SQUARE | PA | $9,300.78* |
| 179 | 2416 | HC STATLER SQUARE | VA | $9,267.88* |
| 180 | 2419 | HC SAWGRASS SQUARE | FL | $7,796.26* |
| 181 | 2430 | HC COQUINA PLAZA | FL | $13,249.83* |

| NO. | SALON NO. | SALON NAME | STATE | CURE AMOUNT[12] |
|---|---|---|---|---|
| 182 | 2437 | HC BIG ELK MALL | MD | $0 |
| 183 | 2445 | HC MILL POND VILLAGE | NJ | $9,420.56 |
| 184 | 2447 | HC PEACOCK CENTER | MD | $0 |
| 185 | 2455 | HC KINGSBROOK CROSSING | MD | $0 |
| 186 | 2460 | HC PUBLIX LAKE FOREST | FL | $5,699.76* |
| 187 | 2461 | HC SUNCREST VILLAGE | FL | $9,181.65* |
| 188 | 2465 | HC RIVER HILL VILLAGE CENTER | MD | $19,081.38 |
| 189 | 2478 | HC NELSON PLAZA | IL | $0 |
| 190 | 2481 | HC WINSTON PARK SC | FL | $0 |
| 191 | 2482 | HC PUBLIX PLAZA | FL | $6,562.54* |
| 192 | 2491 | HC RIVERSIDE SC | MD | $10,201.23* |
| 193 | 2498 | HC LEE HARRISON SC | VA | $14,189.02* |
| 194 | 2503 | HC PRAIRIE POINT SC | IL | $0 |
| 195 | 2507 | HC NORTH RIVERSIDE SC | IL | $10,715.67* |
| 196 | 2509 | HC CENTENNIAL PLAZA | IL | $0 |
| 197 | 2513 | HC VIRGINIA GATEWAY | VA | $16,555.06* |
| 198 | 2531 | HC VILLAGE AT GAP | PA | $0 |
| 199 | 2535 | HC POTOMAC YARD CENTER | VA | $22,480.77 |
| 200 | 2545 | HC SHOPPES AT WINDMILL PLACE | IL | $5,771.58* |
| 201 | 2553 | HC NEWTOWN SHOPPING CENTER | PA | $10,571.75* |
| 202 | 2560 | HC DADELAND STATION | FL | $13,609.15 |
| 203 | 2564 | HC SPRING HOUSE VILLAGE | PA | $12,226.62* |
| 204 | 2608 | HC HARTFORD PLAZA | NJ | $14,316.68* |
| 205 | 2612 | HC LAKE MARY VILLAGE SC | FL | $9,127.01* |
| 207 | 2683 | HC WOODSTOCK RETAIL CENTER | IL | $12,451.31* |
| 208 | 2685 | HC ELMHURST CROSSING | IL | $13,182.63* |
| 209 | 2692 | HC HOME DEPOT PLAZA | PA | $0 |
| 210 | 2696 | HC PUBLIX DORAL ISLES | FL | $8,253.96* |
| 211 | 2728 | HC LIGHTHOUSE PLAZA | DE | $10,014.82* |
| 212 | 2734 | HC BEACON CENTER | VA | $0 |
| 213 | 2756 | HC BROOKSIDE PLAZA | IL | $0 |
| 214 | 2766 | HC DUNES PLAZA | IN | $0 |

| NO. | SALON NO. | SALON NAME | STATE | CURE AMOUNT[12] |
|---|---|---|---|---|
| 215 | 2767 | HC SCHERERVILLE PLAZA | IN | $9,600.00* |
| 216 | 2772 | HC EAST LINCOLNWAY | IL | $4,935.00* |
| 217 | 2775 | HC KROGER CENTER | IL | $7,367.76* |
| 218 | 2785 | HC SANGAMON CENTER NORTH | IL | $130.12* |
| 219 | 2790 | HC MARKETPLACE AT NICKERSON | VA | $8,840.65* |
| 220 | 2792 | HC SHOPS AT TOWN CENTER | MD | $20,115.6* |
