IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| **CREATIVE HAIRDRESSERS, INC.,** *et al.*[1]**,** | * | Case Nos. 20-14583, 20-14584-TJC |
| | * | (Jointly Administered) |
| Debtors. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEBTORS' LINE FILING DEPOSITION TRANSCRIPTS IN SUPPORT OF THE MOTION TO COMPEL HC SALON HOLDINGS, INC. TO COMPLY WITH THE TRANSITION SERVICES AGREEMENT [ECF NO. 785] AND HEARING**

Creative Hairdressers Inc. and Ratner Companies, L.C., debtors and debtors in possession (the "Debtors"), by and through their undersigned counsel, hereby file deposition transcripts[2] in support of their Motion to Compel HC Salon Holdings, Inc. To Comply With the Transition Services Agreement (the "Motion to Compel") [Dec. 14, 2020; ECF No. 785] and in connection with the hearing thereon scheduled for February 2, 2021 [Notice, ECF No. 811]. The deposition transcripts that are attached hereto, are the following:

1. Deposition Transcript of Elizabeth Ann Hodges-Friehoefer dated January 6, 2021, see Exhibit A;

2. Deposition Transcript of Lester D. Mardiks, Corporate Designee of Debtors, dated January 19, 2021, see Exhibit B;

3. Deposition Transcript of Rodger Jacobson, Corporate Designee of Debtors, dated January 19, 2020, see Exhibit C;

---

[1] The Debtors in these chapter 11 cases are: (i) Creative Hairdressers, Inc. and (ii) Ratner Companies, L.C.

[2] Debtors' hearing exhibits and designations will be filed separately prior to the hearing.

4. Deposition Transcript of Seth Gittlitz, Corporate Designee of HC Salon Holdings, Inc., dated January 22, 2021; see <u>Exhibit D</u>[3]; and

5. Deposition Transcript of Christopher Conover, Corporate Designee of HC Salon Holdings, Inc., dated January 22, 2021; see <u>Exhibit E</u>.

Dated: January 30, 2021

/s/ *Joel I. Sher*
Joel I. Sher, Bar No. 00719
Richard M. Goldberg, Bar No. 07994
Daniel J. Zeller, Bar No. 28107
Anastasia L. McCusker, Bar No. 29533
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4277
Fax: 410-539-7611
Email: jis@shapirosher.com
　　　　rmg@shapirosher.com
　　　　djz@shapirosher.com
　　　　alm@shapirosher.com

*Counsel for Debtors and Debtors in Possession*

---

[3] Certain portions of the transcript of Mr. Gittlitz have been designated as "Confidential" and are being separately provided to the Court for *in camera* review.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January, 2021, a copy of the *foregoing* was served on the parties listed below by electronic mail:

Richard A. Chesley, Esquire
DLA Piper LLP (US)
444 West Lake Street
Chicago, IL 60606-0089
richard.chesley@us.dlapiper.com

Jamila Justine Willis, Esquire
DLA Piper LLP (US)
1221 Avenue of the Americas
New York, New York
jamila.willis@us.dlapiper.com

C. Kevin Kobbe, Esquire
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
kevin.kobbe@us.dlapiper.com

*Counsel for HC Salon Holdings, Inc.*

Jeanette Rice, Assistant United States Trustee
Lynn A. Kohen, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

Keith Costa, Esquire
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714

*Counsel to Official Committee of Unsecured Creditors*

I HEREBY FURTHER CERTIFY that on the 30th day of January, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the *foregoing* will be served electronically by the Court's CM/ECF system on the following:

- **Aaron Solomon Applebaum**   aaron.applebaum@saul.com, catherine.santangelo@saul.com
- **GWYNNE L BOOTH**   GLB@GDLLAW.COM
- **Steven M Berman**   sberman@shumaker.com
- **Alan Betten**   abetten@sagallaw.com
- **Peter D Blumberg**   heather.williams@fedex.com
- **Joshua D. Bradley**   jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
- **Jodie E. Buchman**   jbuchman@silvermanthompson.com, efiling@silvermanthompson.com
- **Donald F. Campbell**   dcampbell@ghclaw.com
- **Katie Lane Chaverri**   kchaverri@tlclawfirm.com, dtayman@tlclawfirm.com
- **Maria Ellena Chavez-Ruark**   maria.ruark@saul.com
- **Kevin Davis**   kdavis@capdale.com
- **Monique Bair DiSabatino**   monique.disabatino@saul.com, robyn.warren@saul.com
- **Alan D. Eisler**   aeisler@e-hlegal.com, mcghamilton@gmail.com
- **John T. Farnum**   jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com
- **William Henry Fisher**   hank@cccoateslaw.com
- **Jeremy S. Friedberg**   jeremy@friedberg.legal, ecf@friedberg.legal
- **Stanford G. Gann**   sgannjr@levingann.com
- **Alan M. Grochal**   agrochal@tydingslaw.com, mfink@tydingslaw.com;jmurphy@tydingslaw.com
- **William L. Hallam**   WHallam@rosenbergmartin.com, kmartin@rosenbergmartin.com
- **Robert Hanley**   rhanley@rmmr.com
- **Catherine Harrington**   charrington@bregmanlaw.com
- **Jessica Hepburn-Sadler**   sadlerjh@ballardspahr.com, andersonn@ballardspahr.com
- **James M. Hoffman**   jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Patricia B. Jefferson**   pjefferson@milesstockbridge.com
- **Ira T Kasdan**   kdwbankruptcydepartment@kelleydrye.com; MVicinanza@ecf.inforuptcy.com
- **Lawrence A. Katz**   lkatz@hirschlerlaw.com, lrodriguez@hirschlerlaw.com
- **Patrick J. Kearney**   pkearney@sgrwlaw.com, jnam@sgrwlaw.com
- **Nicole C. Kenworthy**   bdept@mrrlaw.net
- **C. Kevin Kobbe**   kevin.kobbe@dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- **Lynn A. Kohen**   lynn.a.kohen@usdoj.gov
- **Leonidas Koutsouftikis**   lkouts@magruderpc.com, mcook@magruderpc.com
- **Joyce A. Kuhns**   jkuhns@offitkurman.com
- **Jeffrey Kurtzman**   kurtzman@kurtzmansteady.com
- **Robert L. LeHane**   KDWBankruptcyDepartment@kelleydrye.com

