IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| **CREATIVE HAIRDRESSERS, INC.,** *et al.*[1], | * | Case Nos. 20-14583, 20-14584-TJC |
| | * | (Jointly Administered) |
| Debtors. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEBTORS' EXHIBIT LIST IN SUPPORT OF THE
MOTION TO COMPEL HC SALON HOLDINGS, INC. TO COMPLY WITH THE
TRANSITION SERVICES AGREEMENT [ECF NO. 785] AND HEARING**

Creative Hairdressers Inc. and Ratner Companies, L.C., debtors and debtors in possession (the "Debtors"), by and through their undersigned counsel, hereby submit a list of exhibits in support of their Motion to Compel HC Salon Holdings, Inc. To Comply With the Transition Services Agreement (the "Motion to Compel") [Dec. 14, 2020; ECF No. 785] and in connection with the hearing scheduled for February 2, 2021 [Notice, ECF No. 811].

Dated: February 1, 2021

/s/ *Joel I. Sher*
Joel I. Sher, Bar No. 00719
Richard M. Goldberg, Bar No. 07994
Daniel J. Zeller, Bar No. 28107
Anastasia L. McCusker, Bar No. 29533
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4277
Fax: 410-539-7611
Email: jis@shapirosher.com
rmg@shapirosher.com
djz@shapirosher.com
alm@shapirosher.com

*Counsel for Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases are: (i) Creative Hairdressers, Inc. ("CHI") and (ii) Ratner Companies, L.C. ("RC").

# EXHIBIT LIST

| Debtors Ex. No. | Marked Deposition Ex. | Description | Admitted/ Introduced | Objections |
|---|---|---|---|---|
| 1 | Gittlitz Ex. 32 | Tacit Salon Holdings DE SOS | | |
| 2 | Gittlitz Ex. 33 | HC Salon Holdings DE SOS | | |
| 3 | Gittlitz Ex. 34 | $675K Wire Transfer Confirm (4-23-2020) | | |
| 4 | Mardiks Ex. 21 | Sale Motion and APA [Dkt. No. 22] | | |
| 5 | | Email from J. Sher to R. Chesley re: Hair Cuttery Amendment to Forbearance Agreement (4-23-2020) | | |
| 6 | Mardiks Ex. 25 | Email from R. Chesley to J. Sher re: Global Settlement Term Sheet with attachment (5-17-2020) | | |
| 7 | Mardiks Ex. 26 | Email from K. Costa to R. Chesley/J. Sher re: Global Settlement Term Sheet with attachments (5-21-2020) | | |
| 8 | Mardiks Ex. 16 | Sale Order [Dkt. No. 465] | | |
| 9 | | Email from J. Sher to R. Chesley and C. Hart re: TSA with 2 attachments (6-3-2020) | | |
| 10 | Mardiks Ex. 17 | Transition Services Agreement; attached to Motion to Approve TSA [Ex. A, Dkt. No. 484-1] | | |
| 11 | Hodges Ex. 2 | Email from Hodges to Lemieux re: Updated Cure Chart (May 26, 2020) | | |
| 12 | Jacobson Ex. 29 | RC Employee Report (as of 4-6-2020) | | |
| 13 | Mardiks Ex. 27 | DIP Budgets [Filed with Court] | | |
| 14 | Mardiks Ex. 18 | Termination Letter dated 7-14-2020 | | |
| 15 | Mardiks Ex. 20 | Email from J. Sher to HC/Debtors re: Summary of Call Wind Down Systems dated 8-31-2020 | | |
| 16 | Conover Ex. 43 | TSA-OTH Tracking dated 8-18-2020 | | |
| 17 | Conover Ex. 44 | Email from Conover to Sher re TSA Expense Reconciliation dated 7-29-2020 | | |
| 18 | Conover Ex. 45 | SSGS Monthly Fee Statement (May 2020) | | |
| 19 | Conover Ex. 46 | $260k Wire Transfer Confirm (8-6-2020) | | |

