IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| **CREATIVE HAIRDRESSERS, INC.,** *et al.*[1], | * | Case Nos. 20-14583, 20-14584-TJC |
| | * | (Jointly Administered) |
| Debtors. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEBTORS' DEPOSITION DESIGNATIONS IN SUPPORT OF THE
MOTION TO COMPEL HC SALON HOLDINGS, INC. TO COMPLY WITH THE
TRANSITION SERVICES AGREEMENT [ECF NO. 785] AND HEARING**

Creative Hairdressers Inc. and Ratner Companies, L.C., debtors and debtors in possession (the "Debtors"), by and through their undersigned counsel, hereby submit a list of deposition designations[2] in support of their Motion to Compel HC Salon Holdings, Inc. To Comply With the Transition Services Agreement (the "Motion to Compel") [Dec. 14, 2020; ECF No. 785] and in connection with the hearing scheduled for February 2, 2021 [Notice, ECF No. 811].

---

[1] The Debtors in these chapter 11 cases are: (i) Creative Hairdressers, Inc. and (ii) Ratner Companies, L.C.

[2] Debtors' hearing exhibits will be filed separately prior to the hearing.

Dated: February 1, 2021 /s/ *Joel I. Sher*
Joel I. Sher, Bar No. 00719
Richard M. Goldberg, Bar No. 07994
Daniel J. Zeller, Bar No. 28107
Anastasia L. McCusker, Bar No. 29533
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4277
Fax: 410-539-7611
Email: jis@shapirosher.com
rmg@shapirosher.com
djz@shapirosher.com
alm@shapirosher.com

*Counsel for Debtors and Debtors in Possession*

# CREATIVE HAIRDRESSERS, INC.'S DEPOSITION DESIGNATIONS

## Transcript of Elizabeth Ann Hodges-Friehoefer
[dated January 6, 2021]

8:12-15
11:17-12:11
13:19-15:10
15:17-16:6
18:12-19:20
20:5-21:4
23:22-25:15
26:6-27:12
28:4-16
29:3-6
29:10-22
30:5-15
31:5-6
31:19-22
33:3-35:3
36:7-38:1
41:11-18
43:14-44:15
44:18-45:11
45:14-46:22
47:6-16
48:1-13
48:21-22
49:15-50:21
51:8-19
52:6-54:5
54:15-16
54:22-55:2
55:9-16
55:21-56:1
56:6-18
57:5-20
58:4-9
59:3-20
61:4-20
85:16-22

## Transcript of Chris Conover, Corporate Designee of HC Salon Holdings, Inc.
[dated January 22, 2021]

6:17-20
8:22-10:7
11:7-20
12:1-7
12:12-22
13:9-13
14:15-15:22
16:8-11
16:20-21
17:5-14
18:1-10
18:19-19:12
20:1-22:5
22:14-24:8
24:15-19
25:8-26:5
26:9-16
27:7-28:13
28:21-29:15
30:7-32:19
33:2-10
33:18-35:13
37:6-38:8
38:13-17
39:6-40:6
41:5-14
42:4
42:16-43:6
43:16-44:16
45:22-46:6
48:20-50:9
50:15-16
52:19-53:3
55:10-16
56:6-10
56:13-19
57:14-59:9
63:1-64:21

## Transcript of Chris Conover, Corporate Designee of HC Salon Holdings, Inc.
[dated January 22, 2021]

6:17-20
8:22-10:7
11:7-20
12:1-7
12:12-22
13:9-13
14:15-15:22
16:8-11
16:20-21
17:5-14
18:1-10
18:19-19:12
20:1-22:5
22:14-24:8
24:15-19
25:8-26:5
26:9-16
27:7-28:13
28:21-29:15
30:7-32:19
33:2-10
33:18-35:13
37:6-38:8
38:13-17
39:6-40:6
41:5-14
42:4
42:16-43:6
43:16-44:16
45:22-46:6
48:20-50:9
50:15-16
52:19-53:3
55:10-16
56:6-10
56:13-19
57:14-59:9
63:1-64:21

