IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| **CREATIVE HAIRDRESSERS, INC.,** *et al.*[1], | * | Case Nos. 20-14583, 20-14584-TJC |
| | * | (Jointly Administered) |
| Debtors. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DECLARATION OF LESTER D. MARDIKS IN SUPPORT OF THE DEBTORS' MOTION TO COMPEL HC SALON HOLDINGS, INC. TO COMPLY WITH THE TRANSITION SERVICES AGREEMENT [ECF NO. 785]**

I, Lester D. Mardiks, hereby declare under penalty of perjury:

1. I am the Vice President and Chief Operating Officer ("VP/COO") for the debtors, Creative Hairdressers, Inc. and Ratner Companies, L.C.

2. As VP/COO, I am familiar with the history of the debtors, their bankruptcy estates, and their assets, liabilities, litigation and creditors.

3. The facts set forth in this Declaration are based upon my personal knowledge, my services as VP/COO), my interactions with representatives of HC Salon Holdings, Inc. ("HC"), my review of relevant documents, my review of the Motion to Compel (as defined below) and HC's Objection thereto, and my review of the Debtors' filings, records and bank accounts.

4. On December 14, 2020, the Debtors filed a Motion to Compel HC Salon Holdings, Inc. to Comply With the Transition Services Agreement (the "Motion to Compel") [Dkt. No. 785]. This Court scheduled a hearing on the Debtors' Motion to Compel for February 2, 2021.

---

[1] The Debtors in these chapter 11 cases are: (i) Creative Hairdressers, Inc. and (ii) Ratner Companies, L.C.

5. In Support of the Motion to Compel and hearing thereon, I incorporate by reference herein the following testimony from my deposition as a Corporate Designee of the Debtors taken on January 19, 2021:

- a. 9:17-20
- b. 11:17-12:7
- c. 14:2-11
- d. 31:3-32:1
- e. 33:14-34:11
- f. 35:6-7
- g. 35:15-21
- h. 37:4-38:4
- i. 40:10-41:1
- j. 41:14-42:17
- k. 43:2-9
- l. 47:4-49:14
- m. 49:17-50:2
- n. 50:17-22
- o. 54:17-55:4
- p. 57:19-58:6
- q. 58:12-59:12
- r. 61:10-62:8
- s. 63:5-12
- t. 66:3-11
- u. 67:11-16
- v. 70:5-9
- w. 70:19-22
- x. 71:21-72:6
- y. 76:4-7
- z. 78:15-22
- aa. 79:14-18
- bb. 84:18-85:9
- cc. 87:10-88:14
- dd. 90:8-14
- ee. 95:11-14
- ff. 96:11-97:21
- gg. 98:5-10
- hh. 98:21-100:4
- ii. 101:12-17
- jj. 102:4-7
- kk. 102:11-21
- ll. 104:4-105:13
- mm. 105:19-106:7
- nn. 106:20-107:2

oo. 107:6-13
pp. 107:21-108:1
qq. 108:10-109:4
rr. 110:1-111:5
ss. 113:4-15
tt. 113:20-114:2
uu. 114:5-22
vv. 115:13-116:9
ww. 116:17-117:22
xx. 118:8-12
yy. 118:15-121:3
zz. 121:9-22

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

*/s/ Lester D. Mardiks*
Lester D. Mardiks, Vice President and Chief Operating Officer of the Debtors
Dated: February 1, 2021

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of February, 2021, a copy of the *foregoing* was served on the parties listed below by electronic mail:

Richard A. Chesley, Esquire
DLA Piper LLP (US)
444 West Lake Street
Chicago, IL 60606-0089
richard.chesley@us.dlapiper.com

Jamila Justine Willis, Esquire
DLA Piper LLP (US)
1221 Avenue of the Americas
New York, New York
jamila.willis@us.dlapiper.com

C. Kevin Kobbe, Esquire
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
kevin.kobbe@us.dlapiper.com

*Counsel for HC Salon Holdings, Inc.*

Jeanette Rice**,** Assistant United States Trustee
Lynn A. Kohen, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

Keith Costa, Esquire
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714

*Counsel to Official Committee of Unsecured Creditors*

I HEREBY FURTHER CERTIFY that on the 1st day of February, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the *foregoing* will be served electronically by the Court's CM/ECF system on the following:

