IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:** <br><br> **CREATIVE HAIRDRESSERS, INC., et al.[1],** <br><br> **Debtors** | Case No. 20-14583, 20-14584 TJC <br> **(Jointly Administered)** <br> **Chapter 11** |

**CONSENT MOTION TO CONVERT CASES TO CHAPTER 7**

John P. Fitzgerald, III, the Acting United States Trustee for Region 4 ("United States Trustee"), by counsel, hereby moves with the consent of the Debtors, Creative Hairdressers, Inc. and Ratner Companies, L.C. to convert these cases to a liquidation under Chapter 7 of the United States Bankruptcy Code. As shown in more detail below, the cases should be converted because the Debtors have advised the Trustee that they do not believe that they can confirm Chapter 11 plans and there are available assets to distribute to creditors. In further support of this Motion, the United States Trustee states as follows:

1. The Debtors filed a voluntary petition for relief under Chapter 11 of the United States Code on April 23, 2020 ("Petition Date"). The Debtors have remained in possession of the estates' assets and continue to manage their financial affairs. 11 U.S.C. §§ 1107, 1108.

2. This Motion is filed pursuant to 28 U.S.C. §§ 157, 586, and 1334; and 11 U.S.C. § 307. The applicable statutes and rules supporting this Motion are 11 U.S.C. 1112(b) and Fed. R. Bankr. P. 2015.

3. Section 1112 of the Bankruptcy Code governs conversion or dismissal of Chapter

---

[1] The Debtors in these chapter 11 cases are: (i) Creative Hairdressers, Inc. and (ii) Ratner Companies, L.C.

11 cases. Section 1112(b)(1) provides in relevant part:

> on request of a party in interest, and after notice and a hearing, . . . the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause.

11 U.S.C. § 1112(b)(1). Once a movant has established cause, the Court must exercise its discretion to determine which action – conversion or dismissal – best suits the circumstances of the case. *Rollex Corp. v. Associated Materials, Inc. (In re Superior Siding & Window, Inc.*), 14 F.3d 240, 242 (4th Cir. 1994); *see also In re Sydnor*, 431 B.R. 584, 590 (Bankr. D. Md. 2010) (After cause is established, the "court must dismiss the case or convert the case . . . or appoint a Chapter 11 Trustee," whichever course of action is in the best interest of creditors and the estate). *Accord In re Landmark Atl. Hess Farm, LLC*, 448 B.R. 707, 711 (Bankr. D. Md. 2011).

    5.     In determining which remedy, conversion or dismissal, is in the best interests of creditors and the Bankruptcy Estate, the Court should consider the following factors:

> (1) whether some creditors received preferential payments, and whether equality of distribution would be better served by conversion than dismissal; (2) whether there would be a loss of rights granted in the case if it were dismissed rather than converted; (3) whether the debtor would simply file a further case upon dismissal; (4) the ability of the trustee in a chapter 7 case to reach assets for the benefit of creditors; (5) in assessing the interests of the estate, whether conversion or dismissal would maximize the estate's value as an economic enterprise; (6) whether any remaining issues would be better resolved outside the bankruptcy forum; (7) whether the estate consists of a 'single asset'; (8) whether the debtor had engaged in misconduct and whether creditors are in need of a chapter 7 case to protect their interests; (9) whether a plan had been confirmed and whether any property remains in the estate to be administered; and (10) whether the appointment of a trustee is desirable to supervise the estate and address possible environmental and safety concerns.

*Lakefront Investors, LLC v. Clarkson*, 484 B.R. 72, 83 (D. Md. 2012) (quoting 7 COLLIER ON

BANKRUPTCY [SECTION] 1112.04[7]).

6. Section 1112(b)(4) contains an illustrative, non-exclusive list of what constitutes cause to dismiss or convert a case to Chapter 7. *See In re Sydnor*, 431 B.R. 584, 590 (Bankr. D. Md. 2010). Additionally, a bankruptcy court has wide discretion to determine whether cause exists to dismiss or convert a case. *In re Products Int. Co.,* 395 B.R. 101, 109 (Bankr. D. Ariz. 2008); *In re Tornheim*, 181 B.R. 161, 163 (Bankr. S.D.N.Y. 1995) (factors in Section 1112(b) are not exhaustive, and bankruptcy court has wide discretion to determine if cause to convert exists).

7. Pursuant to Section 1112(b) of the Bankruptcy Code, the Court shall enter an order converting a Chapter 11 case to a liquidation proceeding under Chapter 7 or dismissing it for "cause." *See* 11 U.S.C. § 1112(b)(1).

