Entered: June 14th, 2022
Signed: June 13th, 2022

**SO ORDERED**



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
#### (Greenbelt Division)

| | |
|---|---|
| In re:<br><br>**CREATIVE HAIRDRESSERS, INC., et al.[1]**,<br><br>Debtors | **Case No. 20-14583, 20-14584 TJC**<br>**(Jointly Administered)**<br>**Chapter 11** |

### ORDER CONVERTING CASE TO CHAPTER 7

Upon consideration of the Consent Motion to Convert Case to Chapter 7, and any opposition thereto, IT IS for the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that the Consent Motion to Convert Case to Chapter 7 be and hereby is GRANTED; and it is further

ORDERED that this case be and hereby is converted to Chapter 7; and it is further

ORDERED that, after entry of this Order, the Debtor shall comply with all requirements and deadlines imposed by Fed. R. Bankr. P. 1019.

---

[1] The Debtors in these chapter 11 cases are: (i) Creative Hairdressers, Inc. and (ii) Ratner Companies, L.C.

Cc:

Gwynne L Booth    GLB@GDLLAW.COM
Steven M Berman    sberman@shumaker.com
Alan Betten    abetten@sagallaw.com
Kyle Lamar Bishop    kyle.l.bishop@usdoj.gov,
eastern.taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
Peter D Blumberg    heather.williams@fedex.com
Joshua D. Bradley    jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
Elisabeth Bruce    elisabeth.m.bruce@usdoj.gov, Eastern.Taxcivil@usdoj.gov
Jodie E. Buchman    jbuchman@silvermanthompson.com, efiling@silvermanthompson.com
Donald F. Campbell    dcampbell@ghclaw.com
Katie Lane Chaverri    kchaverri@tlclawfirm.com, dtayman@tlclawfirm.com
Richard L. Costella    rcostella@tydings.com, jmurphy@tydings.com
Kevin Davis    kdavis@capdale.com, brigette-wolverton-caplin-drysdale-
9897@ecf.pacerpro.com
Kyle Y. Dechant    kdechant@wtplaw.com,
clano@wtplaw.com;kydechant@gmail.com;Jha@wtplaw.com
Monique Bair DiSabatino    monique.disabatino@saul.com, robyn.warren@saul.com
Ronald J Drescher    ecfdrescherlaw@gmail.com,
ron@clegolftour.com,ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmai
l.com,284@notices.nextchapterbk.com,heather@propelparalegal.com,propel@drescherlaw.com
Alan D. Eisler    aeisler@e-hlegal.com, mcghamilton@gmail.com
John T. Farnum    jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com
Ashley N Fellona    ashley.fellona@saul.com, janice.mast@saul.com
William Henry Fisher    hank@cccoateslaw.com
Jeremy S. Friedberg    jeremy@friedberg.legal, ecf@friedberg.legal
Stanford G. Gann    sgannjr@levingann.com
Richard Marc Goldberg    rmg@shapirosher.com, ejd@shapirosher.com;ens@shapirosher.com
Alan M. Grochal    agrochal@tydingslaw.com,
mfink@tydingslaw.com;jmurphy@tydingslaw.com
William L. Hallam    WHallam@rosenbergmartin.com, kmartin@rosenbergmartin.com
Robert Hanley    rhanley@rmmr.com
Catherine Brady DiFazio Harrington    charrington@bregmanlaw.com
James Philip Head    jhead@williamsmullen.com
Jessica Hepburn-Sadler    sadlerjh@ballardspahr.com, andersonn@ballardspahr.com
James M. Hoffman    jhoffman@offitkurman.com, mmargulies@offitkurman.com
Patricia B. Jefferson    pjefferson@milesstockbridge.com
Ira T Kasdan    kdwbankruptcydepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
Lawrence A. Katz    lkatz@hirschlerlaw.com, llewis@hirschlerlaw.com
Nicole C. Kenworthy    bdept@mrrlaw.net
C. Kevin Kobbe    kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Lynn A. Kohen    lynn.a.kohen@usdoj.gov
Leonidas Koutsouftikis    lkouts@magruderpc.com, mcook@magruderpc.com
Joyce A. Kuhns    jkuhns@offitkurman.com
Jeffrey Kurtzman    kurtzman@kurtzmansteady.com

