United States Bankruptcy Court
District of Maryland

In re:                                                                                          Case No. 20-14583-NVA

Creative Hairdressers, Inc.                                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                          User: admin                                Page 1 of 9
Date Rcvd: Dec 16, 2024                       Form ID: ntcasten                         Total Noticed: 214

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Creative Hairdressers, Inc., P.O. Box 3645, Oakton, VA 22124-9645 |
| aty | + | Andrew J. Glasnovich, c/o Stinson LLP, 50 South Sixth Street, Suite 2600, Minneapolis, MN 55402-2241 |
| aty | + | Bradley S. Shraiber, Shraiberg, Landau & Page, P.A., 2385 NW Executive Center Dr., #300, Boca Raton, FL 33431-8530 |
| aty | + | Bryan J. Hall, BLANK ROME LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801-1807 |
| aty | + | Darlene M. Nowak, MARCUS & SHAPIRA LLP, One Oxford Centre, 301 Grant Street, 35th Floor, Pittsburgh, PA 15219-1407 |
| aty | + | David G. Sommer, Gallagher Evelius & Jones LLP, 218 N. Charles Street, Suite 400, Baltimore, MD 21201-4033 |
| aty | + | Deborah M. Perry, MUNSCH HARDT KOPF & HARR, PC, 500 N. Akard St., Suite 3800, Dallas, TX 75201-6659 |
| aty | + | Eisler Hamilton, LLC, Attn: Alan D. Eisler, 1 Research Court, Suite 450, Rockville, MD 20850-6252 |
| aty | + | Gaye Nell Heck, c/o Bialson, Bergen & Schwab, 633 Menlo Avenue, Suite 100, Menlo Park, CA 94025-4711 |
| aty | + | Ivan M. Gold, Allen Matkins Leck Gamble Mallory & Nats, Three Embarcadero Center, 12th Floor, San Francisco, CA 94111-4003 |
| aty | + | James F. Wallack, Goulston & Storrs PC, 400 Atlantic Avenue, Boston, MA 02110-3331 |
| aty | + | Jamilla Justine Willis, DLA Piper LLP (US), 1251 Avenue of the Americas, New York, NY 10020-0083 |
| aty | + | Janet M. Neese, McNamee Hosea, et al., 6411 Ivy Lane, Suite 200, Greenbelt, MD 20770-1405 |
| aty | + | Jeffrey M. Rosenthal, Mandelbaum Salsburg P.C., 3 Becker Farm Road, Roseland, NJ 07068-1745 |
| aty | + | Jennifer D. Raviele, Kelley Drye & Warren LLP, 101 Park Avenue, Nw York, NY 10178-0002 |
| aty | + | Joel E. Antwi, Goulston & Storrs PC, 400 Atlantic Avenue, Boston, MA 02110-3331 |
| aty | | John August, Saiber LLC, 18 Columbia Turnpike, Suite 200, Florham Park, NJ 07932-2266 |
| aty | + | Joseph H. Lemkin, Stark & Stark, 993 Lenox Drive, Lawrenceville, NJ 08648-2389 |
| aty | | Julie M. Murphy, Hyland Levin Shapiro LLP, 6000 Sagemore Drive, Suite 6301, Marlton, NJ 08053-3900 |
| aty | + | Keith N. Costa, BARCLAY DAMON LLP, 545 Long Wharf Drive, 9th Floor, New Haven, CT 06511-5960 |
| aty | + | Leslie C. Heilman, Ballard Spahr LLP, 919 North Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| aty | + | Lisa M. Peters, Kutak Rock LLP, 1650 Farnam Street, Omaha, NE 68102-2186 |
| aty | + | Mark R. Natale, Malamut & Associates, LLC, 457 Haddonfield Road, Suite 500, Cherry Hill, NJ 08002-2220 |
| aty | + | Michael A. Digiacomo, Ballard Spahr LLP, 1 E. Washington Street, Suite 2300, Phoenix, AZ 85004-2555 |
| aty | + | Monique B. DiSabatino, Saul Ewing Arnstein & Lehr LLP, 1201 Market Street, Suite 2300, Wilmington, DE 19801-1165 |
| aty | + | Patrick A. Jackson, FAEGRE DRINKER BIDDLE & REATH LLP, 222 Delaware Ave., Suite 1410, Wilmington, DE 19801-1633 |
| aty | + | Paul Steven Singerman, Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131-5319 |
| aty | | Richard A. Chesley, DLA Piper LLP (US), 444 West Lake Street, Suite 900, Chicago, IL 60606-0089 |
| aty | + | Robert A Richards, The Dorsey Law Firm, P.O. Box 530, Leonardtown, MD 20650, UNITED STATES 20650-0530 |
| aty | | Ronald E. Gold, FROST BROWN TODD LLC, 3300 Great American Tower, 301 East Furth Street, Cincinnati, OH 45202 |
| aty | + | Russell R. Johnson, III, 2258 Wheatlands Dr., Manakin-Sabot, VA 23103-2168 |
| aty | + | Ryan M. Buehler, Mandelbaum Salsburg P.C., 3 Becker Farm Road, Roseland, NJ 07068-1745 |
| aty | + | Sarah Noe, Ballard Spahr LLP, 1 E. Washington Street,, Suite 2300, Phoenix, AZ 85004-2555 |
| aty | + | Scott L. Fleischer, BARCLAY DAMON LLP, 1270 Avenue of the Americas, Suite 501, New York, NY 10020-1702 |
| aty | + | Shapiro Sher Guinot & Sandler, 250 W. Pratt Street, Suite 2000, Baltimore, MD 21201-6814 |
| aty | + | Stephanie C. Lieb, Trenam, Kemker, Scharf, Barkin, Frye,, 101 East Kennedy Blvd., Suite 2700, Tampa, FL 33602-5150 |
| aty | + | Steven M. Berman, Shumaker, Loop & Kendrick, LLP, 101 E. Kennedy Blvd., Suite 2800, Tampa, FL 33602-5153 |
| aty | + | William J. Barrett, Barack Ferrazzano Kirschbaum & Nagelberg, 200 West Madison Street, Suite 3900, Chicago, IL 60606-3465 |
| consult | + | A&G Realty Partners, LLC, Mike Matlat, 445 Broad Hollow Rd., Ste. 410, Melville, NY 11747-3601 |
| cr | + | AA Cardiff, LLC, AA Martel Howell, LLC, AA Tower,, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |

