# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **IN RE:** | * |
| **CREATIVE HAIRDRESSERS, INC.** | Case No. 20-14583-TJC |
| * | (Chapter 11) |
| Debtor. | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 9010-4, please withdraw my appearance as Counsel for Creditors Acadia Realty Limited Partnership, Apollo Net Lease Corporation, Brixmor Operating Partnership LP, Broaddale Center Limited Partnership, Brookfield Property REIT, Inc., Deutsche Asset and Wealth Management, Edens, Federal Realty Investment Trust, Heidenberg Properties, LLC, New Market Properties LLC, PGIM Real Estate, Retail Properties of America, Inc., Saucon Valley Lifestyle Center, L.P., The Forbes Company, The Macerich Company, Vienna Plaza Associates Limited Partnership and Retail Properties of America, Inc.

Matthew G. Summers, Ballard Spahr LLP, has already entered his appearance and will remain as attorney of record for Creditors Acadia Realty Limited Partnership, Apollo Net Lease Corporation, Brixmor Operating Partnership LP, Broaddale Center Limited Partnership, Brookfield Property REIT, Inc., Deutsche Asset and Wealth Management, Edens, Federal Realty Investment Trust, Heidenberg Properties, LLC, New Market Properties LLC, PGIM Real Estate, Retail Properties of America, Inc., Saucon Valley Lifestyle Center, L.P., The Forbes Company, The Macerich Company, and Vienna Plaza Associates Limited Partnership.

Date: December 30, 2024	Respectfully submitted,

    */s/* Michelle M. McGeogh
    Michelle M. McGeogh
      Fed. Bar No. 28778
    Ballard Spahr LLP
    111 S. Calvert Street, 27th Floor
    Baltimore, Maryland 21202
    Tel: (410) 528-5600
    Fax: (410) 528-5650
    E-mail: mcgeoghm@ballardspahr.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of December, 2024, a copy of the foregoing Notice of Substitution of Counsel was served via ECF notification upon all counsel of record.

*/s/* Michelle M. McGeogh
Michelle M. McGeogh