# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

In re:

CREATIVE HAIRDRESSERS, INC.

Debtor.

Chapter 7

Case No. 20-14583-TJC

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR SALESFORCE, INC.

**PLEASE TAKE NOTICE** that as of May 19, 2025 the mailing address for Salesforce, Inc., a creditor and party-in-interest (the "Creditor") in the above captioned Chapter 11 cases, has changed to:

> Lawrence M. Schwab, Esq.
> Gaye N. Heck Esq.
> **Bialson, Bergen & Schwab**
> **830 Menlo Avenue, Suite 201**
> **Menlo Park, CA 94025**

> Former Address
> Lawrence M. Schwab, Esq.
> Gaye N. Heck Esq.
> Bialson, Bergen & Schwab
> 633 Menlo Avenue, Suite 100
> Menlo Park, CA 94025

**PLEASE TAKE FURTHER NOTICE** that all of the e-mail addresses, telephone numbers and facsimile numbers affiliated with the counsel for the Creditor will remain the same.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and other documents that require receipt or service by the Creditor are to be directed to the new address.

Dated: May 19, 2025                              Respectfully submitted,

/s/ Gaye N. Heck
Gaye N. Heck, Esq.
BIALSON, BERGEN & SCHWAB
830 Menlo Avenue, Suite 201
Menlo Park, CA 94025
Telephone: (650) 857-9500
Facsimile: (650) 494-2738
Email: gaye@bbslaw.com

Attorneys for Salesforce, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Change of Firm Address was served electronically by the Court's Electronic Filing System to all parties receiving such notices on this 19th day of May 2025.

/s/Gaye N. Heck
Gaye N. Heck, Esq.
BIALSON, BERGEN & SCHWAB
830 Menlo Avenue, Suite 201
Menlo Park, CA 94025
Telephone: (650) 857-9500
Facsimile: (650) 494-2738
Email: gaye@bbslaw.com

Attorneys for Salesforce, Inc.