**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

In re:

CREATIVE HAIRDRESSERS, INC.

Debtor.

Chapter 7

Case No. 20-14583-TJC

## AMENDED NOTICE OF CHANGE OF ADDRESS FOR CREDITOR SALESFORCE, INC.

**PLEASE TAKE NOTICE** that as of June 4, 2025 the mailing address for Salesforce,

Inc., a creditor and party-in-interest (the "Creditor") in the above captioned Chapter 11 cases, has

changed to:

> Lawrence M. Schwab, Esq.
> Gaye N. Heck Esq.
> **Bialson, Bergen & Schwab**
> **830 Menlo Avenue, Suite 201**
> **Menlo Park, CA 94025**
>
> Former Address
> Lawrence M. Schwab, Esq.
> Gaye N. Heck Esq.
> Bialson, Bergen & Schwab
> 633 Menlo Avenue, Suite 100
> Menlo Park, CA 94025

**PLEASE TAKE FURTHER NOTICE** that all of the e-mail addresses, telephone

numbers and facsimile numbers affiliated with the counsel for the Creditor will remain the same.

Notice of Change of Address

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and other documents that require receipt or service by the Creditor are to be directed to the new address.

Dated: June 4, 2025                              Respectfully submitted,

*Gaye N Heck*

Gaye N. Heck, Esq.
BIALSON, BERGEN & SCHWAB
830 Menlo Avenue, Suite 201
Menlo Park, CA 94025
Telephone: (650) 857-9500
Facsimile: (650) 494-2738
Email: gaye@bbslaw.com

Attorneys for Salesforce, Inc.

Notice of Change of Address

USBC-MD G FILED MAIL
5 JUN '25 AM 10:21

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Change of Firm Address was served electronically by the Court's Electronic Filing System to all parties receiving such notices on this 4th day of June 2025.

*Gaye N Heck*

Gaye N. Heck, Esq.
BIALSON, BERGEN & SCHWAB
830 Menlo Avenue, Suite 201
Menlo Park, CA 94025
Telephone: (650) 857-9500
Facsimile: (650) 494-2738
Email: gaye@bbslaw.com

Attorneys for Salesforce, Inc.

