IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| In re: | |
|---|---|
| **CREATIVE HAIRDRESSERS, INC.,** | **CASE NO.: 20-14583** |
| Debtor. | |

## MOTION TO STRIKE APPEARANCE OF COUNSEL

Matthew W. Cheney, the Acting United States Trustee for Region 4 ("United States Trustee"), by and through undersigned counsel, and pursuant to Local Bankr. R. 9010-4(b), hereby respectfully requests that this Honorable Court strike the appearance of Lynn A. Kohen, Esquire (Federal Bar No. 10025) as counsel for the United States Trustee in this case.

**WHEREFORE,** the United States Trustee respectfully requests that appearance of Lynn A. Kohen be stricken in this case as counsel for the United States Trustee.

Respectfully submitted,

**MATTEW W. CHENEY**
Acting United States Trustee for Region 4
By counsel

*/s/ L. Jeanette Rice*
L. Jeanette Rice (Fed. Bar No. 12933)
Office of United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344-6216
Jeanette.Rice@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 30, 2025, a copy of the foregoing Motion was served electronically through the Court's Electronic Case Filing notices system on the following:

Alan Betten  abetten@sagallaw.com
Alan D. Eisler aeisler@e-hlegal.com mcghamilton@gmail.com
Alan M. Grochal agrochal@tydingslaw.com jmurphy@tydingslaw.com
Aryeh E. Stein astein@meridianlawfirm.com aryehsteinecf@gmail.com, steinar93219@notify.bestcase.com
Ashley N Fellona ashley.fellona@saul.com janice.mast@saul.com
Bradshaw Rost brost@tspclaw.com
Brittany Mitchell Michael brittany.michael@stinson.com jess.rehbein@stinson.com,jayme.masek@stinson.com
C. Kevin Kobbe kevin.kobbe@us.dlapiper.com docketing-baltimore-0421@ecf.pacerpro.com
Catherine Brady DiFazio Harrington charrington@milesstockbridge.com
Craig B. Young craig.young@kutakrock.com jeremy.williams@kutakrock.com,lynda.wood@kutakrock.com,david.fox@kutakrock.com,pamela.germas@kutakrock.com
Daniel Alan Staeven daniel.staeven@frosttaxlaw.com daniel.staeven@frosttaxlaw.com, ann.jordan@frosttaxlaw.com,21029@notices.nextchapterbk.com
Daniel Joseph Zeller djz@shapirosher.com ejd@shapirosher.com
David Sommer dsommer@gejlaw.com ceyler@gejlaw.com,gomara@gejlaw.com
Donald F. Campbell dcampbell@ghclaw.com
Elisabeth Bruce elisabeth.m.bruce@usdoj.gov Eastern.Taxcivil@usdoj.gov
Gwynne L Booth Glb@Gdllaw.Com
Ira T Kasdan kdwbankruptcydepartment@kelleydrye.com Vicinanza@ecf.inforuptcy.com
Irving Edward Walker iwalker@coleschotz.com donaghy@coleschotz.com,pratkowiak@coleschotz.com
JOYCELYN PEYTON Joycelyn.S.Peyton@usdoj.gov Eastern.Taxcivil@usdoj.gov,Robert.D.Metcalfe@usdoj.gov,James.J.Wilkinson@usdoj.gov
James M. Hoffman jhoffman@offitkurman.com mmargulies@offitkurman.com
James Philip Head jhead@williamsmullen.com
Janet M. Nesse jnesse@mhlawyers.com DC0N@ecfcbis.com,jmnesse@ecf.axosfs.com, jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com,Nesse.JanetR92003@notify.bestcase.com
Jeffrey Kurtzman kurtzman@kurtzmansteady.com
Jeffrey Rhodes jrhodes@tlclawfirm.com
Jeffrey M. Orenstein jorenstein@wolawgroup.com
Jeremy S. Friedberg jeremy@friedberg.legal ecf@friedberg.legal
Jessica Hepburn-Sadler sadlerjh@ballardspahr.com andersonn@ballardspahr.com
Jodie E. Buchman jbuchman@silvermanthompson.com efiling@silvermanthompson.com
Joel I. Sher jis@shapirosher.com ejd@shapirosher.com

