IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| In re: <br><br> **CREATIVE HAIRDRESSERS, INC.,** <br><br> Debtor. | **CASE NO.: 20-14583** |
|---|---|

**ORDER GRANTING MOTION TO STRIKE APPEARANCE OF COUNSEL**

Upon consideration of the Motion to Strike Appearance of Counsel filed by the United States Trustee, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the appearance of Lynn A. Kohen as counsel of record for the United Stated Trustee is hereby stricken.

Copies to:

Debtor
Attorney for Debtor
United States Trustee

END OF ORDER