Entered: October 1st, 2025
Signed: September 30th, 2025

**SO ORDERED**



**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **20–14583 – NVA**    Chapter: **7**

**Creative Hairdressers, Inc.**
Debtor

## ORDER STRIKING APPEARANCE OF COUNSEL FOR
## UNITED STATES TRUSTEE

Upon consideration of the Motion to Withdraw Appearance filed by Lynn A. Kohen, Esquire and it appearing that counsel has complied with Local Bankruptcy Rule 9010–4, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the appearance of Lynn A. Kohen, Esquire as counsel of record for UNITED STATES TRUSTEE is hereby stricken.

cc:   Debtor
      Attorney for Debtor – Joel I. Sher
      Case Trustee – Janet M. Nesse

      Attorney for United States Trustee – Lynn A. Kohen
      Other Counsel for United States Trustee – L. Jeanette Rice

## End of Order

01x03 (rev. 05/02/2000) – MichelleRaymond