United States Bankruptcy Court
District of Maryland

In re:  Case No. 20-14583-NVA

Creative Hairdressers, Inc.  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0  User: admin  Page 1 of 4
Date Rcvd: Oct 01, 2025  Form ID: pdfall  Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Creative Hairdressers, Inc., P.O. Box 3645, Oakton, VA 22124-9645 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Oct 01 2025 19:40:00 | Lynn A. Kohen, U.S. Trustee Office, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |
| | | Email/Text: Jeanette.Rice@usdoj.gov | Oct 01 2025 19:39:00 | L. Jeanette Rice, Office of the U. S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2025  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan D. Eisler | aeisler@e-hlegal.com mcghamilton@gmail.com |
| Alan M. Grochal | |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 4 |
| Date Rcvd: Oct 01, 2025 | Form ID: pdfall | Total Noticed: 3 |

    agrochal@tydingslaw.com scalloway@tydings.com

Aryeh E. Stein
    astein@meridianlawfirm.com aryehsteinecf@gmail.com,steinar93219@notify.bestcase.com

Ashley N Fellona
    ashley.fellona@saul.com janice.mast@saul.com

Bradshaw Rost
    brost@tspclaw.com

Brittany Mitchell Michael
    brittany.michael@stinson.com jess.rehbein@stinson.com,jayme.masek@stinson.com

C. Kevin Kobbe
    kevin.kobbe@us.dlapiper.com docketing-baltimore-0421@ecf.pacerpro.com

Catherine Brady DiFazio Harrington
    charrington@milesstockbridge.com

Craig B. Young
    craig.young@kutakrock.com
    jeremy.williams@kutakrock.com,lynda.wood@kutakrock.com,david.fox@kutakrock.com,pamela.germas@kutakrock.com

Daniel Alan Staeven
    daniel.staeven@frosttaxlaw.com
    daniel.staeven@frosttaxlaw.com,21029@notices.nextchapterbk.com,alicia.rispoli@frosttaxlaw.com,amy.mckay@frosttaxlaw.com,UStern@jubileebk.net

Daniel Joseph Zeller
    djz@shapirosher.com ejd@shapirosher.com

David Sommer
    dsommer@gejlaw.com ceyler@gejlaw.com,gomara@gejlaw.com,mkobylski@gejlaw.com

Donald F. Campbell
    dcampbell@ghclaw.com

Elisabeth Bruce
    elisabeth.m.bruce@usdoj.gov Eastern.Taxcivil@usdoj.gov

Ira T Kasdan
    kdwbankruptcydepartment@kelleydrye.com MVicinanza@ecf.inforuptcy.com

Irving Edward Walker
    iwalker@coleschotz.com pratkowiak@coleschotz.com,bankruptcy@coleschotz.com

JOYCELYN PEYTON
    Joycelyn.S.Peyton@usdoj.gov Eastern.Taxcivil@usdoj.gov,ari.d.kunofsky@usdoj.gov,thomas.p.cole@usdoj.gov

James M. Hoffman
    jhoffman@offitkurman.com mmargulies@offitkurman.com

James Philip Head
    jhead@williamsmullen.com

Janet M. Nesse
    jnesse@mhlawyers.com
    DC0N@ecfcbis.com,jmnesse@ecf.axosfs.com,jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com,Nesse.JanetR92003@notify.bestcase.com,kfeig@mhlawyers.com

Jeffrey Kurtzman
    kurtzman@kurtzmansteady.com

Jeffrey Rhodes
    jrhodes@tlclawfirm.com

Jeffrey M. Orenstein
    jorenstein@wolawgroup.com

Jeremy S. Friedberg
    jeremy@friedberg.legal ecf@friedberg.legal

Jessica Hepburn-Sadler
    sadlerjh@ballardspahr.com andersonn@ballardspahr.com

Jodie E. Bekman
    jbekman@gfrlaw.com dferguson@gfrlaw.com

Joel I. Sher
    jis@shapirosher.com ejd@shapirosher.com

John Tucker Farnum

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 3 of 4 |
| Date Rcvd: Oct 01, 2025 | Form ID: pdfall | Total Noticed: 3 |

    jfarnum@milesstockbridge.com jfarnumecfnotices@gmail.com

Jonathan Harold Todt
    jonathan.todt@faegredrinker.com

Joshua D. Bradley
    jbradley@rosenbergmartin.com lfeigh@rosenbergmartin.com

Joyce A. Kuhns
    jkuhns@offitkurman.com

Justin Philip Fasano
    jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Katie Lane Chaverri
    kchaverri@tlclawfirm.com dtayman@tlclawfirm.com

Keith M. Lusby
    klusby@gebsmith.com

Kevin Davis
    kdavis@capdale.com brigette-wolverton-caplin-drysdale-9897@ecf.pacerpro.com

