IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

---

| | |
|---|---|
| In Re: | Chapter 11 |
| CREATIVE HAIRDRESSERS, INC., *et al.*[1] | Case Nos. 20-14583, 20-14584 |
| Debtor. | (Jointly Administered) |

---

NOTICE OF WITHDRAWAL OF REQUEST FOR SERVICE OF NOTICES
AND REQUEST FOR DELETION FROM SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that Kevin M. Newman of the law firm Barclay Damon LP, hereby withdraws his request for service of notices as counsel to *Inland Commercial Real Estate Services LLC, WHLR-JANAF, LLC, and RPT Realty, L.P.* (collectively the "Creditors"), and requests to be removed from CM/ECF electronic notification service, and any other mailing matrix or service list for this case and any related adversary proceeding. Barclay Damon LP will continue to represent the Creditors.

Dated: December 31, 2025
Syracuse, New York

**BARCLAY DAMON LP**

By: */s/Kevin M. Newman*
Kevin M. Newman
125 East Jefferson Street
Syracuse, New York 13202
knewman@barclaydamon.com

Scott L. Fleischer
1270 Avenue of the Americas, Suite 501
New York, New York 10020
sfleischer@barclaydamon.com

*Attorneys for Inland Commercial Real Estate Services LLC, WHLR-JANAF, LLC, and RPT Realty, L.P.*

---

[1] The Debtors in these Chapter 11 cases are: (i) Creative Hairdressers, Inc., and (ii) Ratner Companies, L.C.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document was served on December 31, 2025 via CM/ECF electronic notice on all parties who receive CM/ECF notice in this case.

                                                              */s/Kevn M. Newman*
                                                            Kevin M. Newman