# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re: Case No.: **20−14583 − NVA** Chapter: **7**

**Creative Hairdressers, Inc.**
Debtor

## NOTICE TO NON−INDIVIDUAL WHOSE ATTORNEY IS NO LONGER INVOLVED IN THIS CASE

PLEASE TAKE NOTICE:

Counsel Marissa K Lilja for party Standish Samoset Associates Limited Partnership and W/S Ware Properties OP LLC and Wareham Properties LLC in the above−captioned case is no longer involved in this case because the attorney has been inactivated by the United States District Court for the District of Maryland for failure to renew their membership and therefore may not appear as counsel in this Court pursuant to LBR 9010−3.

Pursuant to Local Bankruptcy Rule 9010−1(a), only individuals may represent themselves. Corporations, partnerships, unincorporated associations, government entities, etc., must be represented by legal counsel. Only counsel will be permitted to file a paper or pleading for the entity that is the subject of this Notice or to appear in Court on its behalf. New counsel must enter an appearance within twenty−one (21) days after the date of this notice. If new counsel does not enter an appearance, the Court may take such action as it deems appropriate, including dismissal of an affirmative claim for relief by, or entry of a default against, the unrepresented party (see Local Bankruptcy Rule 9010−4).

Dated: 11/16/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Michelle Maloney−Raymond
Team Phone: 410−962−0795

Form ntcasten