| 221 | 2810 | HC PORTAGE CROSSINGS | IN | $0 |
| 222 | 2815 | HC STONEBROOK PLAZA | IL | $9,879.90* |
| 223 | 2818 | HC POST COMMONS | FL | $9,399.72* |
| 224 | 2832 | HC REEDY BRANCH COMMONS | FL | $5,941.26* |
| 225 | 2835 | HC WINDOVER SQUARE | FL | $10,599.22* |
| 226 | 2846 | HC DEERFIELD TOWN SQUARE | FL | $9,997.52* |
| 227 | 2848 | HC APPLE BLOSSOM CORNERS | VA | $11,086.51* |
| 228 | 2849 | HC VILLAGE CROSSING | IL | $8,882.12* |
| 229 | 2853 | HC KING FARM VILLAGE CENTER | MD | $11,367.61* |
| 230 | 2854 | HC FIRST COLONY CENTER | MD | $14,487.63* |
| 231 | 2856 | HC RED MILL COMMONS | VA | $9,487.54 |
| 232 | 2865 | HC WOOD GROVE FESTIVAL | IL | $1,808.00 |
| 233 | 2870 | HC JULINGTON VILLAGE SC | FL | $9,129.12* |
| 234 | 2871 | HC LAKE SHORE PLAZA | MD | $11,779.92* |
| 235 | 2902 | HC RYDER CROSSING | NJ | $0 |
| 236 | 2903 | HC SUMMERFIELD SHOPPING CENTER | NJ | $0 |
| 237 | 2917 | HC ROLLING CROSSING | IL | $0 |
| 238 | 2924 | HC GIANT MARKETPLACE | PA | $0 |
| 239 | 2925 | HC PUBLIX KINGS RIDGE | FL | $7,037.94* |
| 240 | 2931 | HC HARBOUR VIEW STATION EAST | VA | $5,578.04* |
| 241 | 2937 | HC HOLLAND WINDSOR CROSSING | VA | $0 |

| NO. | SALON NO. | SALON NAME | STATE | CURE AMOUNT[12] |
|---|---|---|---|---|
| 242 | 2950 | HC PLANTATION TOWN SQ | FL | $10,363.83* |
| 243 | 2962 | HC VILLAGE AT WAUGH CHAPEL | MD | $0 |
| 244 | 2969 | HC HANOVER CROSSING | PA | $0 |
| 245 | 2976 | HC SHOPPES AT STONEY CREEK | IL | $0 |
| 246 | 2981 | HC BAYSIDE LAKES | FL | $0 |
| 247 | 2983 | HC RANDHURST CROSSING | IL | $0 |
| 248 | 2988 | HC POQUOSON COMMONS | VA | $10,446.55* |
| 249 | 2990 | HC SHOPPES OF PALM BAY | FL | $9,413.69* |
| 250 | 2991 | HC SUNTREE SQUARE | FL | $0 |
| 251 | 2992 | HC INDIAN RIVER | FL | $0 |
| 252 | 2995 | HC SHOPPES AT ST LUCIE WEST | FL | $15,173.84* |
| 253 | 2997 | HC SHOPPES JONATHANS LANDING | FL | $10,334.70* |
| 254 | 2998 | HC VALPARAISO MKTPL | IN | $9,473.97* |
| 255 | 3058 | HC PRAIRIE MEADOWS SHOP CENTER | IL | $0 |
| 256 | 3081 | HC BELLE TERRE CROSSING | FL | $10,765.56* |
| 257 | 3088 | HC KROGER PLAZA STREATOR | IL | $0 |
| 258 | 3092 | HC PLAZA DEL PARAISO | FL | $7,388.32* |
| 259 | 3098 | HC PRIMA VISTA CROSSING | FL | $5,972.54* |
| 260 | 3104 | HC LEBANON VALLEY MALL | PA | $0 |
| 261 | 3112 | HC SHOPS OF ORLAND PARK | IL | $0 |