4

- **Stephen E. Leach**  sleach@hirschlerlaw.com, ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com;plaura@hf-law.com
- **Richard Edwin Lear**  richard.lear@hklaw.com, kimi.odonnell@hklaw.com
- **Steven N. Leitess**  sleitess@mdattorney.com, efiling@silvermanthompson.com
- **Michael J. Lichtenstein**  mjl@shulmanrogers.com, tlockwood@shulmanrogers.com
- **Marissa K Lilja**  mlilja@tydingslaw.com, edondero@tydingslaw.com
- **Keith M. Lusby**  klusby@gebsmith.com
- **Kimberly A. Manuelides**  kmanuelides@sagallaw.com
- **Michelle McGeogh**  mcgeoghm@ballardspahr.com, stammerk@ballardspahr.com; cromartie@ballardspahr.com; bktdocketeast@ballardspahr.com
- **Stephen A. Metz**  smetz@offitkurman.com, mmargulies@offitkurman.com
- **Brittany Mitchell Michael**  brittany.michael@stinson.com, jess.rehbein@stinson.com,jayme.masek@stinson.com
- **Pierce C Murphy**  pmurphy@mdattorney.com, rscaffidi@silvermanthompson.com;e_file@mdattorney.com
- **Michael Stephen Myers**  michaelsmyerslaw@gmail.com
- **Kevin M. Newman**  knewman@barclaydamon.com, kmnbk@barclaydamon.com
- **Tracey Michelle Ohm**  tracey.ohm@stinson.com, porsche.barnes@stinson.com
- **Jeffrey M. Orenstein**  jorenstein@wolawgroup.com
- **Leo Wesley Ottey**  otteyjr@gmail.com
- **Jeffrey Rhodes**  jrhodes@blankrome.com, kbryan@blankrome.com
- **L. Jeanette Rice**  Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Bradshaw Rost**  brost@tspclaw.com
- **Michael Schlepp**  mschlepp@s-d.com
- **Joel I. Sher**  jis@shapirosher.com, ejd@shapirosher.com
- **J. Breckenridge Smith**  jsmith@foxrothschild.com
- **David Sommer**  dsommer@gejlaw.com, ceyler@gejlaw.com;gomara@gejlaw.com
- **Aryeh E. Stein**  astein@meridianlawfirm.com, aryehsteinecf@gmail.com;steinar93219@notify.bestcase.com
- **Ashley Elizabeth Strandjord**  astrandjord@chasenboscolo.com
- **Matthew S. Sturtz**  matt.sturtz@nelsonmullins.com, gary.freedman@nelsonmullins.com
- **Matthew G. Summers**  summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;mcgeoghm@ballardspahr.com;ambroses@ballardspahr.com;buhrmank@ballardspahr.com;roglenl@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com
- **Lisa Bittle Tancredi**  ltancredi@gebsmith.com
- **Jonathan Harold Todt**  jonathan.todt@faegredrinker.com
- **US Trustee - Greenbelt**  USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**  mac@mbvesq.com, lisa@mbvesq.com
- **Irving Edward Walker**  iwalker@coleschotz.com, jdonaghy@coleschotz.com;pratkowiak@coleschotz.com
- **Mitchell Bruce Weitzman**  , statum@jackscamp.com;iluaces@jackscamp.com

5

- **Craig B. Young**  craig.young@kutakrock.com, jeremy.williams@kutakrock.com;lynda.wood@kutakrock.com;david.fox@kutakrock.com;pamela.germas@kutakrock.com

>
> */s/ Joel I. Sher*
> Joel I. Sher