| Debtors Ex. No. | Marked Deposition Ex. | Description | Admitted/ Introduced | Objections |
|---|---|---|---|---|
| 20 | Conover Ex. 47 | Email from Sher to Conover with SSGS 3rd (June) and 4th (July) Fee Statements (9-8-2020) | | |
| 21 | Mardiks Ex. 24 | Wire Confirm $242k (9-28-2020) | | |
| 22 | | Email from I. Claybrook to R. Jacobson, et al re: TSA Reconciliation 7/24/2020 with attachment (7-24-2020) | | |
| 23 | | Email from V. Ninova to J. Sher re: DIP-TSA-OTH Tracking with attachments (9-18-2020) | | |
| 24 | | Email from C. Conover to R. Jacobson re: DIP Reconciliation with 2 attachments (9-24-2020) | | |
| 25 | | Email from C. Conover to J. Sher re: DIP Reconciliation (9-25-2020) | | |
| 26 | | Email from C. Conover to J. Sher re: DIP Reconciliation with attachment (9-28-2020) | | |
| 27 | | Email from I. Claybrook to L. Mardiks re: Request to transfer to close M&T operating account (9-18-2020) | | |
| 28 | Hodges Ex. 8 | Email from Hodges to Lusk re: WIP Press Release (6-4-2020) | | |
| 29 | Hodges Ex. 5 | Stanton Invoice No. 13147 ($30,000.00) | | |
| 30 | Hodges Ex. 6 | Stanton Invoice No. 13104 ($1,630.00) | | |
| 31 | Hodges Ex. 3A | Salesforce Invoice No. 16768007 | | |
| 32 | Hodges Ex. 3B | Salesforce Invoice No. 16381751 | | |
| 33 | Hodges Ex. 3C | Salesforce Invoice No. 16262238 | | |
| 34 | Hodges Ex. 3D | Salesforce Invoice No. 16974308 | | |
| 35 | Hodges Ex. 4 | Salesforce Proof of Claim No. 615 | | |
| 36 | Mardiks Ex. 15 | Motion to Compel TSA [Dkt. No. 785] | | |
| 37 | Gittlitz Ex. 38 | HC Salon Objection to Motion to Compel TSA [Dkt. No. 798] | | |
| 38 | Jacobson Ex. 30 | Operations Inc. Statement of Work dated 11-23-2020 | | |
| 39 | Mardiks Ex. 19 | Revised Budget dated 1-18-2021 | | |
| 40 | Mardiks Ex. 23 | Reconciliation dated 1-18-2021 | | |
| 41 | | CHI MOR (Apr./May 2020) [Dkt. No. 632] | | |

| Debtors Ex. No. | Marked Deposition Ex. | Description | Admitted/ Introduced | Objections |
|---|---|---|---|---|
| 42 |  | CHI MOR (June 2020) [Dkt. No. 678] |  |  |
| 43 |  | CHI MOR_Amended (July 2020) [Dkt. No. 780] |  |  |
| 44 | Mardiks Ex. 22 | CHI MOR_Amended (August 2020) |  |  |
| 45 |  | CHI MOR (Sept. 2020) [Dkt. No. 814] |  |  |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of February, 2021, a copy of the *foregoing* was served on the parties listed below by electronic mail:

Richard A. Chesley, Esquire
DLA Piper LLP (US)
444 West Lake Street
Chicago, IL 60606-0089
richard.chesley@us.dlapiper.com

Jamila Justine Willis, Esquire
DLA Piper LLP (US)
1221 Avenue of the Americas
New York, New York
jamila.willis@us.dlapiper.com

C. Kevin Kobbe, Esquire
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
kevin.kobbe@us.dlapiper.com

*Counsel for HC Salon Holdings, Inc.*

Jeanette Rice**,** Assistant United States Trustee
Lynn A. Kohen, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

Keith Costa, Esquire
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714

*Counsel to Official Committee of Unsecured Creditors*

I HEREBY FURTHER CERTIFY that on the 1st day of February, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the *foregoing* will be served electronically by the Court's CM/ECF system on the following:

- **Aaron Solomon Applebaum**   aaron.applebaum@saul.com, catherine.santangelo@saul.com
- **GWYNNE L BOOTH**   GLB@GDLLAW.COM
- **Steven M Berman**   sberman@shumaker.com
- **Alan Betten**   abetten@sagallaw.com
- **Peter D Blumberg**   heather.williams@fedex.com
- **Joshua D. Bradley**   jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
- **Jodie E. Buchman**   jbuchman@silvermanthompson.com, efiling@silvermanthompson.com
- **Donald F. Campbell**   dcampbell@ghclaw.com
- **Katie Lane Chaverri**   kchaverri@tlclawfirm.com, dtayman@tlclawfirm.com
- **Maria Ellena Chavez-Ruark**   maria.ruark@saul.com
- **Kevin Davis**   kdavis@capdale.com
- **Monique Bair DiSabatino**   monique.disabatino@saul.com, robyn.warren@saul.com
- **Alan D. Eisler**   aeisler@e-hlegal.com, mcghamilton@gmail.com
- **John T. Farnum**   jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com
- **William Henry Fisher**   hank@cccoateslaw.com
- **Jeremy S. Friedberg**   jeremy@friedberg.legal, ecf@friedberg.legal
- **Stanford G. Gann**   sgannjr@levingann.com
- **Alan M. Grochal**   agrochal@tydingslaw.com, mfink@tydingslaw.com;jmurphy@tydingslaw.com
- **William L. Hallam**   WHallam@rosenbergmartin.com, kmartin@rosenbergmartin.com
- **Robert Hanley**   rhanley@rmmr.com
- **Catherine Harrington**   charrington@bregmanlaw.com
- **Jessica Hepburn-Sadler**   sadlerjh@ballardspahr.com, andersonn@ballardspahr.com
- **James M. Hoffman**   jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Patricia B. Jefferson**   pjefferson@milesstockbridge.com
- **Ira T Kasdan**   kdwbankruptcydepartment@kelleydrye.com; MVicinanza@ecf.inforuptcy.com
- **Lawrence A. Katz**   lkatz@hirschlerlaw.com, lrodriguez@hirschlerlaw.com
- **Patrick J. Kearney**   pkearney@sgrwlaw.com, jnam@sgrwlaw.com
- **Nicole C. Kenworthy**   bdept@mrrlaw.net
- **C. Kevin Kobbe**   kevin.kobbe@dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- **Lynn A. Kohen**   lynn.a.kohen@usdoj.gov
- **Leonidas Koutsouftikis**   lkouts@magruderpc.com, mcook@magruderpc.com
- **Joyce A. Kuhns**   jkuhns@offitkurman.com
- **Jeffrey Kurtzman**   kurtzman@kurtzmansteady.com
- **Robert L. LeHane**   KDWBankruptcyDepartment@kelleydrye.com