## Transcript of Seth Gittlitz, Corporate Designee of HC Salon Holdings, Inc.
[dated January 22, 2021]

8:3-12
8:18-9:8
10:5-11:2
11:12-20
15:16-16:22
19:12-14
25:1-9
26:17-19
27:5-9
31:5-12
31:18-22
32:10-33:7
33:11-15
33:19-22
34:19-35:5
35:19-20
36:1-13
37:4-12
41:3-4
42:14-43:11
48:19-49:9
50:18-52:8
53:2-4
53:19-21
55:11-57:17 (designated as "Confidential")
66:22-67:8
74:15-75:4
76:19-77:8
77:18-19
78:11-79:20
80:2-16
80:21-81:13
82:6-16
82:22-83:8
83:12-14
83:19-84:9
84:20-85:3
87:10-19
88:11-16
88:21-90:11
90:14-22
91:7-10
92:18-93:12

95:1-9
97:7-98:10
98:13-18
99:10-13
100:9-19
102:5-103:3
110:1-21
111:13-20
112:20-113:5

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of February, 2021, a copy of the *foregoing* was served on the parties listed below by electronic mail:

Richard A. Chesley, Esquire
DLA Piper LLP (US)
444 West Lake Street
Chicago, IL 60606-0089
richard.chesley@us.dlapiper.com

Jamila Justine Willis, Esquire
DLA Piper LLP (US)
1221 Avenue of the Americas
New York, New York
jamila.willis@us.dlapiper.com

C. Kevin Kobbe, Esquire
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
kevin.kobbe@us.dlapiper.com

*Counsel for HC Salon Holdings, Inc.*

Jeanette Rice**,** Assistant United States Trustee
Lynn A. Kohen, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

Keith Costa, Esquire
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714

*Counsel to Official Committee of Unsecured Creditors*

I HEREBY FURTHER CERTIFY that on the 1st day of February, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the *foregoing* will be served electronically by the Court's CM/ECF system on the following:

- **Aaron Solomon Applebaum**   aaron.applebaum@saul.com, catherine.santangelo@saul.com
- **GWYNNE L BOOTH**   GLB@GDLLAW.COM
- **Steven M Berman**   sberman@shumaker.com
- **Alan Betten**   abetten@sagallaw.com
- **Peter D Blumberg**   heather.williams@fedex.com
- **Joshua D. Bradley**   jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
- **Jodie E. Buchman**   jbuchman@silvermanthompson.com, efiling@silvermanthompson.com
- **Donald F. Campbell**   dcampbell@ghclaw.com
- **Katie Lane Chaverri**   kchaverri@tlclawfirm.com, dtayman@tlclawfirm.com
- **Maria Ellena Chavez-Ruark**   maria.ruark@saul.com
- **Kevin Davis**   kdavis@capdale.com
- **Monique Bair DiSabatino**   monique.disabatino@saul.com, robyn.warren@saul.com
- **Alan D. Eisler**   aeisler@e-hlegal.com, mcghamilton@gmail.com
- **John T. Farnum**   jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com
- **William Henry Fisher**   hank@cccoateslaw.com
- **Jeremy S. Friedberg**   jeremy@friedberg.legal, ecf@friedberg.legal
- **Stanford G. Gann**   sgannjr@levingann.com
- **Alan M. Grochal**   agrochal@tydingslaw.com, mfink@tydingslaw.com;jmurphy@tydingslaw.com
- **William L. Hallam**   WHallam@rosenbergmartin.com, kmartin@rosenbergmartin.com
- **Robert Hanley**   rhanley@rmmr.com
- **Catherine Harrington**   charrington@bregmanlaw.com
- **Jessica Hepburn-Sadler**   sadlerjh@ballardspahr.com, andersonn@ballardspahr.com
- **James M. Hoffman**   jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Patricia B. Jefferson**   pjefferson@milesstockbridge.com
- **Ira T Kasdan**   kdwbankruptcydepartment@kelleydrye.com; MVicinanza@ecf.inforuptcy.com
- **Lawrence A. Katz**   lkatz@hirschlerlaw.com, lrodriguez@hirschlerlaw.com
- **Patrick J. Kearney**   pkearney@sgrwlaw.com, jnam@sgrwlaw.com
- **Nicole C. Kenworthy**   bdept@mrrlaw.net
- **C. Kevin Kobbe**   kevin.kobbe@dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- **Lynn A. Kohen**   lynn.a.kohen@usdoj.gov
- **Leonidas Koutsouftikis**   lkouts@magruderpc.com, mcook@magruderpc.com
- **Joyce A. Kuhns**   jkuhns@offitkurman.com
- **Jeffrey Kurtzman**   kurtzman@kurtzmansteady.com
- **Robert L. LeHane**   KDWBankruptcyDepartment@kelleydrye.com