- **Aaron Solomon Applebaum**   aaron.applebaum@saul.com, catherine.santangelo@saul.com
- **GWYNNE L BOOTH**   GLB@GDLLAW.COM
- **Steven M Berman**   sberman@shumaker.com
- **Alan Betten**   abetten@sagallaw.com
- **Peter D Blumberg**   heather.williams@fedex.com
- **Joshua D. Bradley**   jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
- **Jodie E. Buchman**   jbuchman@silvermanthompson.com, efiling@silvermanthompson.com
- **Donald F. Campbell**   dcampbell@ghclaw.com
- **Katie Lane Chaverri**   kchaverri@tlclawfirm.com, dtayman@tlclawfirm.com
- **Maria Ellena Chavez-Ruark**   maria.ruark@saul.com
- **Kevin Davis**   kdavis@capdale.com
- **Monique Bair DiSabatino**   monique.disabatino@saul.com, robyn.warren@saul.com
- **Alan D. Eisler**   aeisler@e-hlegal.com, mcghamilton@gmail.com
- **John T. Farnum**   jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com
- **William Henry Fisher**   hank@cccoateslaw.com
- **Jeremy S. Friedberg**   jeremy@friedberg.legal, ecf@friedberg.legal
- **Stanford G. Gann**   sgannjr@levingann.com
- **Alan M. Grochal**   agrochal@tydingslaw.com, mfink@tydingslaw.com;jmurphy@tydingslaw.com
- **William L. Hallam**   WHallam@rosenbergmartin.com, kmartin@rosenbergmartin.com
- **Robert Hanley**   rhanley@rmmr.com
- **Catherine Harrington**   charrington@bregmanlaw.com
- **Jessica Hepburn-Sadler**   sadlerjh@ballardspahr.com, andersonn@ballardspahr.com
- **James M. Hoffman**   jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Patricia B. Jefferson**   pjefferson@milesstockbridge.com
- **Ira T Kasdan**   kdwbankruptcydepartment@kelleydrye.com; MVicinanza@ecf.inforuptcy.com
- **Lawrence A. Katz**   lkatz@hirschlerlaw.com, lrodriguez@hirschlerlaw.com
- **Patrick J. Kearney**   pkearney@sgrwlaw.com, jnam@sgrwlaw.com
- **Nicole C. Kenworthy**   bdept@mrrlaw.net
- **C. Kevin Kobbe**   kevin.kobbe@dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- **Lynn A. Kohen**   lynn.a.kohen@usdoj.gov
- **Leonidas Koutsouftikis**   lkouts@magruderpc.com, mcook@magruderpc.com
- **Joyce A. Kuhns**   jkuhns@offitkurman.com
- **Jeffrey Kurtzman**   kurtzman@kurtzmansteady.com
- **Robert L. LeHane**   KDWBankruptcyDepartment@kelleydrye.com

- **Stephen E. Leach**   sleach@hirschlerlaw.com, ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com;plaura@hf-law.com
- **Richard Edwin Lear**   richard.lear@hklaw.com, kimi.odonnell@hklaw.com
- **Steven N. Leitess**   sleitess@mdattorney.com, efiling@silvermanthompson.com
- **Michael J. Lichtenstein**   mjl@shulmanrogers.com, tlockwood@shulmanrogers.com
- **Marissa K Lilja**   mlilja@tydingslaw.com, edondero@tydingslaw.com
- **Keith M. Lusby**   klusby@gebsmith.com
- **Kimberly A. Manuelides**   kmanuelides@sagallaw.com
- **Michelle McGeogh**   mcgeoghm@ballardspahr.com, stammerk@ballardspahr.com; cromartie@ballardspahr.com; bktdocketeast@ballardspahr.com
- **Stephen A. Metz**   smetz@offitkurman.com, mmargulies@offitkurman.com
- **Brittany Mitchell Michael**   brittany.michael@stinson.com, jess.rehbein@stinson.com,jayme.masek@stinson.com
- **Pierce C Murphy**   pmurphy@mdattorney.com, rscaffidi@silvermanthompson.com;e_file@mdattorney.com
- **Michael Stephen Myers**   michaelsmyerslaw@gmail.com
- **Kevin M. Newman**   knewman@barclaydamon.com, kmnbk@barclaydamon.com
- **Tracey Michelle Ohm**   tracey.ohm@stinson.com, porsche.barnes@stinson.com
- **Jeffrey M. Orenstein**   jorenstein@wolawgroup.com
- **Leo Wesley Ottey**   otteyjr@gmail.com
- **Jeffrey Rhodes**   jrhodes@blankrome.com, kbryan@blankrome.com
- **L. Jeanette Rice**   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Bradshaw Rost**   brost@tspclaw.com
- **Michael Schlepp**   mschlepp@s-d.com
- **Joel I. Sher**   jis@shapirosher.com, ejd@shapirosher.com
- **J. Breckenridge Smith**   jsmith@foxrothschild.com
- **David Sommer**   dsommer@gejlaw.com, ceyler@gejlaw.com;gomara@gejlaw.com
- **Aryeh E. Stein**   astein@meridianlawfirm.com, aryehsteinecf@gmail.com;steinar93219@notify.bestcase.com
- **Ashley Elizabeth Strandjord**   astrandjord@chasenboscolo.com
- **Matthew S. Sturtz**   matt.sturtz@nelsonmullins.com, gary.freedman@nelsonmullins.com
- **Matthew G. Summers**   summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;mcgeoghm@ballardspahr.com;ambroses@ballardspahr.com;buhrmank@ballardspahr.com;roglenl@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com
- **Lisa Bittle Tancredi**   ltancredi@gebsmith.com
- **Jonathan Harold Todt**   jonathan.todt@faegredrinker.com
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com
- **Irving Edward Walker**   iwalker@coleschotz.com, jdonaghy@coleschotz.com;pratkowiak@coleschotz.com
- **Mitchell Bruce Weitzman**   , statum@jackscamp.com;iluaces@jackscamp.com

- **Craig B. Young**  craig.young@kutakrock.com, jeremy.williams@kutakrock.com;lynda.wood@kutakrock.com;david.fox@kutakrock.com;pamela.germas@kutakrock.com

*/s/ Joel I. Sher*
Joel I. Sher, Bar No. 00719
Richard M. Goldberg, Bar No. 07994
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4277
Fax: 410-539-7611
Email: jis@shapirosher.com
rmg@shapirosher.com

*Counsel for Debtors and Debtors in Possession*