8. Cause includes, among other things, "substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation." 11 U.S.C. § 1112(b)(4)(A).

9. Prior to the Petition Date, the Debtors owned and operated approximately 800 hair salon locations. [Dkt. No. 6]. However, the rapid and unforeseen spread of the COVID-19 pandemic during the second and third week of March 2020, forced the Debtors to close all their salon locations due to, among other things, directives issued by various state and local authorities that all non-essential businesses be closed. [Dkt. No. 14]. Prior to being forced to suspend their operations, the Debtors employed over 10,000 full and part time employees. [Dkt. No. 6].

10.     On June 2, 2020, the Court entered an Order (A) Approving And Authorizing The Sale Of Substantially All Of Debtors' Assets Pursuant To The Amended And Restated Asset Purchase Agreement, Free And Clear Of All Liens, Claims, Encumbrances And Other Interests, (B) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto, And (C) Granting Related Relief [Dkt. No. 465] (the "Sale Order"). The Sale Order authorized the sale of substantially all of the Debtors' assets to HC Salon Holdings, Inc. ("HC Salon"). The sale to HC Salon closed effective June 4, 2020. [Dkt. No. 478].

11.     The Debtors are no longer operating and no longer generating any income.

12.     Currently, the Debtors collectively have approximately $ 788,000.00 in their operating accounts from the liquidation of their assets, including the net proceeds of the sale of their assets. Furthermore, counsel to the Debtors is holding $50,000 in escrow for payment of priority claims pursuant to the terms of the Sale Order. These proceeds are available for distribution to creditors.

13.     The Debtors and the United States Trustee agree that it would be more cost effective to have these cases converted to cases under Chapter 7 of the Bankruptcy Code, so that a trustee can distribute the funds to creditors in accordance with the terms of the Bankruptcy Code.

14.     Pursuant to Local Bankruptcy Rule 9013-2, the United States Trustee relies solely upon the present Motion, and no additional memorandum of fact or law will be filed.

15.     Pursuant to Local Bankruptcy Rule 9013-6, the United States Trustee consents to final judgments orders in this matter by a bankruptcy judge.

WHEREFORE, in consideration of the foregoing, the United States Trustee respectfully requests that the Court enter an Order converting this case to Chapter 7 and granting such other and further relief as the Court deems just and proper.

Dated: May 23, 2022

**JOHN P. FITZGERALD III**
Acting United States Trustee for Region 4
By Counsel:

*By: /s/ Lynn A. Kohen*
Lynn A. Kohen, Bar No. 10025
Trial Attorney
Office of United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344-6216
*Lynn.a.kohen@usdoj.gov*

**READ AND CONSENTED TO:**

*/s/ Joel I. Sher*
Joel I. Sher, Bar No. 00719
Shapiro Sher Guinot & Sandler
250 W. Pratt Street
Suite 2000
Baltimore, MD 21201
(410) 385-4277
Fax : (410) 539-7611
Email: jis@shapirosher.com
Counsel to the Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of May 2022, a copy of the Motion to Convert Case to Chapter 7 was served electronically by the Court's CM/ECF system on the following:

- **GWYNNE L BOOTH**   GLB@GDLLAW.COM
- **Steven M Berman**   sberman@shumaker.com
- **Alan Betten**   abetten@sagallaw.com
- **Kyle Lamar Bishop**   kyle.l.bishop@usdoj.gov, eastern.taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
- **Peter D Blumberg**   heather.williams@fedex.com
- **Joshua D. Bradley**   jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
- **Elisabeth Bruce**   elisabeth.m.bruce@usdoj.gov, Eastern.Taxcivil@usdoj.gov
- **Jodie E. Buchman**   jbuchman@silvermanthompson.com, efiling@silvermanthompson.com
- **Donald F. Campbell**   dcampbell@ghclaw.com
- **Katie Lane Chaverri**   kchaverri@tlclawfirm.com, dtayman@tlclawfirm.com
- **Richard L. Costella**   rcostella@tydings.com, jmurphy@tydings.com
- **Kevin Davis**   kdavis@capdale.com, brigette-wolverton-caplin-drysdale-9897@ecf.pacerpro.com
- **Kyle Y. Dechant**   kdechant@wtplaw.com, clano@wtplaw.com;kydechant@gmail.com;Jha@wtplaw.com
- **Monique Bair DiSabatino**   monique.disabatino@saul.com, robyn.warren@saul.com
- **Ronald J Drescher**   ecfdrescherlaw@gmail.com, ron@clegolftour.com,ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com,284@notices.nextchapterbk.com,heather@propelparalegal.com,propel@drescherlaw.com
- **Alan D. Eisler**   aeisler@e-hlegal.com, mcghamilton@gmail.com
- **John T. Farnum**   jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com
- **Ashley N Fellona**   ashley.fellona@saul.com, janice.mast@saul.com
- **William Henry Fisher**   hank@cccoateslaw.com
- **Jeremy S. Friedberg**   jeremy@friedberg.legal, ecf@friedberg.legal
- **Stanford G. Gann**   sgannjr@levingann.com
- **Richard Marc Goldberg**   rmg@shapirosher.com, ejd@shapirosher.com;ens@shapirosher.com
- **Alan M. Grochal**   agrochal@tydingslaw.com, mfink@tydingslaw.com;jmurphy@tydingslaw.com
- **William L. Hallam**   WHallam@rosenbergmartin.com, kmartin@rosenbergmartin.com
- **Robert Hanley**   rhanley@rmmr.com
- **Catherine Brady DiFazio Harrington**   charrington@bregmanlaw.com
- **James Philip Head**   jhead@williamsmullen.com
- **Jessica Hepburn-Sadler**   sadlerjh@ballardspahr.com, andersonn@ballardspahr.com
- **James M. Hoffman**   jhoffman@offitkurman.com, mmargulies@offitkurman.com

- **Patricia B. Jefferson**   pjefferson@milesstockbridge.com
- **Ira T Kasdan**   kdwbankruptcydepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- **Lawrence A. Katz**   lkatz@hirschlerlaw.com, llewis@hirschlerlaw.com
- **Nicole C. Kenworthy**   bdept@mrrlaw.net
- **C. Kevin Kobbe**   kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- **Lynn A. Kohen**   lynn.a.kohen@usdoj.gov
- **Leonidas Koutsouftikis**   lkouts@magruderpc.com, mcook@magruderpc.com
- **Joyce A. Kuhns**   jkuhns@offitkurman.com
- **Jeffrey Kurtzman**   kurtzman@kurtzmansteady.com
- **Robert L. LeHane**   KDWBankruptcyDepartment@kelleydrye.com
- **Stephen E. Leach**   sleach@hirschlerlaw.com, ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com;plaura@hf-law.com
- **Richard Edwin Lear**   richard.lear@hklaw.com, kimi.odonnell@hklaw.com
- **Steven N. Leitess**   sleitess@mdattorney.com, efiling@silvermanthompson.com
- **Michael J. Lichtenstein**   mjl@shulmanrogers.com, tlockwood@shulmanrogers.com
- **Marissa K Lilja**   mlilja@tydingslaw.com, edondero@tydingslaw.com
- **Keith M. Lusby**   klusby@gebsmith.com
- **Kimberly A. Manuelides**   kmanuelides@sagallaw.com
- **Michelle McGeogh**   mcgeoghm@ballardspahr.com, stammerk@ballardspahr.com;cromartie@ballardspahr.com;bktdocketeast@ballardspahr.com
- **Stephen A. Metz**   smetz@offitkurman.com, mmargulies@offitkurman.com
- **Brittany Mitchell Michael**   brittany.michael@stinson.com, jess.rehbein@stinson.com,jayme.masek@stinson.com
- **Pierce C Murphy**   pmurphy@mdattorney.com, efiling@silvermanthompson.com;dcaimona@silvermanthompson.com
- **Michael Stephen Myers**   michaelsmyerslaw@gmail.com
- **Kevin M. Newman**   knewman@barclaydamon.com, kmnbk@barclaydamon.com
- **Tracey Michelle Ohm**   tracey.ohm@stinson.com, porsche.barnes@stinson.com
- **Jeffrey M. Orenstein**   jorenstein@wolawgroup.com
- **Leo Wesley Ottey**   otteyjr@gmail.com
- **JOYCELYN PEYTON**   Joycelyn.S.Peyton@usdoj.gov, Eastern.Taxcivil@usdoj.gov,Robert.D.Metcalfe@usdoj.gov;James.J.Wilkinson@usdoj.gov
- **Jeffrey Rhodes**   jrhodes@blankrome.com, kbryan@blankrome.com
- **L. Jeanette Rice**   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Robert A. Richards**   robertr@dorseylaw.net
- **Bradshaw Rost**   brost@tspclaw.com
- **Michael Schlepp**   mschlepp@s-d.com
- **Joel I. Sher**   jis@shapirosher.com, ejd@shapirosher.com
- **J. Breckenridge Smith**   jsmith@foxrothschild.com