Robert L. LeHane     KDWBankruptcyDepartment@kelleydrye.com
Stephen E. Leach     sleach@hirschlerlaw.com,
ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com;plaura@hf-law.com
Richard Edwin Lear     richard.lear@hklaw.com, kimi.odonnell@hklaw.com
Steven N. Leitess     sleitess@mdattorney.com, efiling@silvermanthompson.com
Michael J. Lichtenstein     mjl@shulmanrogers.com, tlockwood@shulmanrogers.com
Marissa K Lilja     mlilja@tydingslaw.com, edondero@tydingslaw.com
Keith M. Lusby     klusby@gebsmith.com
Kimberly A. Manuelides     kmanuelides@sagallaw.com
Michelle McGeogh     mcgeoghm@ballardspahr.com,
stammerk@ballardspahr.com;cromartie@ballardspahr.com;bktdocketeast@ballardspahr.com
Stephen A. Metz     smetz@offitkurman.com, mmargulies@offitkurman.com
Brittany Mitchell Michael     brittany.michael@stinson.com,
jess.rehbein@stinson.com,jayme.masek@stinson.com
Pierce C Murphy     pmurphy@mdattorney.com,
efiling@silvermanthompson.com;dcaimona@silvermanthompson.com
Michael Stephen Myers     michaelsmyerslaw@gmail.com
Kevin M. Newman     knewman@barclaydamon.com, kmnbk@barclaydamon.com
Tracey Michelle Ohm     tracey.ohm@stinson.com, porsche.barnes@stinson.com
Jeffrey M. Orenstein     jorenstein@wolawgroup.com
Leo Wesley Ottey     otteyjr@gmail.com
JOYCELYN PEYTON     Joycelyn.S.Peyton@usdoj.gov,
Eastern.Taxcivil@usdoj.gov,Robert.D.Metcalfe@usdoj.gov;James.J.Wilkinson@usdoj.gov
Jeffrey Rhodes     jrhodes@blankrome.com, kbryan@blankrome.com
L. Jeanette Rice     Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
Robert A. Richards     robertr@dorseylaw.net
Bradshaw Rost     brost@tspclaw.com
Michael Schlepp     mschlepp@s-d.com
Joel I. Sher     jis@shapirosher.com, ejd@shapirosher.com
J. Breckenridge Smith     jsmith@foxrothschild.com
David Sommer     dsommer@gejlaw.com, ceyler@gejlaw.com;gomara@gejlaw.com
Daniel Alan Staeven     daniel.staeven@frosttaxlaw.com,
dan@ecf.courtdrive.com;daniel.staeven@frosttaxlaw.com;ann.jordan@frosttaxlaw.com;G70021
@notify.cincompass.com
Aryeh E. Stein     astein@meridianlawfirm.com,
aryehsteinecf@gmail.com;steinar93219@notify.bestcase.com
Ashley Elizabeth Strandjord     astrandjord@chasenboscolo.com
Matthew S. Sturtz     matt.sturtz@nelsonmullins.com, gary.freedman@nelsonmullins.com
Matthew G. Summers     summersm@ballardspahr.com,
branchd@ballardspahr.com;heilmanl@ballardspahr.com;mcgeoghm@ballardspahr.com;ambrose
s@ballardspahr.com;buhrmank@ballardspahr.com;roglenl@ballardspahr.com;zarnighiann@ball
ardspahr.com;carolod@ballardspahr.com
Jonathan Harold Todt     jonathan.todt@faegredrinker.com
US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV

Maurice Belmont VerStandig     mac@mbvesq.com,
lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;mahlon@dcbankruptcy.co
m;mac@dcbankruptcy.com
Irving Edward Walker     iwalker@coleschotz.com,
jdonaghy@coleschotz.com;pratkowiak@coleschotz.com
Mitchell Bruce Weitzman     mweitzman@jackscamp.com,
statum@jackscamp.com;iluaces@jackscamp.com
Craig B. Young     craig.young@kutakrock.com,
jeremy.williams@kutakrock.com;lynda.wood@kutakrock.com;david.fox@kutakrock.com;pamel
a.germas@kutakrock.com
Daniel Joseph Zeller     djz@shapirosher.com, ejd@shapirosher.com

AA Cardiff, LLC, AA Martel Howell, LLC, AA Tower, LLC, Howell Partners, LLC, ZS
Investor NJ, LLC and ZS Mill, LLC, as Tenants In Common
c/o Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109

Joel E. Antwi
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA 02110

Arlington County, Virginia
Office of the County Treasurer,
2100 Clarendon Blvd, Ste 217
Arlington, VA 22201
Audubon Square, Inc.
c/o Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109

John August
Saiber LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932-2266

BULLSEYE TELECOM INC
c/o Julie Knight, Supervisor
25925 Telegraph Road, Suite 210
Soutfield, MI 48033

Scott A. Barnard
Baker Tilly Virchow Krause, LLP
8219 Leesburg Pike, Suite 800
Tysons, VA 22182

William J. Barrett
Barack Ferrazzano Kirschbaum & Nagelberg
200 West Madison Street
Suite 3900
Chicago, IL 60606

Steven M. Berman
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd.
Suite 2800
Tampa, FL 33602

Dustin P. Branch
Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067

Brittany West Plaza, LLC
c/o Ross G. Fingold
STOKESBURY, SHIPMAN & FINGOLD, LLC
10 Waterside Drive, Suite 204
Farmington, CT 06032

Ryan M. Buehler
Mandelbaum Salsburg P.C.
3 Becker Farm Road
Roseland, NJ 07068

CSR Plantation Ltd
c/o Philip Maroney
275 Clyde Morris Boulevard
Ormond Beach, FL 32174

Robert Campbell
c/o Root Real Estate
275 Clyde Morris Boulevard
Ormond Beach, FL 32174