District/off: 0416-0      User: admin      Page 2 of 9

Date Rcvd: Dec 16, 2024      Form ID: ntcasten      Total Noticed: 214

| | | |
|---|---|---|
| cr | + | ACP Burlington, LLC, c/o Patricia B. Jefferson, Esquire, Miles & Stockbridge P.C., 100 Light St., 10th Fl., Baltimore, MD 21202-1153 |
| cr | + | ACP Cumberland Associates, L.L.C., c/o Patricia B. Jefferson, Esquire, Miles & Stockbbridge P.C., 100 Light St., 10th Fl., Baltimore, MD 21202-1153 |
| cr | + | ACP Jersey Associates, LLC, c/o Patricia B. Jefferson, Esquire, Miles & Stockbridge P.C., 100 Light St., 10th Fl., Baltimore, MD 21202-1153 |
| cr | + | APSC, LLC, c/o: Meridian Law, LLC, 600 Reisterstown Road, Suite 700, Baltimore, MD 21208-5110 |
| cr | + | Acadia Realty Limited Partnership, c/o Michelle M. McGeogh, Esquire, Ballard Spahr, LLP, 111 S. Calvert Street, 27th Floor, Baltimore, MD 21202-6146 |
| cr | + | Apollo Net Lease Corporation, c/o Michelle M. McGeogh, Esquire, Ballard Spahr, LLP, 111 S. Calvert Street, 27th Floor, Baltimore, MD 21202-6146 |
| cr | + | Arlington County, Virginia, Office of the County Treasurer,, 2100 Clarendon Blvd, Ste 217, Arlington, VA 22201-5447 |
| cr | + | Atlantic City Electric Company, c/o Russell R. Johnson III, 2258 Wheatlands Dr., Manakin-Sabot, VA 23103-2168 |
| cr | + | Audubon Square, Inc., c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | BC Exchange Suniland Master Tenant LLC, Aaron Solomon Applebaum, Saul Ewing Arnstein & Lehr LLP, Centre Square West, 1500 Market Street, 38th Floor Philadelphia, PA 19102-2100 |
| cr | + | BRE RC Commons WV LLC, Tenenbaum & Saas, P.C., 4504 Walsh Street, suite 200, Chevy Chase, MD 20815-6003 |
| cr | + | BRE RC First Colony MD LLC, Tenenbaum & Saas, P.C., 4504 Walsh Street, suite 200, Chevy Chase, MD 20815-6003 |
| cr | + | BULLSEYE TELECOM INC, c/o Julie Knight, Supervisor, 25925 Telegraph Road, Suite 210, Soutfield, MI 48033-2527 |
| cr | + | Ballenger Creek Partners,LLC, c/o Kimberly Manuelides, Ste. 300, 600 Washington Ave., Towson, MD 21204-3916 |
| | | Bradley Hansen, 11111 Gainsborough Road, Potomac, MD 20854-2519 |
| cr | + | Brambleton Town Center Associates L.L.C., c/o Mitchell B. Weitzman, Jackson & Campbell, P.C., 2300 N Street, N.W., Suite 300, Washington, DC 20037-1194 |
| op | + | Brian Hunt, Consulting Director, Epiq Corporate Restructuring, LLC, 777 Third Avenue, Twelfth Floor, New York, NY 10017-1401 |
| cr | + | Brittany West Plaza, LLC, c/o Ross G. Fingold, STOKESBURY, SHIPMAN & FINGOLD, LLC, 10 Waterside Drive, Suite 204, Farmington, CT 06032-3056 |
| cr | + | Brixmor Operating Partnership LP, c/o Michelle M. McGeogh, Esquire, Ballard Spahr LLP, 111 S. Calvert Street, 27th Floor, Baltimore, MD 21202-6146 |
| cr | + | Broaddale Center Limited Partnership, c/o Michelle M. McGeogh, Esquire, Ballard Spahr, LLP, 111 S. Calvert Street, 27th Floor, Baltimore, MD 21202-6146 |
| cr | | C/O Office of the Att Gen Texas Comptroller of Pub, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin, TX 78711-2548 |
| cr | + | CAS Severn, Inc., c/o Steve Drew, President, 6201 Chevy Chase Drive, Laurel, MD 20707-2916 |
| cr | + | CESC Crystal Square Four, L.L.C., c/o Bradshaw Rost, Tenenbaum & Saas, P.C., 4504 Walsh Street, Suite 200 Chevy Chase, MD 20815-6003 |
| cr | + | CH Retail Fund I/Ft. Lauderdale Universal Plaza, L, WINSTEAD PC, 500 Winstead Building, 2728 N. Harwood Street, Dallas, TX 75201-1743 |
| cr | + | CH Retail Fund II/Chicago Downers Grove, LLC, WINSTEAD PC, 500 Winstead Building, 2728 N. Harwood Street, Dallas, TX 75201-1743 |
| cr | + | CH Retail Fund II/Philadelphia Chesterbrook Villag, WINSTEAD PC, 500 Winstead Building, 2728 N. Harwood Street, Dallas, TX 75201-1743 |
| cr | + | CH Retail Fund II/Tampa Causeway Shoppes, L.L.C., WINSTEAD PC, 500 Winstead Building, 2728 N. Harwood Street, Dallas, TX 75201-1743 |
| intp | | CSR Plantation Ltd, c/o Philip Maroney, 275 Clyde Morris Boulevard, Ormond Beach, FL 32174-5977 |
| cr | | Calvert County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1385 |
| fa | + | Carl Marks Advisory Group LLC, Marc L. Pfefferle, Partner, 900 Third Avenue, 33rd Floor, New York, NY 10022-4775 |
| cr | | Charles County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| cr | + | Christi Osburn, 2440 S. Garland Crt, Lakewood, CO 80227-2276 |
| cr | + | College Park II, LLC, c/o Matthew G. Summers, 300 E. Lombard St., 18th Fl., Baltimore, MD 21202-3219 |
| cr | + | Concord Retail Partners, L.P, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | Constant Limited Partnership, 1829 Reisterstown Road, P.O. Box 32591, #440, Baltimore, MD 21282-2591 |
| cr | + | Core Eustis, LLC, c/o Core Investment Management, LLC, 2750 Coral Way, #200, Miami, FL 33145-3200 |
| cr | + | Core Fountains LLC, c/o Core Investment Management LLC, 2750 Coral Way, #200, Miami, FL 33145-3200 |
| cr | + | Core Investment Management, LLC, 2750 Coral Way, #200, MIami, FL 33145-3200 |
| cr | + | Corsica Square S.C., LLC, c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | DLC Management Corp., c/o David G. Sommer, Esq., Gallagher Evelius & Jones, 218 N. Charles St., Suite 400, Baltimore, MD 21201-4033 |
| cr | + | DPF Suniland LLC, c/o Maria Ellena Chavez-Ruark, Saul Ewing Arnstein & Lehr LLP, 500 East Pratt Street, 9th Floor, Baltimore, MD 21202-3170 |
| cr | + | Debra Kelbaugh, C/O Mitchel Fine, Esq, Fine, Grzech, Kelly & McaMeekin, P.A., 1527 York Road, Timonium, MD 21093-5612 |
| cr | + | Deutsche Asset and Wealth Management, c/o Michelle M. McGeogh, Esquire, Ballard Spahr LLP, 111 S. Calvert Street, 27th Floor, Baltimore, MD 21202-6146 |
| cr | + | Donnelle Gerling, et al, c/o Frost & Associates, LLC, 839 Bestgate Road, Suite 400, Annapolis, MD 21401 UNITED STATES 21401-3474 |
| cr | + | Dunn Loring Station Retail Company, LLC, c/o Bradshaw Rost, Esq., Tenenbaum & Saas, P.C., 4504 Walsh Street, Suite 200, Chevy Chase, MD 20815-6003 |
| cr | + | EagleBank, Michael J. Lichtenstein, Shulman Rogers Gandal Pordy & Ecker PA, 12505 Park Potomac Avenue, 6th Floor, Potomac, MD 20854-6803 |
| cr | + | Easton Shoppes Business Trust, c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |

District/off: 0416-0 | User: admin | Page 3 of 9
Date Rcvd: Dec 16, 2024 | Form ID: ntcasten | Total Noticed: 214

| | | |
|---|---|---|
| cr | + | Edens, c/o Michelle M. McGeogh, Esquire, Ballard Spahr, LLP, 111 S. Calvert Street, 27th Floor, Baltimore, MD 21202-6146 |
| cr | + | Eldersburg Bavard LLC, c/o Alan Betten, Esq, 600 Washington Avenue, STE 300, Towson, MD 21204-3916 |
| cr | + | Enchanted Forest, LLC, c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | FP Sub, LLC, c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | FedEx Supply Chain, Inc., Attn: Michael A. Siedband, 3620 Hacks Cross Road, Bldg. B, 3rd Fl., Memphis, TN 38125-8800 |
| cr | + | Federal Realty Investment Trust, c/o Michelle M. McGeogh, Esquire, Ballard Spahr, LLP, 111 S. Calvert Street, 27th Floor, Baltimore, MD 21202-6146 |
| cr | + | Festival of Hyannis, LLC, c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | Flagler S.C., LLC, c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | Frankel Nottingham, LLC, c/o Bradshaw Rost, Tenenbaum & Saas, P.C., 4504 Walsh Street, Suite 200 Chevy Chase, MD 20815-6003 |
| cr | + | Frederick Shopping Center, LLC, c/o BBS&G, 7315 Wisconsin Ave., Suite 800 West, Bethesda, MD 20814-3202 |
| cr | + | GTT Communications, Inc., c/o Darlene M. Nowak, Esq., One Oxford Centre, 301 Grant Street, 35th Floor, Pittsburgh, PA 15219-1407 |
| cr | + | Glass Doctor of Northern VA, 130 Millwood Ave, Winchester, VA 22601-4551 |
| cr | + | Global Printing, Inc. dba More Vang, Attn: Jonathan Budington, President, 3670 Wheeler Avenue, Alexandria, VA 22304-6403 |
| cr | + | Grand Oaks Village 1673, LLC, c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | Greenway Plaza LLC, c/o Magruder Cook Koutsouftikis & Palanz, 1889 Preston White Drive, Suite 200, Reston, VA 20191-4368 |
| cr | + | Heidenberg Properties, LLC, c/o Michelle M. McGeogh, Esquire, Ballard Spahr, LLP, 111 S. Calvert Street, 27th Floor, Baltimore, MD 21202-6146 |
| cr | + | Hunter Creek Shoppes, LLC, c/o Jessica Sadler - Ballard Spahr LLP, 1909 K Street NW, 12th Floor, Washington, DC 20006-1152 |
| cr | + | IRC Bohl Farm LLC, Tenenbaum & Saas, P.C., 4504 Walsh Street, suite 200, Chevy Chase, MD 20815-6003 |
| cr | + | IRC Four Flaggs, LLC, Tenenbaum & Saas, P.C., 4504 Walsh Street, suite 200, Chevy Chase, MD 20815-6003 |
| cr | + | IRC Mapaleview, LLC, Tenenbaum & Saas, P.C., 4504 Walsh Street, suite 200, Chevy Chase, MD 20815-6003 |
| cr | + | IRC North Aurora Venture, Tenenbaum & Saas, P.C., 4504 Walsh Street, suite 200, Chevy Chase, MD 20815-6003 |
| cr | + | IRC Prairie Crossing, LLC, Tenenbaum & Saas, P.C., 4504 Walsh Street, suite 200, Chevy Chase, MD 20815-6003 |
| cr | + | IRC Schaumburg Plaza LLC, Tenenbaum & Saas, P.C., 4504 Walsh Street, suite 200, Chevy Chase, MD 20815-6003 |
| cr | + | IRC Shops at State Place LLC, Tenenbaum & Saas, P.C., 4504 Walsh Street, suite 200, Chevy Chase, MD 20815-6003 |
| cr | + | IRC University Crossings, LLC, Tenenbaum & Saas, P.C., 4504 Walsh Street, suite 200, Chevy Chase, MD 20815-6003 |
| cr | + | IRC Warsaw, LLC, Tenenbaum & Saas, P.C., 4504 Walsh Street, suite 200, Chevy Chase, MD 20815-6003 |
| cr | + | Inland Commercial Real Estate Services LLC, c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street Syracuse, NY 13202-2515 |
| cr | + | It's a New 10, LLC d/b/a It's a 10 Haircare, c/o Gary M. Freedman, Nelson Mullins Broad and Cassel, 2 S. Biscayne Blvd., 21st Floor, Miami, FL 33131-1800 |
| crcm | + | J Global Printing d/b/a More Vang, Jonathan Budington, 3670 Wheeler Avenue, Alexandria, VA 22304-6403 |
| cr | + | JBG/Woodbridge Retail, LLC, Tenenbaum & Saas, P.C., 4504 Walsh Street, Suite 200, Chevy Chase, MD 20815 UNITED STATES 20815-6003 |
| cr | + | JDC Easton LLC, c/o Bradshaw Rost, Tenenbaum & Saas, P.C., 4504 Walsh Street, Suite 200 Chevy Chase, MD 20815-6003 |
| cr | + | Jersey Central Power & Light Company, c/o Russell R. Johnson, III, 2258 Wheatlands Dr., Manakin-Sabot, VA 23103-2168 |
| fa | + | John P. Madden, c/o Emerald Capital Advisors, 150 East 52nd Street, 15th Floor, New York, NY 10022-6017 |
| cr | + | Josephine Ferguson, c/o Robert A. Richards, THE DORSEY LAW FIRM, P.O. Box 530, Leonardtown, MD 20650-0530 |
| cr | + | Karam V. Duggal, 8610 Bow Court, Orlando, FL 32836-8817 |
| cr | + | Karen Tavella-Zirilli and Dominic Zirilli, c/o Stinson LLP, Attn. Brittany Mitchell Michael, 50 South Sixth Street, Suite 2600, Minneapolis, MN 55402-2241 |
| cr | + | Kendale Associates Limited Partnership, c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | Kensington Associates, LLC, c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | Kimco Delaware Inc., c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | Kimco Horsham, LP, c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | Kimco Maplewood 673, Inc., c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | Kimco of Cherry Hill Associates, c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | Kimco of Pennsylvania Trust, c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Flor, Baltimore, MD 21201-3322 |
| cr | + | Kimzay of Florida, Inc., c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | L.A.B. Westtown, L.P., c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | LIPT Medway Road, LLC, c/o Venable LLP, 1850 Towers Crescent Plaza, Suite 400, Tysons, VA 22182-6241 |
| cr | + | LPF Clemson Corner, LLC, c/o Venable LLP, 1850 Towers Crescent Plaza, Suite 400, Tysons, VA 22182-6241 |
| crcm | + | LaDove, Inc., Julian Cecio, 5701 Miami Lakes Drive, East, Miami Lakes, FL 33014-2417 |
| cr | + | Lake Shore Associates, LLC, c/o Robert L. Hanley, Jr., Esquire, 102 W. Pennsylvania Avenue, Suite 600, Towson, MD 21204-4510 |
| op | + | Lester D. Mardiks, 2911 Hunter Mill Road, Suite 300, Oakton, VA 22124-1719 |
| cr | + | Levin Management Corporation, c/o Stark & Stark, PC, 993 Lenox Drive, Bldg. 2, Lawrenceville, NJ 08648-2316 |
| cr | + | Limerick Shopping Center, L.P., c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | Lindsay Reed, 10 N. Light St., Lovettsville, VA 20180-8613 |
| cr | + | Lisa Wold, c/o ChasenBoscolo Injury Lawyers, 7852 Walker Dr, Suite 300, Greenbelt, MD 20770-3246 |
| cr | + | Lorton Valley Retail, LLC, c/o Bradshaw Rost, Tenenbaum & Saas, P.C., 4504 Walsh Street, Suite 200 Chevy Chase, MD 20815-6003 |
| cr | + | Main Street Retail Partners, L.L.C., c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |

District/off: 0416-0

Date Rcvd: Dec 16, 2024

User: admin

Form ID: ntcasten

Page 4 of 9

Total Noticed: 214

| | | |
|---|---|---|
| fa | + | Marc L. Pfeferle, Carl Marks Advisory Group LLC, 900 Third Avenue, 33rd Floor, New York, NY 10022-4775 |
| cr | + | Marketplace Retail I, LLC, c/o Rosenberg Martin Greenberg, LLP, 25 S. Charles Street, Baltimore, MD 21201, UNITED STATES 21201-3322 |
| cr | + | Melanie McCluskey, 89 Mayfair Drive, Pittsburgh, PA 15228-1164 |
| cr | + | Melrose Associates, LLC, ATTN: Alan Betten, Esquire, 600Washington Avenue, Suite 300, Towson, MD 21204-3916 |
| cr | + | Miller West Investment, L.L.C., c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | NNN Holly Hill FL Owner LP, c/o Matthew G. Summers, Ballard Spahr LLP, 300 E. Lombard St. 18th FL, Baltimore, MD 21202-3219 |
| cr | + | National Shopping Plazas, Inc., c/o William J. Barrett, Barack Ferrazzano Kirschbaum & Nagelberg, 200 West Madison Street, Suite 3900, Chicago, IL 60606-3465 |
| cr | + | New Market Properties LLC, c/o Michelle M. McGeogh, Esquire, Ballard Spahr, LLP, 111 S. Calvert Street, 27th Floor, Batimore, MD 21202-6146 |
| cr | + | Nicklaus at Rivercrest LLC, c/o Steven N. Leitess, Esq., 201 N. Charles Street, 26th Floor, Baltimore, MD 21201-4149 |
| cr | + | Nicole Olsen, c/o Mark R. Natale, Esquire, Malamut & Associates, LLC, 457 Haddonfield Road, Suite 500, Cherry Hill, NJ 08002-2220 |
| crcm | + | Nicole Olson, c/o Matthew Dundon, 440 Mamaroneck Ave., 5th Floor, Harrison, NY 10528-2418 |
| cr | + | Oakwood Plaza Limited Partnership, c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | Office of Unemployment Compensation Tax Services (, Collections Support Unit - Deb Secrest, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| cr | + | PECO Energy Company, c/o Russell R. Johnson, III, 2258 Wheatlands Dr., Manakin-Sabot, VA 23103-2168 |
| cr | + | PGIM Real Estate, c/o Michelle M. McGeogh, Esquire, Ballard Spahr LLP, 111 S. Calvert Street, 27th Floor, Baltimore, MD 21202-6146 |
| cr | + | PL Pentagon LLC, c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | Parcel C Property, LLC, c/o Stephen A. Metz, Esq., Offit Kurman, P.A., 4800 Montgomery Lane, 9th Fl, Bethesda, MD 20814-3429 |
| sp | | Paul J. Kennedy, c/o Littler Mendelson, P.C., 815 Connecticut Avenue, NW, Suite 400, Washington, DC 20006-4046 |
| cr | + | Potomac Edison Company, c/o Russell R. Johnson, III, 2258 Wheatlands Dr., Manakin-Sabot, VA 23103-2168 |
| cr | + | Pulaski Promenade, LLC, Tenenbaum & Saas, P.C., 4504 Walsh Street, suite 200, Chevy Chase, MD 20815-6003 |
| cr | + | Q-R Spring Hill, LLC, c/o Bradshaw Rost, Tenenbaum & Saas, P.C., 4504 Walsh Street, Suite 200 Chevy Chase, MD 20815-6003 |
| cr | + | Retail Properties of America, Inc., c/o Michelle M. McGeogh, Esquire, Ballard Spahr LLP, 111 S. Calvert Street, 27th Floor, Baltimore, MD 21202-6146 |
| cr | + | Retail Sites, LLC, c/o Stark & Stark, P.C., 993 Lenox Drive, Bldg. 2, Lawrenceville, NJ 08648-2316 |
| cr | + | River Hill Village Center, LLC, c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| intp | + | Robert Campbell, c/o Root Real Estate, 275 Clyde Morris Boulevard, Ormond Beach, FL 32174-5977 |