Electronic Mail Notice List - Parties in the case only

- **Jodie E. Bekman**    jbekman@gfrlaw.com, dferguson@gfrlaw.com
- **Steven M Berman**    sberman@shumaker.com
- **Kyle Lamar Bishop**    kyle.l.bishop@usdoj.gov, eastern.taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
- **Peter D Blumberg**    heather.williams@fedex.com
- **Joshua D. Bradley**    jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com
- **Elisabeth Bruce**    elisabeth.m.bruce@usdoj.gov, Eastern.Taxcivil@usdoj.gov
- **Donald F. Campbell**    dcampbell@ghclaw.com
- **Katie Lane Chaverri**    kchaverri@tlclawfirm.com, dtayman@tlclawfirm.com
- **Richard L. Costella**    rcostella@tydings.com, scalloway@tydings.com;zjones@tydings.com;swilliams@tydings.com
- **Kevin Davis**    kdavis@capdale.com, brigette-wolverton-caplin-drysdale-9897@ecf.pacerpro.com
- **Kyle Y. Dechant**    kdechant@wtplaw.com, clano@wtplaw.com;kydechant@gmail.com;lha@wtplaw.com
- **Monique Bair DiSabatino**    monique.disabatino@saul.com, robyn.warren@saul.com
- **Ronald J Drescher**    ecfdrescherlaw@gmail.com,
  ron@clegolftour.com,ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com,284@notices.nextchapterbk.com,heather@propelparalegal.com
- **Alan D. Eisler**    aeisler@e-hlegal.com, mcghamilton@gmail.com
- **John Tucker Farnum**    jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com
- **Justin Philip Fasano**    jfasano@mhlawyers.com,
  jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- **Ashley N Fellona**    ashley.fellona@saul.com, janice.mast@saul.com
- **William Henry Fisher**    hank@cccoateslaw.com
- **Jeremy S. Friedberg**    jeremy@friedberg.legal, ecf@friedberg.legal
- **Stanford G. Gann**    sgannjr@levingann.com
- **Richard Marc Goldberg**    rmg@shapirosher.com, ejd@shapirosher.com
- **Alan M. Grochal**    agrochal@tydingslaw.com, scalloway@tydings.com
- **William Lee Hallam**    whallam@rosenbergmartin.com, kmartin@rosenbergmartin.com
- **Robert Hanley**    rhanley@rmmr.com
- **Catherine Brady DiFazio Harrington**    charrington@milesstockbridge.com
- **James Philip Head**    jhead@williamsmullen.com
- **Jessica Hepburn-Sadler**    sadlerjh@ballardspahr.com, andersonn@ballardspahr.com
- **James M. Hoffman**    jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Patricia B. Jefferson**    pjefferson@milesstockbridge.com
- **Ira T Kasdan**    kdwbankruptcydepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- **Lawrence A. Katz**    lkatz@hirschlerlaw.com, chall@hirschlerlaw.com;aklena@hirschlerlaw.com
- **Nicole C. Kenworthy**    bdept@mrrlaw.net
- **C. Kevin Kobbe**    kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- **Lynn A. Kohen**    lynn.a.kohen@usdoj.gov
- **Leonidas Koutsouftikis**    lkouts@mckplaw.com, mcook@magruderpc.com
- **Joyce A. Kuhns**    jkuhns@offitkurman.com
- **Jeffrey Kurtzman**    kurtzman@kurtzmansteady.com
- **Robert L. LeHane**    KDWBankruptcyDepartment@kelleydrye.com
- **Stephen E. Leach**    sleach@hirschlerlaw.com, ndysart@hirschlerlaw.com
- **Richard Edwin Lear**    richard.lear@hklaw.com, kimi.odonnell@hklaw.com;hapi@hklaw.com
- **Steven N. Leitess**    sleitess@silvermanthompson.com, efiling@silvermanthompson.com
- **Michael J. Lichtenstein**    mjl@shulmanrogers.com, tlockwood@shulmanrogers.com;nlawal@shulmanrogers.com
- **Marissa K Lilja**    mlilja@tydingslaw.com, edondero@tydingslaw.com
- **Keith M. Lusby**    klusby@gebsmith.com
- **Kimberly A. Manuelides**    kmanuelides@mcneeslaw.com
- **Michelle McGeogh**    MMcGeogh@oag.state.md.us, stammerk@ballardspahr.com;cromartie@ballardspahr.com;bktdocketeast@ballardspahr.com
- **Stephen A. Metz**    smetz@offitkurman.com, mmargulies@offitkurman.com
- **Brittany Mitchell Michael**    brittany.michael@stinson.com, jess.rehbein@stinson.com;jayme.masek@stinson.com
- **Pierce C Murphy**    pmurphy@mdattorney.com, efiling@silvermanthompson.com
- **Michael Stephen Myers**    michaelsmyerslaw@gmail.com
- **Janet M. Nesse**    jnesse@mhlawyers.com,
  DC0N@ecfcbis.com;jmnesse@ecf.axosfs.com;jfasano@mhlawyers.com;cpalik@mhlawyers.com;tmackey@mhlawyers.com;Nesse.JanetR92003@notify.bestcase.com
- **Kevin M. Newman**    knewman@barclaydamon.com, kmnbk@barclaydamon.com
- **Tracey Michelle Ohm**    tracey.ohm@stinson.com, porsche.barnes@stinson.com
- **Jeffrey M. Orenstein**    jorenstein@wolawgroup.com
- **Leo Wesley Ottey**    otteyjr@gmail.com
- **JOYCELYN PEYTON**    Joycelyn.S.Peyton@usdoj.gov, Eastern.Taxcivil@usdoj.gov;ari.d.kunofsky@usdoj.gov;thomas.p.cole@usdoj.gov
- **Jeffrey Rhodes**    jrhodes@tlclawfirm.com
- **L. Jeanette Rice**    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Robert A. Richards**    robertr@dorseylaw.net
- **Bradshaw Rost**    brost@tspclaw.com
- **Michael Schlepp**    mschlepp@s-d.com
- **Joel I. Sher**    jis@shapirosher.com, ejd@shapirosher.com
- **David Sommer**    dsommer@gejlaw.com, ceyler@gejlaw.com;gomara@gejlaw.com
- **Daniel Alan Staeven**    daniel.staeven@frosttaxlaw.com,
  daniel.staeven@frosttaxlaw.com;21029@notices.nextchapterbk.com;margaret.johnson@frosttaxlaw.com;amy.mckay@frosttaxlaw.com;UStern@jubileebk.net
- **Aryeh E. Stein**    astein@meridianlawfirm.com, aryehsteinecf@gmail.com;steinar93219@notify.bestcase.com
- **Matthew S. Sturtz**    matt.sturtz@nelsonmullins.com, gary.freedman@nelsonmullins.com
- **Matthew G. Summers**    summersm@ballardspahr.com,
  branchd@ballardspahr.com;heilmanl@ballardspahr.com;mcgeoghm@ballardspahr.com;ambroses@ballardspahr.com;buhrmank@ballardspahr.com;zarnighiann@ball
- **Jonathan Harold Todt**    jonathan.todt@faegredrinker.com
- **US Trustee - Greenbelt**    USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**    mac@mbvesq.com,
  lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Irving Edward Walker**    iwalker@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com
- **Mitchell Bruce Weitzman**    mweitzman@jackscamp.com, statum@jackscamp.com;iluaces@jackscamp.com

- **Craig B. Young**　　craig.young@kutakrock.com,
  jeremy.williams@kutakrock.com;lynda.wood@kutakrock.com;david.fox@kutakrock.com;pamela.germas@kutakrock.com
- **Daniel Joseph Zeller**　　djz@shapirosher.com, ejd@shapirosher.com