John Tucker Farnum jfarnum@milesstockbridge.com jfarnumecfnotices@gmail.com
Jonathan Harold Todt jonathan.todt@faegredrinker.com
Joshua D. Bradley jbradley@rosenbergmartin.com smdenson@rosenbergmartin.com
Joyce A. Kuhns jkuhns@offitkurman.com
Justin Philip Fasano jfasano@mhlawyers.com jfasano@ecf.courtdrive.com, dmoorehead@mhlawyers.com,tmackey@mhlawyers.com,hleaphart@mhlawyers.com, mtaylor@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com
Katie Lane Chaverri kchaverri@tlclawfirm.com dtayman@tlclawfirm.com
Keith M. Lusby klusby@gebsmith.com
Kevin Davis kdavis@capdale.com brigette-wolverton-caplin-drysdale-9897@ecf.pacerpro.com
Kevin M. Newman knewman@barclaydamon.com kmnbk@barclaydamon.com
Kimberly A. Manuelides kmanuelides@mcneeslaw.com
Kyle Lamar Bishop kyle.l.bishop@usdoj.gov eastern.taxcivil@usdoj.gov,james.j.wilkinson@usdoj.gov
Kyle Y. Dechant kdechant@wtplaw.com clano@wtplaw.com,kydechant@gmail.com,Jha@wtplaw.com
L. Jeanette Rice Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV
Lawrence A. Katz lkatz@hirschlerlaw.com llewis@hirschlerlaw.com,aklena@hirschlerlaw.com,ndysart@hirschlerlaw.com
Leo Wesley Ottey otteyjr@gmail.com
Leonidas Koutsouftikis lkouts@magruderpc.com mcook@magruderpc.com
Lynn A. Kohen lynn.a.kohen@usdoj.gov
Marissa K Lilja mlilja@tydingslaw.com edondero@tydingslaw.com
Matthew G. Summers summersm@ballardspahr.com branchd@ballardspahr.com,heilmanl@ballardspahr.com,mcgeoghm@ballardspahr.com,ambroses@ballardspahr.com,buhrmank@ ballardspahr.com,roglenl@ballardspahr.com ,zarnighiann@ballardspahr.com,carolod@ballardspahr.com
Matthew S. Sturtz matt.sturtz@nelsonmullins.com gary.freedman@nelsonmullins.com
Maurice Belmont VerStandig mac@mbvesq.comlisa@mbvesq.com,mahlon@dcbankruptcy.com, mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com
Michael Schlepp mschlepp@s-d.com
Michael J. Lichtenstein mjl@shulmanrogers.com tlockwood@shulmanrogers.com
Michael Stephen Myers michaelsmyerslaw@gmail.com
Michelle McGeogh mcgeoghm@ballardspahr.com stammerk@ballardspahr.com, cromartie@ballardspahr.com,bktdocketeast@ballardspahr.com
Mitchell Bruce Weitzman mweitzman@jackscamp.com statum@jackscamp.com, iluaces@jackscamp.com
Monique Bair DiSabatino monique.disabatino@saul.com robyn.warren@saul.com
Nicole C. Kenworthy bdept@mrrlaw.net
Patricia B. Jefferson pjefferson@milesstockbridge.com
Peter D Blumberg heather.williams@fedex.com
Pierce C Murphy pmurphy@mdattorney.com efiling@silvermanthompson.com, dcaimona@silvermanthompson.com

Richard Edwin Lear richard.lear@hklaw.com kimi.odonnell@hklaw.com,hapi@hklaw.com
Richard L. Costella rcostella@tydings.com jmurphy@tydings.com
Richard Marc Goldberg rmg@shapirosher.com ejd@shapirosher.com,ens@shapirosher.com
Robert Hanley rhanley@rmmr.com
Robert A. Richards robertr@dorseylaw.net
Robert L. LeHane KDWBankruptcyDepartment@kelleydrye.com
Ronald J Drescher ecfdrescherlaw@gmail.com ron@clegolftour.com, ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com,284@notices.nextchapterbk.com,heather@propelparalegal.com,propel@drescherlaw.com
Stanford G. Gann sgannjr@levingann.com
Stephen A. Metz smetz@offitkurman.com mmargulies@offitkurman.com
Stephen E. Leach sleach@hirschlerlaw.com ndysart@hirschlerlaw.com,kburgers@hirschlerlaw.com,plaura@hf-law.com
Steven M Berman sberman@shumaker.com
Steven N. Leitess sleitess@mdattorney.com efiling@silvermanthompson.com
Tracey Michelle Ohm  tracey.ohm@stinson.com porsche.barnes@stinson.com
US Trustee – Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV
William Henry Fisher hank@cccoateslaw.com
William L. Hallam WHallam@rosenbergmartin.com kmartin@rosenbergmartin.com

                                                   */s/ L. Jeanette Rice*
                                                   L. Jeanette Rice