Kevin M. Newman
    knewman@barclaydamon.com kmnbk@barclaydamon.com

Kimberly A. Manuelides
    kmanuelides@mcneeslaw.com

Kyle Lamar Bishop
    kyle.l.bishop@usdoj.gov eastern.taxcivil@usdoj.gov,james.j.wilkinson@usdoj.gov

Kyle Y. Dechant
    kdechant@wtplaw.com clano@wtplaw.com,kydechant@gmail.com,Jha@wtplaw.com

L. Jeanette Rice
    Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV

Lawrence A. Katz
    lkatz@hirschlerlaw.com chall@hirschlerlaw.com,aklena@hirschlerlaw.com

Leo Wesley Ottey
    otteyjr@gmail.com

Leonidas Koutsouftikis
    lkouts@mckplaw.com mcook@magruderpc.com

Lynn A. Kohen
    lynn.a.kohen@usdoj.gov

Marissa K Lilja
    mlilja@tydingslaw.com edondero@tydingslaw.com

Matthew G. Summers
    summersm@ballardspahr.com
    branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ballardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com,brannickn@ballardspahr.com

Matthew S. Sturtz
    matt.sturtz@nelsonmullins.com gary.freedman@nelsonmullins.com

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Michael Schlepp
    mschlepp@s-d.com

Michael J. Lichtenstein
    mjl@shulmanrogers.com tlockwood@shulmanrogers.com,nlawal@shulmanrogers.com

Michael Stephen Myers
    michaelsmyerslaw@gmail.com

Michelle McGeogh
    MMcGeogh@oag.state.md.us stammerk@ballardspahr.com,cromartie@ballardspahr.com,bktdocketeast@ballardspahr.com

Mitchell Bruce Weitzman
    mweitzman@jackscamp.com statum@jackscamp.com,iluaces@jackscamp.com

District/off: 0416-0 User: admin Page 4 of 4
Date Rcvd: Oct 01, 2025 Form ID: pdfall Total Noticed: 3

| Name | Email(s) |
|---|---|
| Monique Bair DiSabatino | monique.disabatino@saul.com  robyn.warren@saul.com |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| Patricia B. Jefferson | pjefferson@milesstockbridge.com |
| Peter D Blumberg | heather.williams@fedex.com |
| Pierce C Murphy | pmurphy@mdattorney.com  efiling@silvermanthompson.com |
| Richard Edwin Lear | richard.lear@hklaw.com  kimi.odonnell@hklaw.com,hapi@hklaw.com |
| Richard L. Costella | rcostella@tydings.com  scalloway@tydings.com,MYoung@tydings.com,zjones@tydings.com,swilliams@tydings.com |
| Richard Marc Goldberg | rmg@shapirosher.com  ejd@shapirosher.com |
| Robert Hanley | rhanley@rmmr.com |
| Robert A. Richards | robertr@dorseylaw.net |
| Robert L. LeHane | KDWBankruptcyDepartment@kelleydrye.com |
| Ronald J Drescher | ecfdrescherlaw@gmail.com  ron@clegolftour.com,ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com,284@notices.nextchapterbk.com,heather@propelparalegal.com,propel@drescherlaw.com |
| Stanford G. Gann | sgannjr@levingann.com |
| Stephen A. Metz | smetz@offitkurman.com  mmargulies@offitkurman.com |
| Stephen E. Leach | sleach@hirschlerlaw.com  ndysart@hirschlerlaw.com |
| Steven M Berman | sberman@shumaker.com |
| Steven N. Leitess | sleitess@silvermanthompson.com  efiling@silvermanthompson.com |
| Tracey Michelle Ohm | tracey.ohm@stinson.com  porsche.barnes@stinson.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |
| William Henry Fisher | hank@cccoateslaw.com |
| William Lee Hallam | whallam@rosenbergmartin.com  kmartin@rosenbergmartin.com |

TOTAL: 74

Entered: October 1st, 2025
Signed: September 30th, 2025
**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:    Case No.: **20−14583 − NVA**    Chapter: **7**

**Creative Hairdressers, Inc.**
Debtor

## ORDER STRIKING APPEARANCE OF COUNSEL FOR
## UNITED STATES TRUSTEE

Upon consideration of the Motion to Withdraw Appearance filed by Lynn A. Kohen, Esquire and it appearing that counsel has complied with Local Bankruptcy Rule 9010−4, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the appearance of Lynn A. Kohen, Esquire as counsel of record for UNITED STATES TRUSTEE is hereby stricken.

cc:    Debtor
    Attorney for Debtor − Joel I. Sher
    Case Trustee − Janet M. Nesse

    Attorney for United States Trustee − Lynn A. Kohen
    Other Counsel for United States Trustee − L. Jeanette Rice

### End of Order

01x03 (rev. 05/02/2000) − MichelleRaymond