| 262 | 3115 | HC HAMILTON MARKETPLACE | NJ | $18,196.96* |
| 263 | 3120 | HC SHOPS AT ST JOHN | IN | $0 |
| 264 | 3122 | HC LAPORTE PLAZA | IN | $7,226.71* |
| 265 | 3125 | HC CARLISLE COMMERCE CENTER | PA | $0 |
| 266 | 3126 | HC EAST PENN CENTER | PA | $0 |
| 267 | 3129 | HC SHREWSBURY | PA | $11,624.18 |

| NO. | SALON NO. | SALON NAME | STATE | CURE AMOUNT[12] |
|---|---|---|---|---|
| 268 | 3144 | HC LYNNHAVEN SQUARE | VA | $0 |
| 269 | 3145 | HC RIO HILL SC | VA | $8,643.96* |
| 270 | 3156 | HC PINE GROVE PLAZA | NJ | $0 |
| 271 | 3160 | HC CHAMPIONS GATE | FL | $12,069.14* |
| 272 | 3164 | HC ST ANDREWS CENTER | FL | $6,121.02* |
| 273 | 3166 | HC COLLEGE PARK NBD | FL | $11,149.02* |
| 274 | 3177 | HC FALLSGROVE VILLAGE | MD | $0 |
| 275 | 3179 | HC HIALEAH MERCADO SC | FL | $0 |
| 276 | 3188 | HC BERKSHIRE PLACE | IL | $0 |
| 277 | 3189 | HC DYER TOWNE CENTER | IN | $8,159.28* |
| 278 | 3190 | BUBBLES ANNAPOLIS HARBOR | MD | $0 |
| 279 | 3197 | HC SHOPS AT MONOCACY | MD | $17,311.80 |
| 280 | 3216 | HC WEST POINT COMMONS | FL | $9,180.66* |
| 281 | 3217 | HC COBBLESTONE VILLAGE | FL | $16,493.61* |
| 282 | 3227 | HC STAFFORD MARKETPLACE | VA | $13,531.05 |
| 283 | 3240 | HC SUGAR GROVE | IL | $0 |
| 284 | 3243 | HC UNIVERSITY CROSSING | IN | $6,997.40* |
| 285 | 3254 | BUBBLES FAIRFAX CORNER | VA | $0 |
| 286 | 3256 | HC RIVANNA RIDGE | VA | $0 |
| 287 | 3258 | HC PLAZA ALEGRE | FL | $13,496.72* |
| 288 | 3265 | HC AVENTURA TOWN PLAZA | FL | $0 |
| 289 | 3271 | HC PRAIRIE CROSSING | IL | $14,369.81* |
| 290 | 3290 | HC SPRING HILL MEADOWS SC | IL | $0 |
| 291 | 3291 | HC PLAZA AT BUFFALO GROVE | IL | $9,527.02* |
| 292 | 3296 | HC CENTERTON SQUARE | NJ | $11,182.56* |
| 293 | 3303 | HC DUNKIRK GATEWAY | MD | $0 |
| 294 | 3323 | HC COLUMBIA PALACE PLACE | MD | $0 |

| NO. | SALON NO. | SALON NAME | STATE | CURE AMOUNT[12] |
|---|---|---|---|---|
| 295 | 3329 | HC LOCKPORT JEWEL OSCO SC | IL | $0 |
| 296 | 3340 | HC BALDWIN PARK VILLAGE CENTER | FL | $0 |
| 297 | 3341 | HC ST JOHNS TOWN CENTER | FL | $0 |
| 298 | 3346 | HC DUVAL STATION | FL | $8,233.38* |
| 299 | 3353 | HC VALLEY SQ AT BUCKS COUNTY | PA | $8,657.44* |
| 300 | 3364 | HC ST CLOUD COMMONS | FL | $0 |
| 301 | 3365 | HC COBBLESTONE VILLAGE | FL | $17,855.76* |
| 302 | 3366 | BUBBLES VIRGINIA GATEWAY | VA | $16,840.35* |
| 303 | 3370 | HC WALDORF MARKETPLACE | MD | $0 |