- **Stephen E. Leach**   sleach@hirschlerlaw.com, ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com;plaura@hf-law.com
- **Richard Edwin Lear**   richard.lear@hklaw.com, kimi.odonnell@hklaw.com
- **Steven N. Leitess**   sleitess@mdattorney.com, efiling@silvermanthompson.com
- **Michael J. Lichtenstein**   mjl@shulmanrogers.com, tlockwood@shulmanrogers.com
- **Marissa K Lilja**   mlilja@tydingslaw.com, edondero@tydingslaw.com
- **Keith M. Lusby**   klusby@gebsmith.com
- **Kimberly A. Manuelides**   kmanuelides@sagallaw.com
- **Michelle McGeogh**   mcgeoghm@ballardspahr.com, stammerk@ballardspahr.com; cromartie@ballardspahr.com; bktdocketeast@ballardspahr.com
- **Stephen A. Metz**   smetz@offitkurman.com, mmargulies@offitkurman.com
- **Brittany Mitchell Michael**   brittany.michael@stinson.com, jess.rehbein@stinson.com,jayme.masek@stinson.com
- **Pierce C Murphy**   pmurphy@mdattorney.com, rscaffidi@silvermanthompson.com;e_file@mdattorney.com
- **Michael Stephen Myers**   michaelsmyerslaw@gmail.com
- **Kevin M. Newman**   knewman@barclaydamon.com, kmnbk@barclaydamon.com
- **Tracey Michelle Ohm**   tracey.ohm@stinson.com, porsche.barnes@stinson.com
- **Jeffrey M. Orenstein**   jorenstein@wolawgroup.com
- **Leo Wesley Ottey**   otteyjr@gmail.com
- **Jeffrey Rhodes**   jrhodes@blankrome.com, kbryan@blankrome.com
- **L. Jeanette Rice**   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Bradshaw Rost**   brost@tspclaw.com
- **Michael Schlepp**   mschlepp@s-d.com
- **Joel I. Sher**   jis@shapirosher.com, ejd@shapirosher.com
- **J. Breckenridge Smith**   jsmith@foxrothschild.com
- **David Sommer**   dsommer@gejlaw.com, ceyler@gejlaw.com;gomara@gejlaw.com
- **Aryeh E. Stein**   astein@meridianlawfirm.com, aryehsteinecf@gmail.com;steinar93219@notify.bestcase.com
- **Ashley Elizabeth Strandjord**   astrandjord@chasenboscolo.com
- **Matthew S. Sturtz**   matt.sturtz@nelsonmullins.com, gary.freedman@nelsonmullins.com
- **Matthew G. Summers**   summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;mcgeoghm@ballardspahr.com;ambroses@ballardspahr.com;buhrmank@ballardspahr.com;roglenl@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com
- **Lisa Bittle Tancredi**   ltancredi@gebsmith.com
- **Jonathan Harold Todt**   jonathan.todt@faegredrinker.com
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com
- **Irving Edward Walker**   iwalker@coleschotz.com, jdonaghy@coleschotz.com;pratkowiak@coleschotz.com
- **Mitchell Bruce Weitzman**   , statum@jackscamp.com;iluaces@jackscamp.com

- **Craig B. Young** craig.young@kutakrock.com, jeremy.williams@kutakrock.com;lynda.wood@kutakrock.com;david.fox@kutakrock.com;pamela.germas@kutakrock.com

        */s/ Joel I. Sher*
        Joel I. Sher