- **Stephen E. Leach** sleach@hirschlerlaw.com, ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com;plaura@hf-law.com
- **Richard Edwin Lear** richard.lear@hklaw.com, kimi.odonnell@hklaw.com
- **Steven N. Leitess** sleitess@mdattorney.com, efiling@silvermanthompson.com
- **Michael J. Lichtenstein** mjl@shulmanrogers.com, tlockwood@shulmanrogers.com
- **Marissa K Lilja** mlilja@tydingslaw.com, edondero@tydingslaw.com
- **Keith M. Lusby** klusby@gebsmith.com
- **Kimberly A. Manuelides** kmanuelides@sagallaw.com
- **Michelle McGeogh** mcgeoghm@ballardspahr.com, stammerk@ballardspahr.com; cromartie@ballardspahr.com; bktdocketeast@ballardspahr.com
- **Stephen A. Metz** smetz@offitkurman.com, mmargulies@offitkurman.com
- **Brittany Mitchell Michael** brittany.michael@stinson.com, jess.rehbein@stinson.com,jayme.masek@stinson.com
- **Pierce C Murphy** pmurphy@mdattorney.com, rscaffidi@silvermanthompson.com;e_file@mdattorney.com
- **Michael Stephen Myers** michaelsmyerslaw@gmail.com
- **Kevin M. Newman** knewman@barclaydamon.com, kmnbk@barclaydamon.com
- **Tracey Michelle Ohm** tracey.ohm@stinson.com, porsche.barnes@stinson.com
- **Jeffrey M. Orenstein** jorenstein@wolawgroup.com
- **Leo Wesley Ottey** otteyjr@gmail.com
- **Jeffrey Rhodes** jrhodes@blankrome.com, kbryan@blankrome.com
- **L. Jeanette Rice** Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Bradshaw Rost** brost@tspclaw.com
- **Michael Schlepp** mschlepp@s-d.com
- **Joel I. Sher** jis@shapirosher.com, ejd@shapirosher.com
- **J. Breckenridge Smith** jsmith@foxrothschild.com
- **David Sommer** dsommer@gejlaw.com, ceyler@gejlaw.com;gomara@gejlaw.com
- **Aryeh E. Stein** astein@meridianlawfirm.com, aryehsteinecf@gmail.com;steinar93219@notify.bestcase.com
- **Ashley Elizabeth Strandjord** astrandjord@chasenboscolo.com
- **Matthew S. Sturtz** matt.sturtz@nelsonmullins.com, gary.freedman@nelsonmullins.com
- **Matthew G. Summers** summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;mcgeoghm@ballardspahr.com;ambroses@ballardspahr.com;buhrmank@ballardspahr.com;roglenl@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com
- **Lisa Bittle Tancredi** ltancredi@gebsmith.com
- **Jonathan Harold Todt** jonathan.todt@faegredrinker.com
- **US Trustee - Greenbelt** USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig** mac@mbvesq.com, lisa@mbvesq.com
- **Irving Edward Walker** iwalker@coleschotz.com, jdonaghy@coleschotz.com;pratkowiak@coleschotz.com
- **Mitchell Bruce Weitzman** , statum@jackscamp.com;iluaces@jackscamp.com

9

- **Craig B. Young**  craig.young@kutakrock.com, jeremy.williams@kutakrock.com;lynda.wood@kutakrock.com;david.fox@kutakrock.com;pamela.germas@kutakrock.com

*/s/ Joel I. Sher*
Joel I. Sher