- **David Sommer**  dsommer@gejlaw.com, ceyler@gejlaw.com;gomara@gejlaw.com
- **Daniel Alan Staeven**  daniel.staeven@frosttaxlaw.com, dan@ecf.courtdrive.com;daniel.staeven@frosttaxlaw.com;ann.jordan@frosttaxlaw.com; G70021@notify.cincompass.com
- **Aryeh E. Stein**  astein@meridianlawfirm.com, aryehsteinecf@gmail.com;steinar93219@notify.bestcase.com
- **Ashley Elizabeth Strandjord**  astrandjord@chasenboscolo.com
- **Matthew S. Sturtz**  matt.sturtz@nelsonmullins.com, gary.freedman@nelsonmullins.com
- **Matthew G. Summers**  summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;mcgeoghm@ballardspahr.com;ambroses@ballardspahr.com;buhrmank@ballardspahr.com;roglenl@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com
- **Jonathan Harold Todt**  jonathan.todt@faegredrinker.com
- **US Trustee - Greenbelt**  USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**  mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com
- **Irving Edward Walker**  iwalker@coleschotz.com, jdonaghy@coleschotz.com;pratkowiak@coleschotz.com
- **Mitchell Bruce Weitzman**  mweitzman@jackscamp.com, statum@jackscamp.com;iluaces@jackscamp.com
- **Craig B. Young**  craig.young@kutakrock.com, jeremy.williams@kutakrock.com;lynda.wood@kutakrock.com;david.fox@kutakrock.com;pamela.germas@kutakrock.com
- **Daniel Joseph Zeller**  djz@shapirosher.com, ejd@shapirosher.com

**And by first-class, postage prepaid, to:**

**AA Cardiff, LLC, AA Martel Howell, LLC, AA Tower, LLC, Howell Partners, LLC, ZS Investor NJ, LLC and ZS Mill, LLC, as Tenants In Common**
c/o Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109

**Joel E. Antwi**
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA 02110

**Arlington County, Virginia**
Office of the County Treasurer,
2100 Clarendon Blvd, Ste 217

Arlington, VA 22201
**Audubon Square, Inc.**
c/o Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109

**John August**
Saiber LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932-2266

**BULLSEYE TELECOM INC**
c/o Julie Knight, Supervisor
25925 Telegraph Road, Suite 210
Soutfield, MI 48033

**Scott A. Barnard**
Baker Tilly Virchow Krause, LLP
8219 Leesburg Pike, Suite 800
Tysons, VA 22182

**William J. Barrett**
Barack Ferrazzano Kirschbaum & Nagelberg
200 West Madison Street
Suite 3900
Chicago, IL 60606

**Steven M. Berman**
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd.
Suite 2800
Tampa, FL 33602

**Dustin P. Branch**
Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067

**Brittany West Plaza, LLC**
c/o Ross G. Fingold
STOKESBURY, SHIPMAN & FINGOLD, LLC
10 Waterside Drive, Suite 204
Farmington, CT 06032