Carl Marks Advisory Group LLC
Marc L. Pfefferle, Partner
900 Third Avenue, 33rd Floor
New York, NY 10022

Richard A. Chesley
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606-0089

Concord Retail Partners, L.P
c/o Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109

Constant Limited Partnership
1829 Reisterstown Road
P.O. Box 32591
#440
Baltimore, MD 21208

Keith N. Costa
Patrick A. Jackson
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714

Michael A. Digiacomo
Ballard Spahr LLP
1 E. Washington Street, Suite 2300
Phoenix, AZ 85004

Leslie C. Heilman
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801

Karam V. Duggal
8610 Bow Court
Orlando, FL 32836

Epiq Corporate Restructuring, LLC
Brian Hunt, Consulting Director
777 Third Avenue, Twelfth Floor
New York, NY 10017

Scott L. Fleischer
BARCLAY DAMON LLP
1270 Avenue of the Americas, Suite 501
New York, NY 10020

Andrew J. Glasnovich
c/o Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Glass Doctor of Northern VA
130 Millwood Ave
Winchester, VA 22601

Ivan M. Gold
Allen Matkins Leck Gamble Mallory & Nats
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111

Ronald E. Gold
FROST BROWN TODD LLC
3300 Great American Tower
301 East Furth Street
Cincinnati, OH 45202

Gaye Nell Heck
c/o Bialson, Bergen & Schwab
633 Menlo Avenue, Suite 100
Menlo Park, CA 94025

Indian River County Tax Collector
PO BOX 1509
Vero Beach, FL 32961-1509

J Global Printing d/b/a More Vang
Jonathan Budington
3670 Wheeler Avenue
Alexandria, VA 22304

Russell R. Johnson
2258 Wheatlands Dr.
Manakin-Sabot, VA 23103

Paul J. Kennedy
c/o Littler Mendelson, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006-4046

L.A.B. Westtown, L.P.
c/o Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109

LaDove, Inc.
Julian Cecio
5701 Miami Lakes Drive, East
Miami Lakes, FL 33014

Ronda LaMontagne
2009 Douglas St
Charleston, IL 61920-3105

Joseph H. Lemkin
Stark & Stark
993 Lenox Drive
Lawrenceville, NJ 08648

Stephanie C. Lieb
Trenam, Kemker, Scharf, Barkin, Frye,
101 East Kennedy Blvd., Suite 2700
Tampa, FL 33602

Limerick Shopping Center, L.P.
c/o Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109

John P. Madden
c/o Emerald Capital Advisors
150 East 52nd Street
15th Floor
New York, NY 10022

Julie M. Murphy
Hyland Levin Shapiro LLP
6000 Sagemore Drive, Suite 6301
Marlton, NJ 08053-3900

Mark R. Natale
Malamut & Associates, LLC
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002

Darlene M. Nowak
MARCUS & SHAPIRA LLP
One Oxford Centre
301 Grant Street, 35th Floor
Pittsburgh, PA 15219

Office of Unemployment Compensation Tax Services (UCTS) Dept. of Labor and Industry,
Commonwealth of Pennsylvania
Collections Support Unit - Deb Secrest
651 Boas Street, Room 925
Harrisburg, PA 17121

Nicole Olson
c/o Matthew Dundon
440 Mamaroneck Ave., 5th Floor
Harrison, NY 10528

Deborah M. Perry
MUNSCH HARDT KOPF & HARR, PC
500 N. Akard St., Suite 3800
Dallas, TX 75021

Lisa M. Peters
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102

Marc L. Pfefferle
Carl Marks Advisory Group LLC
900 Third Avenue, 33rd Floor
New York, NY 10022

GEORGE ROBERTS
PO BOX 533
NORTH GRAFTON, MA 01536

Jennifer D. Raviele
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Lindsay Reed
10 N. Light St.
Lovettsville, VA 20180

Regency Centers, L.P.
Ernst Bell, Esquire
Associate General Counsel, V.P. Legal
One Independent Drive, Suite 114
Jacksonville, FL 32202

Root Real Estate One, L.P. LTD.
c/o Philip Maroney
275 Clyde Morris Boulevard
Ormond Beach, FL 32174

Jeffrey M. Rosenthal
Mandelbaum Salsburg P.C.
3 Becker Farm Road
Roseland, NJ 07068

SITE Centers Corp.
Eric C. Cotton, Esq.
Deputy General Counsel & CCO
3300 Enterprise Parkway
Beachwood, OH 44122

Bradley S. Shraiberg
Shraiberg, Landau & Page, P.A.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431

Paul Steven Singerman
Berger Singerman LLP
1450 Brickell Avenue
Suite 1900
Miami, FL 33131

Douglas T. Tabachnik
Law Offices of Douglas T. Tabachnik, P.C
63 West Main Street, Suite C
Freehold, NJ 07728-2141

WHLR-JANAF, LLC
c/o Barclay Damon LLP
Attn: Kevin M. Newman
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202

James F. Wallack
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA 02110

Jamilla Justine Willis
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

**END OF ORDER**