| cr | + | Ronald G. Siegel, Williams Mullen, P.C., Attn: James Philip Head,Esq., 8300 Greensboro Drive, Suite 1100, McLean, VA 22102 UNITED STATES 22102-3664 |
| cr | | Ronda LaMontagne, 2009 Douglas St, Charleston, IL 61920-3105 |
| intp | + | Root Real Estate One, L.P. LTD., c/o Philip Maroney, 275 Clyde Morris Boulevard, Ormond Beach, FL 32174-5977 |
| crcm | + | SITE Centers Corp., Eric C. Cotton, Esq., Deputy General Counsel & CCO, 3300 Enterprise Parkway, Beachwood, OH 44122-7200 |
| cr | + | Saker Shoprites, Inc., P.O. Box 7812, Edison, NJ 08818-7812 |
| cr | + | Salesforce.com, Inc., c/o James M. Hoffman, Esq., Offit Kurman, P.A., 4800 Montgomery Lane, 9th Fl, Bethesda, MD 20814-3429 |
| cr | + | Saucon Valley Lifestyle Center, L.P., c/o Michelle M. McGeogh, Esquire, Ballard Spahr LLP, 111 S. Calvert Street, 27th Floor, Baltimore, MD 21202-6146 |
| op | + | Scott A. Barnard, Baker Tilly Virchow Krause, LLP, 8219 Leesburg Pike, Suite 800, Tysons, VA 22182-2625 |
| cr | + | Shrewsbury Square 1070 Business Trust, c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | Stafford Marketplace, LLC, c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | The Chevy Chase Land Company of Montgomery County,, Miles & Stockbridge P.C., c/o John T. Farnum, Esquire, 1201 Pennsylvania Avenue, NW, Suite 900 Washington, DC 20004-2464 |
| cr | + | The Forbes Company, c/o Michelle M. McGeogh, Esquire, Ballard Spahr, LLP, 111 S. Calvert Street, 27th Floor, Baltimore, MD 21202-6146 |
| cr | + | The Fountains at Bay Hill 2, LLC, c/o Core INvestment Management, LLC, 2750 Coral Way, #200, Miami, FL 33145-3200 |
| cr | + | The Macerich Company, c/o Michelle M. McGeogh, Esquire, Ballard Spahr LLP, 111 S. Calvert Street, 27th Floor, Baltimore, MD 21202-6146 |
| cr | + | The Potomac Electric Power Company, c/o Russell R. Johnson, III, 2258 Wheatlands Dr., Manakin-Sabot, VA 23103-2168 |
| cr | + | The Price REIT Renaissance Partnership, L.P., c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | The Price of REIT, Inc., c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | The Promenade, LLC, c/o Core Investment Management, LLC, 2750 Coral Way, #200, MIami, FL 33145-3200 |
| cr | + | Timonium Shopping Center Associates, LLC, c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | | Timothy J Lemieux, 23559 September Sun Sq, Ashburn, VA 20148-4987 |
| cr | + | Urbana Center, LLC, c/o Rosenberg Martin Greenberg LLP, 25 S Charles Street, 21st Floor, Baltimore, MD 21201-3322 |
| cr | + | Vienna Plaza Associates Limited Partnership, c/o Michelle M. McGeogh, Esquire, Ballard Spahr, LLP, 111 S. Calvert Street, 27th Floor, Baltimore, MD 21202-6146 |
| cr | + | Virginia Electric and Power Company, c/o Russell R. Johnson, III, 2258 Wheatlands Dr., Manakin-Sabot, VA 23103-2168 |
| cr | + | WHLR-JANAF, LLC, c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street Syracuse, NY 13202-2515 |
| cr | + | Washington Prime Group Inc., c/o David G. Sommer, Esq., Gallagher Evelius & Jones LLP, 218 N. Charles St., Suite 400, Baltimore, MD 21201-4033 |
| cr | + | Westfield, LLC, c/o David G. Sommer, Esq., Gallagher Evelius & Jones, 218 N. Charles St., Suite 400, Baltimore, MD 21201-4033 |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 5 of 9 |
| Date Rcvd: Dec 16, 2024 | Form ID: ntcasten | Total Noticed: 214 |