| 304 | 3386 | HC TOWN & COUNTRY MARKETPL | VA | $0 |
| 305 | 3387 | HC DOMINION VALLEY MRKT SQ | VA | $0 |
| 306 | 3388 | HC SOUTH RIDING MKT | VA | $0 |
| 307 | 3391 | HC FORTUNA VILLAGE | VA | $0 |
| 308 | 3394 | HC MILLVILLE TOWN CENTER | DE | $10,149.99* |
| 309 | 3395 | HC HOLLYMEAD TOWN CENTER | VA | $17,495.78* |
| 310 | 3397 | HC POTOMAC MARKETPLACE | WV | $0 |
| 311 | 3399 | BUBBLES HOLLYMEAD TWN CNTR | VA | $16,973.34* |
| 312 | 3403 | HC CORNERSTONE AT SUMMERPORT | FL | $15,548.61* |
| 313 | 3407 | HC MUNSTER PLAZA | IN | $9,871.61* |
| 314 | 3408 | HC LEVITTOWN TOWN CENTER | PA | $14,293.59* |
| 315 | 3417 | HC WHITING COMMONS | NJ | $0 |
| 316 | 3420 | HC VERANDA FALLS | FL | $0 |
| 317 | 3430 | HC LUSBY CENTER | MD | $0 |
| 318 | 3431 | HC SAYREBROOK TOWNE CENTER | NJ | $0 |
| 319 | 3432 | HC CARLL'S CORNER | NJ | $0 |
| 320 | 3433 | HC COYNER PARK | VA | $6,557.64* |

| NO. | SALON NO. | SALON NAME | STATE | CURE AMOUNT[12] |
|---|---|---|---|---|
| 321 | 3437 | HC REGENCY SQUARE | IL | $0 |
| 322 | 3438 | HC GARDEN STATE PARK | NJ | $22,463.61* |
| 323 | 3440 | BUBBLES DULLES 28 CENTRE | VA | $0 |
| 324 | 3441 | HC DULLES 28 CENTRE | VA | $15,411.27* |
| 325 | 3443 | HC VILLAGES @ URBANA | MD | $24,509.79 |
| 326 | 3445 | HC LAKESIDE VILLAGE | FL | $0 |
| 327 | 3449 | HC GERRY CENTENNIAL PLAZA | IL | $0 |
| 328 | 3457 | HC SHOPS AT TANGLEWOOD | NC | $11,176.46* |
| 329 | 3460 | HC ASPEN POINTE | IL | $0 |
| 330 | 3463 | HC ARUNDEL VILLAGE | MD | $0 |
| 331 | 3467 | HC ROOSEVELT HIGHLAND | IL | $0 |
| 332 | 3469 | HC RIVER CITY MARKETPLACE | FL | $10,681.14* |
| 333 | 3484 | HC COCONUT POINT TC | FL | $0 |
| 334 | 3487 | HC CORSICA SQUARE | FL | $12,879.52 |
| 335 | 3492 | HC NORTH AURORA | IL | $0 |
| 336 | 3496 | HC SHOPPES AT SOUTHPOINT | VA | $0 |
| 337 | 3500 | HC PUBLIX AT NORMANDY CROSSING | FL | $0 |
| 338 | 3501 | HC ERSKINE VILLAGE | IN | $0 |
| 339 | 3502 | HC MILLSIDE PLAZA | NJ | $16,933.10* |
| 340 | 3505 | HC PARAISO PARC | FL | $0 |
| 341 | 3508 | HC SHOPPES AT NORTH CAPE | FL | $8,827.68* |
| 342 | 3515 | BUBBLES FT. EVANS PLACE II | VA | $0 |
| 343 | 3520 | HC AMELIA CONCOURSE | FL | $0 |
| 344 | 3521 | HC PAVILION AT LANSDALE | PA | $0 |
| 345 | 3523 | HC HAMPSTEAD MARKETPLACE | MD | $0 |
| 346 | 3526 | HC GRAND HUNT CENTER | IL | $11,012.27 |
| 347 | 3528 | HC FOUNTAINS WEST | FL | $0 |