**Ryan M. Buehler**
Mandelbaum Salsburg P.C.
3 Becker Farm Road
Roseland, NJ 07068

**CSR Plantation Ltd**
c/o Philip Maroney
275 Clyde Morris Boulevard
Ormond Beach, FL 32174

**Robert Campbell**
c/o Root Real Estate
275 Clyde Morris Boulevard
Ormond Beach, FL 32174

**Carl Marks Advisory Group LLC**
Marc L. Pfefferle, Partner
900 Third Avenue, 33rd Floor
New York, NY 10022

**Richard A. Chesley**
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606-0089

**Concord Retail Partners, L.P**
c/o Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109

**Constant Limited Partnership**
1829 Reisterstown Road
P.O. Box 32591
#440
Baltimore, MD 21208

**Keith N. Costa**
**Patrick A. Jackson**
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714

**Michael A. Digiacomo**
Ballard Spahr LLP
1 E. Washington Street, Suite 2300
Phoenix, AZ 85004

**Leslie C. Heilman**
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801

**Karam V. Duggal**
8610 Bow Court
Orlando, FL 32836

**Epiq Corporate Restructuring, LLC**
Brian Hunt, Consulting Director
777 Third Avenue, Twelfth Floor
New York, NY 10017

**Scott L. Fleischer**
BARCLAY DAMON LLP
1270 Avenue of the Americas, Suite 501
New York, NY 10020

**Andrew J. Glasnovich**
c/o Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402

**Glass Doctor of Northern VA**
130 Millwood Ave
Winchester, VA 22601

**Ivan M. Gold**
Allen Matkins Leck Gamble Mallory & Nats
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111

**Ronald E. Gold**
FROST BROWN TODD LLC
3300 Great American Tower

301 East Furth Street
Cincinnati, OH 45202

**Gaye Nell Heck**
c/o Bialson, Bergen & Schwab
633 Menlo Avenue, Suite 100
Menlo Park, CA 94025

**Indian River County Tax Collector**
PO BOX 1509
Vero Beach, FL 32961-1509

**J Global Printing d/b/a More Vang**
Jonathan Budington
3670 Wheeler Avenue
Alexandria, VA 22304

**Russell R. Johnson**
2258 Wheatlands Dr.
Manakin-Sabot, VA 23103

**Paul J. Kennedy**
c/o Littler Mendelson, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006-4046

**L.A.B. Westtown, L.P.**
c/o Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109

**LaDove, Inc.**
Julian Cecio
5701 Miami Lakes Drive, East
Miami Lakes, FL 33014

**Ronda LaMontagne**
2009 Douglas St
Charleston, IL 61920-3105

**Joseph H. Lemkin**
Stark & Stark
993 Lenox Drive
Lawrenceville, NJ 08648

**Stephanie C. Lieb**
Trenam, Kemker, Scharf, Barkin, Frye,
101 East Kennedy Blvd., Suite 2700
Tampa, FL 33602

**Limerick Shopping Center, L.P.**
c/o Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109

**John P. Madden**
c/o Emerald Capital Advisors
150 East 52nd Street
15th Floor
New York, NY 10022

**Julie M. Murphy**
Hyland Levin Shapiro LLP
6000 Sagemore Drive, Suite 6301
Marlton, NJ 08053-3900

**Mark R. Natale**
Malamut & Associates, LLC
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002

**Darlene M. Nowak**
MARCUS & SHAPIRA LLP
One Oxford Centre
301 Grant Street, 35th Floor
Pittsburgh, PA 15219

**Office of Unemployment Compensation Tax Services (UCTS) Dept. of Labor and Industry, Commonwealth of Pennsylvania**
Collections Support Unit - Deb Secrest
651 Boas Street, Room 925
Harrisburg, PA 17121

**Nicole Olson**
c/o Matthew Dundon
440 Mamaroneck Ave., 5th Floor
Harrison, NY 10528

**Deborah M. Perry**
MUNSCH HARDT KOPF & HARR, PC
500 N. Akard St., Suite 3800
Dallas, TX 75021

**Lisa M. Peters**
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102

**Marc L. Pfefferle**
Carl Marks Advisory Group LLC
900 Third Avenue, 33rd Floor
New York, NY 10022

**GEORGE ROBERTS**
PO BOX 533
NORTH GRAFTON, MA 01536

**Jennifer D. Raviele**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**Lindsay Reed**
10 N. Light St.
Lovettsville, VA 20180

**Regency Centers, L.P.**
Ernst Bell, Esquire
Associate General Counsel, V.P. Legal
One Independent Drive, Suite 114
Jacksonville, FL 32202

**Root Real Estate One, L.P. LTD.**
c/o Philip Maroney
275 Clyde Morris Boulevard
Ormond Beach, FL 32174

**Jeffrey M. Rosenthal**
Mandelbaum Salsburg P.C.
3 Becker Farm Road
Roseland, NJ 07068

**SITE Centers Corp.**
Eric C. Cotton, Esq.
Deputy General Counsel & CCO
3300 Enterprise Parkway
Beachwood, OH 44122

**Bradley S. Shraiberg**
Shraiberg, Landau & Page, P.A.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431

**Paul Steven Singerman**
Berger Singerman LLP
1450 Brickell Avenue
Suite 1900
Miami, FL 33131

**Douglas T. Tabachnik**
Law Offices of Douglas T. Tabachnik, P.C
63 West Main Street, Suite C
Freehold, NJ 07728-2141

**WHLR-JANAF, LLC**
c/o Barclay Damon LLP
Attn: Kevin M. Newman
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202

**James F. Wallack**
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA 02110

**Jamilla Justine Willis**
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

                                                    */s/ Lynn A. Kohen*
                                                    Lynn A. Kohen