| | | |
|---|---|---|
| cr | + | Wheeler Real Estate Investment Trust, Inc., c/o David G. Sommer, Esq., Gallaher Evelius & Jones, 218 N. Charles St., Suite 400, Baltimore, MD 21201-4033 |
| cr | + | XCO Software, LLC, c/o Miles & Stockbridge P.C., Patricia B. Jefferson, Esquire, 100 Light Street, 10th Floor, Baltimore, MD 21202-1153 |
| cr | + | Zlotnick & Kraft-D.C., LLC, c/o Gwynne L. Booth, Esq., Greenstein DeLorme & Luchs, P.C., 801 17th Street, N.W., Suite 1000 WASHINGTON, DC 20006-3967 |

TOTAL: 197

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dtabachnik@dttlaw.com | Dec 16 2024 19:19:00 | Douglas T. Tabachnik, Law Offices of Douglas T. Tabachnik, P.C, 63 West Main Street, Suite C, Freehold, NJ 07728-2141 |
| cr | ^ | MEBN | Dec 16 2024 19:15:43 | Baltimore Gas and Electric Company, c/o Russell R. Johnson, III, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103-2168 |
| cr | + | Email/Text: bk@bpretail.com | Dec 16 2024 19:20:00 | Brookfield Property REIT, Inc., Kristen N. Pate, 350 N. Orleans St., Suite 300, Chicago, IL 60654-1607 |
| cr | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Dec 16 2024 19:20:00 | Commonwealth Edison Company, c/o Russell R. Johnson, III, 2258 Wheatlands Dr., Manakin-Sabot, VA 23103-2168 |
| cr | ^ | MEBN | Dec 16 2024 19:16:55 | Delmarva Power & Light Company, c/o Russell R. Johnson, III, 2258 Wheatlands Dr., Manakin-Sabot, VA 23103-2168 |
| cr | + | Email/Text: rcostella@tydings.com | Dec 16 2024 19:20:00 | Elmhurst Crossing Limited Partnership, c/o Richard L. Costella, Tydings & Rosenberg LLP, One East Pratt Street, Suite 901, Baltimore, MD 21202-1249 |
| op | ^ | MEBN | Dec 16 2024 19:17:01 | Epiq Corporate Restructuring, LLC, Brian Hunt, Consulting Director, 777 Third Avenue, Twelfth Floor, New York, NY 10017-1401 |
| cr | ^ | MEBN | Dec 16 2024 19:16:55 | Florida Power & Light Company, c/o Russell R. Johnson, III, 2258 Wheatlands Dr., Manakin-Sabot, VA 23103-2168 |
| cr | + | Email/Text: seenbystephanie@gmail.com | Dec 16 2024 19:19:00 | GEORGE ROBERTS, PO BOX 533, NORTH GRAFTON, MA 01536, UNITED STATES 01536-0533 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 16 2024 19:20:00 | Internal Revenue Service, 31 Hopkins Plaza, Room 1150, Baltimore, MD 21201 |
| cr | | Email/PDF: bankruptcy@irctax.com | Dec 16 2024 19:29:49 | Indian River County Tax Collector, PO BOX 1509, Vero Beach, FL 32961-1509 |
| cr | + | Email/Text: kwillis@barclaydamon.com | Dec 16 2024 19:20:00 | Inland Commercial Real Estate Services LLC, c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street, Syracuse, NY 13202-2515 |
| cr | + | Email/Text: rcostella@tydings.com | Dec 16 2024 19:20:00 | North Riverside Plaza Limited Partnership, c/o Richard L. Costella, Tydings & Rosenberg LLP, One East Pratt Street, Suite 901, Baltimore, MD 21202-1249 |
| cr | | Email/Text: bdept@mrrlaw.net | Dec 16 2024 19:19:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1385 |
| crcmch | | Email/Text: Bankruptcy@regencycenters.com | Dec 16 2024 19:19:00 | Regency Centers, L.P., Ernst Bell, Esquire, Associate General Counsel, V.P. Legal, One Independent Drive, Suite 114, Jacksonville, FL 32202 |
| cr | ^ | MEBN | | |