| 348 | 3534 | HC DELRAY CROSSING | FL | $9,412.50* |
| 349 | 3535 | HC LANTANA PLAZA | FL | $0 |
| 350 | 3537 | HC WESTWARD PLAZA | FL | $0 |

| NO. | SALON NO. | SALON NAME | STATE | CURE AMOUNT[12] |
|---|---|---|---|---|
| 351 | 3539 | HC NORTHLAKE VILLAGE | FL | $0 |
| 352 | 3540 | HC COVE CENTER | FL | $5,041.32* |
| 353 | 3543 | HC MARTIN DOWNS TOWN CENTER | FL | $19,785.78* |
| 354 | 3546 | HC RIVERGATE PLAZA | FL | $7,817.89* |
| 355 | 3548 | HC 12TH STREET PLAZA | FL | $12,425.66* |
| 356 | 3550 | HC PUBLIX AT INDIAN RIVER | FL | $0 |
| 357 | 3554 | HC WEST VOLUSIA TOWNE CENTER | FL | $0 |
| 358 | 3560 | HC YORK TOWN CENTER | PA | $0 |
| 359 | 3561 | HC HIGH POINTE COMMONS | PA | $13,612.54* |
| 360 | 3571 | HC SILVER SPRING SQUARE | PA | $0 |
| 361 | 3575 | HC AIRPORT SQUARE | PA | $8,319.44 * |
| 362 | 3580 | HC LIMERICK CROSSING SC | PA | $0 |
| 363 | 3627 | HC TOWN CENTER @ PALM COAST | FL | $8,433.37 |
| 364 | 3635 | HC SCHWIND CROSSING | IL | $0 |
| 365 | 3637 | HC GLIDDEN CROSSING | IL | $11,946.00* |
| 366 | 3648 | HC ELBURN CROSSING | IL | $0 |
| 367 | 3650 | HC SUMMIT MALL | IL | $0 |
| 368 | 3653 | HC TARPON SPRINGS PLAZA | FL | $0 |
| 369 | 3676 | HC PABLO CREEK EAST | FL | $17,000.98* |
| 370 | 3683 | HC OASIS PLAZA | FL | $0 |
| 371 | 3689 | HC CROSSROADS MARKETPLACE | FL | $13,157.61* |
| 372 | 3694 | HC PROMENADE SHOPS AT SAUCON | PA | $0 |
| 373 | 3696 | HC SHOPS AT SURFSIDE | FL | $6,790.30 |
| 374 | 3702 | HC WINTER GARDEN-FOWLER GROVES | FL | $17,431.17* |
| 375 | 3704 | HC SPRING MILLS TOWNE CENTER | WV | $0 |
| 376 | 3708 | HC ROSE PLAZA | IL | $13,899.40* |
| 377 | 3716 | HC CONCORDVILLE TOWN CENTER | PA | $0 |
| 378 | 3721 | HC ST CHARLES PLAZA | FL | $9,838.94* |

| NO. | SALON NO. | SALON NAME | STATE | CURE AMOUNT[12] |
|---|---|---|---|---|
| 379 | 3723 | HC CROOKED RUN SHOPPING CTR | VA | $0 |
| 380 | 3727 | HC OAKLEAF TOWN CENTER | FL | $13,799.04* |
| 381 | 3728 | HC WESTCHESTER COMMONS | VA | $0 |
| 382 | 3729 | HC OVATION | FL | $10,913.36* |
| 383 | 3731 | HC CULPEPPER COLONNADE | VA | $0 |
| 384 | 3735 | HC SHOPPES AT CINNAMINSON | NJ | $16,670.42* |
| 385 | 3736 | HC SHOPPES AT HAGERSTOWN | MD | $0 |
| 386 | 3740 | HC CANYON TOWN CENTER | FL | $0 |
| 387 | 3743 | HC SHOPS OF ROMEOVILLE | IL | $0 |
| 388 | 3746 | HC BEACON HILL SC | IN | $0 |