|  |  | Dec 16 2024 19:16:56 | RPT Realty, L.P., c/o Barclay Damon LLP, Attn: Kevin M. Newman, Baclay Damon Tower, 125 East Jefferson Street, Syracuse, NY 13202-2515 |
| cr | Email/Text: glenn@salonandspaenvironments.com | Dec 16 2024 19:20:00 | Salon and Spa Environments, Inc., c/o Glenn Halpern, 18285 Wildblue Blvd, Fort Myers, FL 33913 |
| cr | + Email/Text: cmartin@simon.com | Dec 16 2024 19:20:00 | Simon Property Group, Inc., Attn: Ronald M. Tucker, Esq., 225 W. Washington Street, Indianapolis, IN 46204-3438 |
| cr | + Email/Text: kwillis@barclaydamon.com | Dec 16 2024 19:20:00 | WHLR-JANAF, LLC, c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street, Syracuse, NY 13202-2515 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | MEPT Sawgrass Center, LLC |
| cr |  | Sun Life Assurance Company of Canada |
| cr |  | WS Midcenter LLC |
| aty | ##+ | Dustin P. Branch, Ballard Spahr LLP, 2029 Century Park East, Suite 800, Los Angeles, CA 90067-2909 |
| cr | ##+ | National Realty Corporation, c/o Jeffrey Kurtzman, Esquire, Kurtzman Steady, LLC, 401 S. 2nd Street, Suite 200, Philadelphia, PA 19147-1612 |
| cr | ##+ | The Goldenberg Group, c/o Jeffrey Kurtzman, Esquire, Kurtzman Steady, LLC, 401 S. 2nd Street, Suite 200, Philadelphia, PA 19147-1612 |
| cr | ##+ | Ziff Stony Point I, LLC, 200 Wingo Way, Suite 100, Mt. Pleasant, SC 29464-1816 |

TOTAL: 3 Undeliverable, 0 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan D. Eisler | aeisler@e-hlegal.com  mcghamilton@gmail.com |
| Alan M. Grochal | agrochal@tydingslaw.com  scalloway@tydings.com |
| Aryeh E. Stein | astein@meridianlawfirm.com  aryehsteinecf@gmail.com,steinar93219@notify.bestcase.com |
| Ashley N Fellona | ashley.fellona@saul.com  janice.mast@saul.com |

Bradshaw Rost
brost@tspclaw.com

Brittany Mitchell Michael
brittany.michael@stinson.com  jess.rehbein@stinson.com,jayme.masek@stinson.com

C. Kevin Kobbe
kevin.kobbe@us.dlapiper.com  docketing-baltimore-0421@ecf.pacerpro.com

Catherine Brady DiFazio Harrington
charrington@milesstockbridge.com

Craig B. Young
craig.young@kutakrock.com
jeremy.williams@kutakrock.com,lynda.wood@kutakrock.com,david.fox@kutakrock.com,pamela.germas@kutakrock.com

Daniel Alan Staeven
daniel.staeven@frosttaxlaw.com
daniel.staeven@frosttaxlaw.com,kelly.gartrell@frosttaxlaw.com,21029@notices.nextchapterbk.com,23296@notices.nextchapterbk.com,margaret.johnson@frosttaxlaw.com,uriel.stern@frosttaxlaw.com

Daniel Joseph Zeller
djz@shapirosher.com  ejd@shapirosher.com

David Sommer
dsommer@gejlaw.com  ceyler@gejlaw.com,gomara@gejlaw.com

Donald F. Campbell
dcampbell@ghclaw.com

Elisabeth Bruce
elisabeth.m.bruce@usdoj.gov  Eastern.Taxcivil@usdoj.gov

GWYNNE L BOOTH
GLB@GDLLAW.COM

Ira T Kasdan
kdwbankruptcydepartment@kelleydrye.com  MVicinanza@ecf.inforuptcy.com

Irving Edward Walker
iwalker@coleschotz.com  pratkowiak@coleschotz.com,bankruptcy@coleschotz.com

JOYCELYN PEYTON
Joycelyn.S.Peyton@usdoj.gov  Eastern.Taxcivil@usdoj.gov,ari.d.kunofsky@usdoj.gov,thomas.p.cole@usdoj.gov

James M. Hoffman
jhoffman@offitkurman.com  mmargulies@offitkurman.com

James Philip Head
jhead@williamsmullen.com

Janet M. Nesse
jnesse@mhlawyers.com
DC0N@ecfcbis.com,jmnesse@ecf.axosfs.com,jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com,Nesse.JanetR92003@notify.bestcase.com,kfeig@mhlawyers.com