| 389 | 3756 | HC PLAZA AT ISLAND PASS | FL | $0 |
| 390 | 3770 | HC RUTHERFORD CROSSING | VA | $0 |
| 391 | 3773 | HC KING GEORGE GATEWAY | VA | $0 |
| 392 | 3775 | HC FORUM CENTER | FL | $9,702.65* |
| 393 | 3779 | HC BEACH VILLAGE SC | FL | $5,559.62* |
| 394 | 3781 | HC KENDALL MARKETPLACE | IL | $10,720.50* |
| 395 | 3787 | HC FREDERICKTOWNE CROSSING | VA | $0 |
| 396 | 3799 | HC BRENNEMANN FARM | VA | $0 |
| 397 | 3800 | HC THE COMMONS | WV | $14,501.56* |
| 398 | 3805 | HC DOUGLAS TOWN CENTER | PA | $3,130.00 |
| 399 | 3808 | BUBBLES @ WAUGH CHAPEL SOUTH | MD | $0 |
| 400 | 3810 | BUBBLES STONEBRIDGE @ POTOMAC | VA | $0 |
| 401 | 3813 | HC GATEWAY MARKET CENTER | VA | $9,353.64* |
| 402 | 3821 | HC CANOPY OAKS CENTER | FL | $6,618.64* |
| 403 | 3822 | HC BULL RUN PLAZA | VA | $0 |

| NO. | SALON NO. | SALON NAME | STATE | CURE AMOUNT[12] |
|---|---|---|---|---|
| 404 | 3824 | HC SHOPPES AT MURABELLA | FL | $7,446.49* |
| 405 | 3829 | HC PARKVILLE SHOPPING CENTER | MD | $10,760.09 |
| 406 | 3832 | HC BLUE RIDGE SC | VA | $7,008.92* |
| 407 | 3834 | HC BURTONSVILLE TOWN CENTER | MD | $0 |
| 408 | 3836 | HC NOCATEE TOWN CENTER | FL | $11,854.74 |
| 409 | 3842 | HC SPRING CREEK SHOPPING CENTE | VA | $0 |
| 410 | 3850 | HC GRIFFITH COURT PLAZA | IN | $0 |
| 411 | 3852 | HC INDIAN BOUNDARY RD | IN | $0 |
| 412 | 3858 | HC MAPLE LAWN | MD | $13,962.71* |
| 413 | 3864 | HC PURCELLVILLE GATEWAY | VA | $0 |
| 414 | 3866 | HC HUNT CLUB CORNERS | FL | $0 |
| 415 | 3871 | HC TIMONIUM SQUARE | MD | $18,104.22 |
| 416 | 3873 | HC WILLINGBORO TOWN CENTER | NJ | $0 |
| 417 | 3886 | HC SHOPPES AT BARTRAM PARK | FL | $8,535.74 |
| 418 | 3894 | HC FAIR HILL CENTER | MD | $0 |
| 419 | 3896 | HC GATEWAY HANOVER | PA | $10,745.17* |
| 420 | 3897 | HC HOLLIEANNA SHOPPING CENTER | FL | $5,932.50* |
| 421 | 3899 | HC COLONIAL CROSSING | FL | $5,985.22* |
| 422 | 3904 | HC BAEDERWOOD SHOPPES | PA | $0 |
| 423 | 3910 | HC MARKETPLACE AT NESHAMINY | PA | $0 |
| 424 | 3911 | HC HUNT VALLEY TOWN CENTER | MD | $0 |
| 425 | 3914 | HC SHOPS AT SENECA MEADOWS | MD | $0 |
| 426 | 3915 | BUBBLES SHOPS AT SENECA MEADOW | MD | $0 |
| 427 | 3918 | HC QUEENSGATE TOWNE CENTER | PA | $0 |
| 428 | 3928 | HC COCOPLUM VILLAGE SHOPS | FL | $13,044.16* |

| NO. | SALON NO. | SALON NAME | STATE | CURE AMOUNT[12] |
|---|---|---|---|---|
| 429 | 3942 | HC MULBERRY GROVE PLAZA | FL | $10,978.68* |