Jeffrey Kurtzman
kurtzman@kurtzmansteady.com

Jeffrey Rhodes
jrhodes@tlclawfirm.com

Jeffrey M. Orenstein
jorenstein@wolawgroup.com

Jeremy S. Friedberg
jeremy@friedberg.legal  ecf@friedberg.legal

Jessica Hepburn-Sadler
sadlerjh@ballardspahr.com  andersonn@ballardspahr.com

Jodie E. Buchman
jbuchman@silvermanthompson.com  efiling@silvermanthompson.com

Joel I. Sher
jis@shapirosher.com  ejd@shapirosher.com

John Tucker Farnum
jfarnum@milesstockbridge.com  jfarnumecfnotices@gmail.com

Jonathan Harold Todt
jonathan.todt@faegredrinker.com

District/off: 0416-0

Date Rcvd: Dec 16, 2024

User: admin

Form ID: ntcasten

Page 8 of 9

Total Noticed: 214

Joshua D. Bradley

jbradley@rosenbergmartin.com  lfeigh@rosenbergmartin.com

Joyce A. Kuhns

jkuhns@offitkurman.com

Justin Philip Fasano

jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,dmoorehead@mhlawyers.com,tmackey@mhlawyers.com,hleaphart@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Katie Lane Chaverri

kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com

Keith M. Lusby

klusby@gebsmith.com

Kevin Davis

kdavis@capdale.com  brigette-wolverton-caplin-drysdale-9897@ecf.pacerpro.com

Kevin M. Newman

knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kimberly A. Manuelides

kmanuelides@mcneeslaw.com

Kyle Lamar Bishop

kyle.l.bishop@usdoj.gov  eastern.taxcivil@usdoj.gov,james.j.wilkinson@usdoj.gov

Kyle Y. Dechant

kdechant@wtplaw.com  clano@wtplaw.com,kydechant@gmail.com,Jha@wtplaw.com

L. Jeanette Rice

Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Lawrence A. Katz

lkatz@hirschlerlaw.com  chall@hirschlerlaw.com,aklena@hirschlerlaw.com

Leo Wesley Ottey

otteyjr@gmail.com

Leonidas Koutsouftikis

lkouts@mckplaw.com  mcook@magruderpc.com

Lynn A. Kohen

lynn.a.kohen@usdoj.gov

Marissa K Lilja

mlilja@tydingslaw.com  edondero@tydingslaw.com

Matthew G. Summers

summersm@ballardspahr.com
branchd@ballardspahr.com,heilmanl@ballardspahr.com,mcgeoghm@ballardspahr.com,ambroses@ballardspahr.com,buhrmank@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ballardspahr.com

Matthew S. Sturtz

matt.sturtz@nelsonmullins.com  gary.freedman@nelsonmullins.com

Maurice Belmont VerStandig

mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Michael Schlepp

mschlepp@s-d.com

Michael J. Lichtenstein

mjl@shulmanrogers.com  tlockwood@shulmanrogers.com,nlawal@shulmanrogers.com

Michael Stephen Myers

michaelsmyerslaw@gmail.com

Michelle McGeogh

mcgeoghm@ballardspahr.com  stammerk@ballardspahr.com,cromartie@ballardspahr.com,bktdocketeast@ballardspahr.com

Mitchell Bruce Weitzman

mweitzman@jackscamp.com  statum@jackscamp.com,iluaces@jackscamp.com

Monique Bair DiSabatino

monique.disabatino@saul.com  robyn.warren@saul.com

Nicole C. Kenworthy

bdept@mrrlaw.net

Patricia B. Jefferson

    pjefferson@milesstockbridge.com

Peter D Blumberg

    heather.williams@fedex.com

Pierce C Murphy

    pmurphy@mdattorney.com  efiling@silvermanthompson.com

Richard Edwin Lear

    richard.lear@hklaw.com  kimi.odonnell@hklaw.com,hapi@hklaw.com

Richard L. Costella

    rcostella@tydings.com  jmurphy@tydings.com

Richard Marc Goldberg

    rmg@shapirosher.com  ejd@shapirosher.com

Robert Hanley

    rhanley@rmmr.com

Robert A. Richards

    robertr@dorseylaw.net

Robert L. LeHane

    KDWBankruptcyDepartment@kelleydrye.com

Ronald J Drescher

    ecfdrescherlaw@gmail.com
    ron@clegolftour.com,ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com,284@notices.nextchapterbk.com,heather@propelparalegal.com,propel@drescherlaw.com

Stanford G. Gann

    sgannjr@levingann.com

Stephen A. Metz

    smetz@offitkurman.com  mmargulies@offitkurman.com

Stephen E. Leach

    sleach@hirschlerlaw.com  ndysart@hirschlerlaw.com

Steven M Berman

    sberman@shumaker.com

Steven N. Leitess

    sleitess@silvermanthompson.com  efiling@silvermanthompson.com

Tracey Michelle Ohm

    tracey.ohm@stinson.com  porsche.barnes@stinson.com

US Trustee - Greenbelt

    USTPRegion04.GB.ECF@USDOJ.GOV

William Henry Fisher

    hank@cccoateslaw.com

William Lee Hallam

    whallam@rosenbergmartin.com  kmartin@rosenbergmartin.com


TOTAL: 75

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **20−14583 − NVA**    Chapter: **7**

**Creative Hairdressers, Inc.**
Debtor

## NOTICE TO NON−INDIVIDUAL WHOSE ATTORNEY
## IS NO LONGER INVOLVED IN THIS CASE

PLEASE TAKE NOTICE:

Counsel GWYNNE L BOOTH for party Zlotnick & Kraft−D.C., LLC in the above−captioned case is no longer involved in this case because the attorney has been inactivated by the United States District Court for the District of Maryland for failure to renew their membership and therefore may not appear as counsel in this Court pursuant to LBR 9010−3.

Pursuant to Local Bankruptcy Rule 9010−1(a), only individuals may represent themselves. Corporations, partnerships, unincorporated associations, government entities, etc., must be represented by legal counsel. Only counsel will be permitted to file a paper or pleading for the entity that is the subject of this Notice or to appear in Court on its behalf. New counsel must enter an appearance within twenty−one (21) days after the date of this notice. If new counsel does not enter an appearance, the Court may take such action as it deems appropriate, including dismissal of an affirmative claim for relief by, or entry of a default against, the unrepresented party (see Local Bankruptcy Rule 9010−4).

Dated: 12/16/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Michelle Maloney−Raymond
Team Phone: 410−962−0795

Form ntcasten