| 430 | 3943 | HC PARKVIEW COMMONS | FL | $7,599.26* |
| 431 | 3951 | HC PENROSE SQUARE | VA | $0 |
| 432 | 3955 | HC CHAPEL HILL SC | NJ | $0 |
| 433 | 3961 | HC UNIVERSITY TOWN CENTER | FL | $15,888.99* |
| 434 | 3962 | HC PUBLIX AT BISCAYNE | FL | $19,654.80* |
| 435 | 3963 | HC WESTCHASE SHOPPING CTR | FL | $10,514.66 |
| 436 | 3968 | HC LOCKWOOD COMMONS | FL | $14,534.18* |
| 437 | 3969 | HC VALLEY GATE SHOPPING CENTER | PA | $8,021.92* |
| 438 | 3970 | HC MACDADE MALL | PA | $12,712.50* |
| 439 | 3974 | HC DANOR PLAZA | VA | $19,954.08* |
| 440 | 3975 | BUBBLES - SHOPPES OF OLNEY | MD | $0 |
| 441 | 3981 | HC LAKE NONA PLAZA | FL | $13,282.43* |
| 442 | 3993 | HC RIVER CLUB PLAZA | FL | $0 |
| 443 | 3996 | HC INDIAN HARBOUR PLACE | FL | $9,146.09* |
| 444 | 4014 | HC WESTONLAKES PLAZA | FL | $21,195.77* |
| 445 | 4081 | HC FOUNTAINEBLEAU SQUARE | FL | $15,897.40* |
| 446 | 4089 | HC LANCASTER SHOPPING CENTER | PA | $5,962.55 |
| 447 | 4094 | HC LARGO MALL SC | FL | $0 |
| 448 | 4095 | HC BAY POINT PLAZA | FL | $7,853.40* |
| 449 | 4100 | HC STONEYBROOK HILLS VILLAGE | FL | $6,395.76* |
| 450 | 4102 | HC COSNER'S CORNER | VA | $0 |
| 451 | 4103 | BUBBLES HOME DEPOT SQUARE | MD | $0 |
| 452 | 4109 | HC PUBLIX AT FISHHAWK RANCH | FL | $8,287.81* |
| 453 | 4112 | HC PUBLIX AT STEEPLECHASE | FL | $10,800.74* |
| 454 | 4116 | HC HASTINGS MARKETPLACE | VA | $17,660.89* |

| NO. | SALON NO. | SALON NAME | STATE | CURE AMOUNT[12] |
|---|---|---|---|---|
| 455 | 4124 | HC CROSS KEYS LANDING | NJ | $0 |
| 456 | 4133 | HC RITZ CENTER | NJ | $0 |
| 457 | 4136 | HC CHESAPEAKE SQUARE PLACE | VA | $0 |
| 458 | 4149 | HC MARKET SQUARE RETAIL CNTR | MD | $0 |
| 459 | 4155 | HC FOUNDRY ROW | MD | $0 |
| 460 | 4162 | HC VIERA SHOPS | FL | $14,562.21* |
| 461 | 4163 | HC SHOPPES AT BROOKHAVEN | PA | $3,145.00 |
| 462 | 4164 | HC WISHING WELL PLAZA | NJ | $0 |
| 463 | 4167 | HC SUFFOLK MAIN STREET SHOPPES | VA | $0 |
| 464 | 4170 | HC FIFTH STREET STATION | VA | $0 |
| 465 | 4172 | HC SOUTHGATE SQUARE | VA | $3,881.25 |
| 466 | 4181 | HC HARBOUR VILLAGE | FL | $13,212.89* |
| 467 | 4182 | HC ANNAPOLIS CENTER PLAZA | MD | $13,047.00* |
| 468 | 4187 | HC HERITAGE MARKETPLACE | VA | $0 |
| 469 | 4200 | HC MARKETPLACE @ TECH CENTER | VA | $15,802.86* |
| 470 | 4203 | BUBBLES ANNAPOLIS PLAZA CENTER | MD | $19,779.81* |
| 471 | 4204 | HC SHOPPES AT REYNOLDS CROSSIN | VA | $0 |
| 472 | 4205 | HC PINELLAS PLAZA | FL | $11,148.51* |
| 473 | 4228 | HC LAUREL TOWN CENTER | MD | $0 |
| 474 | 4233 | HC ELDERSBURG COMMONS | MD | $0 |
| 475 | 4237 | HC HAMILTON CROSSING | PA | $22,447.34* |
| 476 | 4243 | HC GRAND TRAVERSE PLAZA | FL | $5,944.22* |
| 477 | 4256 | HC TOWER SHOPS | FL | $0 |
| 478 | 4259 | HC SHOPPES AT TRINITY LAKE | FL | $0 |
| 479 | 4262 | HC GHENT STATION SC | VA | $0 |
| 480 | 4276 | HC RIVERDALE PARK STATION | MD | $3,695.42 |

| NO. | SALON NO. | SALON NAME | STATE | CURE AMOUNT[12] |
|---|---|---|---|---|
| 481 | 4277 | HC BROOKLAWN SHOPPING CENTER | NJ | $10,826.15* |
| 482 | 4283 | HC KING OF PRUSSIA TOWN CENTER | PA | $0 |
| 483 | 4286 | HC PEMBROKE CROSSING | FL | $0 |
| 484 | 4288 | HC SHOPPES AT WESTOWN | DE | $18,445.00* |
| 485 | 4292 | HC FIRST MERRITT CENTER | FL | $13,873.05* |
| 486 | 4294 | HC RIVERCREST COMMONS | FL | $12,534.31* |
| 487 | 4302 | HC EDINBURGH NORTH SC | VA | $12,552.00* |
| 488 | 4306 | HC MAGATHY GATEWAY | MD | $18,828.35* |
| 489 | 4309 | HC NOTTINGHAM COMMONS | MD | $0 |
| 490 | 4312 | HC DUNLAWTON SQUARE | FL | $9,242.03* |
| 491 | 4315 | HC SEMINOLE CITY CENTER | FL | $10,394.36* |
| 492 | 4319 | HC CENTRE SQUARE COMMONS | PA | $0 |
| 493 | 4322 | BUBBLES - THE METROPOLITAN | MD | $0 |
| 494 | 4325 | HC CROSSPOINT SC | MD | $14,076.96* |
| 495 | 4327 | HC WAYNESBORO TOWN CENTER | VA | $0 |
| 496 | 4353 | HC LITTLE CREEK MARKETPLACE | VA | $0 |
| 497 | 4357 | HC CHRISTIANA FASHION CENTER | DE | $11,468.55 |
| 498 | 4370 | HC WEST MELBOURNE | FL | $8,776.42* |
| 499 | 4374 | HC TOLLGATE MARKETPLACE | MD | $0 |
| 500 | 4377 | HC NUCKOLS PLACE | VA | $0 |
| 501 | 4384 | HC BRUNSWICK CROSSING | MD | $13,334.35 |
| 502 | 4390 | HC SHOPS AT SEMINARY | IL | $0 |
| 503 | 4397 | HC FEASTERVILLE CENTER | PA | $15,133.47* |
| 504 | 4399 | HC SUNRISE PLAZA | FL | $10,486.04* |
| 505 | 4401 | HC SKY WALK | FL | $8,432.58* |

| NO. | SALON NO. | SALON NAME | STATE | CURE AMOUNT[12] |
|---|---|---|---|---|
| 506 | 4411 | HC CHAMBERSBURG SQUARE | PA | $0 |
| 507 | 4412 | HC NAPERVILLE PLAZA | IL | $8,528.82* |
| 508 | 4415 | HC BRANDY CREEK COMMONS | VA | $3,529.24 |
| 509 | 4449 | LATITUDE LANDINGS | | $0 |
| 510 | 4454 | PAVILION AT DURBIN PARK | FL | $19,919.15* |
| 511 | 4461 | HC THE COMMONS | MD | $7,814.00* |